# EXHIBIT B

***EFILED***
Case Number 2015L 001219
Transaction ID: 58010593
Date: Oct 13 2015 03:31PM
Mark Von Nida
Clerk of Circuit Court
Third Judicial Circuit, Madison County Illinois

**Office of the Sheriff**
**New Castle County, Delaware**

Trinidad Navarro
Sheriff

Louis L. Redding City/County Bldg.
800 N. French Street
Wilmington, DE 19801
Office: 302-395-8450, Fax: 302-395-8460

## AFFIDAVIT OF SERVICE

**STATE OF DELAWARE)**                                    10/7/2015
                               **) SS**
**NEW CASTLE COUNTY)**

### RONALD POLETTI, ET AL
#### vs
### SYNGENTA CORPORATION

**Court Case # 2015L001219**
**Sheriff # 15-008685**

     Scott Phillips, being duly sworn, deposes that he/she is a Deputy Sheriff and avers that he/she served upon and left personally upon JANICE LANDINO, ADMINISTRATIVE ASSISTANT for SYNGENTA CORPORATION at C/O CHERYL QUAIN (OR SUCCESSOR 3411 SILVERSIDE ROAD WILMINGTON, DE 19810 , on 10/6/2015 at 3:22 PM a copy of SUMMONS AND COMPLAINT.

_____
**Scott Phillips, Deputy Sheriff**

**STATE OF DELAWARE)**
                               **) SS**
**NEW CASTLE COUNTY)**

     **BE IT REMEMBERED** that on 10/7/2015 personally came before me, the Subscriber, a Notary Public of the State of Delaware, Scott Phillips, a Deputy Sheriff of New Castle County and State of Delaware, and stated that the facts stated above are true and correct.

     **SWORN AND SUBSCRIBED** before me, the date and year aforesaid.

_____
**Notary Public**

**B1**

***EFILED***
Case Number 2015 L 001219
Transaction ID: 58010593
Date: Oct 13 2015 03:31PM
Mark Von Nida
Clerk of Circuit Court
Third Judicial Circuit, Madison County Illinois

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE THIRD JUDICIAL CIRCUIT
MADISON COUNTY
155 N Main St., Edwardsville, IL 62025
(618) 296-4464
madisoncountycircuitclerkIL.org

CASE No. 2015 L 001219

DATE: September 29, 2015

RONALD POLETTI

                    PLAINTIFF

VS.

SYNGENTA CORPORATION
C/O CHERYL QUAIN (OR SUCCESSOR
3411 SILVERSIDE ROAD STE
WILMINGTON, DE 19810

                    DEFENDANT

DEFENDANT:  SYNGENTA CORPORATION

   You are hereby summoned and required to file an answer in this case, or otherwise file your appearance, in the office of the Madison County Circuit Clerk, within 30 days after service of this summons, exclusive of the day of service.  If you fail to do so, a judgment or decree by default may be taken against you for the relief prayed in the complaint.

   This summons must be returned by the officer or other person to whom it was given for service, with endorsement thereon of service and fees, if any, immediately after service.  If service cannot be made, this summons shall be returned so endorsed.

   This summons may not be served later than 30 days after its date.

   Witness MARK VON NIDA the Clerk of said Circuit Court and the seal thereof, at Edwardsville, Illinois, this September 29, 2015 .

                    MARK VON NIDA
                    CLERK OF THE CIRCUIT COURT

                    BY  JBentlage
                    Deputy Clerk

(Plaintiff's attorney or plaintiff if he is not represented by an attorney)
W WYLIE BLAIR
ONDER SHELTON O'LEARY & PETERSON LL
100 E LOCKWOOD AVE
2ND FL
ST LOUIS, MO 63119

Date of Service:_____, 20_____.
(To be inserted by officer on the copy left with the defendant or other person)

                    1 of 2

**The Madison County Court makes every effort to comply with accessibility laws and provides reasonable accommodations to persons with disabilities.  Hearing, visual and other assistance may be arranged by contacting our Court Disability Coordinator, Teri Picchioldi at 618-296-4884.**

B2

***EFILED***
Case Number 15L 001219
Transaction ID: 58010691
Date: Oct 02 2015 04:34PM
*  0 1 9 8 4 3 9 1 4 *
Clerk of Circuit Court
Third Judicial Circuit, Madison County Illinois



# SHERIFF'S OFFICE OF COOK COUNTY, ILLINOIS
## AFFIDAVIT OF SERVICE

CASE NUMBER: 15L001219          MULT.SER. 2                              DOC. TYPE: LAW

**DIE DATE: 10/16/2015**     RECEIVED DATE: 10/2/2015                           DIST: 604 DC
                                   12:00:00 PM       FILED DATE: 09/29/2015

| **DEFENDANT** | **PLANTIFF** |
|---|---|
| SYNGENTA SEEDS, INC | POLETTI, RONALD |
| 208 S LASALLE ST | **ATTORNEY** |
| CHICAGO, IL 60604 | ONDER SHELTON O'LEARY & PETERSON LL |
| STE 814 | 100 E LOCKWOOD AVE 2ND FL |
| | ST LOUIS, MO 63119 |



**ATTACHED FEE AMOUNT:**

**SERVICE INFORMATION:**          C O CT CORP SYS

## I CERTIFY THAT I SERVED THE DEFENDANT/RESPONDENT AS FOLLOWS:

_____ **(1) PERSONAL SERVICE:**
BY LEAVING A COPY OF THE WRIT/ORDER WITH THE DEFENDANT/RESPONDENT PERSONALLY, AND INFORMING DEFENDANT/RESPONDENT OF CONTENTS.

_____ **(2) SUBSTITUTE SERVICE:**
BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH A FAMILY MEMBER OR PERSON RESIDING THERE, 13 YEARS OR OLDER, AND INFORMING THAT PERSON OF THE CONTENTS OF THE SUMMONS.  ALSO, A COPY OF THE SUMMONS WAS MAILED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE ON THE _____ DAY OF _____ 20____.

_____ **(3) UNKNOWN OCCUPANTS:**
BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT NAMING "UNKNOWN OCCUPANTS" WITH A PERSON OF THE AGE OF 13 OR UPWARDS OCCUPYING SAID PREMISE.

__X__ **(4) CORP/CO/BUS/PART:**
BY LEAVING THE APPROPRIATE NUMBER OF COPIES OF THE SUMMONS, COMPLAINTS, INTERROGATORIES, JUDGMENTS, CERTIFICATIONS AND NOTICES WITH THE REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT CORPORATION __X__ COMPANY _____ BUSINESS _____ PARTNERSHIP _____         _____

_____ **(5)  PROPERTY RECOVERED:**
NO ONE PRESENT TO RECEIVE ORDER OF COURT.  ORDER POSTED IN PLAIN VIEW.

_____ **(6) S.O.S./D.O.I.:**
BY LEAVING THE SUMMONS AND COMPLAINT WITH THE SECRETARY OF THE STATE/DIRECTOR OF INSURANCE OF THE STATE OF ILLINOIS, AN AGENT OF SAID DEFENDANT LISTED ABOVE.  ANY AGENT OF SAID CORPORATION NOT FOUND IN THE COUNTY OF COOK.

_____ **(7) CERTIFIED MAIL**

***** COMPLETE THIS SECTION IF WRIT IS A THIRD PARTY CITATION/GARNISHMENT *****

_____ **(8)** AND BY MAILING ON THE _____ DAY OF _____ 20_____ A COPY OF THE THIRD PARTY GARNISHMENT/CITATION SUMMONS AND NOTICE TO THE JUDGMENT DEBTOR'S LAST KNOWN ADDRESS AS INDICATED IN THE NOTICE  WITHIN (2) BUSINESS DAYS OF SERVICE UPON GARNISHEE/THIRD PARTY DEFENDANT.

## THE NAMED DEFENDANT WAS NOT SERVED FOR THE GIVEN REASON BELOW:

| | | |
|---|---|---|
| _____ (01) NO CONTACT | _____ (05) WRONG ADDRESS | _____ (09) DECEASED |
| _____ (02) MOVED | _____ (06) NO SUCH ADDRESSS | _____ (10) NO REGISTERED AGENT |
| _____ (03) EMPTY LOT | _____ (07) EMPLOYER REFUSAL | _____ (11) OUT OF COOK COUNTY |
| _____ (04) NOT LISTED | _____ (08) CANCELLED BY PLAINTIFF ATTY | _____ (12) OTHER REASON (EXPLAIN) |

EXPLANATION: _____ *Coordinator* _____

| | ATTEMPTED SERVICES | | |
|---|---|---|---|
| WRIT SERVED ON: _J Randle_ | DATE | TIME (AM/PM) | STAR # |
| SEX: M (F)   RACE: B   AGE: 35 | | _10 : 00_ | |
| THIS _5_ DAY OF _Oct_, 20_15_ | | : | |
| Thomas J. Dart | | : | |
| SHERIFF, BY: _____, DEPUTY | | : | |

VSA618

THOMAS #11024

**B3**

September 29, 2015

### STATE OF ILLINOIS
### IN THE CIRCUIT COURT OF THE THIRD JUDICIAL CIRCUIT
### MADISON COUNTY
155 N Main St., Edwardsville, IL  62025
(618) 296-4464
madisoncountycircuitclerkIL.org

**CASE No.  2015 L  001219**

**DATE:  September 29, 2015**

DOC TYPE:   LAW
CASE NUMBER:   15L001219
DEFENDANT:   SYNGENTA SEEDS, INC
208 S LASALLE ST
CHICAGO, IL 60604
STE 814

SERVICE INF
C O CT COR

ATTACHED

DIE DATE
10/18/2015

RONALD POLETTI

PLAINTIFF

VS.

SYNGENTA SEEDS, INC.
C/O CT CORPORATION SYSTEM
208 SOUTH LASALLE ST STE
CHICAGO, IL 60604

DEFENDANT

DEFENDANT:  SYNGENTA SEEDS, INC.

You are hereby summoned and required to file an answer in this case, or otherwise file your appearance, in the office of the Madison County Circuit Clerk, within 30 days after service of this summons, exclusive of the day of service.  If you fail to do so, a judgment or decree by default may be taken against you for the relief prayed in the complaint.

This summons must be returned by the officer or other person to whom it was given for service, with endorsement thereon of service and fees, if any, immediately after service.  If service cannot be made, this summons shall be returned so endorsed.

This summons may not be served later than 30 days after its date.

WITNESS, MARK VON NIDA the Clerk of said Circuit Court and the seal thereof, at Edwardsville, Illinois, this September 29, 2015 .

MARK VON NIDA
CLERK OF THE CIRCUIT COURT

BY:_____
Deputy Clerk

(Plaintiff's attorney or plaintiff if he is not represented by an attorney)
W WYLIE BLAIR
ONDER SHELTON O'LEARY & PETERSON LL
100 E LOCKWOOD AVE
2ND FL
ST LOUIS, MO 63119

Date of Service:_____, 20_____.
(To be inserted by officer on the copy left with the defendant or other person)

1 of 2

**The Madison County Court makes every effort to comply with accessibility laws and provides reasonable accommodations to persons with disabilities.  Hearing, visual and other assistance may be arranged by contacting our Court Disability Coordinator, Teri Picchioldi at 618-296-4884.**

**B4**

***EFILED***
Case Number 2015 L 001219
Transaction ID: 58017425
Date: Oct 14 2015 03:41PM
Mark Von Nida
Clerk of Circuit Court
Third Judicial Circuit, Madison County Illinois

**STATE OF NORTH CAROLINA**
**COUNTY OF WAKE**

**STATE OF ILLINOIS**
**COUNTY OF MADISON**



Plaintiff Name:
POLETTI, RONALD

*Versus*

Defendant Name:
SYNGENTA BIOTECHNOLOGY INC
SERVE - CT CORPORATION SYSTEM
250 FAYETTEVILLE ST
RALEIGH, NC 27601

**DEPUTY'S AFFIDAVIT**
**OF SERVICE**

Court File No: 2015 L 001219

I, _J Clodfelter_ , being a duly sworn Deputy Sheriff of
Wake County, Raleigh, North Carolina, States that in the above referenced matter,  on the
_5_ Day of _October_ , 20_15_ at _230_ { }AM{ }PM HE/SHE
{ } SERVED/ { } WAS UNABLE TO SERVE, SYNGENTA BIOTECHNOLOGY INC, legal service of
SUMMONS, COMPLAINT AND EXHIBITS , on Defendant/Person to serve as follows: (check one):

_____

☐   BY DELIVERING TO DEFENDANT / PERSON TO SERVE A COPY (IES)

☐   BY LEAVING A COPY (IES) AT THE DWELLING HOUSE OR USUAL PLACE OF ABODE OF THE DEFENDANT/
      PERSON TO SERVE, WITH A PERSON OF SUITABLE AGE.

☒   AS THE DEFENDANT / PERSON TO SERVE IS A CORPORATION, SERVICE WAS EFFECTED BY DELIVERING
      A COPY(IES) TO WHO IS AN OFFICER OF THE CORPORATION _Served - Leashia Pope_

☐   NOT SERVED: DEFENDANT/PERSON NOT FOUND IN WAKE COUNTY.      _Agent at CT_
                                                                                                                  _Corp_
☐   OTHER:_____

Service Name:_____

**DONNIE HARRISON**
SHERIFF OF WAKE COUNTY

BY:_____
_DEPUTY SHERIFF_

SUBSCRIBED AND SWORN TO BEFORE ME THIS
THE _5_ DAY OF _October_ , _2015_
_____
NOTARY PUBLIC, WAKE COUNTY, NORTH CAROLINA
MY COMMISSION EXPIRES THE _29_ DAY OF _Feb 2020_

Millicent R Belk
NOTARY PUBLIC
Wake County, NC
My Commission Expires Feb. 29, 2020

**B5**   R_Civi83

***EFILED***
Case Number 2015 L 001219
Transaction ID: 58017425
Date: Oct 14 2015 03:41PM
Mark Von Nida
Clerk of Circuit Court
Third Judicial Circuit, Madison County Illinois

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE THIRD JUDICIAL CIRCUIT
MADISON COUNTY
155 N Main St., Edwardsville, IL  62025
(618) 296-4464
madisoncountycircuitclerkIL.org

CASE No.  2015 L  001219

DATE:  September 29, 2015

RONALD POLETTI

                    PLAINTIFF

VS.

SYNGENTA BIOTECHNOLOGY, INC.
C/O CT CORPORATION SYSTEM
250 FAYETTEVILLE ST BOX 1
RALEIGH, NC 37601

          DEFENDANT

DEFENDANT:  SYNGENTA BIOTECHNOLOGY, INC.

You are hereby summoned and required to file an answer in this case, or otherwise file your appearance, in the office of the Madison County Circuit Clerk, within 30 days after service of this summons, exclusive of the day of service.  If you fail to do so, a judgment or decree by default may be taken against you for the relief prayed in the complaint.

This summons must be returned by the officer or other person to whom it was given for service, with endorsement thereon of service and fees, if any, immediately after service.  If service cannot be made, this summons shall be returned so endorsed.

This summons may not be served later than 30 days after its date.

Witness, MARK VON NIDA the Clerk of said Circuit Court and the seal thereof, at Edwardsville, Illinois, this September 29, 2015 .

                              MARK VON NIDA
                              CLERK OF THE CIRCUIT COURT

                   BY:_____
                              Deputy Clerk

=====================================================================================
(Plaintiff's attorney or plaintiff if he is not represented by an attorney)
W WYLIE BLAIR
ONDER SHELTON O'LEARY & PETERSON LL
100 E LOCKWOOD AVE
2ND FL
ST LOUIS, MO 63119

Date of Service:_____, 20_____.
(To be inserted by officer on the copy left with the defendant or other person)

1 of 2

**The Madison County Court makes every effort to comply with accessibility laws and provides reasonable accommodations to persons with disabilities.  Hearing, visual and other assistance may be arranged by contacting our Court Disability Coordinator, Teri Picchioldi at 618-296-4884.**

**B6**

***EFILED***
Case Number 2015 L 001219
Transaction ID: 58017425
Date:  Oct 14 2015 03:41PM
Mark Von Nida
Clerk of Circuit Court
Third Judicial Circuit, Madison County Illinois

CASE No. 2015 L  001219

STATE OF ILLINOIS }
MADISON COUNTY   } ss.

I, _T Clodfelter_, Sheriff of said county, have duly served the within summons on the defendant _Syngenta Bio-Technology_ by leaving a copy thereof with said defendant personally, on the ___5___ day of _October_, 20_15_

I have duly served the said summons on the defendant, _____
on the _____ day of _____, 20_____, by leaving a copy of
said summons on said date at his/her usual place of abode with _____, a person of the
family of said _____ of the age of 13 years or upwards and by informing such persons with whom
said summons was left of the contents thereof and by also sending a copy of said summons on the _____ day of _____,
20_____, in a sealed envelope, with postage fully prepaid, addressed to said defendant
_____, at his/her usual place of abode, as stated hereinabove in my return.

Dated this ___5___ day of _____October_____, 20 _15_.

_____T Clodfelter_____ 006300          Sheriff

Sheriff's Fees

Service...............$_____

Making Copies..........$_____

Miles Traveled..$_____

Cost of mailing copies  $_____

Return.................$_____

Total...................$_____

RONALD POLETTI

PLAINTIFF

VS.

SYNGENTA BIOTECHNOLOGY, INC.
C/O CT CORPORATION SYSTEM
250 FAYETTEVILLE ST BOX 1
RALEIGH, NC 37601

DEFENDANT

2 of 2

**B7**

***EFILED***
Case Number 2015L 001219
Transaction ID: 58038892
Date: Oct 20 2015 08:25AM
Mark Von Nida
Clerk of Circuit Court
Third Judicial Circuit, Madison County Illinois



SHERIFF'S OFFICE OF COOK COUNTY
AFFIDAVIT OF SERVICE



`* 0 1 9 0 1 9 1 6 *`

| | | |
|---|---|---|
| CASE NUMBER: 15L001219 | MULT. SER.: 2 | DOC. TYPE: LAW |
| **DIE DATE: 10/16/2015**   RECEIVED DATE: 10/2/2015 | FILED DATE: 9/29/2015 | DIST: 604 DC |

---

**DEFENDANT:**  SYNGENTA CROP PROTECTION, LLC   **PLAINTIFF:**  POLETTI, RONALD

208 S LASALLE ST   **ATTORNEY:**  ONDER SHELTON O'LEARY & PETERSON LL

CHICAGO, IL 60604   100 E LOCKWOOD AVE 2ND FL
STE 814   ST LOUIS, MO 63119

ATTACHED FEE AMT:   --
SERVICE INFORMATION:  C O CT CORP SYS

---

**I CERTIFY THAT I SERVED THE DEFENDANT/RESPONDENT AS FOLLOWS:**

___ **(1) PERSONAL SERVICE:** BY LEAVING A COPY OF THE WRIT/ORDER WITH THE DEFENDANT/RESPONDENT PERSONALLY, AND INFORMING DEFENDANT/RESPONDENT OF CONTENTS.

___ **(2) SUBSTITUTE SERVICE:** BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH A FAMILY MEMBER OR PERSON RESIDING THERE, 13 YEARS OR OLDER, AND INFORMING THAT PERSON OF THE CONTENTS OF THE SUMMONS. ALSO, A COPY OF THE SUMMONS WAS MAILED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE ON

___ **(3) UNKNOWN OCCUPANTS:** BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT NAMING "UNKNOWN OCCUPANTS" WITH A PERSON OF THE AGE OF 13 OR UPWARDS OCCUPYING SAID PREMISE.

X   **(4) CORP/CO/BUS/PART:** BY LEAVING THE APPROPRIATE NUMBER OF COPIES OF THE SUMMONS, COMPLAINTS, INTERROGATORIES, JUDGMENTS, CERTIFICATIONS AND NOTICES WITH THE REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT CORPORATION ____ COMPANY ____ BUSINESS ____ PARTNERSHIP ____

___ **(5) PROPERTY RECOVERED:** NO ONE PRESENT TO RECEIVE ORDER OF COURT. ORDER POSTED IN PLAIN VIEW.

___ **(6) S.O.S./D.O.I.:** BY LEAVING THE SUMMONS AND COMPLAINT WITH THE SECRETARY OF THE STATE/DIRECTOR OF INSURANCE OF THE STATE OF ILLINOIS, AN AGENT OF SAID DEFENDANT LISTED ABOVE.  ANY AGENT OF SAID CORPORATION NOT FOUND IN THE COUNTY OF COOK.

___ **(7) CERTIFIED MAIL**

**** COMPLETE THIS SECTION IF WRIT IS A THIRD PARTY CITATION/GARNISHMENT ****

___ **(8)** AND BY MAILING ON THE _____ DAY OF _____ 20____ A COPY OF THE THIRD PARTY GARNISHMENT/CITATION SUMMONS AND NOTICE TO THE JUDGMENT DEBTOR'S LAST KNOWN ADDRESS AS INDICATED IN THE NOTICE  WITHIN (2) BUSINESS DAYS OF SERVICE UPON GARNISHEE/THIRD PARTY DEFENDANT.

---

**THE NAMED DEFENDANT WAS NOT SERVED FOR THE GIVEN REASON BELOW:**

| | | |
|---|---|---|
| ___ (01) NO CONTACT | ___ (05) WRONG ADDRESS | ___ (09) DECEASED |
| ___ (02) MOVED | ___ (06) NO SUCH ADDRESS | ___ (10) NO REGISTERED AGENT |
| ___ (03) EMPTY LOT | ___ (07) EMPLOYER REFUSAL | ___ (11) OUT OF COOK COUNTY |
| ___ (04) NOT LISTED | ___ (08) CANCELLED BY PLAINTIFF ATTY | ___ (12) OTHER REASON (EXPLAIN) |

EXPLANATION:  COORDINATOR

---

WRIT SERVED ON: F RANDLE

SEX: Female   RACE: Black   AGE: 35

THIS 5 DAY OF  October  2015
TIME:  10:00:00 AM

THOMAS J. DART,
SHERIFF, BY:  THOMAS, JOSHUA , Star # 11024 , DEPUTY

| ATTEMPTED SERVICES | | |
|---|---|---|
| DATE | TIME (AM/PM) | STAR# |
| | : | |
| | : | |
| | : | |
| | : | |

DFE899R

*Reconstructed Affidavit*

*David M. Feller*

DAVID M. FELLER   #5   10-13-15

**B8**

***EFILED***
Case Number 2015 L 001219
Transaction ID: 58038892
Date:  Oct 20 2015 08:25AM
Mark Von Nida
Clerk of Circuit Court
Third Judicial Circuit, Madison County Illinois

September 29, 2015

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE THIRD JUDICIAL CIRCUIT
MADISON COUNTY
155 N Main St., Edwardsville, IL  62025
(618) 296-4464
madisoncountycircuitclerkIL.com

CASE No.  2015 L 001219

DATE:  September 29, 2015

RONALD POLETTI

                    PLAINTIFF
VS.

SYNGENTA CROP PROTECTION, LLC
C/O CT CORPORATION SYSTEM
208 SOUTH LASALLE STE STE
CHICAGO, IL 60604

                    DEFENDANT

DEFENDANT:  SYNGENTA CROP PROTECTION, LLC

You are hereby summoned and required to file an answer in this case, or otherwise file your appearance, in the office of the Madison County Circuit Clerk, within 30 days after service of this summons, exclusive of the day of service.  If you fail to do so, a judgment or decree by default may be taken against you for the relief prayed in the complaint.

This summons must be returned by the officer or other person to whom it was given for service, with endorsement thereon of service and fees, if any, immediately after service.  If service cannot be made, this summons shall be returned so endorsed.

This summons may not be served later than 30 days after its date.

Witness MARK VON NIDA the Clerk of said Circuit Court and the seal thereof, at Edwardsville, Illinois, this September 29, 2015 .

                    MARK VON NIDA
                    CLERK OF THE CIRCUIT COURT

                    BY: _____
                    Deputy Clerk

(Plaintiff's attorney or plaintiff if he is not represented by an attorney)
W WYLIE BLAIR
ONDER SHELTON O'LEARY & PETERSON LL
100 E LOCKWOOD AVE
2ND FL
ST LOUIS, MO 63119

Date of Service: _____, 20_____.
(To be inserted by officer on the copy left with the defendant or other person)

The Madison County Court makes every effort to comply with accessibility laws and provides reasonable accommodations to persons with disabilities.  Hearing, visual and other assistance may be arranged by contacting our Court Disability Coordinator, Teri Picchioldi at 618-296-4884.

B9

***EFILED***
Case Number 2015L 001219
Transaction ID: 58014018
Date:  Oct 14 2015 04:20PM
Mark Von Nida
Clerk of Circuit Court
Third Judicial Circuit, Madison County Illinois

## IN THE CIRCUIT COURT OF
## MADISON COUNTY, ILLINOIS

Ronald Poletti, *et al.*,

                                        Plaintiffs

vs.

Syngenta AG, *et al.*,                            Case No: 2015L 001219

                                        Defendants.

_____

**This applies to:**

**Alan Onken v. Syngenta AG, *et al.***

## <u>NOTICE OF VOLUNTARY DISMISSAL</u>

Pursuant to 735 Ill. Comp. Stat. Ann. 5/2-1009, Plaintiff, Alan Onken, hereby voluntarily

dismisses his complaint against the Defendants without prejudice.

                     Respectfully submitted,

                     */s/   W. Wylie Blair*
                     James G. Onder, IL Bar #06200444
                     W. Wylie Blair, IL Bar #06285762
                     Michael J. Quillin, IL Bar #6301933
                     Onder, Shelton, O'Leary & Peterson, LLC
                     100 E. Lockwood Ave. 2nd Floor
                     St. Louis, MO 63119
                     (314) 963-9000
                     blair@onderlaw.com
                     onder@onderlaw.com
                     quillin@onderlaw.com

**B10**

OF COUNSEL:

Francois M. Blaudeau
2224 1st Avenue North
Birmingham, Alabama 35203
(205) 326-3336
francois@southernmedlaw.com

W. Lewis Garrison, Jr.
William L. Bross
Taylor C. Bartlett
Mark R. Ekonen
Chris Hood
Heninger Garrison Davis, LLC
2224 1st Avenue North
Birmingham, AL 35203
(205) 326-3336
wlgarrison@hgdlawfirm.com
william@hgdlawfirm.com
taylor@hgdlawfirm.com
mark@hgdlawfirm.com
chood@hgdlawfirm.com

Brian L. Kinsley
Crumley Roberts
2400 Freeman Mill Road, Ste. 200
Greensboro, NC 27406
Tel.: (336) 333-9899
blkinsley@crumleyroberts.com

## CERTIFICATE OF SERVICE

I, W. Wylie Blair, certify that on 14th day of October, 2015, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court using the File & Serve Xpress System which will send notification of such filing to the entered counsel of record in this action.

/s/ W. Wylie Blair
W. Wylie Blair, IL Bar #06285762
ONDER, SHELTON, O'LEARY & PETERSON, LLC
110 E. Lockwood Ave.
2nd Floor
St. Louis, MO 63119
(314) 963-9000
blair@onderlaw.com
*Attorney for Plaintiff*

**B11**

***EFILED***
Case Number 2015 L 001219
Transaction ID: 58014018
Date:  Oct 14 2015 04:20PM
Mark Von Nida
Clerk of Circuit Court
Third Judicial Circuit, Madison County Illinois

## IN THE CIRCUIT COURT OF
## MADISON COUNTY, ILLINOIS

Ronald Poletti, *et al.*,

                    Plaintiffs

vs.

Syngenta AG, *et al.*,

                    Defendants.

Case No: 2015L 001219

**This applies to:**

**Alan Onken v. Syngenta AG, *et al.***

## PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

    Plaintiff, Alan Onken, by and through his undersigned counsel, respectfully moves this Court for voluntary dismissal without prejudice under 735 Ill. Comp. Stat. Ann. 5/2-1009.

    As set forth more fully in the accompanying memorandum of law, dismissal without prejudice is appropriate in order to preserve Plaintiff's claims in this case, as Defendants have not served answer and no case specific discovery has commenced.

**B12**

Respectfully submitted,

/s/   W. Wylie Blair
James G. Onder, IL Bar #06200444
W. Wylie Blair, IL Bar #06285762
Michael J. Quillin, IL Bar #6301933
Onder, Shelton, O'Leary & Peterson, LLC
100 E. Lockwood Ave. 2nd Floor
St. Louis, MO 63119
(314) 963-9000
blair@onderlaw.com
onder@onderlaw.com
quillin@onderlaw.com

OF COUNSEL:

Francois M. Blaudeau
2224 1st Avenue North
Birmingham, Alabama 35203
(205) 326-3336
francois@southernmedlaw.com

W. Lewis Garrison, Jr.
William L. Bross
Taylor C. Bartlett
Mark R. Ekonen
Chris Hood
Heninger Garrison Davis, LLC
2224 1st Avenue North
Birmingham, AL 35203
(205) 326-3336
wlgarrison@hgdlawfirm.com
william@hgdlawfirm.com
taylor@hgdlawfirm.com
mark@hgdlawfirm.com
chood@hgdlawfirm.com

Brian L. Kinsley
Crumley Roberts
2400 Freeman Mill Road, Ste. 200
Greensboro, NC 27406
Tel.: (336) 333-9899
blkinsley@crumleyroberts.com

**B13**

## <u>CERTIFICATE OF SERVICE</u>

I, W. Wylie Blair, certify that on <u>14th day of October, 2015</u> I electronically filed the foregoing Plaintiff's Motion for Voluntary Dismissal Without Prejudice with the Clerk of the Court using the File & Serve Xpress System which will send notification of such filing to the entered counsel of record in this action.

*/s/ W. Wylie Blair*

W. Wylie Blair, IL Bar #06285762
ONDER, SHELTON, O'LEARY & PETERSON, LLC
110 E. Lockwood Ave.
2nd Floor
St. Louis, MO 63119
(314) 963-9000
blair@onderlaw.com
*Attorney for Plaintiff*

**B14**

***EFILED***
Case Number 2015L 001219
Transaction ID: 58014018
Date:  Oct 14 2015 04:20PM
Mark Von Nida
Clerk of Circuit Court
Third Judicial Circuit, Madison County Illinois

**IN THE CIRCUIT COURT OF**
**MADISON COUNTY, ILLINOIS**

Ronald Poletti, *et al.*,

                         Plaintiffs

vs.

Syngenta AG, *et al.*,

                        Defendants.

Case No: 2015L 001219

**This applies to:**

**Alan Onken v. Syngenta AG, *et al.***

## PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

    Plaintiff, Alan Onken, files this Memorandum in Support of Motion for Voluntary Dismissal under 735 Ill. Comp. Stat. Ann. 5/2-1009.  Plaintiff requests the dismissal of this action without prejudice.

    Plaintiff brought this case in the Circuit Court of Madison County, Illinois on September 18, 2015.   It has come to the attention of Plaintiff's attorneys that Plaintiff also signed a contract with another firm regarding the same matter.   Following discussions with Plaintiff, Plaintiff no longer wishes for the undersigned to pursue this claim on their behalf.

    Pursuant to 735 Ill. Comp. Stat. Ann. 5/2-1009(a), "the Plaintiff may, at any time before trial or hearing begins, upon notice to each party who has appeared or each such party's attorney, and upon payment of costs, dismiss his or her action or any part thereof as to any defendant, without prejudice, by order filed in the cause."  In the present case, Defendants have not entered

**B15**

their appearance and Defendants would not be prejudiced by a voluntary dismissal without prejudice as no case specific discovery has been served in this matter.   Therefore, Plaintiff should be permitted to file the attached Notice of Dismissal with the Court.

WHEREFORE, Plaintiff respectfully requests the dismissal of this case without prejudice.

Respectfully submitted,

*/s/  W. Wylie Blair*
James G. Onder, IL Bar #06200444
W. Wylie Blair, IL Bar #06285762
Michael J. Quillin, IL Bar #6301933
Onder, Shelton, O'Leary & Peterson, LLC
100 E. Lockwood Ave. 2nd Floor
St. Louis, MO 63119
(314) 963-9000
blair@onderlaw.com
onder@onderlaw.com
quillin@onderlaw.com

OF COUNSEL:

Francois M. Blaudeau
2224 1st Avenue North
Birmingham, Alabama 35203
(205) 326-3336
francois@southernmedlaw.com

W. Lewis Garrison, Jr.
William L. Bross
Taylor C. Bartlett
Mark R. Ekonen
Chris Hood
Heninger Garrison Davis, LLC
2224 1st Avenue North
Birmingham, AL 35203
(205) 326-3336
wlgarrison@hgdlawfirm.com
william@hgdlawfirm.com
taylor@hgdlawfirm.com
mark@hgdlawfirm.com
chood@hgdlawfirm.com

**B16**

<u>Brian L. Kinsley</u>
Crumley Roberts
2400 Freeman Mill Road, Ste. 200
Greensboro, NC 27406
Tel.: (336) 333-9899
blkinsley@crumleyroberts.com

## CERTIFICATE OF SERVICE

    I, W. Wylie Blair, certify that on <u>this 14th day of October, 2015</u>, I electronically filed the foregoing Plaintiff's Memorandum in Support of Motion for Voluntary Dismissal Without Prejudice with the Clerk of the Court using the File & Serve Xpress System which will send notification of such filing to the entered counsel of record in this action.

<u>/s/ W. Wylie Blair</u>
W. Wylie Blair, IL Bar #06285762
ONDER, SHELTON, O'LEARY & PETERSON, LLC
110 E. Lockwood Ave.
2nd Floor
St. Louis, MO 63119
(314) 963-9000
blair@onderlaw.com
*Attorney for Plaintiff*

**B17**