# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS
## EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| RONALD POLETTI, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CASE NO: 3:15-cv-1221-DRH |
| vs. | ) | (consolidated) |
| | ) | |
| SYNGENTA AG, SYNGENTA CROP | ) | JURY TRIAL DEMANDED |
| PROTECTION AG, SYNGENTA | ) | |
| CORPORATION, SYNGENTA CROP | ) | |
| PROTECTION, LLC, | ) | |
| SYNGENTA BIOTECHNOLOGY, INC.AND | ) | |
| SYNGENTA SEEDS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## FIRST CONSOLIDATED AND AMENDED COMPLAINT

COME NOW the Plaintiffs, by their undersigned attorneys, to bring this amended and consolidated action against Defendants Syngenta AG, Syngenta Crop Protection AG, Syngenta Corporation, Syngenta Crop Protection, LLC, Syngenta Biotechnology, Inc. and Syngenta Seeds, Inc., (collectively "Defendants" or "Syngenta").  This amended and consolidated action is timely filed of right, and it adds new parties as Plaintiffs and asserts claims on their behalf.  It also includes, amends, and consolidates the claims of all existing Plaintiffs in Poletti, et al. v. Syngenta Corp., et al., No. 3:15-cv-1221-DRH (Poletti); Brase Farms, Inc., et al. v. Syngenta Corp., et al., No. 3:15-cv-1374-DRH (Brase Farms); and Wiemers Farms, Inc., et al. v. Syngenta Corp., et al., No. 3: 15-cv-01379-DRH (Wiemers Farms), except for the claims of these eight individuals: Plaintiffs Kelly and Holly Kost, whose claims remain pending on the initial complaint in Brase Farms and are due to be dismissed voluntarily without prejudice pursuant to Fed.R.Civ.P. 41; Plaintiff Arlene Hollis, whose claims remain pending on the initial complaint in Brase Farms and

1 of 335

are due to be dismissed voluntarily without prejudice pursuant to Fed.R.Civ.P. 41; Plaintiff Phillip Ashley, whose claims remain pending on the initial complaint in <u>Wiemers Farms</u> and are due to be dismissed voluntarily without prejudice pursuant to Fed.R.Civ.P. 41; Plaintiff James Lange, whose claims remain pending on the initial complaint in <u>Wiemers Farms</u> and are due to be dismissed voluntarily without prejudice pursuant to Fed.R.Civ.P. 41; Plaintiff Dane Smith, whose claims remain pending on the initial complaint in <u>Poletti</u> and are due to be dismissed voluntarily without prejudice pursuant to Fed.R.Civ.P. 41; Plaintiff Larry Miller, whose claims remain pending on the initial complaint in <u>Wiemers Farms</u>; Plaintiff Bradley A. Ferree, whose claims remain pending on the initial complaint in <u>Brase Farms</u>; and Plaintiff Leroy Tweet, whose claims remain pending on the initial complaint in <u>Poletti</u>.

## SHORT AND PLAIN STATEMENT OF RELIEF

The Plaintiffs are entitled to the relief they seek from the Defendants because (a) the Defendants prematurely commercialized the genetically modified corn trait at issue, and in so doing, acted negligently, recklessly, and deceptively, causing harm to the Plaintiffs, and (b) the Defendants, at the time they acted as alleged, knew of and foresaw the risk to the Plaintiffs from the acts taken, and that by acting as alleged, the Defendants breached duties that they owed the Plaintiffs to prevent precisely the harm that occurred.

## JURISDICTION AND VENUE

1.     Jurisdiction arises under the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1332(d) because each of the original actions constituted a Mass Action under CAFA.  As such, the Defendants removed the original actions under 28 U.S.C. § 1453 from an Illinois state court in this judicial district.

2.      The Plaintiffs make no claim under federal law.  No federal question arises on their allegations.  Plaintiffs expressly disclaim any federal cause of action that might otherwise be available to them.

3.      Plaintiffs do not assert, and expressly disclaim, any claim based on a misrepresentation, omission, or failure to warn regarding the labeling or packaging of Defendants' products.  Plaintiffs do not seek to impose or continue in effect any requirements for labeling or packaging of the Defendants' products as described in the complaint.

4.      There is no complete diversity of citizenship in this case.  Multiple Plaintiffs reside in the State of Minnesota and are citizens of that state.  Defendant Syngenta Seeds has its principal place of business in the State of Minnesota and is a citizen of that state, accordingly.  Further, multiple Plaintiffs reside in the State of North Carolina and are citizens of that state.  Defendants Syngenta Biotech and Syngenta Crop Protection, LLC have their principal places of business in the State of North Carolina and are citizens of that state, accordingly.

5.      Multiple other Plaintiffs reside in and are citizens of the State of Illinois.  Multiple Plaintiffs reside in and are citizens of states which are not contiguous to Illinois.  These non-contiguous states of citizenship of multiple Plaintiffs are North Carolina, Minnesota, Alabama, Arkansas, California, Colorado, Florida, Georgia, Idaho, Kansas, Louisiana, Maryland, Michigan, Mississippi, Nebraska, Nevada, New Mexico, New York, North Dakota, Ohio, Oklahoma, Oregon, Pennsylvania, South Carolina, South Dakota, Tennessee, Texas, and Virginia.

6.      Jurisdiction in the originally filed state court actions was proper in Illinois pursuant to section 2-209 of the Illinois Code of Civil Procedure, 735 ILCS §§ 5/2-209(1) and (2), because each Defendant, separately and by acts concerted with the other Defendants, conducts and

conducted business within this State and committed tortious acts within this State. The business and acts the Defendants engage or engaged in in Illinois include, but are not limited to, (a) the promotion and sale of seeds in the state, including by their sales agents, (b) the use of "Syngenta Seed Advisors" to promote their products in the state, (c) the registration of agents for service of process in Illinois, (d) the maintenance of physical facilities in Illinois to make, promote, and sell products inside the state and outside it, and (e) field testing the genetically-modified corn trait at issue. Each instance of such business and acts in Illinois constitutes purposeful availment by the Defendants of the general commerce of the state and of the farming market specifically, and each such instance was directed by the Defendants to farmers in Illinois. Each such instance was undertaken by each Defendant for itself and as an agent for the other Defendants.

7.     Upon information and belief, Syngenta Biotech, acting in concert with the other Defendants, and as commanded by Defendant Syngenta AG, was significantly involved in the development and commercialization of the genetically modified corn trait MIR162. In 2005 and 2006, while it was registered as a foreign corporation with the Illinois Secretary of State, it performed multiple specific acts in Illinois which the Defendants, acting in concert, decided were necessary to commercialize the corn trait. The commercialization occurred across the U.S. and was undertaken by the Defendants acting in concert as commanded by Defendant Syngenta AG.

8.     Specifically, in 2005 and 2006, Syngenta Biotech field tested in Illinois genetically modified corn trait MIR162 which is used in both Agrisure VIPTERA® ("VIPTERA") corn and Agrisure DURACADE™ ("DURACADE") corn. Syngenta Biotech performed far more of these field tests in Illinois than in any other state -- three times as many than in other state. It did so under permits issued by or notifications to, and made application for deregulation by, the United

States Department of Agriculture ("USDA"). The field tests, as decided by the Defendants in concert, and as commanded by Defendant Syngenta AG, were necessary to commercialize the corn trait across the U.S., including in the states where the Plaintiffs were harmed. Accordingly, the field tests performed by the Defendants in Illinois and other states specifically relate to all the claims made in this case.

9.     The tortious acts alleged in this Complaint occurred in pertinent part in Illinois, in counties of the state including Madison County, and also in the states of citizenship of the multiple Plaintiffs who reside in and are citizens of Alabama, Arkansas, California, Colorado, Florida, Georgia, Idaho, Iowa, Indiana, Kansas, Kentucky, Louisiana, Maryland, Michigan, Minnesota, Mississippi, Missouri, Nebraska, Nevada, New Mexico, New York, North Carolina, North Dakota, Ohio, Oklahoma, Oregon, Pennsylvania, South Carolina, South Dakota, Tennessee, Texas, Virginia and Wisconsin, which are the states of citizenship of multiple Plaintiffs.

10.     Venue for these consolidated cases was proper in the Circuit Court of Madison County, Illinois, from which these cases were removed, pursuant to section 2-101 of the Illinois Code of Civil Procedure, 735 ILCS § 5/2-101, because, inter alia, Madison County is the county of Illinois in which the Defendants' tortious acts occurred in pertinent part.   The three cases now consolidated here were properly removed to this Court by the Defendants, making venue proper here.

## PLAINTIFFS

11.     Plaintiff Ronald Poletti is a resident of Madison County, Illinois. Plaintiff maintains a farm and farms corn in Madison County, Illinois.

12.     Plaintiff Suzanna Blankenship is a resident of Bond County, Illinois. Plaintiff

maintains a farm and farms corn in Bond County, Illinois.

13.      Plaintiff James Tischhuaser is a resident of Bond County, Illinois. Plaintiff maintains a farm, JWT Farms, Inc, and farms corn in Bond County, Illinois.

14.      Plaintiff Jeffrey Tischhuaser is a resident of Bond County, Illinois. Plaintiff maintains a farm, Tisch, Inc, and farms corn in Bond County, Illinois.

15.      Plaintiff Gary Walker is a resident of Bond County, Illinois. Plaintiff maintains a farm, William Walker Farms, Inc., and farms corn in Bond County, Illinois.

16.      Plaintiff DelLee Zurliene is a resident of Bond County, Illinois. Plaintiff maintains a farm, Zurliene Farms, Inc., and farms corn in Bond County, Illinois.

17.      Plaintiff Timothy Kinnaman is a resident of Clark County, Illinois. Plaintiff maintains a farm and farms corn in Clark County, Illinois.

18.      Plaintiff Phillip Nash is a resident of Clark County, Illinois. Plaintiff maintains a farm and farms corn in Clark County, Illinois.

19.      Plaintiff Kirby Lee Williams is a resident of Clark County, Illinois. Plaintiff maintains a farm and farms corn in Clark County, Illinois.

20.      Plaintiff Dave Shoot is a resident of Coles County, Illinois. Plaintiff maintains a farm and farms corn in Coles County, Illinois.

21.      Plaintiff Paul Daily is a resident of Coles County, Illinois. Plaintiff maintains a farm and farms corn in Coles County, Illinois.

22.      Plaintiff Chris Nash is a resident of Coles County, Illinois. Plaintiff maintains a farm, Crooked Creek Farms, Inc., and farms corn in Coles County, Illinois.

23.      Plaintiff Terry Nash is a resident of Coles County, Illinois. Plaintiff maintains a

farm, Nash Grain Farm, Inc., and farms corn in Coles County, Illinois.

24.     Plaintiff Gary Dean Cox is a resident of Douglas County, Illinois. Plaintiff maintains a farm and farms corn in Douglas County, Illinois.

25.     Plaintiff Robert Snider is a resident of Douglas County, Illinois. Plaintiff maintains a farm and farms corn in Douglas County, Illinois.

26.     Plaintiff Darrell Hinkle is a resident of Effingham County, Illinois. Plaintiff maintains a farm and farms corn in Effingham County, Illinois.

27.     Plaintiff Daniel Rubin is a resident of Fayette County, Illinois. Plaintiff maintains a farm, Rubin's Dairy and Grain Farms, Inc., and farms corn in Fayette County, Illinois.

28.     Plaintiff Michael Buntin is a resident of Franklin County, Illinois. Plaintiff maintains a farm, Buntin Brothers Farms, LLC, and farms corn in Franklin County, Illinois.

29.     Plaintiff James Alan Hood is a resident of Franklin County, Illinois. Plaintiff maintains a farm, Hood Farms, and farms corn in Franklin County, Illinois.

30.     Plaintiff James Franklin Davis is a resident of Livingston County, Illinois. Plaintiff maintains a farm, HBJ Davis farms, and farms corn in Livingston County, Illinois.

31.     Plaintiff Benton Weiler is a resident of Richland County, Illinois. Plaintiff maintains a farm, Weiler Grain Farms LLC, and farms corn in Richland County, Illinois.

32.     Plaintiff Douglas Downs is a resident of Shelby County, Illinois. Plaintiff maintains a farm and farms corn in Shelby County, Illinois.

33.     Plaintiff Steven Weakly is a resident of Shelby County, Illinois. Plaintiff maintains a farm, Weakly Farms, Inc., and farms corn in Shelby County, Illinois.

34.     Plaintiff Raymond Rainwater is a resident of Ogle County, Illinois. Plaintiff

maintains a farm, Rainwater Farms, and farms corn in Ogle County, Illinois.

35.     Plaintiff Kevin Babb is a resident of Champaign County, Illinois. Plaintiff maintains a farm and farms corn in Champaign County, Illinois.

36.     Plaintiff Dave Zelhart is a resident of Macon County, Illinois. Plaintiff maintains a farm, Zelhart Farms, and farms corn in Macon County, Illinois.

37.     Plaintiff Mark Roberts is a resident of Brown County, Illinois. Plaintiff maintains a farm, Roberts Farms, and farms corn in Brown County, Illinois.

38.     Plaintiff Roger Babb is a resident of Champaign County, Illinois. Plaintiff maintains a farm and farms corn in Champaign County, Illinois.

39.     Plaintiff Robert Lakey is a resident of Champaign County, Illinois. Plaintiff maintains a farm, Lakey Farms, and farms corn in Champaign County, Illinois.

40.     Plaintiff Patrick Morris is a resident of Boone County, Illinois. Plaintiff maintains a farm and farms corn in Boone County, Illinois.

41.     Plaintiff David Steward is a resident of DeWitt County, Illinois. Plaintiff maintains a farm and farms corn in DeWitt County, Illinois.

42.     Plaintiff Harold Erlenbach is a resident of DeKalb County, Illinois. Plaintiff maintains a farm and farms corn in DeKalb County, Illinois.

43.     Plaintiff Edwin Summers is a resident of Henry County, Illinois. Plaintiff maintains a farm and farms corn in Henry County, Illinois.

44.     Plaintiff Alan Onken is a resident of Lyon County, Minnesota. Plaintiff maintains a farm and farms corn in Lyon County, Minnesota.

45.     Plaintiff Bret Berg is a resident of Dakota County, Minnesota. Plaintiff maintains a

far, Double B Farms, Inc., and farms corn in Dakota County, Minnesota.

46.     Plaintiff Bruce Penning is a resident of Faribault County, Minnesota. Plaintiff maintains a farm and farms corn in Faribault County, Minnesota.

47.     Plaintiff James Hanson is a resident of Brown County, Minnesota. Plaintiff maintains a farm, J&J Hanson Herefords, and farms corn in Brown County, Minnesota.

48.     Plaintiff Robert Olson is a resident of Clay County, Minnesota. Plaintiff maintains a farm, Robert Olson Farms, Inc., and farms corn in Clay County, Minnesota.

49.     Plaintiff Lyle Gertner is a resident of Cottonwood County, Minnesota. Plaintiff maintains a farm and farms corn in Cottonwood County, Minnesota.

50.     Plaintiff Stan Klassen is a resident of Cottonwood County, Minnesota. Plaintiff maintains a farm and farms corn in Cottonwood County, Minnesota.

51.     Plaintiff Douglas Pohlman is a resident of Jackson County, Minnesota. Plaintiff maintains a farm and farms corn in Jackson County, Minnesota.

52.     Plaintiff Melvin Zuidema is a resident of Kandiyohi County, Minnesota. Plaintiff maintains a farm, Zuideam Farms, Inc., and farms corn in Kandiyohi County, Minnesota.

53.     Plaintiff Wayne Skaar is a resident of Lyon County, Minnesota. Plaintiff maintains a farm and farms corn in Lyon County, Minnesota.

54.     Plaintiff Douglas Eisenmenger is a resident of Martin County, Minnesota. Plaintiff maintains a farm and farms corn in Martin County, Minnesota.

55.     Plaintiff Alan Schramm is a resident of McLeod County, Minnesota. Plaintiff maintains a farm, Schramm Farms, Inc., and farms corn in McLeod County, Minnesota.

56.     Plaintiff Gene Tapp is a resident of Mower County, Minnesota. Plaintiff maintains

a farm and farms corn in Mower County, Minnesota.

57.     Plaintiff David Holst is a resident of Mower County, Minnesota. Plaintiff maintains a farm and farms corn in Mower County, Minnesota.

58.     Plaintiff John Opfer is a resident of Olmsted County, Minnesota. Plaintiff maintains a farm, John Opfer Farm, and farms corn in Olmsted County, Minnesota.

59.     Plaintiff Mark Altermatt is a resident of Redwood County, Minnesota. Plaintiff maintains a farm, Altermatt Farms, Inc., and farms corn in Redwood County, Minnesota.

60.     Plaintiff Laurie Hoffbeck is a resident of Redwood County, Minnesota. Plaintiff maintains a farm, Hoffbeck Holsteins, Inc., and farms corn in Redwood and Brown Counties, Minnesota.

61.     Plaintiff Lanny Kiecker is a resident of Renville County, Minnesota. Plaintiff maintains a farm, and farms corn in Renville County, Minnesota.

62.     Plaintiff Randy Kramer is a resident of Renville County, Minnesota. Plaintiff maintains a farm, RLK Farms, Inc., and farms corn in Renville County, Minnesota.

63.     Plaintiff Gary Overgaard is a resident of Rock County, Minnesota. Plaintiff maintains a farm, Overgaard Farms, and farms corn in Rock County, Minnesota.

64.     Plaintiff Jack Boomgaarden is a resident of Rock County, Minnesota. Plaintiff maintains a farm, and farms corn in Rock County, Minnesota.

65.     Plaintiff Ken Hoime is a resident of Rock County, Minnesota. Plaintiff maintains a farm, Ken Hoime Farms, and farms corn in Rock County, Minnesota.

66.     Plaintiff Jeff Thorson is a resident of Rock County, Minnesota. Plaintiff maintains a farm, Jeff Thorson Farms, and farms corn in Rock County, Minnesota.

67.     Plaintiff Alvin Boomgaarden is a resident of Rock County, Minnesota. Plaintiff maintains a farm, and farms corn in Rock County, Minnesota.

68.     Plaintiff Bill Stein is a resident of Stearnes County, Minnesota. Plaintiff maintains a farm, and farms corn in Stearnes County, Minnesota.

69.     Plaintiff Randall Pothen is a resident of Swift County, Minnesota. Plaintiff maintains a farm, and farms corn in Swift County, Minnesota.

70.     Plaintiff Richard Linscheid is a resident of Watonwan County, Minnesota. Plaintiff maintains a farm, and farms corn in Watonwan County, Minnesota.

71.     Plaintiff Scott Lankow is a resident of Wilkin County, Minnesota. Plaintiff maintains a farm, Lankow Farms, Inc., and farms corn in Wilkin County, Minnesota.

72.     Plaintiff James Ferguson is a resident of Yellow Medicine County, Minnesota. Plaintiff maintains a farm, and farms corn in Yellow Medicine County, Minnesota.

73.     Plaintiff Michael Butler is a resident of Faribault County, Minnesota. Plaintiff maintains a farm, and farms corn in Faribault and Martin Counties, Minnesota.

74.     Plaintiff Edward Connell is a resident of Watonwan County, Minnesota. Plaintiff maintains a farm, and farms corn in Watonwan County, Minnesota.

75.     Plaintiff Virgil Mueller is a resident of Fillmore County, Minnesota. Plaintiff maintains a farm, and farms corn in Fillmore County, Minnesota.

76.     Plaintiff Daniel Moser is a resident of Pipestone County, Minnesota. Plaintiff maintains a farm, and farms corn in Lincoln County, Minnesota.

77.     Plaintiff Arlyn Baerg is a resident of Cottonwood County, Minnesota. Plaintiff maintains a farm, Arlyn Baerg Farms, and farms corn in Cottonwood County, Minnesota.

78.     Plaintiff Jay Mugge is a resident of Dickinson County, Iowa. Plaintiff maintains a farm, Mugge and Mugge Farms, Inc., and farms corn in Dickinson County, Iowa.

79.     Plaintiff Brian Fairchild is a resident of Linn County, Iowa. Plaintiff maintains a farm, and farms corn in Linn County, Iowa.

80.     Plaintiff Scott Bratthauer is a resident of Clinton County, Iowa. Plaintiff maintains a farm, and farms corn in Clinton County, Iowa.

81.     Plaintiff Lance Shafer is a resident of Cherokee County, Iowa. Plaintiff maintains a farm, and farms corn in Cherokee County, Iowa.

82.     Plaintiff Eric Vohs is a resident of Ida County, Iowa. Plaintiff maintains a farm, E Vohs Farm, and farms corn in Ida County, Iowa.

83.     Plaintiff David Forbes is a resident of Ida County, Iowa. Plaintiff maintains a farm, Forbes Farms, Ltd., and farms corn in Ida County, Iowa.

84.     Plaintiff Mark Forbes is a resident of Ida County, Iowa. Plaintiff maintains a farm, and farms corn in Ida County, Iowa.

85.     Plaintiff Todd Degen is a resident of Sioux County, Iowa. Plaintiff maintains a farm, and farms corn in Sioux County, Iowa.

86.     Plaintiff Jeff Statema is a resident of Sioux County, Iowa. Plaintiff maintains a farm, J&D Farms, and farms corn in Sioux County, Iowa.

87.     Plaintiff Mark Pedersen is a resident of Kossuth County, Iowa. Plaintiff maintains a farm, and farms corn in Kossuth County, Iowa.

88.     Plaintiff Dave Muhlbauer is a resident of Crawford County, Iowa. Plaintiff maintains a farm, and farms corn in Crawford County, Iowa.

89.     Plaintiff Nathan Vermeer is a resident of Sioux County, Iowa. Plaintiff maintains a farm, Vermeer and Sons Farms, and farms corn in Sioux County, Iowa.

90.     Plaintiff Tracy Funk is a resident of Mitchell County, Iowa. Plaintiff maintains a farm, and farms corn in Mitchell County, Iowa.

91.     Plaintiff Michael Rabe is a resident of O'Brien County, Iowa. Plaintiff maintains a farm, Rabe Farms, and farms corn in O'Brien County, Iowa.

92.     Plaintiff David Richter is a resident of O'Brien County, Iowa. Plaintiff maintains a farm, Richter Farms, Inc., and farms corn in O'Brien County, Iowa.

93.     Plaintiff Craig Kassel is a resident of Palo Alto County, Iowa. Plaintiff maintains farms, Kassel Farms, Inc., and Great Oak Farms, and farms corn in Palo Alto County, Iowa.

94.     Plaintiff Randy Loomis is a resident of Palo Alto County, Iowa. Plaintiff maintains a farm, and farms corn in Palo Alto County, Iowa.

95.     Plaintiff Mark Fredrickson is a resident of Worth County, Iowa. Plaintiff maintains a farm, and farms corn in Worth County, Iowa.

96.     Plaintiff Marvin Johnson is a resident of Hancock County, Iowa. Plaintiff maintains a farm, and farms corn in Hancock County, Iowa.

97.     Plaintiff Dallas Johnson is a resident of Hancock County, Iowa. Plaintiff maintains a farm, and farms corn in Hancock County, Iowa.

98.     Plaintiff Doug Tinnes is a resident of Keokuk County, Iowa. Plaintiff maintains a farm, and farms corn in Keokuk County, Iowa.

99.     Plaintiff Duane Boehm is a resident of Kossuth County, Iowa. Plaintiff maintains a farm, and farms corn in Kossuth and Faribault Counties, Iowa.

100.    Plaintiff Randy Shatek is a resident of Chicasaw County, Iowa. Plaintiff maintains a farm, and farms corn in Chickasaw and Howard Counties, Iowa.

101.    Plaintiff Randy Horsley is a resident of Woodbury County, Iowa. Plaintiff maintains a farm, and farms corn in Woodbury County, Iowa.

102.    Plaintiff Terry Ludwigs is a resident of Plymouth County, Iowa. Plaintiff maintains a farm, and farms corn in Plymouth County, Iowa.

103.    Plaintiff Troy Benjegerdes is a resident of Worth County, Iowa. Plaintiff maintains a farm, and farms corn in Worth County, Iowa.

104.    Plaintiff Steven Erdman is a resident of Cherokee County, Iowa. Plaintiff maintains a farm, and farms corn in Cherokee County, Iowa.

105.    Plaintiff Leon Benjegerdes is a resident of Worth County, Iowa. Plaintiff maintains a farm, and farms corn in Worth County, Iowa.

106.    Plaintiff Ray Stoner is a resident of Linn County, Iowa. Plaintiff maintains a farm, and farms corn in Linn and Cedar Counties, Iowa.

107.    Plaintiff Rodney Dietz is a resident of Bremer County, Iowa. Plaintiff maintains a farm, and farms corn in Bremer County, Iowa.

108.    Plaintiff James Locklear is a resident of Robeson County, North Carolina. Plaintiff maintains a farm, and farms corn in Robeson County, North Carolina.

109.    Plaintiff Dan Bronnenberg is a resident of Delaware County, Indiana. Plaintiff maintains a farm, and farms corn in Delaware County, Indiana.

110.    Plaintiff Duane Jackson is a resident of Delaware County, Indiana. Plaintiff maintains a farm, and farms corn in Delaware County, Indiana.

111.    Plaintiff Kyle Duane Jackson is a resident of Delaware County, Indiana. Plaintiff maintains a farm, and farms corn in Delaware County, Indiana.

112.    Plaintiff Seth Phillip Myers is a resident of Hartford County, Indiana. Plaintiff maintains a farm, Phil Myers Family Farm, LLC, and farms corn in Hartford County, Indiana.

113.    Plaintiff Chris Cornelius is a resident of Swift County, Indiana. Plaintiff maintains a farm, S&C Cornelius Farms, and farms corn in Swift County, Indiana.

114.    Plaintiff Gary Whallon is a resident of Vigo County, Indiana. Plaintiff maintains a farm, and farms corn in Vigo County, Indiana.

115.    Plaintiff Patrick Worland is a resident of Knox County, Indiana. Plaintiff maintains a farm, Worland Farms, LLC, and farms corn in Knox County, Indiana.

116.    Plaintiff Wayne Bothel is a resident of DuPage County, Indiana. Plaintiff maintains a farm, and farms corn in DuPage County, Indiana.

117.    Plaintiff Rod Epping is a resident of Phelps County, Nebraska. Plaintiff maintains a farm, Epping Farms, Ltd., and farms corn in Phelps and Kearney Counties, Nebraska.

118.    Plaintiff Joel Starr is a resident of Adams County, Nebraska. Plaintiff maintains a farm, Joel and James Starr Partnership, and farms corn in Adams County, Nebraska.

119.    Plaintiff Michael Thomas is a resident of Saunders County, Nebraska. Plaintiff maintains a farm, and farms corn in Saunders and Douglas Counties, Nebraska

120.    Plaintiff Alan Hilt is a resident of Lancaster County, Nebraska. Plaintiff maintains a farm, and farms corn in Lancaster and Saunders Counties, Nebraska.

121.    Plaintiff Duane Siffring is a resident of Butler County, Nebraska. Plaintiff maintains a farm, Siffring Farms, Inc., and farms corn in Butler County, Nebraska.

122.     Plaintiff Chris Beaver is a resident of Johnson County, Nebraska. Plaintiff maintains a farm, and farms corn in Johnson County, Nebraska.

123.     Plaintiff Thoams Vodicka is a resident of Butler County, Nebraska. Plaintiff maintains a farm, and farms corn in Butler County, Nebraska.

124.     Plaintiff Ross Bauman is a resident of Gage County, Nebraska. Plaintiff maintains a farm, and farms corn in Gage County, Nebraska.

125.     Plaintiff Norman Hofer is a resident of Hutchinson County, South Dakota. Plaintiff maintains a farm, and farms corn in Hutchinson and McCook Counties, South Dakota.

126.     Plaintiff James Hauser is a resident of Hutchinson County, South Dakota. Plaintiff maintains a farm, and farms corn in Hutchinson County, South Dakota.

127.     Plaintiff Eric Nelson is a resident of Beadle County, South Dakota. Plaintiff maintains a farm, and farms corn in Beadle County, South Dakota.

128.     Plaintiff Mike Thompson is a resident of Brookings County, South Dakota. Plaintiff maintains a farm, THO F.F., Inc., and farms corn in Brookings County, South Dakota.

129.     Plaintiff Kim Madsen is a resident of Clark County, South Dakota. Plaintiff maintains a farm, Madsen Farms, LLC, and farms corn in Beadle, Clark and Spink Counties, South Dakota.

130.     Plaintiff Dan Schlaffman is a resident of Davison County, South Dakota. Plaintiff maintains a farm, and farms corn in Davison County, South Dakota.

131.     Plaintiff Chris Baker is a resident of Hand County, South Dakota. Plaintiff maintains a farm, and farms corn in Hand, Beadle and Hyde Counties, South Dakota.

132.     Plaintiff Michael Rozell is a resident of Union County, South Dakota. Plaintiff

maintains a farm, and farms corn in Union County, South Dakota.

133.    Brase Farms, Inc. is an Illinois corporation with its principal place of business in Illinois.  It farms corn in Madison County, Illinois.

134.    Raymond J. Svoboda is a resident of Madison County, Illinois.  Plaintiff maintains a farm and farms corn in Madison County, Illinois.

135.    Moroville Farms Inc. is an Illinois Corporation with its principal place of business in Illinois.  It maintains a farm and farms corn in Madison County, Illinois.

136.    Blankenship Farms, Inc. is an Illinois corporation with its principal place of business in Illinois.  It farms corn in Bond County, Illinois.

137.    Allan Wolf is a resident of Henry County, Illinois.  Plaintiff maintains a farm and farms corn in Henry County, Illinois.

138.    Newcomb Farms, LP is an Illinois partnership which farms corn in Washington and Jefferson Counties, Illinois.

139.    Christiana Newcomb is a resident of Washington County, Illinois.  Plaintiff maintains a farm and farms corn in Washington and Jefferson Counties, Illinois.

140.    Randall Newcomb is a resident of Washington County, Illinois.  Plaintiff maintains a farm and farms corn in Washington and Jefferson Counties, Illinois.

141.    Bicknell Farms LP is an Illinois partnership which farms corn in Moultrie County, Illinois.

142.    Joe Bicknell is a resident of Moultrie County, Illinois.  Plaintiff maintains a farm and farms corn in Moultrie County, Illinois.

143.    Martin T. Duncan is a resident of Shelby County, Illinois.  Plaintiff maintains a

farm and farms corn in Shelby, Macon, and Moultrie Counties, Illinois.

144.    Teresa Duncan is a resident of Shelby County, Illinois.  Plaintiff maintains a farm and farms corn in Shelby, Macon, and Moultrie Counties, Illinois.

145.    Martin and Teresa Duncan Farm Partnership is an Illinois partnership which farms corn in Shelby, Macon, and Moultrie Counties, Illinois.

146.    Linda Hinkle is a resident of Effingham County, Illinois.  Plaintiff maintains a farm and farms corn in Clark and Edgar Counties, Illinois.

147.    Maurice Wilhoit is a resident of Jackson County, Illinois.  Plaintiff maintains a farm and farms corn in Clark County, Illinois.

148.    Gene Wilhoit is a resident of Douglas County, Illinois.  Plaintiff maintains a farm and farms corn in Clark County, Illinois.

149.    Greg W. Campbell is a resident of Sangamon County, Illinois.  Plaintiff maintains a farm and farms corn in Macoupin County, Illinois.

150.    Newman Farms, Inc. is an Illinois corporation with its principal place of business in Illinois.  It farms corn in Vermilion County, Illinois.

151.    David Wayne Bauer is a resident of Effingham County, Illinois.  Plaintiff maintains a farm and farms corn in Effingham and Fayette Counties, Illinois.

152.    Lauretta Darlene Bauer is a resident of Effingham County, Illinois.  Plaintiff maintains a farm and farms corn in Effingham and Fayette Counties, Illinois.

153.    Weldon Francis Becker is a resident of Morgan County, Illinois.  Plaintiff maintains a farm and farms corn in Morgan County, Illinois.

154.    Weldon Todd Becker Trust Dated 5/29/2004 farms corn in Morgan County,

Illinois.

155.     Phillip A. Bohlen is a resident of Shelby County, Illinois.  Plaintiff maintains a farm and farms corn in Shelby, Macon, and Christian Counties, Illinois and Olham County, Texas.

156.     Stephen Bragg is a resident of Douglas County, Illinois.  Plaintiff maintains a farm and farms corn in Douglas County, Illinois.

157.     Thomas Carso is a resident of Franklin County, Illinois.  Plaintiff maintains a farm and farms corn in Franklin County, Illinois.

158.     Daniel Chambers is a resident of Piatt County, Illinois.  Plaintiff maintains a farm and farms corn in Piatt County, Illinois.

159.     John C. Clifford III is a resident of Champaign County, Illinois.  Plaintiff maintains a farm and farms corn in Champaign County, Illinois.

160.     Kimberly J. Clifford is a resident of Champaign County, Illinois.  Plaintiff maintains a farm and farms corn in Champaign and Ford Counties, Illinois.

161.     Rainmaker Farms LLC is an Illinois corporation with its principal place of business in Illinois.  It farms corn in Champaign, Ford, and Vermilion Counties, Illinois.

162.     Kenneth Pierce Crossland is a resident of Hancock County, Illinois.  Plaintiff maintains a farm and farms corn in Hancock County, Illinois.

163.     Paul Daily Farms farms corn in Coles and Cumberland Counties, Illinois.

164.     Roger Green is a resident of Johnson County, Illinois.  Plaintiff maintains a farm and farms corn in Johnson, Massac, and Union Counties, Illinois.

165.     Gross Farms, Inc. is an Illinois corporation with its principal place of business in Illinois.  It farms corn in Clark, Crawford, Cumberland and Jasper Counties, Illinois.

166.    Ronald L. Gross Living Trust farms corn in Clark County, Illinois.

167.    James L. Gunn, Jr. is a resident of Franklin County, Illinois.  Plaintiff maintains a farm and farms corn in Williamson and Franklin Counties, Illinois.

168.    Kingery Acres Co. is an Illinois corporation with its principal place of business in Illinois.  It farms corn in Cumberland County, Illinois.

169.    Donald Paul Immke is a resident of Livingston County, Illinois.  Plaintiff maintains a farm and farms corn in Livingston County, Illinois.

170.    Charley William Jackanicz is a resident of Franklin County, Illinois.  Plaintiff maintains a farm and farms corn in Franklin County, Illinois.

171.    Connie L. Kinnaman, individually and as trustee of The Ray and Connie Kinnaman Family Trust farms corn in Clark County, Illinois.  Connie L. Kinnaman is a resident of Clark County, Illinois.

172.    John T. Lee is a resident of Franklin County, Illinois.  Plaintiff maintains a farm and farms corn in Franklin County, Illinois.

173.    Darrell William McCumber is a resident of Douglas County, Illinois.  Plaintiff maintains a farm and farms corn in Douglas County, Illinois and Parke County, Indiana.

174.    Ernest Allen Meadows is a resident of Franklin County, Illinois.  Plaintiff maintains a farm and farms corn in Franklin County, Illinois.

175.    Greg Alan Miller is a resident of Stephenson County, Illinois.  Plaintiff maintains a farm and farms corn in Stephenson County, Illinois.

176.    Windy Groves, Inc. is an Illinois corporation with its principal place of business in Illinois.  It farms corn in Stephenson County, Illinois.

177.     Gerald Lee Miller is a resident of Adams County, Illinois.  Plaintiff maintains a farm and farms corn in Adams County, Illinois.

178.     Jeffrey Lee Miller is a resident of Adams County, Illinois.  Plaintiff maintains a farm and farms corn in Adams County, Illinois.

179.     Duane Arnold Pratt, Sr. is a resident of Warren County, Illinois.  Plaintiff maintains a farm and farms corn in Warren County, Illinois.

180.     Justin David Shoot is a resident of Coles County, Illinois.  Plaintiff maintains a farm and farms corn in Coles and Cumberland Counties, Illinois.

181.     Ridgedale Farms Ltd. is an Illinois partnership which farms corn in Shelby County, Illinois.

182.     Short Land, Inc. is an Illinois corporation with its principal place of business in Illinois.  It farms corn in Shelby County, Illinois.

183.     Larry B Skinner Trust farms corn in Douglas County, Illinois.

184.     Ronald J. Solich is a resident of Monroe County, Illinois.  Plaintiff maintains a farm and farms corn in Monroe County, Illinois.

185.     David Glenn Statema is a resident of Sioux County, Iowa.  Plaintiff maintains a farm and farms corn in Lincoln and Union Counties, South Dakota and Plymouth, O'Brien and Sioux Counties, Iowa.

186.     Kleon Baker is a resident of Coles County, Illinois.  Plaintiff maintains a farm and farms corn in Clark County, Illinois.

187.     Michael D. Cornwell is a resident of Crawford County, Illinois.  Plaintiff maintains a farm and farms corn in Clark County, Illinois.

188.    Valerie Kay Cornwell is a resident of Douglas County, Illinois.  Plaintiff maintains a farm and farms corn in Clark County, Illinois.

189.    Diane E. Mitchell is a resident of McLean County, Illinois.  Plaintiff maintains a farm and farms corn in Clark County, Illinois.

190.    Roger T. Mitchell is a resident of McLean County, Illinois.  Plaintiff maintains a farm and farms corn in Clark County, Illinois.

191.    Naomi Baker Irrevocable Trust farms corn in Clark County, Illinois.

192.    Dale Wayne Schuring is a resident of Douglas County, Illinois.  Plaintiff maintains a farm and farms corn in Clark County, Illinois.

193.    Taphorn Brothers is an Illinois partnership which farms corn in Effingham and Fayette Counties, Illinois.

194.    Gerald Richard Taphorn is a resident of Effingham County, Illinois.  Plaintiff maintains a farm and farms corn in Effingham and Fayette Counties, Illinois.

195.    Steven Allen Thompson is a resident of Clark County, Illinois.  Plaintiff maintains a farm and farms corn in Clark County, Illinois.

196.    Geo D. Tomlinson, Jr. is a resident of Franklin County, Illinois.  Plaintiff maintains a farm and farms corn in Franklin County, Illinois.

197.    Tomlinson Farm Trust farms corn in Franklin County, Illinois.

198.    Mark J. Utecht is a resident of Franklin County, Illinois.  Plaintiff maintains a farm and farms corn in Franklin County, Illinois.

199.    Alan K. Newcomb is a resident of Washington County, Illinois.  Plaintiff maintains a farm and farms corn in Jefferson, Washington, and Marion Counties, Illinois.

200.    Howard & Wanda Winters Irrevocable Family Trust farms corn in Clark and Crawford Counties, Illinois.

201.    Agnes Linga Felter Trust farms corn in Clark County, Illinois.

202.    Delno Linga Felter Trust farms corn in Clark County, Illinois.

203.    William T. Wernz is a resident of Clark County, Illinois.  Plaintiff maintains a farm and farms corn in Clark County, Illinois and Vigo County, Indiana.

204.    Maurice Wernz is a resident of Clark County, Illinois.  Plaintiff maintains a farm and farms corn in Clark County, Illinois.

205.    Albert D. Wernz is a resident of Clark County, Illinois.  Plaintiff maintains a farm and farms corn in Clark County, Illinois.

206.    Wernz, Ltd. is an Illinois partnership which farms corn in Clark County, Illinois and Vigo County, Indiana.

207.    Jay Russell Cross is a resident of Logan County, Illinois.  Plaintiff maintains a farm and farms corn in Logan County, Illinois.

208.    Arthur Wayne McDowell is a resident of Shelby County, Illinois.   Plaintiff maintains a farm and farms corn in Shelby County, Illinois.

209.    Gregory John Cross is a resident of Mason County, Illinois.  Plaintiff maintains a farm and farms corn in Logan County, Illinois.

210.    James Slusser Revocable Trust farms corn in St. Claire and Clark Counties, Illinois.

211.    Erich Berner is a resident of Clark County, Illinois.  Plaintiff maintains a farm and farms corn in Clark County, Illinois.

212.    Gene Dinkelman is a resident of Washington County, Illinois.  Plaintiff maintains

a farm and farms corn in Washington County, Illinois.

213.    Richard Harmon Irvin is a resident of Jefferson County, Illinois.  Plaintiff maintains a farm and farms corn in Jefferson County, Illinois.

214.    Patricia Eckerty, Declaration of trust Dated 3/23/06 farms corn in Edgar County, Illinois.

215.    John Maurice McGinnes is a resident of Edgar County, Illinois.  Plaintiff maintains a farm and farms corn in Edgar County, Illinois

216.    Ronald Wayne Cloyd is a resident of Sangamon County, Illinois.  Plaintiff maintains a farm and farms corn in Christian County, Illinois.

217.    Donald Eugene Elbe is a resident of Hancock County, Illinois.  Plaintiff maintains a farm and farms corn in Hancock County, Illinois.

218.    Susan Elbe is a resident of Hancock County, Illinois.  Plaintiff maintains a farm and farms corn in Hancock County, Illinois.

219.    Doll's Dairy, Inc. is an Illinois corporation with its principal place of business in Illinois.  It farms corn in Bond County, Illinois.

220.    Michael Alan Short is a resident of Ford County, Illinois.  Plaintiff maintains a farm and farms corn in Ford County, Illinois.

221.    Kathy L. Poletti Revocable Living Trust farms corn in Madison, St. Clair, and Montgomery Counties, Illinois.

222.    Triangle Development LLC is an Illinois corporation with its principal place of business in Illinois.  It farms corn in Bond County, Illinois.

223.    Triangle Grain, Inc. is an Illinois corporation with its principal place of business in

Illinois.  It farms corn in Bond County, Illinois.

224.    Beth Green maintains a farm and farms corn in Bond County, Illinois.

225.    Douglas A. Blankenship is a resident of Bond County, Illinois.  Plaintiff maintains a farm and farms corn in Bond County, Illinois.

226.    Heins Brother Farms is an Illinois corporation with its principal place of business in Illinois.  It farms corn in Jackson County, Illinois.

227.    Heins Farms, Inc. is an Illinois corporation with its principal place of business in Illinois.  It farms corn in Jackson County, Illinois.

228.    Louis Aldag, Jr. is a resident of Jefferson County, Illinois.  Plaintiff maintains a farm and farms corn in Washington County, Illinois.

229.    E & G Weis Farms, Inc. is an Illinois corporation with its principal place of business in Illinois.  It farms corn in Perry and Jackson Counties, Illinois.

230.    T.A.M. Farms, Inc. is an Illinois corporation with its principal place of business in Illinois.  It farms corn in Macoupin County, Illinois.

231.    Brian Willenborg is a resident of Fayette County, Illinois.  Plaintiff maintains a farm and farms corn in Fayette County, Illinois.

232.    Suzanna R. Blankenship Revocable Trust farms corn in Bond County, Illinois.

233.    Danny Johnston is a resident of Effingham County, Illinois.  Plaintiff maintains a farm and farms corn in Bond County, Illinois.

234.    L.E. Johnston Farms, Inc. is an Illinois corporation with its principal place of business in Illinois.  It farms corn in Effingham County, Illinois.

235.    Brenda Sue Smith is a resident of Richland County, Illinois.  Plaintiff maintains a

farm and farms corn in Crawford, Richland and Lawrence Counties, Illinois.

236.   Halldale Dairy Farm, Inc. is an Illinois corporation with its principal place of business in Illinois.  It farms corn in Sangamon County, Illinois.

237.   Kimberly Pizzuto is a resident of Somerset County, New Jersey. Plaintiff maintains a farm and farms corn in Sangamon County, Illinois.

238.   Greg S. Hall is a resident of Pickens County, South Carolina.   Plaintiff maintains a farm and farms corn in Sangamon County, Illinois

239.   Julia D. Littlejohn Revocable Trust farms corn in Clark County, Illinois.

240.   Littlejohn Farms LLC is an Illinois corporation with its principal place of business in Illinois.  It farms corn in Clark County, Illinois.

241.   Ian Scott Littlejohn is a resident of Clark County, Illinois.  Plaintiff maintains a farm and farms corn in Clark County, Illinois.

242.   Weiler Farms, Inc. is an Illinois corporation with its principal place of business in Illinois.  It farms corn in Richland County, Illinois.

243.   Michael L. Cripe is a resident of Fayette County, Illinois.  Plaintiff maintains a farm and farms corn in Bond and Fayette Counties, Illinois.

244.   Kevin D. Heiden is a resident of Effingham County, Illinois.  Plaintiff maintains a farm and farms corn in Effingham County, Illinois.

245.   Bill L. Bailey resides in Clay County, Illinois.  Plaintiff maintains a farm and farms corn in Marion, Clay and Wayne Counties, Illinois.

246.   Cindy Bailey resides in Clay County, Illinois.  Plaintiff maintains a farm and farms corn in Marion, Richland, Wayne and Clay Counties, Illinois.

247.    Cole Bailey resides in Clay County, Illinois.  Plaintiff maintains a farm and farms corn in Marion, Clay and Wayne Counties, Illinois.

248.    Darren Bailey is a resident of Clay County, Illinois.  Plaintiff maintains a farm and farms corn in Marion, Richland, Wayne and Clay Counties, Illinois.

249.    Norma Gene Bailey is a resident of Clay County, Illinois.  Plaintiff maintains a farm and farms corn in Marion, Clay and Wayne County, Illinois.

250.    Zachary Bailey is a resident of Clay County, Illinois.  Plaintiff maintains a farm and farms corn in Marion, Clay and Wayne County, Illinois.

251.    Roger W. Wessels is a resident of Livingston County, Illinois.  Plaintiff maintains a farm and farms corn in Livingston County, Illinois.

252.    Dole Farms Inc. is an Illinois corporation with its principal place of business in Illinois.  It farms corn in Coles County, Illinois.

253.    Andrew Dole is a resident of Coles County, Illinois.  Plaintiff maintains a farm and farms corn in Coles County, Illinois.

254.    Janice Dole is a resident of Coles County, Illinois.  Plaintiff maintains a farm and farms corn in Coles County, Illinois.

255.    Jeff A. Dole is a resident of Coles County, Illinois.  Plaintiff maintains a farm and farms corn in Coles County, Illinois.

256.    Marty Dole is a resident of Coles County, Illinois.  Plaintiff maintains a farm and farms corn in Coles County, Illinois.

257.    Dorothy Dole Trust farms corn in Coles County, Illinois.

258.    Lula Dole Trust farms corn in Coles County, Illinois.

259.    E. Joan Record is a resident of Coles County, Illinois.  Plaintiff maintains a farm and farms corn in Coles County, Illinois.

260.    Virginia Campbell Estate farms corn in Coles County, Illinois.

261.    Dean J. Dryden is a resident of Cumberland County, Illinois.  Plaintiff maintains a farm and farms corn in Cumberland County, Illinois.

262.    Donald F. Clark is a resident of Jasper County, Illinois.  Plaintiff maintains a farm and farms corn in Jasper County, Illinois.

263.    Wayne Eugene Parker is a resident of Franklin County, Vermont.  Plaintiff maintains a farm and farms corn in Douglas County, Illinois.

264.    Cripe Farms Inc. is an Illinois corporation with its principal place of business in Illinois.  It farms corn in Fayette County, Illinios.

265.    Rick Alan Cripe is a resident of Fayette County, Illinois.  Plaintiff maintains a farm and farms corn in Fayette, Marion and Desha Counties, Illinois.

266.    Wempen Farms, Ltd. is an Illinois partnership which farms corn in Montgomery and Christian Counties, Illinois.

267.    Niendiek Dairy, Ltd. is an Illinois partnership which farms corn in Effingham County, Illinois.

268.    J and V Probst Park, Inc. is an Illinois corporation with its principal place of business in Illinois.  It farms corn in Shelby, Effingham, Hancock and Cumberland Counties, Illinois.

269.    Robert Whitworth is a resident of Greene County, Illinois.  Plaintiff maintains a farm and farms corn in Greene and Montgomery Counties, Illinois.

270.    Shawn Cripe is a resident of Fayette County, Illinois.  Plaintiff maintains a farm and farms corn in Fayette County, Illinois.

271.    B&B Probst Farms, Inc. is an Illinois corporation with its principal place of business in Illinois.  It farms corn in Jasper and Effingham Counties, Illinois.

272.    Maurice Gene Walker is a resident of Mason County, Illinois.  Plaintiff maintains a farm and farms corn in Mason County, Illinois.

273.    Randy Steven Krause is a resident of Mason County, Illinois.  Plaintiff maintains a farm and farms corn in Mason County, Illinois.

274.    Richard Garlisch is a resident of Mason County, Illinois.  Plaintiff maintains a farm and farms corn in Mason, Cass, Fulton and Tazewell Counties, Illinois.

275.    Marlowe Caulkins is a resident of Mason County, Illinois.  Plaintiff maintains a farm and farms corn in Tazewell County, Illinois.

276.    Brian Hale McCormick is a resident of Fulton County, Illinois.  Plaintiff maintains a farm and farms corn in McDonough, Schuyler and Fulton Counties, Illinois.

277.    Dolores Ann Curry is a resident of Mason County, Illinois.  Plaintiff maintains a farm and farms corn in Mason, Cass, Fulton and Tazewell Counties, Illinois.

278.    Marc Briney is a resident of Schuyler County, Illinois.  Plaintiff maintains a farm and farms corn in Schuyler County, Illinois.

279.    Shirley Harbin is a resident of Orange County, California.  Plaintiff maintains a farm and farms corn in Brown, Schuyler and Fulton Counties, Illinois.

280.    Herschel Briney Farms, Inc. is an Illinois corporation with its principal place of business in Illinois.  It farms corn in Schuyler and Fulton Counties, Illinois.

281.    J.R. Briney & Sons, Inc. is an Illinois corporation with its principal place of business in Illinois.  It farms corn in Schuyler, Fulton and McDonough Counties, Illinois.

282.    James S. Todd is a resident of Montgomery County, Virginia.  Plaintiff maintains a farm and farms corn in Schuyler County, Illinois.

283.    Alan J. Twedt is a resident of Los Angeles County, California.  Plaintiff maintains a farm and farms corn in Schuyler County, Illinois.

284.    Todd E. Twedt is a resident of San Diego County, California.  Plaintiff maintains a farm and farms corn in Schuyler County, Illinois.

285.    Richard James Meehan is a resident of Fulton County, Illinois.  Plaintiff maintains a farm and farms corn in Fulton and Schuyler Counties, Illinois.

286.    Robert Charles Meehan is a resident of Fulton County, Illinois.  Plaintiff maintains a farm and farms corn in Fulton and Schuyler Counties, Illinois.

287.    Leslie Dale Pruitt is a resident of Morgan County, Indiana.  Plaintiff maintains a farm and farms corn in Morgan and Putnam Counties, Indiana.

288.    Cripe Brothers, A Partnership is an Illinois partnership which farms corn in Fayette County, Illinois.

289.    Greenwood Farms, Inc. is an Illinois corporation with its principal place of business in Illinois.  It farms corn in Bond and Montgomery Counties, Illinois.

290.    Provines Farms, Inc. is an Illinois corporation with its principal place of business in Illinois.  It farms corn in Fayette County, Illinois.

291.    Schluckebier Farms, Inc. is an Illinois corporation with its principal place of business in Illinois.  It farms corn in Montgomery County, Illinois.

292.    David Gregg, Inc. is an Illinois corporation with its principal place of business in Illinois.  It farms corn in Shelby County, Illinois.

293.    BYW Inc. is an Illinois corporation with its principal place of business in Illinois. It farms corn in Shelby and Cumberland Counties, Illinois.

294.    D Walk Inc. is an Illinois corporation with its principal place of business in Illinois. It farms corn in Shelby and Cumberland Counties, Illinois.

295.    PB Walk Co. is an Illinois corporation with its principal place of business in Illinois. It farms corn in Shelby and Cumberland Counties, Illinois.

296.    WD Walk Ltd. is an Illinois corporation with its principal place of business in Illinois.  It farms corn in Shelby and Cumberland Counties, Illinois.

297.    William, Pat, Brad, Brad & Darin Walk Partnership is an Illinois partnership which farms corn in Shelby and Cumberland Counties, Illinois.

298.    P&M Walk, Inc. is an Illinois corporation with its principal place of business in Illinois.  It farms corn in Shelby and Cumberland Counties, Illinois.

299.    Huffman Farm & Electric, Inc. is an Illinois corporation with its principal place of business in Illinois.  It farms corn in Cumberland County, Illinois.

300.    R Farms, Inc. is an Illinois corporation with its principal place of business in Illinois.  It farms corn in Bureau and Fayette Counties, Illinois.

301.    Ohmes Grain Farm, Inc. is an Illinois corporation with its principal place of business in Illinois.  It farms corn in Montgomery County, Illinois.

302.    Dobbins Grain Farm, Ltd. is an Illinois partnership which farms corn in Jasper County, Illinois.

303. Chet Aaron Dobbins is a resident of Jasper County, Illinois. Plaintiff maintains a farm and farms corn in Jasper County, Illinois.

304. VanBlaricum Farms, Inc. is an Illinois corporation with its principal place of business in Illinois. It farms corn in Richland and Clay Counties, Illinois.

305. Brian Kastning is a resident of Boone County, Illinois. Plaintiff maintains a farm and farms corn in Boone County, Illinois.

306. Tim Cohorst is a resident of Jasper County, Illinois. Plaintiff maintains a farm and farms corn in Jasper County, Illinois.

307. Charles Kastning is a resident of Boone County, Illinois. Plaintiff maintains a farm and farms corn in Boone County, Illinois.

308. Janice Louise Townsend Revocable Trust farms corn in Wayne County, Illinois.

309. Walter Lloyd Townsend Revocable Trust farms corn in Wayne County, Illinois.

310. Walter Townsend is a resident of Wayne County, Illinois. Plaintiff maintains a farm and farms corn in Wayne County, Illinois.

311. J&S Thomann is an Illinois corporation with its principal place of business in Illinois. It farms corn in Richland and Clay Counties, Illinois.

312. Thomann Farms is an Illinois corporation with its principal place of business in Illinois. It farms corn in Richland and Clay Counties, Illinois.

313. Emily Thomann is a resident of Richland County, Illinois. Plaintiff maintains a farm and farms corn in Richland and Clay Counties, Illinois.

314. Gail Thomann is a resident of Richland County, Illinois. Plaintiff maintains a farm and farms corn in Richland and Clay Counties, Illinois.

315.    John Thomann is a resident of Richland County, Illinois.  Plaintiff maintains a farm and farms corn in Richland and Clay Counties, Illinois.

316.    Michael Thomann is a resident of Richland County, Illinois.  Plaintiff maintains a farm and farms corn in Richland and Clay Counties, Illinois.

317.    Ruth Thomann is a resident of Richland County, Illinois.  Plaintiff maintains a farm and farms corn in Richland and Clay Counties, Illinois.

318.    Shea Thomann is a resident of Richland County, Illinois.  Plaintiff maintains a farm and farms corn in Richland and Clay Counties, Illinois.

319.    Opfer Farms, Inc. is an Illinois corporation with its principal place of business in Illinois.  It farms corn in Fayette and Marion Counties, Illinois.

320.    Seedtime & Harvest, Ltd. is an Illinois corporation with its principal place of business in Illinois.  It farms corn in Fayette and Marion Counties, Illinois.

321.    Kenneth John Gerlach is a resident of Montgomery County, Illinois.  Plaintiff maintains a farm and farms corn in Macoupin and Montgomery Counties, Illinois.

322.    Probst AG, Inc. is an Illinois corporation with its principal place of business in Illinois.  It farms corn in Jasper County, Illinois.

323.    James Wyatt Bell is a resident of Coles County, Illinois.  Plaintiff maintains a farm and farms corn in Coles County, Illinois.

324.    James A. Bell is a resident of Coles County, Illinois.  Plaintiff maintains a farm and farms corn in Coles, Shelby, Moultrie and Cumberland Counties, Illinois.

325.    Rolling Prairie Farm Inc. is an Illinois corporation with its principal place of business in Illinois.  It farms corn in Coles, Moultrie, Shelby and Cumberland Counties, Illinois.

326.     Bernard Flood is a resident of Moultrie County, Illinois.  Plaintiff maintains a farm and farms corn in Moultrie County, Illinois.

327.     Douglas Bell is a resident of Coles County, Illinois.  Plaintiff maintains a farm and farms corn in Coles County, Illinois.

328.     Nathan Doty is a resident of Effingham County, Illinois.  Plaintiff maintains a farm and farms corn in Effingham County, Illinois.

329.     Cannon Hog Farm, Inc. is an Illinois corporation with its principal place of business in Illinois.  It farms corn in Douglas County, Illinois.

330.     Kerry Ray Walter is a resident of McHenry County, Illinois.  Plaintiff maintains a farm and farms corn in McHenry, Boone and Lake Counties, Illinois.

331.     Shirley Walter is a resident of McHenry County, Illinois.  Plaintiff maintains a farm and farms corn in McHenry, Boone and Lake Counties, Illinois.

332.     John R. Pihl is a resident of McHenry County, Illinois.  Plaintiff maintains a farm and farms corn in McHenry County, Illinois.

333.     Knebel Circle K Farm, Inc. is an Illinois corporation with its principal place of business in Illinois.  It farms corn in Madison and Bond Counties, Illinois.

334.     Jeremy C. Knebel is a resident of Bond County, Illinois.  Plaintiff maintains a farm and farms corn in Madison and Bond Counties, Illinois.

335.     Jason Craig Opfer is a resident of Fayette County, Illinois.  Plaintiff maintains a farm and farms corn in Fayette County, Illinois.

336.     Shane M. Way is a resident of Coles County, Illinois.  Plaintiff maintains a farm and farms corn in Coles County, Illinois.

337.    Timothy J. Whalen Living Trust farms corn in Coles County, Illinois.

338.    Joshua D. Charlton is a resident of Marshall County, Illinois.  Plaintiff maintains a farm and farms corn in Tazewell and Mason Counties, Illinois.

339.    Zachary A. Charlton is a resident of Marshall County, Illinois.  Plaintiff maintains a farm and farms corn in Mason County, Illinois.

340.    Eric Eeten is a resident of Tazewell County, Illinois.  Plaintiff maintains a farm and farms corn in Tazewell County, Illinois.

341.    David M. Fornoff is a resident of Mason County, Illinois.  Plaintiff maintains a farm and farms corn in Mason County, Illinois.

342.    Michael Fornoff is a resident of Mason County, Illinois.  Plaintiff maintains a farm and farms corn in Mason County, Illinois.

343.    Robert Fornoff is a resident of Mason County, Illinois.  Plaintiff maintains a farm and farms corn in Tazewell and Mason Counties, Illinois.

344.    Ryan Fornoff is a resident of Mason County, Illinois.  Plaintiff maintains a farm and farms corn in Mason County, Illinois.

345.    Don Friend is a resident of Mason County, Illinois.  Plaintiff maintains a farm and farms corn in Mason County, Illinois.

346.    Matthew C. Friend is a resident of Mason County, Illinois.  Plaintiff maintains a farm and farms corn in Mason County, Illinois.

347.    John Limback is a resident of Mason County, Illinois.  Plaintiff maintains a farm and farms corn in Mason County, Illinois.

348.    Meeker Brothers is an Illinois partnership which farms corn in Mason County,

Illinois.

349.    Kory Mitchell is a resident of Mason County, Illinois.  Plaintiff maintains a farm and farms corn in Tazewell County, Illinois.

350.    Rodney Richardson is a resident of Mason County, Illinois.  Plaintiff maintains a farm and farms corn in Fulton County, Illinois.

351.    Skillet Fork Farm Mgr. is an Illinois corporation with its principal place of business in Illinois.  It farms corn in Wayne County, Illinois.

352.    Kenny Alan Tomky is a resident of Chase County, Nebraska.  Plaintiff maintains a farm and farms corn in Phillips County, Colorado and Chase County, Nebraska.

353.    Connie Cole is a resident of Sullivan County, Indiana.  Plaintiff maintains a farm and farms corn in Sullivan County, Indiana.

354.    Randy J. Feldhaus is a resident of Miner County, South Dakota.  Plaintiff maintains a farm and farms corn in Miner County, South Dakota.

355.    Eric Feldhaus is a resident of Miner County, South Dakota.  Plaintiff maintains a farm and farms corn in Miner County, South Dakota.

356.    Allen J. Cline is a resident of Montgomery County, Indiana.  Plaintiff maintains a farm and farms corn in Boone, Fountain, Parke, and Putnam Counties, Indiana.

357.    Michael B. Cline is a resident of Montgomery County, Indiana.  Plaintiff maintains a farm and farms corn in Boone, Fountain, Parke, and Putnam Counties, Indiana.

358.    Kimberly A. Cline is a resident of Montgomery County, Indiana.  Plaintiff maintains a farm and farms corn in Boone, Fountain, Parke, and Putnam Counties, Indiana.

359.    Michael L. Cline is a resident of Montgomery County, Indiana.  Plaintiff maintains

a farm and farms corn in Boone, Fountain, Parke, and Putnam Counties, Indiana.

360.    Tyler J. Cline is a resident of Montgomery County, Indiana.  Plaintiff maintains a farm and farms corn in Boone, Fountain, Parke, and Putnam Counties, Indiana.

361.    Kyle D. Cline is a resident of Montgomery County, Indiana.  Plaintiff maintains a farm and farms corn in Boone, Fountain, Parke, and Putnam Counties, Indiana.

362.    Terry Cline is a resident of Montgomery County, Indiana.  Plaintiff maintains a farm and farms corn in Montgomery County, Indiana.

363.    The Larry J. Hostetler Trust #1 farms corn in Cheyenne County, Colorado.

364.    Charles Holst is a resident of Woodbury County, Iowa.  Plaintiff maintains a farm and farms corn in Woodbury County, Iowa.

365.    Yellow Springs Farms, Inc. is an Iowa corporation with its principal place of business in Iowa.  It farms corn in Des Moines County, Iowa.

366.    Thomas Heckenberg is a resident of Des Moines County, Iowa.  Plaintiff maintains a farm and farms corn in Des Moines County, Iowa.

367.    Schneider Farms, Inc. is a Missouri corporation with its principal place of business in Missouri.  It farms corn in Chariton County, Missouri.

368.    Bobby G. Scheiderer Revocable Trust farms corn in Chariton County, Missouri.

369.    John F. Schaap is a resident of Pipestone County, Minnesota.  Plaintiff maintains a farm and farms corn in Nobles County, Minnesota.

370.    Anderson Family Business, LLC is an Iowa corporation with its principal place of business in Iowa.  It farms corn in Cass County, Iowa.

371.    Ken Dale Nolting is a resident of Greene County, Indiana.  Plaintiff maintains a

farm and farms corn in Greene County, Indiana.

372.   Diane Rhoten is a resident of Greene County, Indiana.  Plaintiff maintains a farm and farms corn in Greene County, Indiana.

373.   Everett Nolting is a resident of Greene County, Indiana.  Plaintiff maintains a farm and farms corn in Greene County, Indiana.

374.   Dustin Nolting is a resident of Greene County, Indiana.  Plaintiff maintains a farm and farms corn in Greene County, Indiana.

375.   Steve Galles is a resident of Plymouth County, Iowa.  Plaintiff maintains a farm and farms corn in Plymouth County, Iowa.

376.   Roger Galles is a resident of Plymouth County, Iowa.  Plaintiff maintains a farm and farms corn in Plymouth County, Iowa.

377.   Edward Barth is a resident of Morton County, North Dakota.  Plaintiff maintains a farm and farms corn in Morton County, North Dakota.

378.   Richard E. Cole, Jr. is a resident of Sullivan County, Indiana.  Plaintiff maintains a farm and farms corn in Sullivan County, Indiana.

379.   Tarah Aanerud is a resident of Douglas County, Minnesota.  Plaintiffs maintain a farm and farms corn in Douglas County, Minnesota.

380.   Antolik, Inc. is an Iowa corporation with its principal place of business in Iowa.  It farms corn in Mahaska and Monroe Counties, Iowa.

381.   Jeffrey Clark Artz is a resident of Harlan County, Nebraska.  Plaintiff maintains a farm and farms corn in Harlan County, Nebraska.

382.   Scott Matthew Bergquist is a resident of Hamilton County, Iowa.   Plaintiff

maintains a farm and farms corn in Hamilton and Webster Counties, Iowa.

383.   Bowden Investment Company LLP is an Iowa partnership which farms corn in Buchanan County, Iowa.

384.   Clyde Brewer is a resident of Cherry County, Nebraska.  Plaintiff maintains a farm and farms corn in Todd County, South Dakota.

385.   William Cody Bunda is a resident of Pocahontas County, Iowa.  Plaintiff maintains a farm and farms corn in Pocahontas County, Iowa.

386.   Bunda Seed Farm, Inc. is an Iowa corporation with its principal place of business in Iowa.   It farms corn in Pocahontas County, Iowa.

387.   David Clifford Bunda is a resident of Olmsted County, Minnesota.   Plaintiff maintains a farm and farms corn in Olmsted, Mower and Fillmore Counties, Minnesota.

388.   Bradley G. Brownell is a resident of Fayette County, Iowa.  Plaintiff maintains a farm and farms corn in Fayette County, Iowa.

389.   Dennis John Chicoine is a resident of Union County, South Dakota.  Plaintiff maintains a farm and farms corn in Union County, South Dakota.

390.   Ramona Clark is a resident of Vigo County, Indiana.  Plaintiff maintains a farm and farms corn in Vigo County, Indiana.

391.   Owen Dale Clifford is a resident of Knox County, Indiana.  Plaintiff maintains a farm and farms corn in Greene and Sullivan Counties, Indiana.

392.   Mark Allen Diemer is a resident of Fayette County, Iowa.  Plaintiff maintains a farm and farms corn in Fayette County, Iowa.

393.   Kenneth Len Dittbenner is a resident of Redwood County, Minnesota.  Plaintiff

maintains a farm and farms corn in Brown County, Minnesota.

394.    Cody James Dornbier is a resident of Kossuth County, Iowa.  Plaintiff maintains a farm and farms corn in Hancock County, Iowa.

395.    Sandy Creek Farm, Inc. is an Iowa corporation with its principal place of business in Iowa.  It farms corn in Hancock and Kossuth Counties, Iowa.

396.    Ebert Farms is a Kansas corporation with its principal place of business in Kansas. It farms corn in Edwards County, Kansas.

397.    Gregory Ebert is a resident of Edwards County, Kansas.  Plaintiff maintains a farm and farms corn in Edwards County, Kansas and Grant County, Oklahoma.

398.    Lisa Ebert is a resident of Edwards County, Kansas.  Plaintiff maintains a farm and farms corn in Edwards and Kiowa Counties, Kansas.

399.    Rodney E. Habiger is a resident of Edwards County, Kansas.  Plaintiff maintains a farm and farms corn in Edwards and Pawnee Counties, Kansas.

400.    Thomas Reid Elliott is a resident of Box Butte County, Nebraska.  Plaintiff maintains a farm and farms corn in Box Butte County, Nebraska.

401.    Elliott & Sons, Inc. is a Nebraska corporation with its principal place of business in Nebraska.  It farms corn in Box Butte County, Nebraska.

402.    Jayne Elliott is a resident of Box Butte County, Nebraska.  Plaintiff maintains a farm and farms corn in Box Butte County, Nebraska.

403.    Kenneth Pittsford Trust farms corn in Delaware and Madison Counties, Indiana.

404.    David Halt is a resident of Greene County, Indiana.  Plaintiff maintains a farm and farms corn in Greene County, Indiana.

405.    Willard R. Hart is a resident of Custer County, Nebraska.  Plaintiff maintains a farm and farms corn in Custer County, Nebraska.

406.    Victoria L. Hart is a resident of Custer County, Nebraska.  Plaintiff maintains a farm and farms corn in Custer County, Nebraska.

407.    Terry Lee Hochhalter is a resident of Douglas County, South Dakota.  Plaintiff maintains a farm and farms corn in Charles Mix County, South Dakota.

408.    Angela D. is a resident of Clay County, Indiana.  Plaintiff maintains a farm and farms corn in Clay, Vigo and Putnam Counties, Indiana.

409.    Ivan W. Hofmann is a resident of Clay County, Indiana.  Plaintiff maintains a farm and farms corn in Clay, Vigo and Putnam Counties, Indiana.

410.    Carole Lynn Hood is a resident of Vigo County, Indiana.  Plaintiff maintains a farm and farms corn in Vigo County, Indiana.

411.    Marc Phillip Hoyle is a resident of Greene County, Iowa.  Plaintiff maintains a farm and farms corn in Greene and Calhoun Counties, Iowa.

412.    Eric Lucas Jacobson is a resident of Lake County, South Dakota.  Plaintiff maintains a farm and farms corn in Miner County, South Dakota.

413.    David Herbert Jaeger is a resident of Wayne County, Nebraska.  Plaintiff maintains a farm and farms corn in Stanton, Wayne and Madison Counties, Nebraska.

414.    Cheryl Johnson is a resident of Woodbury County, Iowa.  Plaintiff maintains a farm and farms corn in Woodbury County, Iowa

415.    Loren Johnson is a resident of Boone County, Nebraska.  Plaintiff maintains a farm and farms corn in Boone County, Nebraska.

416.   Aaron Lee Kelderman is a resident of Lyon County, Iowa.  Plaintiff maintains a farm and farms corn in Lyon County, Iowa

417.   Ancel Keller is a resident of Hendricks County, Indiana.  Plaintiff maintains a farm and farms corn in Putnam County, Indiana.

418.   Craig Nelson King is a resident of Cass County, North Dakota.  Plaintiff maintains a farm and farms corn in Cass and Steele Counties, North Dakota.

419.   Terry Klaver is a resident of Hamilton County, Iowa.  Plaintiff maintains a farm and farms corn in Hamilton County, Iowa.

420.   James Chadwick Koch is a resident of Parke County, Indiana.  Plaintiff maintains a farm and farms corn in Vigo, Parke, and Clay Counties, Indiana.

421.   James William Koch is a resident of Parke County, Indiana.  Plaintiff maintains a farm and farms corn in Vigo and Parke Counties, Indiana.

422.   Joseph Michael Koch is a resident of Parke County, Indiana.  Plaintiff maintains a farm and farms corn in Vigo and Parke Counties, Indiana.

423.   Julia Koch is a resident of Parke County, Indiana.  Plaintiff maintains a farm and farms corn in Vigo and Parke Counties, Indiana.

424.   Koehler Brothers Farm Partnership is a Nebraska partnership which farms corn in Clay and Nuckolls Counties, Nebraska.

425.   Kokes Farms, LLC is a South Dakota corporation with its principal place of business in South Dakota.  It farms corn in Bon Homme and Yankton Counties, South Dakota.

426.   James C. Kokes is a resident of Bon Homme County, South Dakota.  Plaintiff maintains a farm and farms corn in Bon Homme and Yankton Counties, South Dakota.

427.    Jason Donald Kokes is a resident of Bon Homme County, South Dakota.  Plaintiff maintains a farm and farms corn in Bon Homme and Yankton Counties, South Dakota.

428.    Jon J. Langenberg is a resident of Madison County, Nebraska.  Plaintiff maintains a farm and farms corn in Madison, Pierce, Wayne, and Stanton Counties, Nebraska.

429.    Vicky Langenberg is a resident of Madison County, Nebraska.  Plaintiff maintains a farm and farms corn in Madison, Pierce, Wayne, and Stanton Counties, Nebraska.

430.    Lau Farms, Inc. is an Iowa corporation with its principal place of business in Iowa. It farms corn in Bremer County, Iowa.

431.    Christopher Marinus Lee is a resident of Lake County, South Carolina.  Plaintiff maintains a farm and farms corn in Kingsbury and Brookings Counties, South Dakota.

432.    Richard Michael Leisure is a resident of Hendricks County, Indiana.  Plaintiff maintains a farm and farms corn in Putnam County, Indiana.

433.    Justin M. Meneely is a resident of Clay County, Indiana.  Plaintiff maintains a farm and farms corn in Clay County, Indiana.

434.    Karen Myers is a resident of Cheyenne County, Colorado.  Plaintiff maintains a farm and farms corn in Cheyenne, Baca, and Kiowa Counties, Colorado and Wallace County, Kansas.

435.    Steven Vern Myers is a resident of Cheyenne County, Colorado.  Plaintiff maintains a farm and farms corn in Cheyenne, Baca, Yuma and Kiowa Counties, Colorado and Wallace County, Kansas.

436.    J & A Farms LLC is a Kansas corporation with its principal place of business in Kansas.  It farms corn in Wallace County, Kansas and Cheyenne County, Colorado.

437.   Abby L. Myers is a resident of Wallace County, Kansas.  Plaintiff maintains a farm and farms corn in Wallace County, Kansas and Cheyenne County, Colorado.

438.   Jared Cole Myers is a resident of Wallace County, Kansas.  Plaintiff maintains a farm and farms corn in Wallace County, Kansas and Cheyenne County, Colorado.

439.   Daniel Russell Niichel is a resident of Sioux County, Iowa.  Plaintiff maintains a farm and farms corn in O'Brien County, Iowa.

440.   Michael William O'Connor is a resident of Union County, South Dakota.  Plaintiff maintains a farm and farms corn in Union and Clay Counties, South Dakota.

441.   Jeremy & Meghann Blach LLC is a Colorado corporation with its principal place of business in Colorado.  It farms corn in Yuma County, Colorado.

442.   Jeremy Blach is a resident of Yuma County, Colorado.  Plaintiff maintains a farm and farms corn in Yuma County, Colorado.

443.   Patrick Ortmeier is a resident of Dodge County, Nebraska.  Plaintiff maintains a farm and farms corn in Colfax and Dodge Counties, Nebraska.

444.   Jerry Henry Penning is a resident of Winnebago County, Iowa.  Plaintiff maintains a farm and farms corn in Winnebago County, Iowa.

445.   Ray Wesley Poynter is a resident of Putnam County, Indiana.  Plaintiff maintains a farm and farms corn in Putnam County, Indiana.

446.   Ray Wesley Poynter, Jr. is a resident of Putnam County, Indiana.  Plaintiff maintains a farm and farms corn in Putnam County, Indiana.

447.   Jerry Harold Raines is a resident of Sullivan County, Indiana.  Plaintiff maintains a farm and farms corn in Sullivan County, Indiana.

448.    Gary William Reece is a resident of Clay County, Indiana.  Plaintiff maintains a farm and farms corn in Clay County, Indiana.

449.    Gerald F. Renze is a resident of Carroll County, Iowa.  Plaintiff maintains a farm and farms corn in Carroll County, Iowa.

450.    Vernon John Renze is a resident of Carroll County, Iowa.  Plaintiff maintains a farm and farms corn in Carroll County, Iowa.

451.    James Joseph Riesberg is a resident of Carroll County, Iowa.  Plaintiff maintains a farm and farms corn in Carroll County, Iowa.

452.    Riesterer Farms LLP is a Wisconsin partnership which farms corn in Rock and Walworth Counties, Wisconsin.

453.    Three R Farms, LLC is a Wisconsin corporation with its principal place of business in Wisconsin.  It farms corn in Rock and Walworth Counties, Wisconsin.

454.    Michael Burton Roach is a resident of Hendricks County, Indiana.  Plaintiff maintains a farm and farms corn in Putnam County, Indiana.

455.    Marilyn Rode is a resident of Parke County, Indiana.  Plaintiff maintains a farm and farms corn in Parke, Fountain, and Montgomery Counties, Indiana.

456.    Marvin Rode is a resident of Parke County, Indiana.  Plaintiff maintains a farm and farms corn in Parke, Fountain, and Montgomery Counties, Indiana.

457.    Redstone Farms, Inc. is a South Dakota corporation with its principal place of business in South Dakota.  It farms corn in Kingsbury, Miner and Beadle Counties, South Dakota.

458.    Sayre Farm Operations LLC is a Wisconsin corporation with its principal place of business in Wisconsin.  It farms corn in Rock and Dane Counties, Wisconsin.

459.    Sara Schartz is a resident of Gray County, Kansas.  Plaintiff maintains a farm and farms corn in Gray and Finney Counties, Kansas.

460.    Stephen Schartz is a resident of Gray County, Kansas.  Plaintiff maintains a farm and farms corn in Gray and Finney Counties, Kansas.

461.    S & S Farm Partnership is an Iowa partnership which farms corn in Hancock County, Iowa.

462.    Rick Allan Schutjer is a resident of Hancock County, Iowa.  Plaintiff maintains a farm and farms corn in Hancock County, Iowa.

463.    M & M Ag Investments, LLC is a Missouri corporation with its principal place of business in Missouri.  It farms corn in Mississippi, Scott, and New Madrid Counties, Missouri.

464.    AG Resources, LLC is a Missouri corporation with its principal place of business in Missouri.  It farms corn in  Mississippi County, Missouri.

465.    Belmont Ag Partners is a Missouri partnership which farms corn in Mississippi County, Missouri.

466.    Norman Eldon Smith 2009 Revocable Trust farms corn in Harrison County, Iowa.

467.    Smith Family Farms, Inc. is an Iowa corporation with its principal place of business in Iowa.  It farms corn in Boone and Dallas Counties, Iowa.

468.    Thomas August Snyder is a resident of Buena Vista County, Iowa.  Plaintiff maintains a farm and farms corn in Buena Vista County, Iowa.

469.    Phillip Dean Sommerfeld is a resident of Calhoun County, Iowa.  Plaintiff maintains a farm and farms corn in Calhoun and Carroll Counties, Iowa.

470.    Paul Eugene Sporrer is a resident of Carroll County, Iowa.  Plaintiff maintains a

farm and farms corn in Audubon and Carroll Counties, Iowa.

471.    Michael P. Sporrer is a resident of Carroll County, Iowa.  Plaintiff maintains a farm and farms corn in Audubon and Carroll Counties, Iowa.

472.    Robert Sporrer is a resident of Carrol County, Iowa.  Plaintiff maintains a farm and farms corn in Carroll County, Iowa.

473.    Hubertha Joan Statema is a resident of Sioux County, Iowa.  Plaintiff maintains a farm and farms corn in Sioux County, Iowa

474.    Strain Farms, Inc. is an Indiana corporation with its principal place of business in Iowa.  It farms corn in Vigo County, Indiana.

475.    Jackie Lee Strain is a resident of Sullivan County, Indiana.  Plaintiff maintains a farm and farms corn in Vigo County, Indiana.

476.    Glen Alan Talsma is a resident of Murray County, Minnesota.  Plaintiff maintains a farm and farms corn in Murray County, Minnesota.

477.    TBS, Inc. is an Iowa corporation with its principal place of business in Iowa.  It farms corn in Kossuth County, Iowa.

478.    Steven Wayne Landers is a resident of New Madrid County, Missouri.  Plaintiff maintains a farm and farms corn in New Madrid County, Missouri.

479.    Vaagene Family Farms, Inc. is a North Dakota corporation with its principal place of business in North Dakota.  It farms corn in Trail and Steele Counties, North Dakota.

480.    Vogel Farms is a South Dakota partnership which farms corn in Edmunds and Faulk Counties, South Dakota.

481.    Kenny Richard Vogel is a resident of Walworth County, South Dakota.  Plaintiff

maintains a farm and farms corn in Edmunds and Faulk Counties, South Dakota.

482.   Vogel Brothers and Sons, Inc. is a South Dakota corporation with its principal place of business in South Dakota.  It farms corn in Edmunds and Faulk Counties, South Dakota.

483.   Wark Farms, Inc. is a Kansas corporation with its principal place of business in Kansas.  It farms corn in Thomas County, Kansas.

484.   Wark Farms Partnership is a Kansas partnership which farms corn in Thomas and Sheridan Counties, Kansas.

485.   Kevin Wayne Wark is a resident of Thomas County, Kansas.  Plaintiff maintains a farm and farms corn in Thomas and Sheridan Counties, Kansas.

486.   Donald Leroy Week is a resident of Douglas County, Minnesota.  Plaintiff maintains a farm and farms corn in Douglas County, Minnesota.

487.   Jane M. Wenstrom Revocable Trust farms corn in Edwards and Kiowa Counties, Kansas.

488.   Richard J. Wenstrom Revocable Trust farms corn in Edwards and Kiowa Counties, Kansas.

489.   Wenstrom LLC, f/k/a Wenstrom Farms is a Kansas corporation with its principal place of business in Kansas.  It farms corn in Edwards and Kiowa Counties, Kansas.

490.   Jane M. Wenstrom is a resident of Edwards County, Kansas.  Plaintiff maintains a farm and farms corn in Edwards and Kiowa Counties, Kansas.

491.   Eldon M. Wheeler is a resident of Hendricks County, Indiana.  Plaintiff maintains a farm and farms corn in Putnam County, Indiana.

492.   Betty L. Wheeler is a resident of Hendricks County, Indiana.  Plaintiff maintains a

farm and farms corn in Putnam County, Indiana.

493.    William M. White Farms, Inc. is an Indiana corporation with its principal place of business in Indiana.  It farms corn in Greene County, Indiana.

494.    Curtis J. Williams is a resident of Mahaska County, Iowa.  Plaintiff maintains a farm and farms corn in Mahaska County, Iowa.

495.    Jason John Wirth is a resident of Winnebago County, Iowa.  Plaintiff maintains a farm and farms corn in Winnebago County, Iowa.

496.    Nicholas Joseph Wittrock is a resident of Carroll County, Iowa.  Plaintiff maintains a farm and farms corn in Carroll County, Iowa.

497.    Ken and Debra Woitaszewski, Inc. is a Nebraska corporation with its principal place of business in Nebraska.  It farms corn in Hall, Howard, Buffalo and Sherman Counties, Nebraska.

498.    Zenk Farm, Inc. is an Iowa corporation with its principal place of business in Iowa. It farms corn in Plymouth County, Iowa.

499.    Candace Lee O'Connor is a resident of Clay County, South Dakota.  Plaintiff maintains a farm and farms corn in Union County, South Dakota.

500.    Graham Family Farms LLC is an Iowa corporation with its principal place of business in Iowa.  It farms corn in Ida County, Iowa.

501.    Carl E. Wright Revocable Trust farms corn in Sullivan County, Indiana.

502.    Cozy Creek Farms, Inc. is an Indiana corporation with its principal place of business in Indiana.  It farms corn in Madison County, Indiana.

503.    Christopher A. Simpson is a resident of Madison County, Indiana.  Plaintiff

maintains a farm and farms corn in Delaware and Madison Counties, Indiana.

504.    John Bronnenberg is a resident of Delaware County, Indiana.  Plaintiff maintains a farm and farms corn in Delaware County, Indiana.

505.    Dale Rex Lee is a resident of Delaware County, Indiana.  Plaintiff maintains a farm and farms corn in Delaware County, Indiana.

506.    John R. Pugsley is a resident of Delaware County, Indiana.  Plaintiff maintains a farm and farms corn in Delaware County, Indiana.

507.    Boyce Turner is a resident of Delaware County, Indiana.  Plaintiff maintains a farm and farms corn in Delaware County, Indiana.

508.    Hackman Brothers Partnership is an Indiana partnership which farms corn in Jackson, Clark, and Scott Counties, Indiana.

509.    Brian Lynn Hackman is a resident of Jackson County, Indiana.  Plaintiff maintains a farm and farms corn in Jackson, Clark and Scott Counties, Indiana.

510.    Lora Hackman is a resident of Jackson County, Indiana.  Plaintiff maintains a farm and farms corn in Jackson, Clark and Scott Counties, Indiana.

511.    Larry Appeldorn is a resident of O'Brien County, Iowa.  Plaintiff maintains a farm and farms corn in O'Brien, Winnebago, and Cherokee Counties, Iowa.

512.    Robert Beekman is a resident of Pocahontas County, Iowa.  Plaintiff maintains a farm and farms corn in Pocahontas County, Iowa.

513.    St. Gaudens Trust farms corn in Dickinson County, Iowa.

514.    Martin Daniel Connor is a resident of Lake County, South Dakota.  Plaintiff maintains a farm and farms corn in Miner County, South Dakota.

515.    Stephanie Connor is a resident of Lake County, South Dakota.  Plaintiff maintains a farm and farms corn in Miner County, South Dakota.

516.    Martin Joseph Connor is a resident of Lake County, South Dakota.  Plaintiff maintains a farm and farms corn in Miner County, South Dakota.

517.    Susan Connor is a resident of Lake County, South Dakota.  Plaintiff maintains a farm and farms corn in Miner County, South Dakota.

518.    Kim Diemer is a resident of Fayette County, Iowa.  Plaintiff maintains a farm and farms corn in Fayette County, Iowa.

519.    Gary Dreckman is a resident of Plymouth County, Iowa.  Plaintiff maintains a farm and farms corn in Plymouth County, Iowa.

520.    Forbes Farms, Ltd. is an Iowa corporation with its principal place of business in Iowa.  It farms corn in Ida County, Iowa.

521.    Freeman Distributing, Inc. is an Iowa corporation with its principal place of business in Iowa.  It farms corn in Taylor County, Iowa.

522.    Frerk Farms, Inc. is an Iowa corporation with its principal place of business in Iowa. It farms corn in Pocahontas, Iowa.

523.    David F. Blach is a resident of Yuma County, Colorado.  Plaintiff maintains a farm and farms corn in Yuma County, Colorado.

524.    Douglas J. Gronau is a resident of Crawford County, Iowa.  Plaintiff maintains a farm and farms corn in Crawford County, Iowa.

525.    Judy Mae Gronau is a resident of Crawford County, Iowa.  Plaintiff maintains a farm and farms corn in Crawford County, Iowa.

526.    John Wayne Mueggenberg is a resident of Carroll County, Iowa.  Plaintiff maintains a farm and farms corn in Carroll and Sac Counties, Iowa.

527.    Gruber Farms, Inc. is an Iowa corporation with its principal place of business in Iowa.  It farms corn in Freemont County, Iowa.

528.    Kenneth E. Hansen is a resident of Washington County, Nebraska.  Plaintiff maintains a farm and farms corn in Washington County, Nebraska.

529.    Hays Farms LLC is an Indiana corporation with its principal place of business in Indiana.  It farms corn in Greene County, Indiana.

530.    Dale Henke is a resident of Cherokee County, Iowa.  Plaintiff maintains a farm and farms corn in Cherokee County, Iowa.

531.    Divine Farms, Inc. is an Indiana corporation with its principal place of business in Indiana.  It farms corn in Daviess and Martin Counties, Indiana.

532.    Jeremy Carl King is a resident of Cass County, North Dakota.  Plaintiff maintains a farm and farms corn in Lass and Steele Counties, North Dakota.

533.    Nathan Kuokoa Brause is a resident of Crawford County, Ohio.  Plaintiff maintains a farm and farms corn in Crawford County, Ohio.

534.    Shannon Boyd Schmidt is a resident of Nodaway County, Missouri.  Plaintiff maintains a farm and farms corn in Holt County, Missouri.

535.    Daniel J. Hiatt is a resident of Delaware County, Indiana.  Plaintiff maintains a farm and farms corn in Delaware County, Indiana.

536.    Bleak House Farm, Inc. is a Virginia corporation with its principal place of business in Virginia.  It farms corn in Northumberland and Westmoreland Counties, Virginia.

537.   Jessica Brophy is a resident of Yuma County, Colorado.  Plaintiff maintains a farm and farms corn in Yuma County, Colorado.

538.   Martin Brophy is a resident of Yuma County, Colorado.  Plaintiff maintains a farm and farms corn in Yuma County, Colorado.

539.   R-3LLLP is a Colorado partnership which farms corn in Yuma and Bent Counties, Colorado.

540.   Ruben Richardson is a resident of Yuma County, Colorado.  Plaintiff maintains a farm and farms corn in Yuma and Bent Counties, Colorado.

541.   Terry & Jule Booker Farm is an Alabama partnership which farms corn in Dallas County, Alabama.

542.   David Norman Sieler is a resident of Monroe County, Michigan.   Plaintiff maintains a farm and farms corn in Monroe County, Michigan.

543.   Flanders Farms Inc. is an Iowa corporation with its principal place of business in Iowa.  It farms corn in Marion, Monroe and Lucas Counties, Iowa.

544.   Leslie Steven Flanders is a resident of Marion County, Indiana.  Plaintiff maintains a farm and farms corn in Marion, Monroe, Lucas and Mahaska Counties, Iowa.      County, Iowa.

545.   Michael Strain is a resident of Vigo County, Indiana.  Plaintiff maintains a farm and farms corn in Vigo County, Indiana.

546.   Brian James Bradley is a resident of Montgomery County, Indiana.  Plaintiff maintains a farm and farms corn in Montgomery County, Indiana.

547.   Popson Farms General Partnership is a Colorado partnership which farms corn in Yuma and Washington Counties, Colorado.

548.     Nuest Partnership is a Minnesota partnership which farms corn in Swift and Stevens Counties, Minnesota.

549.     Marcia A. Benda is a resident of Montgomery County, Iowa.  Plaintiff maintains a farm and farms corn in Montgomery County, Iowa.

550.     Mark J. Benda is a resident of Montgomery County, Iowa.  Plaintiff maintains a farm and farms corn in Montgomery County, Iowa.

551.     Donald Morris Corp. is an Iowa corporation with its principal place of business in Iowa.  It farms corn in Montgomery County, Iowa.

552.     Johnson & Bloom LLC is an Iowa corporation with its principal place of business in Iowa.  It farms corn in Montgomery County, Iowa.

553.     Johnson Brothers LLP is an Iowa partnership which farms corn in Montgomery County, Iowa.

554.     Jordan Johnson is a resident of Montgomery County, Iowa.  Plaintiff maintains a farm and farms corn in Montgomery County, Iowa.

555.     Susan Johnson is a resident of Montgomery County, Iowa.  Plaintiff maintains a farm and farms corn in Montgomery County, Iowa.

556.     Joe Anne Larabee is a resident of Cherry County, Nebraska.  Plaintiff maintains a farm and farms corn in Custer County, Nebraska.

557.     Verla Jeanette Blakeman Sullivan is a resident of Miami-Dade County, Florida. Plaintiff maintains a farm and farms corn in Custer County, Nebraska.

558.     Ralph Ebert is a resident of Grant County, Oklahoma.  Plaintiff maintains a farm and farms corn in Kay and Grant Counties, Oklahoma and Edwards County, Kansas.

559.    OKC Farms LLC is an Oklahoma corporation with its principal place of business in Oklahoma.  It farms corn in Kay and Grant Counties, Oklahoma.

560.    David R. Luepke is a resident of Nicollet County, Minnesota.  Plaintiff maintains a farm and farms corn in Nicollet and Blue Earth Counties, Minnesota.

561.    John David Luepke is a resident of Nicollet County, Minnesota.  Plaintiff maintains a farm and farms corn in Nicollet and Blue Earth Counties, Minnesota.

562.    The Sharon L. Schlueter Living Trust farms corn in Montgomery County, Missouri.

563.    Alan James Rock is a resident of Montgomery County, Missouri.  Plaintiff maintains a farm and farms corn in Montgomery County, Missouri.

564.    C&A Bouslog Farms, Inc. is an Indiana corporation with its principal place of business in Indiana.  It farms corn in Madison and Delaware Counties, Indiana.

565.    D&B Bouslog Farms, Inc. is an Indiana corporation with its principal place of business in Indiana.  It farms corn in Madison and Delaware Counties, Indiana.

566.    Boar Branch LLC is a North Carolina corporation with its principal place of business in North Carolina.  It farms corn in Columbus County, North Carolina.

567.    Mitchell Cartrette is a resident of Columbus County, North Carolina.  Plaintiff maintains a farm and farms corn in Columbus County, North Carolina.

568.    William "Cole" Cartrette is a resident of Columbus County, North Carolina. Plaintiff maintains a farm and farms corn in Columbus County, North Carolina.

569.    Perkins Performance LLC is a Wisconsin corporation with its principal place of business in Wisconsin.  It farms corn in Richland and Grant Counties, Wisconsin.

570.    Brian William Perkins is a resident of Richland County, Wisconsin.  Plaintiff

maintains a farm and farms corn in Richland and Grant Counties, Wisconsin.

571.   Jim Stevenson is a resident of Charles Mix County, Iowa.  Plaintiff maintains a farm and farms corn in Iowa County, Iowa.

572.   Dorlin S. Drake is a resident of Vigo County, Indiana.  Plaintiff maintains a farm and farms corn in Vigo and Benton Counties, Indiana.

573.   Price Farms is an Indiana partnership which farms corn in Green County, Indiana.

574.   Ben Price is a resident of Green County, Indiana.  Plaintiff maintains a farm and farms corn in Green County, Indiana.

575.   Jackie Price is a resident of Green County, Indiana.  Plaintiff maintains a farm and farms corn in Greene County, Indiana.

576.   David Voges is a resident of Vigo County, Indiana.  Plaintiff maintains a farm and farms corn in Vigo County, Indiana.

577.   Michael D. Simpson Irrevocable Trust farms corn in Montgomery, Parke, Putnam, and Boone Counties, Indiana.

578.   Michael D. Simpson is a resident of Montgomery County, Indiana.   Plaintiff maintains a farm and farms corn in Montgomery, Parke, Putnam, and Boone Counties, Indiana.

579.   Michael J. Simpson is a resident of Montgomery County, Indiana.   Plaintiff maintains a farm and farms corn in Montgomery, Parke, Putnam, and Boone Counties, Indiana.

580.   Joshua David Jaeger is a resident of Platte County, Nebraska.  Plaintiff maintains a farm and farms corn in Wayne County, Nebraska.

581.   Tammi Ann Jaeger is a resident of Platte County, Nebraska.  Plaintiff maintains a farm and farms corn in Wayne County, Nebraska.

582.    Glen Thompson is a resident of Codington County, (South Dakota).  Plaintiff maintains a farm and farms corn in Codington and Clark Counties, South Dakota.

583.    Randy Pruitt is a resident of Morgan County, Indiana.  Plaintiff maintains a farm and farms corn in Putnam and Morgan Counties, Indiana.

584.    Clark & Clark Farms, Inc. is an Indiana corporation with its principal place of business in Indiana.  It farms corn in Knox County, Indiana.

585.    Mark Clark is a resident of Knox County, Indiana.  Plaintiff maintains a farm and farms corn in Knox County, Indiana.

586.    Kandi Adelgren is a resident of Dodge County, Nebraska.  Plaintiff maintains a farm and farms corn in Dodge County, Nebraska.

587.    Elkhorn Crossing LLC is a Nebraska corporation with its principal place of business in Nebraska. It farms corn in Dodge County, Nebraska.

588.    CCK Grain Farm is an Indiana corporation with its principal place of business in Indiana. It farms corn in Sullivan County, Indiana.

589.    Randall Kuppler is a resident of Sullivan County, Indiana.  Plaintiff maintains a farm and farms corn in Sullivan County, Indiana.

590.    Angela Dickey is a resident of Sullivan County, Indiana.  Plaintiff maintains a farm and farms corn in Parke and Vermillion Counties, Indiana.

591.    Michael J. Dickey is a resident of Sullivan County, Indiana.  Plaintiff maintains a farm and farms corn in Parke and Vermillion Counties, Indiana.

592.    Alan Chowning is a resident of Sullivan County, Indiana.  Plaintiff maintains a farm and farms corn in Sullivan County, Indiana.

593.    Joy Ellen Kuppler is a resident of Sullivan County, Indiana.  Plaintiff maintains a farm and farms corn in Sullivan County, Indiana.

594.    Forest L. Payne is a resident of Sullivan County, Indiana.   Plaintiff maintains a farm and farms corn in Sullivan County and Wells Counties, Indiana.

595.    Codee D. Souder is a resident of Clay County, Indiana.  Plaintiff maintains a farm and farms corn in Vigo and Clay Counties, Indiana.

596.    2 G Farms, Inc. is an Indiana corporation with its principal place of business in Indiana.  It farms corn in Fountain County, Indiana.

597.    John Garner Farms, Inc. is an Indiana corporation with its principal place of business in Indiana.  It farms corn in Fountain County, Indiana.

598.    Douglas Hayworth is a resident of Dubois County, Indiana.  Plaintiff maintains a farm and farms corn in Sullivan County, Indiana.

599.    Tina Maher is a resident of Vigo County, Indiana.  Plaintiff maintains a farm and farms corn in Clark and Vigo Counties, Indiana.

600.    John L. Drake is a resident of Sullivan County, Indiana.  Plaintiff maintains a farm and farms corn in Sullivan County, Indiana.

601.    Jason Jenkins is a resident of Sullivan County, Indiana.  Plaintiff maintains a farm and farms corn in Sullivan County, Indiana.

602.    Johnny Swalls is a resident of Vigo County, Indiana.  Plaintiff maintains a farm and farms corn in Sullivan County, Indiana.

603.    Jeremy J. Jaeger is a resident of Platte County, Nebraska.  Plaintiff maintains a farm and farms corn in Wayne County, Nebraska.

604.    M & M Rose Farms, LLC is an Indiana corporation with its principal place of business in Indiana.  It farms corn in Parke and Fountain Counties, Indiana.

605.    Graham Farms, Inc. is an Indiana corporation with its principal place of business in Indiana.  It farms corn in Daviess and Martin Counties, Indiana.

606.    Thomas E. Graham, Jr. is a resident of Daviess County, Indiana.  Plaintiff maintains a farm and farms corn in Daviess and Martin Counties, Indiana.

607.    Ernest Fisher is a resident of Vigo County, Indiana.  Plaintiff maintains a farm and farms corn in Vigo County, Indiana.

608.    Karl Fischer is a resident of Clay County, Indiana.  Plaintiff maintains a farm and farms corn in Vigo and Clay Counties, Indiana.

609.    Kelly Fischer is a resident of Clay County, Indiana.  Plaintiff maintains a farm and farms corn in Vigo and Clay Counties, Indiana.

610.    Kirk Fischer is a resident of Clay County, Indiana.  Plaintiff maintains a farm and farms corn in Vigo and Clay Counties, Indiana.

611.    Patricia Fischer is a resident of Clay County, Indiana.  Plaintiff maintains a farm and farms corn in Vigo and Clay Counties, Indiana.

612.    Triple K is an Indiana partnership which farms corn in Vigo and Clay Counties, Indiana.

613.    Rachel Fischer is a resident of Clay County, Indiana.  Plaintiff maintains a farm and farms corn in Vigo and Clay Counties, Indiana.

614.    Connie Thrasher is a resident of Maury County, Tennessee.  Plaintiff maintains a farm and farms corn in Sullivan County, Indiana.

615.    Then And Now Farm Corporation is an Indiana corporation with its principal place of business in Indiana.  It farms corn in Parke County, Indiana.

616.    William Pohlman is a resident of Sullivan County, Indiana.  Plaintiff maintains a farm and farms corn in Sullivan County, Indiana.

617.    Stephen L. Drake is a resident of California.  Plaintiff maintains a farm and farms corn in Sullivan County, Indiana.

618.    Brian L. Drake is a resident of Tennessee.  Plaintiff maintains a farm and farms corn in Sullivan County, Indiana.

619.    Linda M. Barr is a resident of Florida.  Plaintiff maintains a farm and farms corn in Sullivan County, Indiana.

620.    W.E. Keith Drake is a resident of Sullivan County, Indiana.  Plaintiff maintains a farm and farms corn in Sullivan County, Indiana.

621.    Karen L. Scott is a resident of Sullivan County, Indiana.  Plaintiff maintains a farm and farms corn in Sullivan County, Indiana.

622.    Larry R. Scott is a resident of Sullivan County, Indiana.  Plaintiff maintains a farm and farms corn in Sullivan County, Indiana.

623.    Anthony M. Wassel is a resident of Vigo County, Indiana.  Plaintiff maintains a farm and farms corn in Vigo County, Indiana.

624.    Jean H. Drake Julian Revocable Trust farms corn in Sullivan County, Indiana.

625.    Lloyd L. Drake Irrevocable Trust farms corn in Sullivan County, Indiana.

626.    Gregory Mace is a resident of Parke County, Indiana.  Plaintiff maintains a farm and farms corn in Parke County, Indiana.

627.    Bill Baker is a resident of Sullivan County, Indiana.  Plaintiff maintains a farm and farms corn in Sullivan County, Indiana.

628.    Phillip R. Hammond is a resident of Vigo County, Indiana.  Plaintiff maintains a farm and farms corn in Vigo County, Indiana.

629.    Michael Franklin Burkhart is a resident of Daviess County, Indiana.  Plaintiff maintains a farm and farms corn in Daviess County, Indiana.

630.    William Patrick Burkhart is a resident of Daviess County, Indiana.  Plaintiff maintains a farm and farms corn in Daviess County, Indiana.

631.    Johnathan C. Reinhart is a resident of Brown County, Minnesota.  Plaintiff maintains a farm and farms corn in Blue Earth and Brown Counties, Minnesota.

632.    Lyle Smith is a resident of Yuma County, Colorado.  Plaintiff maintains a farm and farms corn in Yuma and Washington Counties, Colorado.

633.    Michael Baucke is a resident of Yuma County, Colorado.  Plaintiff maintains a farm and farms corn in Yuma County, Colorado.

634.    Larry Baucke is a resident of Yuma County, Colorado.  Plaintiff maintains a farm and farms corn in Yuma County, Colorado.

635.    Fairchild Farms, Inc. is an Iowa corporation with its principal place of business in Iowa.  It farms corn in Clay and Pocahontas Counties, Iowa.

636.    Mark Joel Fairchild is a resident of Clay County, Iowa.  Plaintiff maintains a farm and farms corn in Clay and Pocahontas Counties, Iowa.

637.    Ed Harsh & Sons Partnership is an Ohio partnership which farms corn in Delaware County, Ohio.

638.    Lauterbach Farms LLC is an Iowa corporation with its principal place of business in Iowa.  It farms corn in Tama, Grundy, and Black Hawk Counties, Iowa.

639.    Donald Harvey Goettsch is a resident of O'Brien County, Iowa.  Plaintiff maintains a farm and farms corn in O'Brien County, Iowa.

640.    Mark A. Peterson is a resident of Sullivan County, Indiana.  Plaintiff maintains a farm and farms corn in Sullivan, Clay, Vigo, and Pulaski Counties, Indiana.

641.    Frederick R. Peterson is a resident of Sullivan County, Indiana.  Plaintiff maintains a farm and farms corn in Sullivan, Clay, and Vigo Counties, Indiana.

642.    The Donald Froderman Farm is an Indiana corporation with its principal place of business in Indiana.  It farms corn in Clay County, Indiana.

643.    Bruce E. Froderman is a resident of Clay County, Indiana.  Plaintiff maintains a farm and farms corn in Clay County, Indiana.

644.    Ida M. Hunt is a resident of Clay County, Indiana.  Plaintiff maintains a farm and farms corn in Clay County, Indiana.

645.    Mary A. Mattox is a resident of Clay County, Indiana.  Plaintiff maintains a farm and farms corn in Clay County, Indiana.

646.    Wilma L. Mayfield is a resident of Clay County, Indiana.  Plaintiff maintains a farm and farms corn in Clay County, Indiana.

647.    Chinook Enterprises, LLC is an Indiana corporation with its principal place of business in Indiana.  It farms corn in Vigo County, Indiana.

648.    Farmer Jack Land Company, LLC is an Indiana corporation with its principal place of business in Indiana.  It farms corn in Vigo and Sullivan Counties, Indiana.

649.    Gibson Development, LLC is an Indiana corporation with its principal place of business in Indiana.  It farms corn in Vigo County, Indiana.

650.    Gregory L. Gibson is a resident of Vigo County, Indiana.  Plaintiff maintains a farm and farms corn in Vigo County, Indiana.

651.    GIG Leasing Corporation is an Indiana corporation with its principal place of business in Indiana.  It farms corn in Vigo and Clay Counties, Indiana.

652.    Hoosier Jack Land Company, LLC is an Indiana corporation with its principal place of business in Indiana.  It farms corn in Vigo County, Indiana.

653.    Sullivan Jack Land Company, LLC is an Indiana corporation with its principal place of business in Indiana.  It farms corn in Vigo and Sullivan Counties, Indiana.

654.    Sundance Farms, LLC is an Indiana corporation with its principal place of business in Indiana.  It farms corn in Vigo County, Indiana.

655.    McDonald Farm Holdings, LLC is an Indiana corporation with its principal place of business in Indiana.  It farms corn in Vigo County, Indiana.

656.    Darlene Lee is a resident of Dunn County, Wisconsin.  Plaintiff maintains a farm and farms corn in Dunn County, Wisconsin.

657.    Melvin Lee Gerber is a resident of Morgan County, Missouri.  Plaintiff maintains a farm and farms corn in Morgan and Moniteau Counties, Missouri.

658.    Margaret Morrow is a resident of Fresno County, California.  Plaintiff maintains a farm and farms corn in Sullivan County, Indiana.

659.    Stephane Earley is a resident of Parke County, Indiana.  Plaintiff maintains a farm and farms corn in Parke County, Indiana.

660.    Dustin Fairchild is a resident of Clay County, Iowa.  Plaintiff maintains a farm and farms corn in Clay County, Iowa.

661.    James M. Campbell is a resident of Vigo County, Indiana.  Plaintiff maintains a farm and farms corn in Vigo County, Indiana.

662.    JM Campbell Farms, Inc. is an Indiana corporation with its principal place of business in Indiana.  It farms corn in Vigo County, Indiana.

663.    Choctaw Farm LLC is an Arkansas corporation with its principal place of business in Arkansas.  It farms corn in Lincoln County, Arkansas.

664.    Gregg Day is a resident of Desha County, Arkansas.  Plaintiff maintains a farm and farms corn in Lincoln County, Arkansas.

665.    G & P Farm LLC is an Arkansas corporation with its principal place of business in Arkansas.  It farms corn in Lincoln County, Arkansas.

666.    Hannah Farm LLC is an Arkansas corporation with its principal place of business in Arkansas.  It farms corn in Lincoln County, Arkansas.

667.    Jack Mazzanti is a resident of Lincoln County, Arkansas.  Plaintiff maintains a farm and farms corn in Lincoln County, Arkansas.

668.    Shelby Farm LLC is an Arkansas corporation with its principal place of business in Arkansas.  It farms corn in Lincoln County, Arkansas.

669.    St. Michaels Farms 1 LLC is an Arkansas corporation with its principal place of business in Arkansas.  It farms corn in Lincoln County, Arkansas.

670.    St. Michaels Farms LLC is an Arkansas corporation with its principal place of business in Arkansas.  It farms corn in Lincoln County, Arkansas.

671.     Charleen Venable is a resident of Lincoln County, Arkansas.  Plaintiff maintains a farm and farms corn in Lincoln County, Arkansas.

672.     Guy Teeter Farms is an Arkansas corporation with its principal place of business in Arkansas.  It farms corn in Desha County, Arkansas.

673.     Brick Farms Inc. is an Arkansas corporation with its principal place of business in Arkansas.  It farms corn in Lincoln County, Arkansas.

674.     Rickey Day Farms Partnership is an Arkansas partnership which farms corn in Lincoln County, Arkansas.

675.     Coffee Creek Farms Inc is an Arkansas corporation with its principal place of business in Arkansas.  It farms corn in Hindsley and Pace Counties, Arkansas.

676.     E & B Hindsley is an Arkansas corporation with its principal place of business in Arkansas.  It farms corn in Phillips and Lee Counties, Arkansas.

677.     Triple G Investments LLC is an Arkansas corporation with its principal place of business in Arkansas.  It farms corn in Chicot County, Arkansas.

678.     Beau & Shea Farms Partnership is an Arkansas partnership which farms corn in Desha County, Arkansas.

679.     Matt & Holly Farms is an Arkansas partnership which farms corn in Desha County, Arkansas.

680.     Scott and Autumn Farms is an Arkansas partnership which farms corn in Desha County, Arkansas.

681.     Scott Day Farms is an Arkansas partnership which farms corn in Desha County, Arkansas.

682.    Taylor Day is a resident of Desha County, Arkansas.  Plaintiff maintains a farm and farms corn in Desha County, Arkansas.

683.    J&L Farms is an Arkansas partnership which farms corn in Desha County, Arkansas.

684.    S& E Farms Partnership is an Arkansas partnership which farms corn in Desha County, Arkansas.

685.    Goose Farms, Inc. is an Arkansas corporation with its principal place of business in Arkansas.  It farms corn in Desha County, Arkansas.

686.    Jerry McMahan Farms, Inc. is an Arkansas corporation with its principal place of business in Arkansas.  It farms corn in Desha County, Arkansas.

687.    DS Edwards Farms is an Arkansas partnership which farms corn in Lincoln County, Arkansas.

688.    Jeff Farms, Inc is an Arkansas corporation with its principal place of business in Arkansas.  It farms corn in Lincoln, Arkansas, and Desha Counties, Arkansas.

689.    Tuff Acres Farms, Inc. is an Arkansas corporation with its principal place of business in Arkansas.  It farms corn in Lincoln County, Arkansas.

690.    Hayday Farm Partnership is an Arkansas partnership which farms corn in Desha County, Arkansas.

691.    Mark Day Farm Partnership is an Arkansas partnership which farms corn in Desha and Drew Counties, Arkansas.

692.    Stephen Day Farm Partnership is an Arkansas partnership which farms corn in Desha County, Arkansas.

693.    Dustin Day Farm Partnership is an Arkansas partnership which farms corn in Desha County, Arkansas.

694.    Jacob Ayecok Farms is an Arkansas partnership which farms corn in Desha, Drew and Chicot Counties, Arkansas.

695.    Ayecok Hill Farms is an Arkansas partnership which farms corn in Desha, Drew and Chicot Counties, Arkansas.

696.    Dinah Ayecok Farms is an Arkansas partnership which farms corn in Desha, Drew and Chicot Counties, Arkansas.

697.    Optimum Agriculture LLC is an Arkansas corporation with its principal place of business in Arkansas.  It farms corn in Lincoln, Jefferson, White, Phillips, Monroe, Chicot, Ashley, and Cross Counties, Arkansas; Quitman and Tunica, Counties, Mississippi; and Morehouse County, Louisiana.

698.    Optimum Pine Bluff LLC is an Arkansas corporation with its principal place of business in Arkansas.  It farms corn in Lincoln and Jefferson Counties, Arkansas.

699.    Optimum Louisiana LLC is an Arkansas corporation with its principal place of business in Arkansas.  It farms corn in Morehouse, Franklin, and Catahoula Counties, Louisiana; White, Chicot, and Ashley Counties, Arkansas; and Quitman and Tunica Counties, Mississippi.

700.    Optimum Brinkley LLC is an Arkansas corporation with its principal place of business in Arkansas.  It farms corn in Phillips and Monroe Counties, Arkansas.

701.    Saint Michaels Partnership LLC is a Louisiana corporation with its principal place of business in Louisiana. It farms corn in Catahoula, Franklin and Morehouse Counties, Louisiana.

702.    KT & P Partnership is an Arkansas partnership which farms corn in Desha and

Lincoln Counties, Arkansas.

703.    Higbie Farms GP is a Kansas partnership which farms corn in Edwards and Kiawa Counties, Kansas.

704.    L&M Holdings LLC is a Kansas corporation with its principal place of business in Kansas.  It farms corn in Edwards County, Kansas.

705.    Christopher Patrick Collins is a resident of Rio Blanco County, Colorado.  Plaintiff maintains a farm and farms corn in Grant County, Oklahoma.

706.    Michael Stanley is a resident of Chase County, Nebraska.  Plaintiff maintains a farm and farms corn in Chase County, Nebraska.

707.    Barbara Stanley is a resident of Chase County, Nebraska.  Plaintiff maintains a farm and farms corn in Chase County, Nebraska.

708.    Karen Roberts is a resident of Cheyenne County, Colorado.  Plaintiff maintains a farm and farms corn in Kiowa County, Colorado.

709.    Clifford Roberts is a resident of Cheyenne County, Colorado.  Plaintiff maintains a farm and farms corn in Cheyenne County, Colorado.

710.    Stan Adams Farms LLC is an Arkansas corporation with its principal place of business in Arkansas.  It farms corn in Drew and Chicot Counties, Arkansas.

711.    Don & Kaye Adams Farms Partnership is an Arkansas partnership which farms corn in Drew and Chicot Counties, Arkansas.

712.    Parrott Farms, Inc. is an Iowa corporation with its principal place of business in Iowa.  It farms corn in Des Moines County, Iowa.

713.    Matthew Thomas Parrott is a resident of Des Moines County, Iowa.  Plaintiff

maintains farm and farms corn in Des Moines and Henry Counties, Iowa.

714.    Parrott Family Farms Partnership is an Iowa partnership which farms corn in Des Moines and Henry Counties, Iowa.

715.    Palsa Plantation is an Arkansas partnership which farms corn in Desha, Drew and Chicot Counties, Iowa.

716.    Jap Farms is an Arkansas partnership which farms corn in Desha, Drew, and Chicot Counties, Iowa.

717.    Parker Palsa Farm is an Arkansas partnership which farms corn in Desha, Drew, and Chicot Counties, Iowa.

718.    Orin Andrew Ambrose IV is a resident of Mississippi County, Missouri.  Plaintiff maintains a farm and farms corn in Mississippi and New Madrid Counties, Missouri.

719.    James Lee Bishop is a resident of Missouri.  Plaintiff maintains a farm and farms corn in Mississippi County, Missouri.

720.    Louise Wright is a resident of Missouri.  Plaintiff maintains a farm and farms corn in Mississippi County, Missouri.

721.    Ettis Ditto is a resident of Missouri.  Plaintiff maintains a farm and farms corn in Mississippi County, Missouri.

722.    Joseph McCarver is a resident of Missouri.  Plaintiff maintains a farm and farms corn in Mississippi County, Missouri.

723.    Paul Anderson is a resident of Grant County, South Dakota.  Plaintiff maintains a farm and farms corn in Grant County, South Dakota.

724.    Ronald Anderson is a resident of Grant County, South Dakota.  Plaintiff maintains

a farm and farms corn in Grant County, South Dakota.

725.    Douglas Arnold is a resident of Wayne County, Iowa.  Plaintiff maintains a farm and farms corn in Wayne County, Iowa.

726.    J & M Planting Company is a Tennessee corporation with its principal place of business in Tennessee.  It farms corn in Lake County, Tennessee.

727.    Greg Paschall is a resident of Tennessee.  Plaintiff maintains a farm and farms corn in Lake County, Tennessee.

728.    JDB Farming Company Inc. is a Tennessee corporation with its principal place of business in Tennessee.  It farms corn in Lake County, Tennessee.

729.    Malisssa Peacock is a resident of Tennessee.  Plaintiff maintains a farm and farms corn in Lake County, Tennessee.

730.    Elizabeth Peacock-Brandes is a resident of Tennessee.  Plaintiff maintains a farm and farms corn in Lake County, Tennessee.

731.    Rose K. Richardson is a resident of Tennessee.  Plaintiff maintains a farm and farms corn in Lake County, Tennessee.

732.    Berbos Farms Partnerhip is a South Dakota partnership which farms corn in Edmunds County, South Dakota and Brown County, South Dakota.

733.    Michael Bernard is a resident of Pemiscot County, Missouri.  Plaintiff maintains a farm and farms corn in Pemiscot County, Missouri.

734.    Gina Bernard is a resident of Pemiscot County, Missouri.  Plaintiff maintains a farm and farms corn in Pemiscot County, Missouri.

735.    James B. Rutledge is a resident of Missouri.  Plaintiff maintains a farm and farms

corn in Pemiscot County, Missouri.

736.   Sarah E. Rutledge is a resident of Missouri.  Plaintiff maintains a farm and farms corn in Pemiscot County, Missouri.

737.   Brandon Fischer is a resident of Missouri.  Plaintiff maintains a farm and farms corn in Pemiscot County, Missouri.

738.   Joseph Bailey Rutledge Revocable Trust farms corn in Pemiscot County, Missouri.

739.   James W. Bernard is a resident of Missouri.  Plaintiff maintains a farm and farms corn in Pemiscot County, Missouri.

740.   Mary B. Gilmore is a resident of Missouri.  Plaintiff maintains a farm and farms corn in Pemiscot County, Missouri.

741.   Scott A. Bierman is a resident of Brown County, South Dakota.  Plaintiff maintains a farm and farms corn in Brown County, South Dakota.

742.   Troy A. Bierman is a resident of Spink County, South Dakota.  Plaintiff maintains a farm and farms corn in Brown and Spink Counties, South Dakota.

743.   David and Kristen Blasey Joint Venture Partnership is a North Dakota partnership which farms corn in Grand Forks, Griggs, Nelson and Foster Counties, North Dakota.

744.   Tim Borge is a resident of Brown County, South Dakota.  Plaintiff maintains a farm and farms corn in Brown County, South Dakota.

745.   Jared Bossly is a resident of Spink County, South Dakota.  Plaintiff maintains a farm and farms corn in Brown County, South Dakota.

746.   Mark Bossly is a resident of Edmunds County, South Dakota.  Plaintiff maintains a farm and farms corn in Brown County, South Dakota.

747.    Patrick C. Bowar is a resident of Faulk County, South Dakota.  Plaintiff maintains a farm and farms corn in Faulk County, South Dakota.

748.    Robert Braasch is a resident of Spink County, South Dakota.  Plaintiff maintains a farm and farms corn in Spink County, South Dakota.

749.    Don Branderhorst is a resident of Marion County, Iowa.  Plaintiff maintains a farm and farms corn in Marion County, Iowa.

750.    Braun Joint Venture is a South Dakota partnership which farms corn in Brown County, South Dakota.

751.    J.B. Partnership is a South Dakota partnership which farms corn in Edmunds County, South Dakota.

752.    Keith Braun is a resident of Edmunds County, South Dakota.  Plaintiff maintains a farm and farms corn in Edmunds County, South Dakota.

753.    L Braun and S Braun General Partnership is a South Dakota partnership which farms corn in Brown, Edmunds, McPherson and Spink Counties, South Dakota.

754.    Armadale Farms, Inc. is a South Dakota corporation with its principal place of business in South Dakota.  It farms corn in Spink County, South Dakota.

755.    NJ Braun Farms General Partnership is a South Dakota partnership which farms corn in Brown, Edmunds and McPherson Counties, South Dakota.

756.    Samuel J. Braun is a resident of Brown County, South Dakota.  Plaintiff maintains a farm and farms corn in Brown, Edmunds, Faulk, Sully and McPherson Counties, South Dakota.

757.    SLS Farms is a South Dakota corporation with its principal place of business in South Dakota.  It farms corn in Sully County, South Dakota.

758.     CJ Wientjes Farm Partnership is a South Dakota partnership which farms corn in Corson and Dewey Counties, South Dakota.

759.     Sharon A. Braun is a resident of Faulk County, South Dakota.  Plaintiff maintains a farm and farms corn in Brown, Edmunds, Faulk, Hughes and Sully Counties, South Dakota.

760.     Judith Schwab is a resident of South Dakota.  Plaintiff maintains a farm and farms corn in Faulk, Potter, Edmunds and Brown Counties, South Dakota.

761.     Corby Brown is a resident of Monroe County, Kentucky.  Plaintiff maintains a farm and farms corn in Monroe County, Kentucky.

762.     Elliott C. Brown is a resident of Macon County, Kentucky.  Plaintiff maintains a farm and farms corn in Monroe County, Kentucky and Clay and Macon Counties, Tennessee.

763.     Bury Farms Inc. is a South Dakota corporation with its principal place of business in South Dakota.  It farms corn in Grant County, South Dakota.

764.     Campbell Farms Partnership is a Missouri partnership which farms corn in Pemiscot County, Missouri.

765.     Jimmy Boerschmann is a resident of Missouri.  Plaintiff maintains a farm and farms corn in Pemiscot County, Missouri.

766.     Jane and Charles Primm Trust farms corn in Pemiscot County, Missouri.

767.     Lemond Thompson Trust farms corn in Pemiscot County, Missouri.

768.     Geff Carstens is a resident of Hamlin County, South Dakota.  Plaintiff maintains a farm and farms corn in Clark and Hamlin Counties, South Dakota.

769.     Benjamin Copass is a resident of Kentucky.  Plaintiff maintains a farm and farms corn in Monroe County, Kentucky.

770.    Daly Bros. is a South Dakota corporation with its principal place of business in South Dakota.  It farms corn in Brown County, South Dakota.

771.    MAD Farms, GP is a South Dakota partnership which farms corn in Brown County, South Dakota.

772.    Ronald and Debbie Dell are residents of Brown County, South Dakota.  Plaintiffs maintain a farm and farms corn in Brown County, South Dakota.

773.    Dell Farm Inc. is South Dakota corporation with its principal place of business in South Dakota.  It farms in Brown County, South Dakota.

774.    Paragon GP is an Iowa general partnership which farms corn in Taylor County, Iowa.

775.    Bill English is a resident of Bowie County, Texas.  Plaintiff maintains a farm and farms corn in Bowie County, Texas and McCurtain Counties, Oklahoma.

776.    Sethenia English is a resident of Texas.  Plaintiff maintains a farm and farms corn in McCurtain County, Oklahoma and Bowie County, Texas.

777.    Steven J. Farrell is a resident of Grant County, South Dakota.  Plaintiff maintains a farm and farms corn in Grant County, South Dakota.

778.    Chad Fischbach is a resident of Brown County, South Dakota.  Plaintiff maintains a farm and farms corn in Brown County, South Dakota.

779.    Greg Fischbach is a resident of Brown County, South Dakota.  Plaintiff maintains a farm and farms corn in Brown County, South Dakota.

780.    T&G Fischbach is a South Dakota general partnership which farms corn in Brown County, South Dakota.

781.    G & O Fischbach General Partnership is a South Dakota general partnership which farms corn in Brown County, South Dakota.

782.    Owen Fischbach is a resident of Brown County, South Dakota.  Plaintiff maintains a farm and farms corn in Brown County, South Dakota.

783.    Tom Fischbach is a resident of Brown County, South Dakota.  Plaintiff maintains a farm and farms corn in Spink County, South Dakota and also farms in Brown County, South Dakota.

784.    William A. Fuhrman is a resident of Spink County, South Dakota.   Plaintiff maintains a farm and farms corn in Brown County, South Dakota.

785.    Lonnie Dale Gibson, Jr. is a resident of Dunklin County, Missouri.  Plaintiff maintains a farm and farms corn in Mississippi County, Arkansas and Dunklin County, Missouri.

786.    Lonnie Dale Gibson, Sr. is a resident of Dunklin County, Missouri.  Plaintiff maintains a farm and farms corn in Mississippi County, Arkansas and Dunklin County, Missouri.

787.    Lynnette Gibson is a resident of Dunklin County, Missouri.  Plaintiff maintains a farm and farms corn in Mississippi County, Arkansas and Dunklin County, Missouri.

788.    Alice Gibson is a resident of Dunklin County, Missouri.  Plaintiff maintains a farm and farms corn in Mississippi County, Arkansas and Dunklin County, Missouri.

789.    Belinda Markin is a resident of Dunklin County, Missouri.  Plaintiff maintains a farm and farms corn in Mississippi County, Arkansas and Dunklin County, Missouri.

790.    Nelda Mungle is a resident of Dunklin County, Missouri.  Plaintiff maintains a farm and farms corn in Dunklin County, Missouri.

791.    GT Ag, LLC is a Missouri limited liability company with its principal place of

business in Missouri.  It farms corn in Mississippi and Clay Counties, Arkansas and Dunklin County, Missouri.

792.    Beau Goehring is a resident of Brown County, South Dakota.  Plaintiff maintains a farm and farms corn in Brown County, South Dakota.

793.    Judith Greenley is a resident of Ransom County, North Dakota.  Plaintiff maintains a farm and farms corn in Ransom County, North Dakota.

794.    Randall Greenley is a resident of Ransom County, North Dakota.  Plaintiff maintains a farm and farms corn in Ransom County, North Dakota.

795.    Mark Haines is a resident of Keokuk County, Iowa.  Plaintiff maintains a farm and farms corn in Keokuk County, Iowa, Iowa County, Iowa and Mahaska County, Iowa.

796.    Trishia Haines is a resident of Keokuk County, Iowa.  Plaintiff maintains a farm and farms corn in Keokuk County, Iowa, Iowa County, Iowa and Mahaska County, Iowa..

797.    David Haggard is a resident of Dunklin County, Missouri.  Plaintiff maintains a farm and farms corn in Pemiscot County, Missouri.

798.    H&D Farms is a Missouri partnership which farms corn in Pemiscot County, Missouri.

799.    Judith Haggard is a resident of Dunklin County, Missouri.  Plaintiff maintains a farm and farms corn in Pemiscot County, Missouri.

800.    Trent Haggard is a resident of Dunklin County, Missouri.  Plaintiff maintains a farm and farms corn in Pemiscot County, Missouri.

801.    Claire Haggard Zurek is a resident of Missouri.  Plaintiff maintains a farm and farms corn in Pemiscot County, Missouri.

802.    Jeffrey Duane Hamilton is a resident of Wayne County, Iowa.  Plaintiff maintains a farm and farms corn in Wayne County, Iowa.

803.    Michael Harmon is a resident of Spink County, South Dakota.  Plaintiff maintains a farm and farms corn in Edmunds and Faulk Counties, South Dakota.

804.    Chad Haselhorst is a resident of Brookings County, South Dakota.  Plaintiff maintains a farm and farms corn in Faulk County, South Dakota.

805.    Haselhorst Farms Inc. is a South Dakota corporation with its principal place of business in South Dakota.  It farms corn in   Faulk County, South Dakota.

806.    MMH Grains Inc. is a South Dakota corporation with its principal place of business in South Dakota.  It farms corn in Faulk County, South Dakota.

807.    Janis and Eloy Heier are residents of Brown County, South Dakota.  Plaintiffs maintain a farm and farms corn in Edmunds and McPherson Counties, South Dakota.

808.    Tim Heilman is a resident of Brown County, South Dakota.  Plaintiff maintains a farm and farms corn in Brown County, South Dakota.

809.    Heilman Farming Inc. is a South Dakota corporation with its principal place of business in South Dakota.  It farms corn in Edmunds County, South Dakota.

810.    EDCO Properties LLC is a South Dakota corporation with its principal place of business in South Dakota.  It farms corn in   Edmunds County, South Dakota.

811.    Dale A. Hepper is a resident of Morton County, North Dakota.  Plaintiff maintains a farm and farms corn in Burleigh County, North Dakota.

812.    Kurt Hoeft is a resident of Spink County, South Dakota.  Plaintiff maintains a farm and farms corn in Brown and Spink Counties, South Dakota.

813.    Nathan Hoeft is a resident of Brown County, South Dakota.  Plaintiff maintains a farm and farms corn in Brown and Spink Counties, South Dakota.

814.    Pembrook Hutterian Bretheren, Inc. is a South Dakota corporation with its principal place of business in South Dakota.  It farms corn in Brown and Edmunds Counties, South Dakota.

815.    Jon Hoffman is a resident of Edmunds County, South Dakota.  Plaintiff maintains a farm and farms corn in Brown and Edmunds Counties, South Dakota.

816.    Carla Hoffman is a resident of South Dakota.  Plaintiff maintains a farm and farms corn in Edmunds County, South Dakota.

817.    Brett Holler is a resident of Brown County, South Dakota.  Plaintiff maintains a farm and farms corn in Brown County, South Dakota.

818.    Anthony Howard is a resident of Grant County, South Dakota.  Plaintiff maintains a farm and farms corn in Grant County, South Dakota.

819.    Russell Howard is a resident of Grant County, South Dakota.  Plaintiff maintains a farm and farms corn in Roberts and Grant Counties, South Dakota.

820.    Adam Hunt is a resident of Grant County, South Dakota..  Plaintiff maintains a farm and farms corn in Grant County, South Dakota.

821.    Ahunt Farm, LLC is a South Dakota limited liability company with its principal place of business in South Dakota.  It farms corn in Grant County, South Dakota.

822.    Arnold Hunt is a resident of Roberts County, South Dakota.  Plaintiff maintains a farm and farms corn in Grant County, South Dakota.

823.    Austin Hunt is a resident of Grant County, South Dakota.  Plaintiff maintains a farm and farms corn in Grant County, South Dakota.

824.    Randy & Ronnie Hunt Partnership is an Iowa partnership which farms corn in Woodbury County, Iowa.

825.    Richland Partnership is an Iowa partnership which farms corn in Woodbury County, Iowa.

826.    Larry Hunt is a resident of Woodbury County, Iowa.  Plaintiff maintains a farm and farms corn in Woodbury County, Iowa.

827.    Diamond V Ranch is a North Dakota partnership which farms corn in Corson and Sioux Counties, North Dakota.

828.    David Kasper is a resident of Monroe County, Iowa.  Plaintiff maintains a farm and farms corn in Monroe County, Iowa.

829.    Timothy Kasper is a resident of Monroe County, Iowa.  Plaintiff maintains a farm and farms corn in Monroe County, Iowa.

830.    Richard Keating is a resident of Clark County, South Dakota.  Plaintiff maintains a farm and farms corn in Hamlin and Clark Counties, South Dakota.

831.    Randy Kienow is a resident of Brown County, South Dakota.  Plaintiff maintains a farm and farms corn in Brown and Spink Counties, South Dakota.

832.    Kienow Farms, Inc. is a South Dakota Corporation with its principal place of business in South Dakota.  It farms corn in Brown and Spink Counties, South Dakota.

833.    Jeremy Koenig is a resident of Hamlin County, South Dakota.  Plaintiff maintains a farm and farms corn in Hamlin County, South Dakota.

834.    Emily Koenig is a resident of Hamlin County, South Dakota.  Plaintiff maintains a farm and farms corn in Hamlin County, South Dakota.

835.   Krause-Allbee Farming, Inc. is a South Dakota corporation with its principal place of business in South Dakota.  It farms corn in Brown and Spink Counties, South Dakota.

836.   Kraus-Allbee Trucking, Inc. is a South Dakota corporation with its principal place of business in South Dakota.  It farms corn in Brown County, South Dakota.

837.   L&L Krause, GP is a South Dakota general partnership which farms corn in Brown, Campbell, Edmunds and McPherson Counties, South Dakota.

838.   Lon Lagodinski is a resident of LaMoure County, North Dakota.  Plaintiff maintains a farm and farms corn in Dickey, LaMoure, Logan, McIntosh and Stutsman Counties, North Dakota.

839.   Victor Lagodinski is a resident of LaMoure County, North Dakota.  Plaintiff maintains a farm and farms corn in Dickey and LaMoure Counties, North Dakota.

840.   Marie Magdalene Lagodinski is a resident of North Dakota.  Plaintiff maintains a farm and farms corn in Dickey and LaMoure Counties, North Dakota.

841.   Robert Landeis is a resident of Nelson County, North Dakota.  Plaintiff maintains a farm and farms corn in Nelson County, North Dakota.

842.   Robert Landrigan is a resident of Hubbard County, Minnesota.  Plaintiff maintains a farm and farms corn in Hughes County, Minnesota.

843.   Gary Larson is a resident of Brown County, South Dakota.  Plaintiff maintains a farm and farms corn in Brown County, South Dakota.

844.   Neil Larson is a resident of Brown County, South Dakota.  Plaintiff maintains a farm and farms corn in Brown County, South Dakota.

845.   Paul Larson is a resident of Brown County, South Dakota.  Plaintiff maintains a

farm and farms corn in Brown, Edmunds and McPherson Counties, South Dakota.

846.    Roger Larson is a resident of South Dakota.  Plaintiff maintains a farm and farms corn in Brown County, South Dakota.

847.    Loveland Farms, LLC is a Wisconsin corporation with its principal place of business in Wisconsin.  It farms corn in Dodge County, Wisconsin.

848.    Jeff Lewke is a resident of Dodge County, Wisconsin.  Plaintiff maintains a farm and farms corn in Dodge, Columbia and Dane Counties, Wisconsin.

849.    Tracy Lewke is a resident of Dodge County, Wisconsin.  Plaintiff maintains a farm and farms corn in Dodge, Columbia and Dane Counties, Wisconsin.

850.    Jon Locken, Inc. is a South Dakota corporation with its principal place of business in South Dakota.  It farms corn in Brown County, South Dakota and Sargent and Dickey Counties, North Dakota.

851.    Dana B. Locken, Inc. is a South Dakota corporation with its principal place of business in South Dakota.  It farms corn in Brown County, South Dakota and Sargent and Dickey Counties, North Dakota.

852.    Loren Locken, Inc. is a South Dakota corporation with its principal place of business in South Dakota.  It farms corn in Brown County, South Dakota and Sargent and Dickey Counties, North Dakota.

853.    Maclin Farms LLC is a Missouri limited liability company with its principal place of business in Missouri.  It farms corn in Pemiscot County, Missouri.

854.    Josh Maclin is a resident of Pemiscot County, Missouri.  Plaintiff maintains a farm and farms corn in Pemiscot County, Missouri.

855.    Josh Maclin Farms, LLC is a Missouri limited liability company with its principal place of business in Missouri.  It farm corn in Pemiscot County, Missouri.

856.    Denver Howard Fike Estate farms corn in Pemiscot County, Missouri.

857.    Bea Grissom is a resident of Missouri.  Plaintiff maintains a farm and farms corn in Pemiscot County, Missouri.

858.    Shawn Maclin Farms is a Missouri corporation with its principal place of business in Missouri.  It farms corn in  Pemiscot County, Missouri.

859.    Shawn Maclin Farms LLC is a Missouri corporation with its principal place of business in Missouri.  It farms corn in Pemiscot County, Missouri.

860.    Paul Maclin is a resident of Pemiscot County, Missouri.  Plaintiff maintains a farm and farms corn in Pemiscot County, Missouri.

861.    C.W. Reed III is a resident of Missouri.  Plaintiff maintains a farm and farms corn in Pemiscot County, Missouri.

862.    R.A. Reed is a resident of Missouri.  Plaintiff maintains a farm and farms corn in Pemiscot County, Missouri.

863.    John Prange is a resident of Missouri.  Plaintiff maintains a farm and farms corn in Pemiscot County, Missouri.

864.    George Prange Trust farms corn in Pemiscot County, Missouri.

865.    Bryce Maher is a resident of Spink County, South Dakota.  Plaintiff maintains a farm and farms corn in Faulk, Hand and Spink Counties, South Dakota.

866.    Maher Farms, Inc. is a South Dakota corporation with its principal place of business in South Dakota.  It farms corn in Hand, Spink and Faulk Counties, South Dakota.

867.    Alex Maupin is a resident of Nodaway County, Missouri.  Plaintiff maintains a farm and farms corn in Nodaway County, Missouri.

868.    Eric Maupin is a resident of Missouri.  Plaintiff maintains a farm and farms corn in Nodaway County, Missouri.

869.    Four-M Farms is a Missouri partnership which farms in Stoddard County, Missouri.

870.    Gregg Mayberry is a resident of Stoddard County, Missouri.  Plaintiff maintains a farm and farms corn in Stoddard County, Missouri.

871.    Charles Mayberry is a resident of Missouri.  Plaintiff maintains a farm and farms corn in Stoddard County, Missouri.

872.    Melvin Low is a resident of Missouri.  Plaintiff maintains a farm and farms corn in Stoddard County, Missouri.

873.    DDAB Farms is a Missouri partnership which farms corn in Pemiscot County, Missouri.

874.    Reynold Farms Limited Partnership is a Missouri partnership which farms corn in Pemiscot County, Missouri.

875.    Don Allyson Medlin is a resident of Missouri.  Plaintiff maintains a farm and farms corn in Pemiscot County, Missouri.

876.    Noel Byron Medlin is a resident of Missouri.  Plaintiff maintains a farm and farms corn in Pemiscot County, Missouri.

877.    Cherie Medlin Kirby is a resident of Missouri.  Plaintiff maintains a farm and farms corn in Pemiscot County, Missouri.

878.    B.T. Meredith is a resident of Pemiscot County, Missouri.  Plaintiff maintains a

farm and farms corn in Pemiscot County, Missouri.

879.   Thomas Meyer is a resident of Faulk County, South Dakota.  Plaintiff maintains a farm and farms corn in Faulk County, South Dakota.

880.   Bryce Miller is a resident of Faulk County, South Dakota.  Plaintiff maintains a farm and farms corn in Faulk County, South Dakota.

881.   John T. Moroni is a resident of Tensas Parish, Louisiana.  Plaintiff maintains a farm and farms corn in Franklin Parish, Louisiana.

882.   Nancy Moroni is a resident of Louisiana.  Plaintiff maintains a farm and farms corn in Franklin Parish, Louisiana.

883.   John W. Moroni is a resident of Franklin Parish, Louisiana.  Plaintiff maintains a farm and farms corn in Franklin Parish, Louisiana.

884.   Shirley Moroni is a resident of Louisiana.  Plaintiff maintains a farm and farms corn in Franklin Parish, Louisiana.

885.   Randy C. Moroni is a resident of Franklin Parish, Louisiana.  Plaintiff maintains a farm and farms corn in Franklin Parish, Louisiana.

886.   Sheila Moroni is a resident of Louisiana.  Plaintiff maintains a farm and farms corn in Franklin Parish, Louisiana.

887.   Peck Planting LLC is a Louisiana corporation with its principal place of business in Louisiana.  It farms corn in Franklin Parish, Louisiana.

888.   Wesley R. Moroni is a resident of Richland Parish, Louisiana.  Plaintiff maintains a farm and farms corn in Franklin Parish, Louisiana.

889.   Jennifer Moroni is a resident of Louisiana.  Plaintiff maintains a farm and farms

corn in Franklin, Louisiana.

890.    William E. Moroni is a resident of Franklin Parish, Louisiana.  Plaintiff maintains a farm and farms corn in Franklin Parish, Louisiana.

891.    Steve Munger is a resident of Spink County, South Dakota.  Plaintiff maintains a farm and farms corn in Sully County, South Dakota.

892.    Eagle Pass Lodge, Inc. is a South Dakota corporation with its principal place of business in South Dakota.  It farms corn in Hand County, South Dakota.

893.    Eagle Pass Ranch, Inc. is a Delaware corporation with its principal place of business in South Dakota.  It farms corn in Hand County, South Dakota.

894.    Gary Murphy Farms Partnership is a Missouri partnership which farms corn in New Madrid County, Missouri.

895.    Gary D. Murphy III is a resident of New Madrid County, Missouri.  Plaintiff maintains a farm and farms corn in New Madrid County, Missouri.

896.    Gary D. Murphy II is a resident of Stoddard County, Missouri.  Plaintiff maintains a farm and farms corn in Stoddard and New Madrid Counties, Missouri.

897.    Gary Murphy Sr. is a resident of Stoddard County, Missouri.  Plaintiff maintains a farm and farms corn in Stoddard County, Missouri.

898.    Gary Murphy Farms II Partnership is a Missouri partnership which farms corn in Stoddard County, Missouri.

899.    Brent Neiger is a resident of Edmunds County, South Dakota.  Plaintiff maintains a farm and farms corn in Brown County, South Dakota.

900.    Bryce Neiger is a resident of Brown County, South Dakota.  Plaintiff maintains a

farm and farms corn in Brown County, South Dakota.

901.    Dean Niederbaumer is a resident of Brown County, South Dakota.   Plaintiff maintains a farm and farms corn in Faulk County, South Dakota.

902.    Jane Neiderbaumer is a resident of South Dakota.  Plaintiff maintains a farm and farms corn in Faulk County, South Dakota.

903.    Paul Niederbaumer is a resident of Faulk County, South Dakota.  Plaintiff maintains a farm and farms corn in Faulk County, South Dakota.

904.    Carey Nilsson is a resident of Spink County, South Dakota.  Plaintiff maintains a farm and farms corn in Brown County, South Dakota.

905.    Marlin Nilsson is a resident of Spink County, South Dakota.  Plaintiff maintains a farm and farms corn in Brown and Spink Counties, South Dakota.

906.    Rhonda Nilsson is a resident of South Dakota.  Plaintiff maintains a farm and farms corn in Brown County, South Dakota.

907.    David Olen is a resident of Faulk County, South Dakota.  Plaintiff maintains a farm and farms corn in Faulk County, South Dakota.

908.    Lance Olen is a resident of Faulk County, South Dakota.  Plaintiff maintains a farm and farms corn in Faulk County, South Dakota.

909.    Donald Olen is a resident of Faulk County, South Dakota.  Plaintiffs maintain a farm and farms corn in Faulk County, South Dakota.

910.    Olen Brothers Partnership is a South Dakota Partnership which farms corn in Faulk County South Dakota.

911.    Keith Olson is a resident of Corson County, South Dakota.  Plaintiff maintains a

farm and farms corn in Corson County, South Dakota.

912.    Pauli Farms, Inc. is a South Dakota corporation with its principal place of business in South Dakota.  It farms corn in Grant County, South Dakota.

913.    Curtis Penfield is a resident of Faulk County, South Dakota.  Plaintiff maintains a farm and farms corn in Edmunds County, South Dakota.

914.    Aaron Peterson is a resident of Faulk County, South Dakota and Edmunds, Iowa. Plaintiff maintains a farm and farms corn in Miller County, Arkansas and Woodbury County, Iowa.

915.    Brett Peterson is a resident of Turner County, South Dakota.  Plaintiff maintains a farm and farms corn in Lincoln, Minnehana and Turner Counties, South Dakota.  Brett Peterson does business as PBP Farms, a South Dakota Corporation with its principal place of business in South Dakota, which farms corn in Lincoln, Minnehana and Turner Counties, South Dakota.

916.    Daniel Peterson is a resident of Woodbury County, Iowa.  Plaintiffs maintain a farm and farms corn in Woodbury County, Iowa.

917.    Brian Peterson is a resident of Woodbury County, Iowa.  Plaintiffs maintain a farm and farms corn in Woodbury County, Iowa.

918.    Whiskey Creek Partnership is an Iowa partnership which farms corn in Woodbury and Monona Counties, Iowa and Clay County, South Dakota.

919.    Whiskey Creek Arkansas is an Iowa partnership which farms corn in Miller County, Arkansas.

920.    Kyle Peterson is a resident of Woodbury County, Iowa.  Plaintiff maintains a farm and farms corn in Woodbury County, Iowa.

921.    Mike Petersen is a resident of Faulk County, South Dakota.  Plaintiff maintains a

farm and farms corn in Edmunds County, South Dakota.

922.    Monte Petersen is a resident of Edmunds County, South Dakota.  Plaintiff maintains a farm and farms corn in Edmunds County, South Dakota.

923.    Gary Pic is a resident of Ramsey County, North Dakota.  Plaintiff maintains a farm and farms corn in Nelson and Walsh  Counties, North Dakota.

924.    Roger Pic is a resident of Spink County, South Dakota.  Plaintiff maintains a farm and farms corn in McIntosh, Nelson and Walsh Counties, North Dakota.

925.    David Pigors is a resident of Brown County, South Dakota.  Plaintiff maintains a farm and farms corn in Brown County, South Dakota.

926.    Garrett Rahm is a resident of Spink County, South Dakota.  Plaintiff maintains a farm and farms corn in Spink County, South Dakota.

927.    Grant Rahm is a resident of Spink County, South Dakota.  Plaintiff maintains a farm and farms corn in Spink County, South Dakota.

928.    Greg Rahm is a resident of Spink County, South Dakota.  Plaintiff maintains a farm and farms corn in Hughes County, South Dakota.

929.    Cyd T. Rahm is a resident of South Dakota.  Plaintiff maintains a farm and farms corn in Hughes County, South Dakota.

930.    Rahm Farm, Inc. is a South Dakota corporation with its principal place of business in South Dakota.  It farms corn in Clark and Spink Counties, South Dakota.

931.    James Raulerson is a resident of Pemiscot County, Missouri.  Plaintiff maintains a farm and farms corn in Pemiscot County, Missouri.

932.    Lee Ann Raulerson is a resident of Missouri.  Plaintiff maintains a farm and farms

corn in Pemiscot County, Missouri.

933.    Bruton Farms LP is a Missouri partnership which farms corn in Pemiscot County, Missouri.

934.    Gary Bruton Farms Inc. is a Missouri corporation with its principal place of business in Missouri.  It farms corn in Pemiscot County, Missouri.

935.    Hamlin Farms is a Missouri partnership which farms corn in Pemiscot County, Missouri.

936.    Steve Reid is a resident of Pemiscot County, Missouri.  Plaintiff maintains a farm and farms corn in Pemiscot County, Missouri.

937.    Reid Farms is a Missouri partnership which farms corn in Pemiscot County, Missouri.

938.    Rickie Lee Reno is a resident of Wayne County, Iowa.  Plaintiff maintains a farm and farms corn in Wayne County, Iowa.

939.    Roy Edward Reno is a resident of Wayne County, Iowa.  Plaintiff maintains a farm and farms corn in Wayne County, Iowa.

940.    Rich Strasburg Farms, Inc. is a South Dakota corporation with its principal place of business in South Dakota.  It farms corn in Hand County, South Dakota.

941.    Rick Rozell is a resident of Beadle County, South Dakota.  Plaintiff maintains a farm and farms corn in Edmunds County, South Dakota.

942.    Scott Rozell is a resident of Brown County, South Dakota.  Plaintiff maintains a farm and farms corn in Brown and Edmunds Counties, South Dakota.

943.    Ryckman Farms, Inc. is a South Dakota corporation with its principal place of

business in South Dakota.  It farms corn in Brown County, South Dakota.

944.   Deuce Farms, Inc. is a South Dakota corporation with its principal place of business in South Dakota.  It farms corn in Brown and Edmunds Counties, South Dakota.

945.   Inel Ryckman is a resident of Brown County, South Dakota.  Plaintiff maintains a farm and farms corn in Brown County, South Dakota.

946.   South Shore, Inc. is a South Dakota corporation with its principal place of business in South Dakota.  It farms corn in Brown, Edmunds and Faulk Counties, South Dakota.

947.   Andy Scarborough is a resident of Spink County, South Dakota.  Plaintiff maintains a farm and farms corn in McPherson, Brown, and Campbell Counties, South Dakota.

948.   Tony Scarborough is a resident of Spink County, South Dakota.  Plaintiff maintains a farm and farms corn in Campbell and Edmunds Counties, South Dakota.

949.   Sheldon Schwab is a resident of Edmunds County, South Dakota.   Plaintiff maintains a farm and farms corn in Campbell County, South Dakota.

950.   Sherwin Schwab is a resident of Edmunds County, South Dakota.   Plaintiff maintains a farm and farms corn in Brown, Edmunds, Faulk and Potter Counties, South Dakota.

951.   Roger Smith is a resident of Hamlin County, South Dakota.  Plaintiff maintains a farm and farms corn in Clark and Hamlin Counties, South Dakota.

952.   Josie Land & Buffalo Company, LLC is a South Dakota limited liability company with its principal place of business in South Dakota.  It farms corn in Hand, Spink, Butte and Sully, South Dakota.

953.   Sparling River Farms is a South Dakota limited liability company with its principal place of business in South Dakota.  It farms corn in Hyde County, South Dakota.

954.    Robert Sparling is a resident of Spink County, South Dakota.  Plaintiff maintains a farm and farms corn in Faulk and Spink Counties, South Dakota.

955.    Sport Wade Inc. is an Iowa corporation with its principal place of business in Iowa. It farms corn in Clarke and Decatur Counties, Iowa.

956.    Bijou Hutterian Brethren, Inc. is a South Dakota corporation with its principal place of business in South Dakota.  It farms corn in Charles Mix and Brule Counties, South Dakota.

957.    Platte Hutterian Brethren, Inc. is a South Dakota corporation with its principal place of business in South Dakota.  It farms corn in Bennett, Charles Mix, Todd and Brule Counties, South Dakota.

958.    Steffen Brothers, Inc. is a South Dakota corporation with its principal place of business in South Dakota.  It farms corn in Sully County, South Dakota.

959.    David Steffen is a resident of Hughes County, South Dakota.  Plaintiff maintains a farm and farms corn in Sully County, South Dakota.

960.    Strasburg, Inc. is a South Dakota corporation with its principal place of business in South Dakota.  It farms corn in Hand County, South Dakota.

961.    James Ted Street is a resident of Pemiscot County, Missouri.  Plaintiff maintains a farm and farms corn in Pemiscot County, Missouri.

962.    Stuck, Inc. is a South Dakota corporation with its principal place of business in South Dakota.  It farms corn in Spink County, South Dakota.

963.    Chelle & Nate, Inc. is a South Dakota corporation with its principal place of business in South Dakota.  It farms corn in   Spink County, South Dakota.

964.    The Margaret Moore Thurmond Family Trust d/b/a Jimarty Trust farms corn in

Mississippi County, Missouri.

965.    JMJ Farms, LLC is a Missouri limited liability company which farms corn in Mississippi County, Missouri.

966.    Stanley Craig Sutton is a resident of Missouri.  Plaintiff maintains a farm and farms corn in Mississippi County, Missouri.

967.    The Joella Moore Revocable Living Trust farms corn in Mississippi County, Missouri.

968.    Shelby Farms Partnership is a Missouri partnership which farms corn in Mississippi County, Missouri.

969.    Wolf Island Farms, Inc. is a Missouri corporation with its principal place of business in Missouri.  It farms corn in Mississippi County, Missouri.

970.    Sutton & Thurmond, LLC is a Missouri limited liability company which farms corn in Mississippi County, Missouri.

971.    T & S Farms Partnership is a Missouri partnership which farms corn in Mississippi County, Missouri.

972.    James Thurmond is a resident of Mississippi County, Missouri.  Plaintiff maintains a farm and farms corn in Mississippi County, Missouri.

973.    Thurmond Farms, Inc. is a Missouri corporation with its principal place of business in Missouri.  It farms corn in Mississippi County, Missouri.

974.    Sylte Brothers Partnership is a South Dakota partnership which corn in Brown, Buffalo, Edmunds, and Faulk Counties, South Dakota, McCurtain County, Oklahoma, Bowie County, Texas and Little River County, Arkansas.

975.    Sylte Farms Partnership is a South Dakota partnership which farms corn in Codington, Day, Roberts, Edmunds, Faulk, Brown and Gant Counties, South Dakota.

976.    Jason Sylte is a resident of Edmunds County, South Dakota.  Plaintiff maintains a farm and farms corn in Codington, Edmunds and Grant County, South Dakota.

977.    Agecy I LLC is a South Dakota limited liability company which farms corn in McCurtain County, Oklahoma and Red River County, Texas.

978.    Agecy II LLC is a South Dakota limited liability company which farms corn in Little River County, Arkansas, McCurtain County, Oklahoma and Red River County, Texas.

979.    Tuszka Partnership is a South Dakota partnership which farms corn in Brown County, South Dakota.

980.    Roger VanAusdall Jr. is a resident of Pemiscot County, Missouri.  Plaintiff maintains a farm and farms corn in Pemiscot County, Missouri.

981.    Robert C. Joplin Trust farms corn in Pemiscot County, Missouri.

982.    John L. Vanausdall Testamentary Trust farms corn in Pemiscot County, Missouri.

983.    Virginia Kimsey is a resident of Missouri.  Plaintiff maintains a farm and farms corn in Pemiscot County, Missouri.

984.     Roger VanAusdall III is a resident of Pemiscot County, Missouri.  Plaintiff maintains a farm and farms corn in Pemiscot County, Missouri.

985.    RL Ward Jr. Res. Trust farms corn in Pemiscot County, Missouri.

986.    Virginia Sue Bader Vanausdall is a resident of Missouri.  Plaintiff maintains a farm and farms corn in Pemiscot County, Missouri.

987.    Vanderwal Livestock, Inc. is a South Dakota corporation with its principal place of

business in South Dakota.  It farms corn in Spink County, South Dakota.

988.    Stucks Joint Venture is a South Dakota partnership which farms corn in Spink County, South Dakota.

989.    Barry R. Vculek is a resident of North Dakota.  Plaintiff maintains a farm and farms corn in Sargent, Dickey LaMoure and McIntosh Counties, North Dakota and McPherson County, South Dakota.

990.    Robin Vculek is a resident of North Dakota.  Plaintiff maintains a farm and farms corn in Sargent, Dickey LaMoure and McIntosh Counties, North Dakota and McPherson County, South Dakota.

991.    Four Star Ag is a North Dakota partnership which farms corn in Sargent, Dickey LaMoure and McIntosh Counties, North Dakota and McPherson County, South Dakota.

992.    Aaron Vilhaur is a resident of Edmunds County, South Dakota.  Plaintiff maintains a farm and farms corn in Brown County, South Dakota.

993.    Jeff Wade is a resident of Decatur County, Iowa.  Plaintiff maintains a farm and farms corn in Decatur County, Iowa.

994.    Sport Wade Inc. is an Iowa corporation with its principal place of business in Iowa. It farms corn in Clarke and Decatur Counties, Iowa.

995.    John Wanous is a resident of Spink County, South Dakota.  Plaintiff maintains a farm and farms corn in Brown and Edmunds Counties, South Dakota.

996.    Amy Wanous is a resident of South Dakota.  Plaintiff maintains a farm and farms corn in Edmunds and Brown Counties, South Dakota.

997.    Darin Wiedebush is a resident of Spink County, South Dakota.  Plaintiff maintains

a farm and farms corn in Brown and Spink Counties, South Dakota.

998.   Wiedebush & Roberts Partnership is a South Dakota partnership which farms corn in Spink County, South Dakota.

999.   Randy Wiedebush is a resident of Spink County, South Dakota.  Plaintiff maintains a farm and farms corn in Brown County, South Dakota.

1000.  Wiedebush Ag, Inc. is a South Dakota corporation with its principal place of business in South Dakota.  It farms corn in Brown and Spink Counties, South Dakota.

1001.  Wiedebush Real Estate Limited Partnership is a South Dakota partnership which farms corn in Spink County, South Dakota.

1002.  Ryan Weigel is a resident of Brown County, South Dakota.  Plaintiff maintains a farm and farms corn in Spink County, South Dakota.

1003.  James Young is a resident of Brown County, South Dakota.  Plaintiff maintains a farm and farms corn in Brown County, South Dakota.

1004.  Glenda Young is a resident of South Dakota.  Plaintiff maintains a farm and farms corn in Brown  County, South Dakota.

1005.  Jesse Young is a resident of Brown County, South Dakota.  Plaintiff maintains a farm and farms corn in Brown County, South Dakota.

1006.  Young Real Estate is a South Dakota partnership which farms corn in Brown County, South Dakota.

1007.  W&J Young Farms is a South Dakota partnership which farms corn in Brown and Spink Counties, South Dakota.

1008.  Frank Zweber, Inc. is a South Dakota corporation with its principal place of

business in South Dakota.  It farms corn in Potter County, South Dakota.

1009.  Dave Robertson is a resident of San Joaquin County, California.  Plaintiff maintains a farm and farms corn in San Joaquin County, California.

1010.  Leisha Robertson is a resident of San Joaquin County, California.  Plaintiff maintains a farm and farms corn in San Joaquin County, California.

1011.  Joe M. Knosby is a resident of Dallam County, Texas.  Plaintiff maintains a farm and farms corn in Lafayette County, Arkansas, McCurtain County, Oklahoma and Dallam County, Texas.

1012.  Joe V. Knosby is a resident of Dallam County, Texas.  Plaintiff maintains a farm and farms corn in Lafayette County, Arkansas, McCurtain County, Oklahoma and Dallam County, Texas.

1013.  ABC Farms, Inc. is a Missouri corporation with its principal place of business in Missouri.  It farms corn in Mississippi County, Missouri.

1014.  Wolf Island Farms, Inc. is a Missouri corporation with its principal place of business in Missouri.  It farms corn in Mississippi County, Missouri.

1015.  A.L. Story, Inc. a/k/a A.L. Story Farms, Inc. is a Missouri corporation with its principal place of business in Missouri.  It farms corn in Mississippi County, Missouri.

1016.  Ringo Farms, Inc. is a Missouri corporation with its principal place of business in Missouri.  It farms corn in Mississippi County, Missouri.

1017.  Cathy L. Dernoncourt is a resident of Mississippi County, Missouri.  Plaintiff maintains a farm and farms corn in Mississippi County, Missouri.

1018.  R. Shepherd Morris, Sr. is a resident of Macon County, Alabama.  Plaintiff

maintains a farm and farms corn in Macon and Montgomery Counties, Alabama.

1019.   Larry Rahm is a resident of Benton County, Arkansas. Plaintiff maintains a farm and farms corn in Benton County, Arkansas.

1020.   Cynthia Wendt is a resident of Maricopa County, Arizona. Plaintiff maintains a farm and farms corn in Nebraska.

1021.   Donald Curry is a resident of Plymouth County, Iowa. Plaintiff maintains a farm and farms corn in Plymouth County, Iowa.

1022.   DeJay Farms is a Corporation with its principal place of business in Iowa. It farms corn in Palo Alto County, Iowa.

1023.   Flaherty Farms is a Corporation with its principal place of business in Pocahontas County, Iowa. It farms corn in Pocahontas County, Iowa.

1024.   James Frink is a resident of York County, Iowa. Plaintiff maintains a farm and farms corn in York County, Iowa.

1025.   Don Mathahs is a resident of Winnebago County, Iowa. Plaintiff maintains a farm and farms corn in Winnebago County, Iowa.

1026.   Chad Melby is a resident of Minona County, Iowa. Plaintiff maintains a farm and farms corn in Minona County, Iowa.

1027.   Larry Mathahs is a resident of Winnebago County, Iowa. Plaintiff maintains a farm and farms corn in Winnebago County, Iowa.

1028.   Charles E Entas is a resident of Henry County, Illinois. Plaintiff maintains a farm and farms corn in Henry County, Illinois.

1029.   Lee Bruna is a resident of Marshall County, Kansas. Plaintiff maintains a farm and

farms corn in Marshall County, Kansas.

1030.   Troy Bruna is a resident of Washington County, Kansas. Plaintiff maintains a farm and farms corn in Washington County, Kansas.

1031.   Frank & Denise Inc is a Corporation with its principal place of business in Kansas. It farms corn in Marshall County, Kansas.

1032.   The Barges Ranch, Inc is a Corporation with its principal place of business in Kansas. It farms corn in Pottawatomie County, Kansas.

1033.   Krause Farms is a Corporation with its principal place of business in Minnesota. It farms corn in Dawson County, Minnesota.

1034.   Mark Parker is a resident of Redwood County, Minnesota. Plaintiff maintains a farm and farms corn in Redwood County, Minnesota.

1035.   W K O'Leary Farms Inc is a Corporation with its principal place of business in Minnesota. It farms corn in Swift County, Minnesota.

1036.   Lorain Will is a resident of St Louis County, Missouri. Plaintiff maintains a farm and farms corn in St Louis County, Missouri.

1037.   Betty Rust Farms is a Corporation with its principal place of business in North Dakota. It farms corn in Sargent County, North Dakota.

1038.   Brian Vculek Farm is a Corporation with its principal place of business in North Dakota. It farms corn in Sargent County, North Dakota.

1039.   Joel Durheim is a resident of Dickey County, North Dakota. Plaintiff maintains a farm and farms corn in Dickey County, North Dakota.

1040.   Jim Valley Farm LLC is a Corporation with its principal place of business in North

Dakota. It farms corn in Saline County, North Dakota.

1041.   Leo Rust Farm is a Corporation with its principal place of business in North Dakota. It farms corn in Sargent County, North Dakota.

1042.   Kevin Rohde is a resident of Barnes County, North Dakota. Plaintiff maintains a farm and farms corn in Barnes County, North Dakota.

1043.   Rust Farm is a Corporation with its principal place of business in North Dakota. It farms corn in Sargent County, North Dakota.

1044.   Cole Vculek is a resident of Saline County, North Dakota. Plaintiff maintains a farm and farms corn in Saline County, North Dakota.

1045.   A D Jaspersen LLC is a Corporation with its principal place of business in Nebraska. It farms corn in Burt County, Nebraska.

1046.   A J Farms Inc is a Corporation with its principal place of business in Nebraska. It farms corn in Butler County, Nebraska.

1047.   Steven Adams is a resident of Custer County, Nebraska. Plaintiff maintains a farm and farms corn in Custer County, Nebraska.

1048.   Ahlstrand Cuming County Farm LLC is a Corporation with its principal place of business in Nebraska. It farms corn in Burt County, Nebraska.

1049.   Vernon Albrecht is a resident of Holt County, Nebraska. Plaintiff maintains a farm and farms corn in Holt County, Nebraska.

1050.   Dale Anderson is a resident of Phelps County, Nebraska. Plaintiff maintains a farm and farms corn in Phelps County, Nebraska.

1051.   Darren Anderson is a resident of Phelps County, Nebraska. Plaintiff maintains a

farm and farms corn in Phelps County, Nebraska.

1052.   Douglas Anderson is a resident of Phelps County, Nebraska. Plaintiff maintains a farm and farms corn in Phelps County, Nebraska.

1053.   Durene Anderson is a resident of Phelps County, Nebraska. Plaintiff maintains a farm and farms corn in Phelps County, Nebraska.

1054.   Jeffrey Anderson is a resident of Pierce County, Nebraska. Plaintiff maintains a farm and farms corn in Pierce County, Nebraska.

1055.   Jordon R Anderson is a resident of Madison County, Nebraska. Plaintiff maintains a farm and farms corn in Madison County, Nebraska.

1056.   Lisa Anderson is a resident of Pierce County, Nebraska. Plaintiff maintains a farm and farms corn in Pierce County, Nebraska.

1057.   Reed Anderson is a resident of Howard County, Nebraska. Plaintiff maintains a farm and farms corn in Howard County, Nebraska.

1058.   Richard E Anderson is a resident of Madison County, Nebraska. Plaintiff maintains a farm and farms corn in Madison County, Nebraska.

1059.   Robert Anderson is a resident of Dawson County, Nebraska. Plaintiff maintains a farm and farms corn in Dawson County, Nebraska.

1060.   Roland Anderson is a resident of Frontier County, Nebraska. Plaintiff maintains a farm and farms corn in Frontier County, Nebraska.

1061.   Scott Anderson is a resident of Dawson County, Nebraska. Plaintiff maintains a farm and farms corn in Dawson County, Nebraska.

1062.   Steve Anderson is a resident of Dixon County, Nebraska. Plaintiff maintains a farm

and farms corn in Dixon County, Nebraska.

1063.   Winston Anderson is a resident of Douglas County, Nebraska. Plaintiff maintains a farm and farms corn in Douglas County, Nebraska.

1064.   Anderson Feedlot Inc is a Corporation with its principal place of business in Nebraska. It farms corn in Dawson County, Nebraska.

1065.   Bonnie Joy Andrews is a resident of Butler County, Nebraska. Plaintiff maintains a farm and farms corn in Butler County, Nebraska.

1066.   Thomas G Andrews is a resident of Furnas County, Nebraska. Plaintiff maintains a farm and farms corn in Furnas County, Nebraska.

1067.   Duane Arends is a resident of Otoe County, Nebraska. Plaintiff maintains a farm and farms corn in Otoe County, Nebraska.

1068.   Arrow P Farms Inc is a Corporation with its principal place of business in Nebraska. It farms corn in Custer County, Nebraska.

1069.   Atchison Land Partnership is a Nebraska Partnership which farms corn in Dawson County, Nebraska.

1070.   Harold Aupperle is a resident of Lincoln County, Nebraska. Plaintiff maintains a farm and farms corn in Lincoln County, Nebraska.

1071.   B & B Partnership is a Nebraska Partnership which farms corn in Buffalo County, Nebraska.

1072.   Backward L Farms is a Corporation with its principal place of business in Nebraska. It farms corn in Furnas County, Nebraska.

1073.   Daniel Bacon is a resident of Burt County, Nebraska. Plaintiff maintains a farm and

farms corn in Burt County, Nebraska.

1074.   Jeremy Bacon is a resident of Dakota County, Nebraska. Plaintiff maintains a farm and farms corn in Dakota County, Nebraska.

1075.   Jon Bacon is a resident of Burt County, Nebraska. Plaintiff maintains a farm and farms corn in Burt County, Nebraska.

1076.   Kelly Bacon is a resident of Dakota County, Nebraska. Plaintiff maintains a farm and farms corn in Dakota County, Nebraska.

1077.   Ross Bacon is a resident of Burt County, Nebraska. Plaintiff maintains a farm and farms corn in Burt County, Nebraska.

1078.   Tanner Bacon is a resident of Burt County, Nebraska. Plaintiff maintains a farm and farms corn in Burt County, Nebraska.

1079.   Merrill Baier is a resident of Wayne County, Nebraska. Plaintiff maintains a farm and farms corn in Wayne County, Nebraska.

1080.   Larry Bankson is a resident of Hamilton County, Nebraska. Plaintiff maintains a farm and farms corn in Hamilton County, Nebraska.

1081.   Bar W Farms LLC is a Corporation with its principal place of business in Nebraska. It farms corn in Dawson County, Nebraska.

1082.   Roger Barber is a resident of Washington County, Nebraska. Plaintiff maintains a farm and farms corn in Washington County, Nebraska.

1083.   Barta Farms is a Corporation with its principal place of business in Nebraska. It farms corn in Knox County, Nebraska.

1084.   Bauermeister Farms LLC is an LLC with its principal place of business in

Nebraska. It farms corn in Dodge County, Nebraska.

1085. Neil Baumgertner is a resident of Boone County, Nebraska. Plaintiff maintains a farm and farms corn in Boone County, Nebraska.

1086. BE Stephens Farm Inc is a Corporation with its principal place of business in Nebraska. It farms corn in Boone County, Nebraska.

1087. Thomas J Beck is a resident of Merrick County, Nebraska. Plaintiff maintains a farm and farms corn in Merrick County, Nebraska.

1088. Beck Farms is a Corporation with its principal place of business in Nebraska. It farms corn in Saline County, Nebraska.

1089. Gary Beckman is a resident of Antelope County, Nebraska. Plaintiff maintains a farm and farms corn in Antelope County, Nebraska.

1090. Joe Beckman is a resident of Antelope County, Nebraska. Plaintiff maintains a farm and farms corn in Antelope County, Nebraska.

1091. Steve Beckman is a resident of Boone County, Nebraska. Plaintiff maintains a farm and farms corn in Boone County, Nebraska.

1092. Arlin Beethe is a resident of Buffalo County, Nebraska. Plaintiff maintains a farm and farms corn in Buffalo County, Nebraska.

1093. Spencer Beethe is a resident of Lancaster County, Nebraska. Plaintiff maintains a farm and farms corn in Lancaster County, Nebraska.

1094. Tim Beierman is a resident of Boone County, Nebraska. Plaintiff maintains a farm and farms corn in Boone County, Nebraska.

1095. Cory Bennett is a resident of Antelope County, Nebraska. Plaintiff maintains a farm

and farms corn in Antelope County, Nebraska.

1096.   Matt Benson is a resident of Greeley County, Nebraska. Plaintiff maintains a farm and farms corn in Greeley County, Nebraska.

1097.   Sam & Linda Bialas are residents of Nance County, Nebraska. Plaintiffs maintain a farm and farm corn in Nance County, Nebraska.

1098.   Biehl & Hanson is a Corporation with its principal place of business in Nebraska. It farms corn in Dawson County, Nebraska.

1099.   Biehl Cattle Co is a Corporation with its principal place of business in Nebraska. It farms corn in Dawson County, Nebraska.

1100.   Randy Bilstein is a resident of Holt County, Nebraska. Plaintiff maintains a farm and farms corn in Holt County, Nebraska.

1101.   Richard Bilstein is a resident of Holt County, Nebraska. Plaintiff maintains a farm and farms corn in Holt County, Nebraska.

1102.   Donald Blaschko is a resident of Buffalo County, Nebraska. Plaintiff maintains a farm and farms corn in Buffalo County, Nebraska.

1103.   Virginia Blaschko is a resident of Buffalo County, Nebraska. Plaintiff maintains a farm and farms corn in Buffalo County, Nebraska.

1104.   Kevin Blecha is a resident of Pawnee County, Nebraska. Plaintiff maintains a farm and farms corn in Pawnee County, Nebraska.

1105.   Doug Block is a resident of Dawson County, Nebraska. Plaintiff maintains a farm and farms corn in Dawson County, Nebraska.

1106.   Blowers Farms LLC is a Corporation with its principal place of business in

Nebraska. It farms corn in Dawson County, Nebraska.

1107.   Roger Blunck is a resident of Knox County, Nebraska. Plaintiff maintains a farm and farms corn in Knox County, Nebraska.

1108.   Eric Bockmann is a resident of Hall County, Nebraska. Plaintiff maintains a farm and farms corn in Hall County, Nebraska.

1109.   Jay Bockmann is a resident of Hall County, Nebraska. Plaintiff maintains a farm and farms corn in Hall County, Nebraska.

1110.   Joe Bode is a resident of Boone County, Nebraska. Plaintiff maintains a farm and farms corn in Boone County, Nebraska.

1111.   Ralph Bode is a resident of Boone County, Nebraska. Plaintiff maintains a farm and farms corn in Boone County, Nebraska.

1112.   Brent Boettcher is a resident of Boyd County, Nebraska. Plaintiff maintains a farm and farms corn in Boyd County, Nebraska.

1113.   Norma Boettcher is a resident of Boyd County, Nebraska. Plaintiff maintains a farm and farms corn in Boyd County, Nebraska.

1114.   Marilyn Bohn is a resident of Buffalo County, Nebraska. Plaintiff maintains a farm and farms corn in Buffalo County, Nebraska.

1115.   Philbert Bonifas is a resident of Adams County, Nebraska. Plaintiff maintains a farm and farms corn in Adams County, Nebraska.

1116.   Bonifas Agri Inc is a Corporation with its principal place of business in Nebraska. It farms corn in Adams County, Nebraska.

1117.   Bon-Te Farms Inc is a Corporation with its principal place of business in Nebraska.

It farms corn in Washington County, Nebraska.

1118.   David Borer is a resident of Antelope County, Nebraska. Plaintiff maintains a farm and farms corn in Antelope County, Nebraska.

1119.   Kevin Borer is a resident of Boone County, Nebraska. Plaintiff maintains a farm and farms corn in Boone County, Nebraska.

1120.   Merle Borer is a resident of Antelope County, Nebraska. Plaintiff maintains a farm and farms corn in Antelope County, Nebraska.

1121.   Kelly Bosch is a resident of Dawson County, Nebraska. Plaintiff maintains a farm and farms corn in Dawson County, Nebraska.

1122.   Mike Brandert is a resident of Dodge County, Nebraska. Plaintiff maintains a farm and farms corn in Dodge County, Nebraska.

1123.   Kevin Brandl is a resident of Platte County, Nebraska. Plaintiff maintains a farm and farms corn in Platte County, Nebraska.

1124.   Geoff Bray is a resident of Cuming County, Nebraska. Plaintiff maintains a farm and farms corn in Cuming County, Nebraska.

1125.   Mike Brockmann is a resident of Cuming County, Nebraska. Plaintiff maintains a farm and farms corn in Cuming County, Nebraska.

1126.   Wayne R Brockmeier is a resident of Dawson County, Nebraska. Plaintiff maintains a farm and farms corn in Dawson County, Nebraska.

1127.   Brookside Farms Inc is a Corporation with its principal place of business in Nebraska. It farms corn in Holt County, Nebraska.

1128.   Brownfield Farms is a Corporation with its principal place of business in Nebraska.

It farms corn in Dawson County, Nebraska.

1129.  KIrk Brozek is a resident of Pierce County, Nebraska. Plaintiff maintains a farm and farms corn in Pierce County, Nebraska.

1130.  Lance Brozek is a resident of Pierce County, Nebraska. Plaintiff maintains a farm and farms corn in Pierce County, Nebraska.

1131.  Brozek & Sons, Inc is a Corporation with its principal place of business in Nebraska. It farms corn in Pierce County, Nebraska.

1132.  Darrell Bruns is a resident of Gage County, Nebraska. Plaintiff maintains a farm and farms corn in Gage County, Nebraska.

1133.  Kenneth Bruns is a resident of York County, Nebraska. Plaintiff maintains a farm and farms corn in York County, Nebraska.

1134.  Bruntz Farms is a Corporation with its principal place of business in Nebraska. It farms corn in Furnas County, Nebraska.

1135.  Bryce Owens Farms is a Corporation with its principal place of business in Nebraska. It farms corn in Wayne County, Nebraska.

1136.  Buck Burke Family Trust is a Nebraska Trust which farms corn in Nebraska.

1137.  Mark Buckley is a resident of Lincoln County, Nebraska. Plaintiff maintains a farm and farms corn in Lincoln County, Nebraska.

1138.  Mitch Buckley is a resident of Dawson County, Nebraska. Plaintiff maintains a farm and farms corn in Dawson County, Nebraska.

1139.  Dale Buelt is a resident of Antelope County, Nebraska. Plaintiff maintains a farm and farms corn in Antelope County, Nebraska.

1140.   Ronald Buescher is a resident of Nuckolls County, Nebraska. Plaintiff maintains a farm and farms corn in Nuckolls County, Nebraska.

1141.   L John Buhl is a resident of Sarpy County, Nebraska. Plaintiff maintains a farm and farms corn in Sarpy County, Nebraska.

1142.   Kenneth Burcham is a resident of Dixon County, Nebraska. Plaintiff maintains a farm and farms corn in Dixon County, Nebraska.

1143.   Richard Burcham is a resident of Dixon County, Nebraska. Plaintiff maintains a farm and farms corn in Dixon County, Nebraska.

1144.   James Buresh is a resident of Thayer County, Nebraska. Plaintiff maintains a farm and farms corn in Thayer County, Nebraska.

1145.   Burnside Farms LLC is an LLC Corporation with its principal place of business in Nebraska. It farms corn in Logan County, Nebraska.

1146.   Greg Burrows is a resident of Lincoln County, Nebraska. Plaintiff maintains a farm and farms corn in Lincoln County, Nebraska.

1147.   Mason Buschelman is a resident of Cedar County, Nebraska. Plaintiff maintains a farm and farms corn in Cedar County, Nebraska.

1148.  Buschelman Farms is a Corporation with its principal place of business in Nebraska. It farms corn in Cedar County, Nebraska.

1149.   Brian Buss is a resident of Adams County, Nebraska. Plaintiff maintains a farm and farms corn in Adams County, Nebraska.

1150.   Melvin Buss is a resident of Adams County, Nebraska. Plaintiff maintains a farm and farms corn in Adams County, Nebraska.

1151.   Butler Farms Inc is a Corporation with its principal place of business in Nebraska. It farms corn in Dawson County, Nebraska.

1152.   Trenton Butterfiled is a resident of Holt County, Nebraska. Plaintiff maintains a farm and farms corn in Holt County, Nebraska.

1153.   Captain & Co Farms Inc is a Corporation with its principal place of business in Nebraska. It farms corn in Clay County, Nebraska.

1154.   Christopher Carder is a resident of Douglas County, Nebraska. Plaintiff maintains a farm and farms corn in Douglas County, Nebraska.

1155.   Bill Carlson is a resident of Johnson County, Nebraska. Plaintiff maintains a farm and farms corn in Johnson County, Nebraska.

1156.   Brett Carlson is a resident of Knox County, Nebraska. Plaintiff maintains a farm and farms corn in Knox County, Nebraska.

1157.   Charles Carlson is a resident of Knox County, Nebraska. Plaintiff maintains a farm and farms corn in Knox County, Nebraska.

1158.   Joe Carlson is a resident of Merrick County, Nebraska. Plaintiff maintains a farm and farms corn in Merrick County, Nebraska.

1159.   James Carr is a resident of Keya Paha County, Nebraska. Plaintiff maintains a farm and farms corn in Keya Paha County, Nebraska.

1160.   Carsten Barger Farm is a Corporation with its principal place of business in Nebraska. It farms corn in Knox County, Nebraska.

1161.   Cedar Dale Acres is a Corporation with its principal place of business in Nebraska. It farms corn in Pawnee County, Nebraska.

1162.   Cemper Land Co is a Corporation with its principal place of business in Nebraska. It farms corn in Holt County, Nebraska.

1163.   Centennial Hill Farms Inc. is a Corporation with its principal place of business in Nebraska. It farms corn in Merrick County, Nebraska.

1164.   David Chapek is a resident of Saunders County, Nebraska. Plaintiff maintains a farm and farms corn in Saunders County, Nebraska.

1165.   Ernest Chapek is a resident of Saunders County, Nebraska. Plaintiff maintains a farm and farms corn in Saunders County, Nebraska.

1166.   Keith Charling is a resident of Burt County, Nebraska. Plaintiff maintains a farm and farms corn in Burt County, Nebraska.

1167.   Charling Farms Inc is a Corporation with its principal place of business in Nebraska. It farms corn in Burt County, Nebraska.

1168.   Duane Childers is a resident of Antelope County, Nebraska. Plaintiff maintains a farm and farms corn in Antelope County, Nebraska.

1169.   James Childers is a resident of Antelope County, Nebraska. Plaintiff maintains a farm and farms corn in Antelope County, Nebraska.

1170.   Edward and Margaret Chizek are resident of Buffalo County, Nebraska. Plaintiffs maintain a farm and farm corn in Buffalo County, Nebraska.

1171.   Mark Chohon is a resident of Holt County, Nebraska. Plaintiff maintains a farm and farms corn in Holt County, Nebraska.

1172.   James Christensen is a resident of Platte County, Nebraska. Plaintiff maintains a farm and farms corn in Platte County, Nebraska.

1173.   Christensen Farms Inc is a Corporation with its principal place of business in Nebraska. It farms corn in Burt County, Nebraska.

1174.   Kevin Christman is a resident of Boone County, Nebraska. Plaintiff maintains a farm and farms corn in Boone County, Nebraska.

1175.   Melvin Cihal is a resident of Butler County, Nebraska. Plaintiff maintains a farm and farms corn in Butler County, Nebraska.

1176.   Circle G Farms is a Corporation with its principal place of business in Nebraska. It farms corn in York County, Nebraska.

1177.   Charles Clark is a resident of Wheeler County, Nebraska. Plaintiff maintains a farm and farms corn in Wheeler County, Nebraska.

1178.   Rodney Clark is a resident of Wheeler County, Nebraska. Plaintiff maintains a farm and farms corn in Wheeler County, Nebraska.

1179.   John H Claus is a resident of Platte County, Nebraska. Plaintiff maintains a farm and farms corn in Platte County, Nebraska.

1180.   Cloet Farms is a Corporation with its principal place of business in Nebraska. It farms corn in Clay County, Nebraska.

1181.   CMN Farms Inc is a Corporation with its principal place of business in Nebraska. It farms corn in Platte County, Nebraska.

1182.   Brent Coffey is a resident of Harlan County, Nebraska. Plaintiff maintains a farm and farms corn in Harlan County, Nebraska.

1183.   Quentin Connealy is a resident of Johnson County, Nebraska. Plaintiff maintains a farm and farms corn in Johnson County, Nebraska.

1184.   Richard Corman is a resident of Clay County, Nebraska. Plaintiff maintains a farm and farms corn in Clay County, Nebraska.

1185.   Vernon Corman is a resident of Clay County, Nebraska. Plaintiff maintains a farm and farms corn in Clay County, Nebraska.

1186.   Cornerstone Farms LLC is an LLC Corporation with its principal place of business in Nebraska. It farms corn in Pierce County, Nebraska.

1187.   Cornhusker Pork Producers of NE, Inc. is a Corporation with its principal place of business in Nebraska. It farms corn in Cuming County, Nebraska.

1188.   Bernard Costello is a resident of Douglas County, Nebraska. Plaintiff maintains a farm and farms corn in Douglas County, Nebraska.

1189.   Jason Cox is a resident of Hayes County, Nebraska. Plaintiff maintains a farm and farms corn in Hayes County, Nebraska.

1190.   Dale Cramer is a resident of Furnas County, Nebraska. Plaintiff maintains a farm and farms corn in Furnas County, Nebraska.

1191.   Drew Cramer is a resident of Furnas County, Nebraska. Plaintiff maintains a farm and farms corn in Furnas County, Nebraska.

1192.   Michael Crosley is a resident of Knox County, Nebraska. Plaintiff maintains a farm and farms corn in Knox County, Nebraska.

1193.   Timothy Crosley is a resident of Knox County, Nebraska. Plaintiff maintains a farm and farms corn in Knox County, Nebraska.

1194.   Cross Diamond Cattle Company is a Corporation with its principal place of business in Nebraska. It farms corn in Phelps County, Nebraska.

1195.   Cruise Farms Inc is a Corporation with its principal place of business in Nebraska. It farms corn in Cheyenne County, Nebraska.

1196.   James Crumly is a resident of Holt County, Nebraska. Plaintiff maintains a farm and farms corn in Holt County, Nebraska.

1197.   Crumly Land & Cattle is a Corporation with its principal place of business in Nebraska. It farms corn in Holt County, Nebraska.

1198.   Brad Cummings is a resident of Antelope County, Nebraska. Plaintiff maintains a farm and farms corn in Antelope County, Nebraska.

1199.   Hal M Cummins is a resident of York County, Nebraska. Plaintiff maintains a farm and farms corn in York County, Nebraska.

1200.   Mary M Cummins is a resident of York County, Nebraska. Plaintiff maintains a farm and farms corn in York County, Nebraska.

1201.   John Curlo is a resident of Sherman County, Nebraska. Plaintiff maintains a farm and farms corn in Sherman County, Nebraska.

1202.   CW Farms is a Corporation with its principal place of business in Nebraska. It farms corn in Boyd County, Nebraska.

1203.   D McGee Inc is a Corporation with its principal place of business in Nebraska. It farms corn in Douglas County, Nebraska.

1204.   D & D Damme Farms Inc is a Corporation with its principal place of business in Nebraska. It farms corn in Otoe County, Nebraska.

1205.   D & D Farms Partnership is a Corporation with its principal place of business in Nebraska. It farms corn in Dawson County, Nebraska.

1206.   D & J Farms is a Corporation with its principal place of business in Nebraska. It farms corn in Sarpy County, Nebraska.

1207.   D & L Farms of Rosalie NE is a Corporation with its principal place of business in Nebraska. It farms corn in Thurston County, Nebraska

1208.   D and R Farms Inc is a Corporation with its principal place of business in Nebraska. It farms corn in Butler County, Nebraska.

1209.   Gary Dahlgren is a resident of Phelps County, Nebraska. Plaintiff maintains a farm and farms corn in Phelps County, Nebraska.

1210.   Dahlgren Cattle Company is a Corporation with its principal place of business in Nebraska. It farms corn in Phelps County, Nebraska.

1211.   Dake Bros Inc is a Corporation with its principal place of business in Nebraska. It farms corn in Harlan County, Nebraska.

1212.   Dale Gibson Trust is a Nebraska Trust which farms corn in Nebraska.

1213.   Dan Hladky Farms LLC is an LLC Corporation with its principal place of business in Nebraska. It farms corn in Brown County, Nebraska.

1214.   Danielski Harvesting & Farming is a Corporation with its principal place of business in Nebraska. It farms corn in Cherry County, Nebraska.

1215.   Darr Grain Partnership is a Nebraska Partnership which farms corn in Dawson County, Nebraska.

1216.   Darrell Buschkoetter Farm is a Corporation with its principal place of business in Nebraska. It farms corn in Nuckolls County, Nebraska.

1217.   Ronald Davey is a resident of Dawson County, Nebraska. Plaintiff maintains a farm

and farms corn in Dawson County, Nebraska.

1218.   David City Farm is a Corporation with its principal place of business in Nebraska. It farms corn in Buffalo County, Nebraska.

1219.   DCR Inc is a Corporation with its principal place of business in Nebraska. It farms corn in Buffalo County, Nebraska.

1220.   DD Farms is a Corporation with its principal place of business in Nebraska. It farms corn in Phelps County, Nebraska.

1221.   Dean Farms is a Corporation with its principal place of business in Nebraska. It farms corn in Johnson County, Nebraska.

1222.   Carol Deboer is a resident of Lancaster County, Nebraska. Plaintiff maintains a farm and farms corn in Lancaster County, Nebraska.

1223.   Hugh Deck is a resident of Wayne County, Nebraska. Plaintiff maintains a farm and farms corn in Wayne County, Nebraska.

1224.   DEJH Farms is a Corporation with its principal place of business in Nebraska. It farms corn in Madison County, Nebraska.

1225.   Chris & Mitch Denker is a resident of Dawson County, Nebraska. Plaintiff maintains a farm and farms corn in Dawson County, Nebraska.

1226.   Darrell Denker is a resident of Burt County, Nebraska. Plaintiff maintains a farm and farms corn in Burt County, Nebraska.

1227.   Denker Inc is a Corporation with its principal place of business in Nebraska. It farms corn in Dawson County, Nebraska.

1228.   Denker & Sons is a Corporation with its principal place of business in Nebraska. It

farms corn in Dawson County, Nebraska.

1229.   Jerry Dibbern is a resident of Hall County, Nebraska. Plaintiff maintains a farm and farms corn in Hall County, Nebraska.

1230.   Dibbern Family Farms Inc is a Corporation with its principal place of business in Nebraska. It farms corn in Hall County, Nebraska.

1231.   Dieckgrafe Farms is a Corporation with its principal place of business in Nebraska. It farms corn in Johnson County, Nebraska.

1232.   Dittrich Farm Partnership is a Nebraska Partnership which farms corn in Antelope County, Nebraska.

1233.   Randy Dodds is a resident of Boone County, Nebraska. Plaintiff maintains a farm and farms corn in Boone County, Nebraska.

1234.   William Dodds is a resident of Boone County, Nebraska. Plaintiff maintains a farm and farms corn in Boone County, Nebraska.

1235.   James Doerr is a resident of Knox County, Nebraska. Plaintiff maintains a farm and farms corn in Knox County, Nebraska.

1236.   Joshua Doerr is a resident of Knox County, Nebraska. Plaintiff maintains a farm and farms corn in Knox County, Nebraska.

1237.   Rodney Doerr is a resident of Knox County, Nebraska. Plaintiff maintains a farm and farms corn in Knox County, Nebraska.

1238.   Doerr Farms is a Corporation with its principal place of business in Nebraska. It farms corn in Knox County, Nebraska.

1239.   Doht Farms Inc is a Corporation with its principal place of business in Nebraska. It

farms corn in Thurston County, Nebraska.

1240.   Larry Domina is a resident of Cedar County, Nebraska. Plaintiff maintains a farm and farms corn in Cedar County, Nebraska.

1241.   Les Domina is a resident of Dodge County, Nebraska. Plaintiff maintains a farm and farms corn in Dodge County, Nebraska.

1242.   Don Stenger Inc is a resident of Lincoln County, Nebraska. Plaintiff maintains a farm and farms corn in Lincoln County, Nebraska.

1243.   Frank Dorcey is a resident of York County, Nebraska. Plaintiff maintains a farm and farms corn in York County, Nebraska.

1244.   Patrick J Dorcey is a resident of Dakota County, Nebraska. Plaintiff maintains a farm and farms corn in Dakota County, Nebraska.

1245.   Patrick M Dorcey is a resident of Dakota County, Nebraska. Plaintiff maintains a farm and farms corn in Dakota County, Nebraska.

1246.   Double B Turkey Farm Inc is a Corporation with its principal place of business in Nebraska. It farms corn in Antelope County, Nebraska.

1247.   Dowling Farms is a Corporation with its principal place of business in Nebraska. It farms corn in Wayne County, Nebraska.

1248.   Matthew Duester is a resident of Howard County, Nebraska. Plaintiff maintains a farm and farms corn in Howard County, Nebraska.

1249.   Michael Duester is a resident of Howard County, Nebraska. Plaintiff maintains a farm and farms corn in Howard County, Nebraska.

1250.   Tim Duester is a resident of Howard County, Nebraska. Plaintiff maintains a farm

and farms corn in Howard County, Nebraska.

1251.   E & C Myers Farms Inc is a Corporation with its principal place of business in Nebraska. It farms corn in Burt County, Nebraska.

1252.   E & S Farms Inc is a Corporation with its principal place of business in Nebraska. It farms corn in Adams County, Nebraska.

1253.   Danny Easterday is a resident of Frontier County, Nebraska. Plaintiff maintains a farm and farms corn in Frontier County, Nebraska.

1254.   Tim Easterday is a resident of Dawson County, Nebraska. Plaintiff maintains a farm and farms corn in Dawson County, Nebraska.

1255.   Troy Easterday is a resident of Frontier County, Nebraska. Plaintiff maintains a farm and farms corn in Frontier County, Nebraska.

1256.   Robin Eggleston is a resident of Johnson County, Nebraska. Plaintiff maintains a farm and farms corn in Johnson County, Nebraska

1257.   Eickhoff Farms Inc is a Corporation with its principal place of business in Nebraska. It farms corn in Hall County, Nebraska.

1258.   Kyle Eisenhauer is a resident of Knox County, Nebraska. Plaintiff maintains a farm and farms corn in Knox County, Nebraska.

1259.   Scott Eisenhauer is a resident of Knox County, Nebraska. Plaintiff maintains a farm and farms corn in Knox County, Nebraska.

1260.   John Eisenmenger is a resident of Platte County, Nebraska. Plaintiff maintains a farm and farms corn in Platte County, Nebraska.

1261.   Spencer Eisenmenger is a resident of Platte County, Nebraska. Plaintiff maintains

a farm and farms corn in Platte County, Nebraska.

1262.   Eisenmenger Farms Inc is a Corporation with its principal place of business in Nebraska. It farms corn in Platte County, Nebraska.

1263.   Dennis Ekberg is a resident of Wayne County, Nebraska. Plaintiff maintains a farm and farms corn in Wayne County, Nebraska.

1264.   Eric Ekberg is a resident of Wayne County, Nebraska. Plaintiff maintains a farm and farms corn in Wayne County, Nebraska.

1265.   EMK LLC is a Corporation with its principal place of business in Nebraska. It farms corn in Hall County, Nebraska.

1266.   Juliann Endorf is a resident of Saline County, Nebraska. Plaintiff maintains a farm and farms corn in Saline County, Nebraska.

1267.   Chris Engel is a resident of Hall County, Nebraska. Plaintiff maintains a farm and farms corn in Hall County, Nebraska.

1268.   Robert V Erickson is a resident of Merrick County, Nebraska. Plaintiff maintains a farm and farms corn in Merrick County, Nebraska.

1269.   Erickson Family Farms is a Corporation with its principal place of business in Nebraska. It farms corn in Merrick County, Nebraska.

1270.   Everett Dwain Shirbroun Trust farms corn in Douglas County, Nebraska.

1271.   F-4 Farms Inc is a Corporation with its principal place of business in Nebraska. It farms corn in Dawson County, Nebraska.

1272.   Andy Fairley is a resident of Jefferson County, Nebraska. Plaintiff maintains a farm and farms corn in Jefferson County, Nebraska.

1273.   Fangman Farms is a Corporation with its principal place of business in Nebraska. It farms corn in Boone County, Nebraska.

1274.   Matt Feik is a resident of Dawson County, Nebraska. Plaintiff maintains a farm and farms corn in Dawson County, Nebraska.

1275.   Dave Feilmeier is a resident of Cedar County, Nebraska. Plaintiff maintains a farm and farms corn in Cedar County, Nebraska.

1276.   Jeff Feilmeier is a resident of Cedar County, Nebraska. Plaintiff maintains a farm and farms corn in Cedar County, Nebraska.

1277.   Mike Feilmeier is a resident of Cedar County, Nebraska. Plaintiff maintains a farm and farms corn in Cedar County, Nebraska.

1278.   Fiala Farms Inc is a Corporation with its principal place of business in Nebraska. It farms corn in Butler County, Nebraska.

1279.   Del Ficke is a resident of Seward County, Nebraska. Plaintiff maintains a farm and farms corn in Seward County, Nebraska.

1280.   Martin Ficken is a resident of Clay County, Nebraska. Plaintiff maintains a farm and farms corn in Clay County, Nebraska.

1281.   Dan are Cynthia Finnegan are residents of Dawson County, Nebraska. Plaintiffs maintain a farm and farm corn in Dawson County, Nebraska.

1282.   Ivan Fintel is a resident of Clay County, Nebraska. Plaintiff maintains a farm and farms corn in Clay County, Nebraska.

1283.   David Fischer is a resident of Boyd County, Nebraska. Plaintiff maintains a farm and farms corn in Boyd County, Nebraska.

1284.   Five L Farms Inc is a Corporation with its principal place of business in Nebraska. It farms corn in Furnas County, Nebraska.

1285.   James and Karla Foltz are residents of Platte County, Nebraska. Plaintiffs maintain a farm and farm corn in Platte County, Nebraska.

1286.   Jordan Foltz is a resident of Platte County, Nebraska. Plaintiff maintains a farm and farms corn in Platte County, Nebraska.

1287.   Justin Foltz is a resident of Platte County, Nebraska. Plaintiff maintains a farm and farms corn in Platte County, Nebraska.

1288.   Mark and Marcelline Foltz are residents of Platte County, Nebraska. Plaintiffs maintain a farm and farm corn in Platte County, Nebraska.

1289.   Randy Foltz is a resident of Platte County, Nebraska. Plaintiff maintains a farm and farms corn in Platte County, Nebraska.

1290.   Robert & Kelli Foltz are residents of Platte County, Nebraska. Plaintiff maintain a farm and farm corn in Platte County, Nebraska.

1291.   Russal Foltz is a resident of Platte County, Nebraska. Plaintiff maintains a farm and farms corn in Platte County, Nebraska.

1292.   Andrae Franz is a resident of York County, Nebraska. Plaintiff maintains a farm and farms corn in York County, Nebraska.

1293.   Franz Farms Inc is a Corporation with its principal place of business in Nebraska. It farms corn in York County, Nebraska.

1294.   Darren Franzen is a resident of Dawson County, Nebraska. Plaintiff maintains a farm and farms corn in Dawson County, Nebraska.

1295.   James V Franzen is a resident of Dawson County, Nebraska. Plaintiff maintains a farm and farms corn in Dawson County, Nebraska.

1296.   Larry Frauendorfer is a resident of Platte County, Nebraska. Plaintiff maintains a farm and farms corn in Platte County, Nebraska.

1297.   Randy Frauendorfer is a resident of Madison County, Nebraska. Plaintiff maintains a farm and farms corn in Madison County, Nebraska.

1298.   Steve Frauendorfer is a resident of Platte County, Nebraska. Plaintiff maintains a farm and farms corn in Platte County, Nebraska.

1299.   Trevor Frauendorfer is a resident of Madison County, Nebraska. Plaintiff maintains a farm and farms corn in Madison County, Nebraska.

1300.   Trey Frauendorfer is a resident of Madison County, Nebraska. Plaintiff maintains a farm and farms corn in Madison County, Nebraska.

1301.   E. Richard Frazier is a resident of Fillmore County, Nebraska. Plaintiff maintains a farm and farms corn in Fillmore County, Nebraska.

1302.   David Frederick is a resident of Sherman County, Nebraska. Plaintiff maintains a farm and farms corn in Sherman County, Nebraska.

1303.   Dean J Frey is a resident of Lancaster County, Nebraska. Plaintiff maintains a farm and farms corn in Lancaster County, Nebraska

1304.   Frey Circle J Farms Inc is a Corporation with its principal place of business in Nebraska. It farms corn in Boone County, Nebraska.

1305.   Frey Farms is a Corporation with its principal place of business in Nebraska. It farms corn in Logan County, Nebraska.

1306.   Clifford Fuchtman is a resident of Knox County, Nebraska. Plaintiff maintains a farm and farms corn in Knox County, Nebraska.

1307.   Eric Fuchtman is a resident of Knox County, Nebraska. Plaintiff maintains a farm and farms corn in Knox County, Nebraska.

1308.   James Fuchtman is a resident of Knox County, Nebraska. Plaintiff maintains a farm and farms corn in Knox County, Nebraska.

1309.   Fuchtman Farms Inc is a Corporation with its principal place of business in Nebraska. It farms corn in Knox County, Nebraska.

1310.   Fullner Bros is a Corporation with its principal place of business in Nebraska. It farms corn in Cuming County, Nebraska.

1311.   Dale Funk is a resident of Antelope County, Nebraska. Plaintiff maintains a farm and farms corn in Antelope County, Nebraska.

1312.   Kylee Funk is a resident of Antelope County, Nebraska. Plaintiff maintains a farm and farms corn in Antelope County, Nebraska.

1313.   Travis Funk is a resident of Holt County, Nebraska. Plaintiff maintains a farm and farms corn in Holt County, Nebraska.

1314.   Cory Furstenau is a resident of Antelope County, Nebraska. Plaintiff maintains a farm and farms corn in Antelope County, Nebraska.

1315.   G-7 Ag Production is a Corporation with its principal place of business in Nebraska. It farms corn in Platte County, Nebraska.

1316.   G  O Farms Inc is a Corporation with its principal place of business in Nebraska. It farms corn in Wayne County, Nebraska.

1317.   Jeffrey Scott Gaites is a resident of Logan County, Nebraska. Plaintiff maintains a farm and farms corn in Logan County, Nebraska.

1318.   Dan Gansebom is a resident of Pierce County, Nebraska. Plaintiff maintains a farm and farms corn in Pierce County, Nebraska.

1319.   Garfield Farms Inc is a Corporation with its principal place of business in Nebraska. It farms corn in Phelps County, Nebraska.

1320.   Donald J Gasper is a resident of Platte County, Nebraska. Plaintiff maintains a farm and farms corn in Platte County, Nebraska.

1321.   Donald L. Sr Gasper is a resident of Platte County, Nebraska. Plaintiff maintains a farm and farms corn in Platte County, Nebraska.

1322.   Brent & Kelly Gengenbach is a resident of Frontier County, Nebraska. Plaintiff maintains a farm and farms corn in Frontier County, Nebraska.

1323.   Gerken Farms Inc is a resident of Frontier County, Nebraska. Plaintiff maintains a farm and farms corn in Frontier County, Nebraska.

1324.   Chad Gideon is a resident of Hall County, Nebraska. Plaintiff maintains a farm and farms corn in Hall County, Nebraska.

1325.   Gideon Farms Inc is a Corporation with its principal place of business in Nebraska. It farms corn in Hall County, Nebraska.

1326.   Dan Gillespie is a resident of Madison County, Nebraska. Plaintiff maintains a farm and farms corn in Madison County, Nebraska.

1327.   Michael Glaubius is a resident of Cuming County, Nebraska. Plaintiff maintains a farm and farms corn in Cuming County, Nebraska.

1328.   Goebel Farms Inc is a Corporation with its principal place of business in Nebraska. It farms corn in Jefferson County, Nebraska.

1329.   David and Cindy Goeller are residents of Cuming County, Nebraska. Plaintiffs maintain a farm and farm corn in Cuming County, Nebraska.

1330.   Dennis Goeller is a resident of Stanton County, Nebraska. Plaintiff maintains a farm and farms corn in Stanton County, Nebraska.

1331.   Michael Goldfish is a resident of Greeley County, Nebraska. Plaintiff maintains a farm and farms corn in Greeley County, Nebraska.

1332.   John Goracke is a resident of Johnson County, Nebraska. Plaintiff maintains a farm and farms corn in Johnson County, Nebraska.

1333.   Gary Gossman is a resident of Platte County, Nebraska. Plaintiff maintains a farm and farms corn in Platte County, Nebraska.

1334.   Marian Gossman is a resident of Platte County, Nebraska. Plaintiff maintains a farm and farms corn in Platte County, Nebraska.

1335.   Jacob Graff is a resident of Brown County, Nebraska. Plaintiff maintains a farm and farms corn in Brown County, Nebraska.

1336.   Martin Graff is a resident of Brown County, Nebraska. Plaintiff maintains a farm and farms corn in Brown County, Nebraska.

1337.   Micah Graff is a resident of Brown County, Nebraska. Plaintiff maintains a farm and farms corn in Brown County, Nebraska.

1338.   Leslie H Graham is a resident of Boyd County, Nebraska. Plaintiff maintains a farm and farms corn in Boyd County, Nebraska.

1339.   Grain Makers is a Corporation with its principal place of business in Nebraska. It farms corn in Howard County, Nebraska.

1340.   Green K is a Corporation with its principal place of business in Nebraska. It farms corn in Washington County, Nebraska.

1341.   Roger Gronewold is a resident of Gage County, Nebraska. Plaintiff maintains a farm and farms corn in Gage County, Nebraska.

1342.   Grothen Farms Inc is a Corporation with its principal place of business in Nebraska. It farms corn in Adams County, Nebraska.

1343.   Growe Inc is a Corporation with its principal place of business in Nebraska. It farms corn in Dawson County, Nebraska.

1344.   Mike Hagerbaumer is a resident of Dodge County, Nebraska. Plaintiff maintains a farm and farms corn in Dodge County, Nebraska

1345.   Hammond Enterprises is a Corporation with its principal place of business in Nebraska. It farms corn in Merrick County, Nebraska.

1346.   Gaylen E Hanquist is a resident of Hamilton County, Nebraska. Plaintiff maintains a farm and farms corn in Hamilton County, Nebraska.

1347.   Darwin E Hansen is a resident of Thurston County, Nebraska. Plaintiff maintains a farm and farms corn in Thurston County, Nebraska.

1348.   Darwin K Hansen is a resident of Cuming County, Nebraska. Plaintiff maintains a farm and farms corn in Cuming County, Nebraska.

1349.   Thomas Hansen is a resident of Lincoln County, Nebraska. Plaintiff maintains a farm and farms corn in Lincoln County, Nebraska.

1350.   Floyd and Merna Hanson are residents of Adams County, Nebraska. Plaintiffs maintain a farm and farm corn in Adams County, Nebraska.

1351.   Hardscrabble Farms Inc is a Corporation with its principal place of business in Nebraska. It farms corn in Furnas County, Nebraska.

1352.   Michael Harmon is a resident of Adams County, Nebraska. Plaintiff maintains a farm and farms corn in Adams County, Nebraska.

1353.   Gary Harms is a resident of Platte County, Nebraska. Plaintiff maintains a farm and farms corn in Platte County, Nebraska.

1354.   Hart Farms Inc is a Corporation with its principal place of business in Nebraska. It farms corn in Dawson County, Nebraska.

1355.   Harvey Bray Inc is a Corporation with its principal place of business in Nebraska. It farms corn in Thurston County, Nebraska.

1356.   Raymond Hebda Jr is a resident of Merrick County, Nebraska. Plaintiff maintains a farm and farms corn in Merrick County, Nebraska.

1357.   Raymond Hebda Sr is a resident of Merrick County, Nebraska. Plaintiff maintains a farm and farms corn in Merrick County, Nebraska.

1358.   Wiemers Farms Inc. is an Illinois corporation with its principal place of business in Illinois.  It farms corn in Madison County, Illinois.

1359.   Hosto, Ltd is an Illinois corporation with its principal place of business in Illinois. It farms corn in Bond and Madison Counties, Illinois.

1360.   Michael Farms Partnership is an Illinois partnership which farms corn in Madison, Marion, and Williamson Counties, Illinois.

1361.   Michaels Grain Farm, Inc. is an Illinois corporation with its principal place of business in Illinois.  It farms corn in Madison and Marion Counties, Illinois.

1362.   Glen Van Derveen is a resident of Mason County, Illinois.  Plaintiff maintains a farm and farms corn in Mason County, Illinois.

1363.   Rebecca Van Derveen is a resident of Mason County, Illinois.  Plaintiff maintains a farm and farms corn in Mason County, Illinois.

1364.   Richard Van Derveen is a resident of Mason County, Illinois.  Plaintiff maintains a farm and farms corn in Mason County, Illinois.

1365.   Norman White is a resident of Mason County, Illinois.  Plaintiff maintains a farm and farms corn in Mason and Fulton Counties, Illinois.

1366.   Helen Louise Beckmier is a resident of Christian County, Illinois.   Plaintiff maintains a farm and farms corn in Christian County, Illinois.

1367.   CE Beaty Irrevocable Trust farms corn in Christian County, Illinois.

1368.   Darrell Dean England Testamentary Trust Under Will farms corn in Christian County, Illinois

1369.   Donald Duane Dozier Revocable Trust farms corn in Christian County, Illinois.

1370.   Dozier Farms, Ltd. is an Illinois corporation with its principal place of business in Illinois.  It farms corn in Christian County, Illinois.

1371.   Linda Carole Dozier Trust farms corn in Christian County, Illinois.

1372.   Lyle C. Beckmier Estate farms corn in Christian County, Illinois.

1373.   Kay Lynn and Tom Weitekamp are residents of Sullivan County, Indiana.  Plaintiffs maintain a farm and farms corn in Christian County, Illinois.

1374.   Franklin Farms, Ltd. is an Illinois partnership which farms corn in  Fayette County, Illinois.

1375.   Double J Farms is an Illinois partnership which farms corn in Fayette County, Illinois.

1376.   Clark Farms, Inc. is an Illinois corporation with its principal place of business in Illinois.  It farms corn in Livingston and Kanakee Counties, Illinois.

1377.   Amy Wancho is a resident of Kankakee County, Illinois.  Plaintiff maintains a farm and farms corn in Livingston and Kankakee Counties, Illinois.

1378.   Kevin Wancho is a resident of Kankakee County, Illinois.  Plaintiff maintains a farm and farms corn in Livingston and Kankakee Counties, Illinois.

1379.   Wancho, LLC is an Illinois corporation with its principal place of business in Illinois.  It farms corn in Livingston and Kankakee Counties, Illinois.

1380.   Earl & Steve Probst Farms, Inc. is an Illinois corporation with its principal place of business in Illinois.  It farms corn in Effingham, Clay and Jasper Counties, Illinois.

1381.   Earl Probst is a resident of Effingham County, Illinois.  Plaintiff maintains a farm and farms corn in Effingham, Clay and Jasper Counties, Illinois.

1382.   Steve Probst is a resident of Effingham County, Illinois.  Plaintiff maintains a farm and farms corn in Effingham, Clay and Jasper Counties, Illinois.

1383.   Wade Wilson is a resident of Richland County, Illinois.  Plaintiff maintains a farm and farms corn in Richland and Jasper Counties, Illinois.

1384.   Jason Zumbahlen is a resident of Jasper County, Illinois.  Plaintiff maintains a farm and farms corn in Jasper County, Illinois.

1385.   Double H Farms, Inc. is an Illinois corporation with its principal place of business in Illinois.  It farms corn in Clinton and Bond Counties, Illinois.

1386.   Brian Johnson is a resident of Kankakee County, Illinois.  Plaintiff maintains a farm and farms corn in Livingston and Kankakee Counties, Illinois.

1387.   Katie Johnson is a resident of Kankakee County, Illinois.  Plaintiff maintains a farm and farms corn in Livingston and Kankakee Counties, Illinois.

1388.   Wollin Farms, Inc. is an Illinois corporation with its principal place of business in Illinois.  It farms corn in Fayette County, Illinois.

1389.   Vonder Haar, Inc. is an Illinois corporation with its principal place of business in Illinois.  It farms corn in Clinton County, Illinois.

1390.   Best Farms, Inc. is an Illinois corporation with its principal place of business in Illinois.  It farms corn in Coles and Cumberland Counties, Illinois.

1391.   Kevin Eberlin Enterprise Inc. is an Illinois corporation with its principal place of business in Illinois.  It farms corn in Calhoun County, Illinois.

1392.   Carters Corner, Inc. is an Illinois corporation with its principal place of business in Illinois.  It farms corn in Bond County, Illinois.

1393.   B & B Scribner Trust farms corn in Fayette County, Illinois.

1394.   Beatrice F. Scribner Family Trust farms corn in Fayette County, Illinois.

1395.   Margaret Basak-Scribner is a resident of Will County, Illinois.  Plaintiff maintains a farm and farms corn in Fayette County, Illinois.

1396.   Russell S. Schwarm is a resident of Fayette County, Illinois.  Plaintiff maintains a farm and farms corn in Fayette County, Illinois.

1397.   Michael Schwarm is a resident of Fayette County, Illinois.  Plaintiff maintains a farm and farms corn in Fayette County, Illinois.

1398.   Clayton Gathe is a resident of Fayette County, Illinois.  Plaintiff maintains a farm and farms corn in Fayette County, Illinois.

1399.   Raymond Reed is a resident of Fayette County, Illinois.  Plaintiff maintains a farm and farms corn in Fayette County, Illinois.

1400.   Michael Reed is a resident of Fayette County, Illinois.  Plaintiff maintains a farm and farms corn in Fayette County, Illinois.

1401.   Schaufine Farms Inc. is an Illinois corporation with its principal place of business in Illinois.  It farms corn in Bond and Montgomery Counties, Illinois.

1402.   B & B Farms of Vandalia, Illinois, LLC is an Illinois corporation with its principal place of business in Illinois.  It farms corn in Fayette County, Illinois.

1403.   Clement LeRoy Huber is a resident of Montgomery County, Illinois.  Plaintiff maintains a farm and farms corn in Montgomery County, Illinois.

1404.   Lidy Farm, Inc. is an Illinois corporation with its principal place of business in Illinois.  It farms corn in Jasper County, Illinois.

1405.   Meinhart Grain Farm, Inc. is an Illinois corporation with its principal place of business in Illinois.  It farms corn in Illinois County, Illinois.

1406.   Yocum and Yocum, Ltd. Is an Illinois corporation with its principal place of business in Illinois.  It farms corn in Cumberland County, Illinois.

1407.   Gabriel Pope is a resident of Montgomery County, Illinois.  Plaintiff maintains a farm and farms corn in Montgomery and Christian Counties, Illinois.

1408.   Holsapple Farms, Inc. is an Illinois corporation with its principal place of business in Illinois.  It farms corn in Cumberland County, Illinois.

1409.   Stanley Holsapple is a resident of Cumberland County, Illinois.  Plaintiff maintains a farm and farms corn in Cumberland County, Illinois.

1410.   Holster, Inc. is an Illinois corporation with its principal place of business in Illinois. It farms corn in Cumberland County, Illinois.

1411.   Phipps Ag. Co is an Illinois corporation with its principal place of business in Illinois.  It farms corn in Lawrence County, Illinois.

1412.   John Phipps is a resident of Lawrence County, Illinois.  Plaintiff maintains a farm and farms corn in Lawrence County, Illinois.

1413.   Doug Welsh is a resident of Moultrie County, Illinois.  Plaintiff maintains a farm and farms corn in Shelby and Coles Counties, Illinois.

1414.   Welsh Farms is an Illinois corporation with its principal place of business in Illinois.  It farms corn in Shelby and Coles Counties, Illinois.

1415.   John V. Welsh is a resident of Moultrie County, Illinois.  Plaintiff maintains a farm and farms corn in Shelby and Coles Counties, Illinois.

1416.   John Vincent Welsh is a resident of Moultrie County, Illinois.  Plaintiff maintains a farm and farms corn in Shelby and Coles Counties, Illinois.

1417.   Ray Kenneth Flood is a resident of Cumberland County, Illinois.   Plaintiff maintains a farm and farms corn in Cumberland County, Illinois.

1418.   Scott Bicknell is a resident of Moultrie County, Illinois.  Plaintiff maintains a farm and farms corn in Moultrie County, Illinois.

1419.   Charles and Diane Anderson Trust farms corn in Douglas County, Illinois.

1420.   Wade Anderson is a resident of Douglas County, state.  Plaintiff maintains a farm and farms corn in Douglas County, Illinois.

1421.   Pope Farms, Inc. is an Illinois corporation with its principal place of business in Illinois.  It farms corn in Montgomery and Christian Counties, Illinois.

1422.   James Kevin Devore Rev. Trust farms corn in Bond County, Illinois.

1423.   Spengler Farms, Ltd is an Illinois corporation with its principal place of business in Illinois.  It farms corn in Christian County, Illinois.

1424.   Witte Dairy Farm, Inc. is an Illinois corporation with its principal place of business in Illinois.  It farms corn in Washington County, Illinois.

1425.   Bradley Pifer is a resident of Crawford County, Illinois.  Plaintiff maintains a farm and farms corn in Crawford County, Illinois.

1426.   Pifer Farms, an Illinois Partnership is an Illinois partnership which farms corn in Crawford County, Illinois.

1427.   Moundside Farm, Ltd is an Illinois corporation with its principal place of business in Illinois.  It farms corn in Effingham and Fayette Counties, Illinois.

1428.   Clodfelter Farms, Inc. is an Illinois corporation with its principal place of business in Illinois.  It farms corn in Richland, Wabash, Lawrence, Edwards, and Wayne Counties, Illinois.

1429.   Bradley Yockey is a resident of Jasper County, Illinois.  Plaintiff maintains a farm and farms corn in Jasper, Crawford, Richland, and Lawrence Counties, Illinois.

1430.   Mark DeDecker is a resident of Henry County, Illinois.  Plaintiff maintains a farm and farms corn in Henry County, Illinois.

1431.   Dale Himstedt is a resident of Christian County, Illinois.  Plaintiff maintains a farm and farms corn in Christian County, Illinois.

1432.   Sackrider Farms, Inc. is an Illinois corporation with its principal place of business in Illinois.  It farms corn in Vigo County, Illinois.

1433.   George H Case Farms, Inc. is an Indiana corporation with its principal place of business in Indiana.  It farms corn in Parke County, Indiana.

1434.   RTS Farms, Inc. is an Illinois corporation with its principal place of business in Illinois.  It farms corn in Clinton and Bond Counties, Illinois.

1435.   Thomas T. Connors is a resident of Macoupin County, Illinois.  Plaintiff maintains a farm and farms corn in Macoupin County, Illinois.

1436.   Triple T Farms, Ltd Partnership is an Illinois partnership which farms corn in Macoupin County, Illinois.

1437.   Quail Ridge Farm, Inc. is an Illinois corporation with its principal place of business in Illinois.  It farms corn in Edwards and White Counties, Illinois.

1438.   James L. Krebaum is a resident of Macoupin County, Illinois.  Plaintiff maintains a farm and farms corn in Macoupin County, Illinois.

1439.   Prose Farms, Ltd is an Illinois corporation with its principal place of business in Illinois.  It farms corn in Macoupin County, Illinois.

1440.   Patricia Darling is a resident of Cumberland County, Illinois.  Plaintiff maintains a farm and farms corn in Cumberland County, Illinois.

1441.   Michael K. Wolff is a resident of Effingham County, Illinois.  Plaintiff maintains a farm and farms corn in Effingham and Fayette Counties, Illinois.

1442.   Bernice Graumenz is a resident of Effingham County, Illinois.  Plaintiff maintains a farm and farms corn in Effingham County, Illinois.

1443.   Tony Marchello, Inc. is an Illinois corporation with its principal place of business in Illinois.  It farms corn in Bond, Champaign, Montgomery, and Fayette Counties, Illinois.

1444.   Bradley D. Wolff is a resident of Effingham County, Illinois.  Plaintiff maintains a farm and farms corn in Effingham County, Illinois.

1445.   Ryan Frieders is a resident of DeKalb County, Illinois.  Plaintiff maintains a farm and farms corn in Dekalb and Dupage Counties, Illinois.

1446.   Fred Brian Blessing is a resident of Wayne County, Illinois.  Plaintiff maintains a farm and farms corn in Wayne County, Illinois.

1447.   LaTerra Partners Partnership is an Illinois partnership which farms corn in Dekalb, Depage, and Kendall Counties, Illinois.

1448.   BKP Farm LLC (formally BKP Farms Ptr) is an Illinois corporation with its principal place of business in Illinois.  It farms corn in Montgomery County, Illinois.

1449.   Betzold Farms, Inc. is an Illinois corporation with its principal place of business in Illinois.  It farms corn in Montgomery County, Illinois.

1450.   Janice K Anniss Revocable Trust farms corn in Wayne and Edwards Counties, Illinois.

1451.   Robert E. Anniss Revocable Trust farms corn in Wayne and Edwards Counties, Illinois.

1452.   Robert E. Anniss Jr. is a resident of Richland County, Illinois.  Plaintiff maintains a farm and farms corn in Wayne and Edwards Counties, Illinois.

1453.   David Lashmet Family Trust farms corn in Cumberland County, Illinois.

1454.   Florence Marshall Trust farms corn in Cumberland County, Illinois.

1455.   Helen E. Cutright Revocable Living Trust farms corn in Cumberland County, Illinois.

1456.   N.J. Beck Trust farms corn in Cumberland County, Illinois.

1457.   Karen Robinson is a resident of Cumberland County, Illinois.  Plaintiff maintains a farm and farms corn in Cumberland County, Illinois.

1458.   William Dean Robinson is a resident of Cumberland County, Illinois.  Plaintiff maintains a farm and farms corn in Cumberland County, Illinois.

1459.   Waters Farms Inc. is an Illinois corporation with its principal place of business in Illinois.  It farms corn in Edwards County, Illinois.

1460.   Burnside Acres, Inc. is an Illinois corporation with its principal place of business in Illinois.  It farms corn in Fayette County, Illinois.

1461.   Burnside Family Farms, a Partnership is an Illinois partnership which farms corn in Fayette County, Illinois.

1462.   Roger Harris Jr. is a resident of Shelby County, (Illinois).  Plaintiff maintains a farm and farms corn in Shelby County, Illinois.

1463.   RH Farms, Inc. is an Illinois corporation with its principal place of business in Illinois.  It farms corn in Shelby County, Illinois.

1464.   Calame Farms, Inc. is an Illinois corporation with its principal place of business in Illinois.  It farms corn in Montgomery County, Illinois.

1465.   Kirk Feller is a resident of Fayette County, Illinois.  Plaintiff maintains a farm and

farms corn in Fayette County, Illinois.

1466.   Dane Feller is a resident of Fayette County, Illinois.  Plaintiff maintains a farm and farms corn in Fayette County, Illinois.

1467.   Matthew Waters is a resident of Edwards County, Illinois.  Plaintiff maintains a farm and farms corn in Edwards County, Illinois.

1468.   Jan Ridgely is a resident of Richland County, Illinois.  Plaintiff maintains a farm and farms corn in Richland and Edwards Counties, Illinois.

1469.   Jordon Ridgely is a resident of Richland County, Illinois.  Plaintiff maintains a farm and farms corn in Richland and Wayne Counties, Illinois.

1470.   Gill Farms Partnership is a Mississippi partnership which farms corn in Washington and Bolivar Counties, Mississippi.

1471.   Gill Farms, Inc. is an Illinois corporation with its principal place of business in Illinois.  It farms corn in Clay and Wayne Counties, Illinois.

1472.   Blaine Dehart is a resident of Clay County, Illinois. Plaintiff maintains a farm and farms corn in Clay and Wayne Counties, Illinois.

1473.   Matthew C. Taylor is a resident of Fountain County, Indiana.  Plaintiff maintains a farm and farms corn in Vermilion County, Illinois and Fountain Counties, Indiana.

1474.   Barbara J Curry is a resident of Coles County, Illinois.  Plaintiff maintains a farm and farms corn in Coles County, Illinois.

1475.   Randall W. Curry is a resident of Coles County, Illinois.  Plaintiff maintains a farm and farms corn in Coles, Shelby, and Davis Counties, Illinois.

1476.   Ronald W. Curry is a resident of Coles County, Illinois.  Plaintiff maintains a farm

and farms corn in Coles, Shelby, and Davis Counties, Illinois.

1477.  Steven R. Curry is a resident of Coles County, Illinois.  Plaintiff maintains a farm and farms corn in Coles, Shelby, and Davis Counties, Illinois.

1478.  Dromedary Farm Trust farms corn in Coles County, Illinois.

1479.  Phyllis Sue Potter is a resident of Coles County, Illinois.  Plaintiff maintains a farm and farms corn in Coles County, Illinois.

1480.  Robert G. Potter is a resident of Coles County, Illinois.  Plaintiff maintains a farm and farms corn in Coles County, Illinois.

1481.  Thomas L. Sawyer is a resident of Coles County, Illinois.  Plaintiff maintains a farm and farms corn in Coles County, Illinois.

1482.  Jerry Schultz is a resident of Coles County, Illinois.  Plaintiff maintains a farm and farms corn in Coles County, Illinois.

1483.  Shane M. Cornwell is a resident of Clark County, Illinois.  Plaintiff maintains a farm and farms corn in Clark County, Illinois.

1484.  Justin Townsend is a resident of Wayne County, Illinois.  Plaintiff maintains a farm and farms corn in Wayne County, Illinois.

1485.  Erin Phillips is a resident of Wayne County, Illinois.  Plaintiff maintains a farm and farms corn in Wayne County, Illinois.

1486.  Becky Sander is a resident of Morgan County, Illinois.  Plaintiff maintains a farm and farms corn in Morgan County, Illinois.

1487.  Joel Sander is a resident of Morgan County, Illinois.  Plaintiff maintains a farm and farms corn in Morgan County, Illinois.

1488.   Carl D. Tingley is a resident of Crawford County, Illinois.  Plaintiff maintains a farm and farms corn in Clark, Crawford, and Sullivan Counties, Illinois.

1489.   Orin Washburn is a resident of Clark County, Illinois.  Plaintiff maintains a farm and farms corn in Clark County, Illinois.

1490.   William J. Maher is a resident of Vigo County, Indiana.  Plaintiff maintains a farm and farms corn in Edgar County, Illinois and Vigo, Fountain, and Vermilion Counties, Indiana.

1491.   Randall J. Welsh is a resident of Clark County, Illinois.  Plaintiff maintains a farm and farms corn in Clark County, Illinois and Edgar and Vigo Counties, Indiana.

1492.   Rose Brothers Farm, an Indiana General Partnership which farms corn in Edgar County, Illinois and Parke, Putnam, and Vermilion Counties, Indiana.

1493.   Mary Clayton is a resident of Knox County, Indiana.  Plaintiff maintains a farm and farms corn in Lawrence County, Illinois.

1494.   Rodney A. Newell is a resident of Lawrence County, Illinois.  Plaintiff maintains a farm and farms corn in Lawrence County, Illinois.

1495.   Wehrle Bros. Equipment, Inc. is an Illinois corporation with its principal place of business in Illinois.  It farms corn in Fayette County, Illinois.

1496.   William L. Keys is a resident of Edgar County, Illinois.  Plaintiff maintains a farm and farms corn in Edgar County, Illinois.

1497.   Phillip Garwood is a resident of Edgar County, Illinois.  Plaintiff maintains a farm and farms corn in Edgar County, Illinois.

1498.   Amy Hildebrandt is a resident of Winnebago County, Illinois.  Plaintiff maintains a farm and farms corn in Boone and Winnebago Counties, Illinois and Rock County, Wisconsin.

1499.   Ken Hildebrandt is a resident of Winnebago County, Illinois.  Plaintiff maintains a farm and farms corn in Boone and Winnebago Counties, Illinois and Rock County, Wisconsin.

1500.   Karla Hildebrandt is a resident of Winnebago County, Illinois.  Plaintiff maintains a farm and farms corn in Boone and Winnebago Counties, Illinois and Rock County, Wisconsin.

1501.   Don Hildebrandt is a resident of Winnebago County, Illinois.  Plaintiff maintains a farm and farms corn in Boone and Winnebago Counties, Illinois and Rock County, Wisconsin.

1502.   Norma V. Maher is a resident of Vigo County, Indiana.  Plaintiff maintains a farm and farms corn in Edgar and Clay Counties, Illinois and Vigo and Vermilion Counties, Indiana.

1503.   Steven D. Strole is a resident of Vigo County, Indiana.  Plaintiff maintains a farm and farms corn in Edgar County, Illinois and Vigo County, Indiana.

1504.   Patty McClaskey is a resident of Marion County, Illinois.  Plaintiff maintains a farm and farms corn in Lawrence County, Illinois.

1505.   Daniel McKay is a resident of Effingham County, Illinois.  Plaintiff maintains a farm and farms corn in Effingham and Shelby Counties, Illinois.

1506.   Lance B. Carlson is a resident of Adams County, Illinois.  Plaintiff maintains a farm and farms corn in Lewis County, Missouri.

1507.   Leefers Farm Inc. is an Illinois corporation with its principal place of business in Illinois.  It farms corn in Macoupin County, Illinois.

1508.   William W. Leefers is a resident of Macoupin County, Illinois.  Plaintiff maintains a farm and farms corn in Macoupin County, Illinois.

1509.   Wonder Land Ranch, Inc. is an Illinois corporation with its principal place of business in Illinois.  It farms corn in Macoupin County, Illinois.

1510.   Blake E. Leefers is a resident of Macoupin County, Illinois.  Plaintiff maintains a farm and farms corn in Macoupin County, Illinois.

1511.   Douglas Benning is a resident of Washington County, Illinois.  Plaintiff maintains a farm and farms corn in Washington County, Illinois.

1512.   Poe Enterprises is an Illinois corporation with its principal place of business in Illinois.  It farms corn in Sangamon County, Illinois.

1513.   Donald Raymond Poe is a resident of Sangamon County, Illinois.  Plaintiff maintains a farm and farms corn in Sangamon County, Illinois.

1514.   Lance Poe is a resident of Sangamon County, Illinois.  Plaintiff maintains a farm and farms corn in Sangamon County, Illinois.

1515.   The Estate of Alice Edith Henrickson farms corn in Sangamon County, Illinois.

1516.   Sarah Alice Poe is a resident of Sangamon County, Illinois.  Plaintiff maintains a farm and farms corn in Sangamon County, Illinois.

1517.   Harold Darby Brown is a resident of Sangamon County, Illinois.  Plaintiff maintains a farm and farms corn in Sangamon County, Illinois.

1518.   Glen David Brown is a resident of Sangamon County, Illinois.  Plaintiff maintains a farm and farms corn in Sangamon County, Illinois.

1519.   Jim Fletcher is a resident of Sangamon County, Illinois.  Plaintiff maintains a farm and farms corn in Sangamon County, Illinois.

1520.   Jean Smith is a resident of Sangamon County, Illinois.  Plaintiff maintains a farm and farms corn in Sangamon County, Illinois.

1521.   Douglas A. Peterson is a resident of Henry County, Illinois.  Plaintiff maintains a

farm and farms corn in Henry County, Illinois.

1522.   Carolyn Moffitt is a resident of Knox County, Illinois.  Plaintiff maintains a farm and farms corn in Knox County, Illinois.

1523.   Donald Lee Moffitt is a resident of Knox County, Illinois.  Plaintiff maintains a farm and farms corn in Knox County, Illinois.

1524.   Justin Lee Russell Moffitt is a resident of Knox County, Illinois.  Plaintiff maintains a farm and farms corn in Knox County, Illinois.

1525.   Russell Moffitt Family Trust farms corn in Knox County, Illinois.

1526.   M. Marie Nattier is a resident of Wayne County, Illinois.  Plaintiff maintains a farm and farms corn in Marion and Fayette Counties, Illinois.

1527.   John Burnam is a resident of Fayette County, Illinois.  Plaintiff maintains a farm and farms corn in Fayette County, Illinois.

1528.   Joann Burnam is a resident of Fayette County, Illinois.  Plaintiff maintains a farm and farms corn in Fayette County, Illinois.

1529.   Evans Farms, Inc. is an Illinois corporation with its principal place of business in Illinois.  It farms corn in Coles County, Illinois.

1530.   Ivan Eugene Evans is a resident of Clark County, Illinois.  Plaintiff maintains a farm and farms corn in Coles County, Illinois.

1531.   Kayla Cheatwood is a resident of Jefferson County, Arkansas.  Plaintiff maintains a farm and farms corn in Coles County, Illinois.

1532.   Jerry Sims is a resident of St. Charles County, Missouri.  Plaintiff maintains a farm and farms corn in Coles County, Illinois.

1533.   Sweeney Brothers, LLC is an Illinois corporation with its principal place of business in Illinois.  It farms corn in Coles County, Illinois.

1534.   Jerry Sweeney is a resident of Coles County, Illinois.  Plaintiff maintains a farm and farms corn in Coles County, Illinois.

1535.   Carolyn Bramble-Palmer is a resident of White County, Georgia.  Plaintiff maintains a farm and farms corn in Coles and Clark Counties, Illinois.

1536.   Donald Sweeney is a resident of Coles County, Illinois.  Plaintiff maintains a farm and farms corn in Coles County, Illinois.

1537.   Michael Sweeney is a resident of Coles County, Illinois.  Plaintiff maintains a farm and farms corn in Coles County, Illinois.

1538.   Grimes Lerna Farm is an Illinois corporation with its principal place of business in Illinois.  It farms corn in Coles County, Illinois.

1539.   Joy Castle is a resident of Coles County, Illinois.  Plaintiff maintains a farm and farms corn in Coles County, Illinois.

1540.   Victor Castle is a resident of Coles County, Illinois.  Plaintiff maintains a farm and farms corn in Coles County, Illinois.

1541.   LaVonna Davis Trust farms corn in Coles County, Illinois.

1542.   Carol Grimes is a resident of Coles County, Illinois.  Plaintiff maintains a farm and farms corn in Coles County, Illinois.

1543.   Leland Grimes is a resident of Coles County, Illinois.  Plaintiff maintains a farm and farms corn in Coles County, Illinois.

1544.   Judy Kemp is a resident of Coles County, Illinois.  Plaintiff maintains a farm and

farms corn in Coles County, Illinois.

1545.   Rose Marie Snider is a resident of Coles County, Illinois.  Plaintiff maintains a farm and farms corn in Coles County, Illinois.

1546.   William Snider is a resident of Coles County, Illinois.  Plaintiff maintains a farm and farms corn in Coles County, Illinois.

1547.   Sweeney Farms, LP is an Illinois partnership which farms corn in Coles County, Illinois.

1548.   Mary Jane Curry is a resident of DeSoto County, Mississippi.  Plaintiff maintains a farm and farms corn in Sullivan County, Illinois.

1549.   Herrington Farms, Inc. is an Illinois corporation with its principal place of business in Illinois.  It farms corn in Edgar County, Illinois.

1550.   Irwin Farms, Inc. is an Indiana corporation with its principal place of business in Indiana.  It farms corn in Clark County, Illinois and Vigo County, Indiana.

1551.   Roberts Farms, Inc. is an Illinois corporation with its principal place of business in Illinois.  It farms corn in Clark County, Illinois and Vigo County, Indiana.

1552.   Charles E. Meier is a resident of Washington County, Illinois.  Plaintiff maintains a farm and farms corn in Washington County, Illinois.

1553.   C & M Farms, Inc. is an Illinois corporation with its principal place of business in Illinois.  It farms corn in Washington and Clinton Counties, Illinois.

1554.   Rennegarbe Farms, Inc. is an Illinois corporation with its principal place of business in Illinois.  It farms corn in Washington and Clinton Counties, Illinois.

1555.   Dennis Long is a resident of Douglas County, Illinois.  Plaintiff maintains a farm

and farms corn in Douglas County, Illinois.

1556.   J. Tom Donnell is a resident of Coles County, Illinois.  Plaintiff maintains a farm and farms corn in Coles County, Illinois.

1557.   Donald R. Mapes is a resident of Coles County, Illinois.  Plaintiff maintains a farm and farms corn in Coles County, Illinois.

1558.   Patsy Scott is a resident of Cumberland County, Illinois.  Plaintiff maintains a farm and farms corn in Cumberland County, Illinois.

1559.   Marrs Farm, Inc. is an Indiana corporation with its principal place of business in Indiana.  It farms corn in Edgar County, Illinois and Vigo County, Indiana.

1560.   Marrs Farm, LLC is an Indiana corporation with its principal place of business in Indiana.  It farms corn in Edgar County, Illinois and Vigo County, Indiana.

1561.   William Marrs II is a resident of Vigo County, Indiana.  Plaintiff maintains a farm and farms corn in Vigo County, Indiana.

1562.   S & S Farms is an Illinois corporation with its principal place of business in Illinois.  It farms corn in Cumberland County, Illinois.

1563.   Charles Leroy Scott is a resident of Cumberland County, Illinois.  Plaintiff maintains a farm and farms corn in Cumberland County, Illinois.

1564.   Russell D. Thomas is a resident of Mason County, Illinois.  Plaintiff maintains a farm and farms corn in Mason County, Illinois.

1565.   Travis Thomas is a resident of Mason County, Illinois.  Plaintiff maintains a farm and farms corn in Mason County, Illinois.

1566.   Eric K. White is a resident of Mason County, Illinois.  Plaintiff maintains a farm

and farms corn in  Mason and Fulton Counties, Illinois.

1567.   James A. Hazelwood is a resident of Fulton County, Illinois.  Plaintiff maintains a farm and farms corn in Fulton County, Illinois.

1568.   Dean R. Shafer is a resident of Mason County, Illinois.  Plaintiff maintains a farm and farms corn in Mason County, Illinois.

1569.   Louise Shafer is a resident of Mason County, Illinois.  Plaintiff maintains a farm and farms corn in Mason and Menard Counties, Illinois.

1570.   John Schafer Trust B farms corn in Mason County, Illinois.

1571.   Albert K. Krause Family Trust farms corn in Mason County, Illinois.

1572.   Krause Ag LLC is an Illinois corporation with its principal place of business in Illinois.  It farms corn in Mason County, Illinois.

1573.   Richard Roskamp is a resident of Mason County, Illinois.  Plaintiff maintains a farm and farms corn in Mason County, Illinois.

1574.   Mark R. Roskamp is a resident of Mason County, Illinois.  Plaintiff maintains a farm and farms corn in Mason County, Illinois.

1575.   Ann Marie Ament is a resident of Mason County, Illinois.  Plaintiff maintains a farm and farms corn in Mason County, Illinois.

1576.   James S. Coddington Trust farms corn in Mason County, Illinois.

1577.   Mike Winslow is a resident of Macon County, Illinois.  Plaintiff maintains a farm and farms corn in Henry and Stark Counties, Illinois.

1578.   Josh Moreland Farms is an Arkansas partnership which farms corn in Desha, Drew and Chicot Counties, Iowa.

1579.   McClain Farms, Inc. is an Indiana corporation with its principal place of business in Indiana.   It farms corn in Vigo and Edgar Counties, Indiana.

1580.   Barbara A. Jackson is a resident of Delaware County, Indiana.   Plaintiff maintains a farm and farms corn in Henry, Madison and Delaware Counties, Indiana.

1581.   Schloot Farms farms corn in Sullivan County, Indiana.

1582.   Donald Freeman Schloot is a resident of Sullivan County, Indiana.   Plaintiff maintains a farm and farms corn in Sullivan County, Indiana.

1583.   Matthew Elliott is a resident of Box Butte County, Nebraska.  Plaintiff maintains a farm and farms corn in Box Butte County, Nebraska.

1584.   Murdock and Sons, Inc. is a Kentucky corporation with its principal place of business in Kentucky.  It farms corn in Weakley County, Tennessee and Graves and Calloway Counties, Kentucky.

1585.   James Ray Murdock is a resident of Calloway County, Kentucky.   Plaintiff maintains a farm and farms corn in Weakley County, Tennessee and Graves and Calloway Counties, Kentucky.

1586.   Nathan Musser is a resident of Calloway County, Kentucky.  Plaintiff maintains a farm and farms corn in Henry County, Tennessee and Graves and Calloway Counties, Kentucky.

1587.   Kyle Murdock is a resident of Calloway County, Kentucky.  Plaintiff maintains a farm and farms corn in Henry County, Tennessee and Graves County, Kentucky.

1588.   Joel D. Brookshire is a resident of Putnam County, Indiana.  Plaintiff maintains a farm and farms corn in Putnam and Montgomery Counties, Indiana.

1589.   Raymond Harvey Gosch is a resident of Crawford County, Iowa.   Plaintiff

maintains a farm and farms corn in Crawford, Harrison and Monona Counties, Iowa.

1590.   Bruce Williams is a resident of Marion County, Indiana.   Plaintiff maintains a farm and farms corn in Hendricks, Putnam, Boone, Marion and Johnson Counties, Indiana and Vermillion County, Illinois.

1591.   Number 2 Yellow, Inc. is the assignee of a number of claims against Syngenta by both farmers and farming entities.   Number 2 Yellow, Inc. is a Nebraska corporation with its principal place of business at 2425 S 144th St, Omaha, NE 68144.

1592.   Neal Meyer is a resident of Cass County, Illinois. Plaintiff maintains a farm and farms corn in Morgan and Cass Counties, Illinois.

1593.   Franklin Edwards is a resident of Champaign County, Illinois. Plaintiff maintains a farm and farms corn in Champaign County, Illinois.

1594.   Glenn Babb Trust farms corn in Champaign County, Illinois.

1595.   Mark Suckow is a resident of Effingham County, Illinois. Plaintiff maintains a farm and farms corn in Effingham County, Illinois.

1596.   Bollin Farms, Inc. is a Corporation with its principal place of business in Illinois. It farms corn in Hancock County, Illinois.

1597.   Gerald Thiesen is a resident of Kankakee County, Illinois. Plaintiff maintains a farm and farms corn in Kankakee and Will Counties, Illinois.

1598.   John Undesser is a resident of Kendall County, Illinois. Plaintiff maintains a farm and farms corn in Kendall and Kain Counties, Illinois.

1599.   Bassett Farms is a Corporation with its principal place of business in Illinois. It farms corn in LaSalle, Marshal, Putnam, Grundy, and Bureau Counties, Illinois.

1600.   Lawrence W. Sauer Trust farms corn in Livingston County, Illinois.

1601.   Pony Tail Farms, Inc. is a Corporation with its principal place of business in Illinois. It farms corn in Montgomery County, Illinois.

1602.   Jeff Rainwater is a resident of Ogle County, Illinois. Plaintiff maintains a farm and farms corn in Ogle County, Illinois.

1603.   Jim Walter is a resident of St. Clair County, Illinois. Plaintiff maintains a farm and farms corn in St. Clair County, Illinois.

1604.   Lowell Ioerger is a resident of Woodford County, Illinois. Plaintiff maintains a farm and farms corn in Woodford and Schuyler Counties, Illinois.

1605.   Hayden Farm & Feed, LLC is an LLC Corporation with its principal place of business in Alabama. It farms corn in Bullock County, Alabama.

1606.   Tanner Farms is a Corporation with its principal place of business in Alabama. It farms corn in Butler, and Crenshaw Counties, Alabama.

1607.   McMichen Farms is a Corporation with its principal place of business in Alabama. It farms corn in Cherokee County, Alabama.

1608.   Elizabeth Lankford is a resident of Choctaw County, Alabama. Plaintiff maintains a farm and farms corn in Choctaw County, Alabama.

1609.   Fred Timothy Donaldson, Jr. is a resident of Coffee County, Alabama. Plaintiff maintains a farm and farms corn in Covington and Coffee Counties, Alabama.

1610.   Lauren Donaldson is a resident of Coffee County, Alabama. Plaintiff maintains a farm and farms corn in Covington and Coffee Counties, Alabama.

1611.   Kenneth Watkins Farms is a Corporation with its principal place of business in

Alabama. It farms corn in Conecuh County, Alabama.

1612.   Charles Donaldson is a resident of Covington County, Alabama. Plaintiff maintains a farm and farms corn in Covington and Coffee Counties, Alabama.

1613.   David Donaldson is a resident of Covington County, Alabama. Plaintiff maintains a farm and farms corn in Covington and Coffee Counties, Alabama.

1614.   Fred Timothy Donaldson is a resident of Covington County, Alabama. Plaintiff maintains a farm and farms corn in Covington and Coffee Counties, Alabama.

1615.   John Donaldson is a resident of Covington County, Alabama. Plaintiff maintains a farm and farms corn in Covington and Coffee Counties, Alabama.

1616.   Haynes Farms, LLC is an LLC Corporation with its principal place of business in Alabama. It farms corn in Cullman County, Alabama.

1617.   Glenn Dell is a resident of Dale County, Alabama. Plaintiff maintains a farm and farms corn in Houston County, Alabama.

1618.   Andrews Farms is a Corporation with its principal place of business in Alabama. It farms corn in DeKalb County, Alabama.

1619.   Clinton Dodson is a resident of DeKalb County, Alabama. Plaintiff maintains a farm and farms corn in DeKalb County, Alabama.

1620.   Dobbins Farm, LLC is a Corporation with its principal place of business in Alabama. It farms corn in DeKalb County, Alabama.

1621.   Duke Farms is a Corporation with its principal place of business in Alabama. It farms corn in DeKalb County, Alabama.

1622.   Gilliland Farms is a Corporation with its principal place of business in Alabama. It

farms corn in DeKalb County, Alabama.

1623.   Greeson Farms is a Corporation with its principal place of business in Alabama. It farms corn in DeKalb County, Alabama.

1624.   Greg Whitaker is a resident of DeKalb County, Alabama. Plaintiff maintains a farm and farms corn in DeKalb County, Alabama.

1625.   Hall Farms, Inc. is a Corporation with its principal place of business in Alabama. It farms corn in DeKalb County, Alabama.

1626.   Jack's Trucking, Inc. is a Corporation with its principal place of business in Alabama. It farms corn in DeKalb County, Alabama.

1627.   Jeffrey Buttram is a resident of DeKalb County, Alabama. Plaintiff maintains a farm and farms corn in DeKalb County, Alabama.

1628.   Longneck Farms, LLC is an LLC Corporation with its principal place of business in Alabama. It farms corn in DeKalb County, Alabama.

1629.   Love Farms is a Corporation with its principal place of business in Alabama. It farms corn in DeKalb County, Alabama.

1630.   Mike Whitaker is a resident of DeKalb County, Alabama. Plaintiff maintains a farm and farms corn in DeKalb County, Alabama.

1631.   Murphree Seed Farms is a Corporation with its principal place of business in Alabama. It farms corn in DeKalb County, Alabama.

1632.   Myers Farms is a Corporation with its principal place of business in Alabama. It farms corn in DeKalb County, Alabama.

1633.   Sammy Allen is a resident of DeKalb County, Alabama. Plaintiff maintains a farm

and farms corn in DeKalb County, Alabama.

1634.   Revels & Sons Farm, LLC is an LLC Corporation with its principal place of business in Alabama. It farms corn in Geneva County, Alabama.

1635.   Robert Williams Farms is a Corporation with its principal place of business in Alabama. It farms corn in Hale County, Alabama.

1636.   Stanley Hinson Farm, Inc is a Corporation with its principal place of business in Alabama. It farms corn in Henry County, Alabama.

1637.   Singlefield Farms is a Corporation with its principal place of business in Alabama. It farms corn in Houston County, Alabama.

1638.   Carlon Poore Farms is a Corporation with its principal place of business in Alabama. It farms corn in Jackson County, Alabama.

1639.   Chandler Farming, LLC is an LLC Corporation with its principal place of business in Alabama. It farms corn in Jackson County, Alabama.

1640.   Chandler Farm, Inc. is a Corporation with its principal place of business in Alabama. It farms corn in Jackson County, Alabama.

1641.   Chandler Farming Partnership is a Partnership with its principal place of business in Alabama. It farms corn in Jackson County, Alabama.

1642.   Garner Properties, LLC is an LLC Corporation with its principal place of business in Alabama. It farms corn in Jackson County, Alabama.

1643.   Griffith Agricultrual Corporation is a Corporation with its principal place of business in Alabama. It farms corn in Jackson County, Alabama.

1644.   Johnny Arnold Farms, Inc. is a Corporation with its principal place of business in

Alabama. It farms corn in Jackson County, Alabama.

1645.   Thompson Farms is a Corporation with its principal place of business in Alabama. It farms corn in Jackson County, Alabama.

1646.   Kevin Kasmeier Farms / 3 – K Farms is a Corporation with its principal place of business in Alabama. It farms corn in Lauderdale County, Alabama.

1647.   Benjamin Looney Farms is a Corporation with its principal place of business in Alabama. It farms corn in Limestone County, Alabama.

1648.   Looney Farms, LLC is an LLC Corporation with its principal place of business in Alabama. It farms corn in Limestone County, Alabama.

1649.   Johnson Farms is a Corporation with its principal place of business in Alabama. It farms corn in Lauderdale County, Alabama.

1650.   Raby Farms is a Corporation with its principal place of business in Alabama. It farms corn in Limestone and Madison Counties, Alabama.

1651.   Williams Farms is a Corporation with its principal place of business in Alabama. It farms corn in Marshall County, Alabama.

1652.   Cornelius J. Hudson Corn Plantation is a Corporation with its principal place of business in Alabama. It farms corn in Perry County, Alabama.

1653.   Kevin Milhouse is a resident of Wilcox County, Alabama. Plaintiff maintains a farm and farms corn in Wilcox and Dallas Counties, Alabama.

1654.   Glenn Hall Farms is a Corporation with its principal place of business in Arkansas. It farms corn in Phillips County, Arkansas.

1655.   Andrew Worden is a resident of Kit Carson County, Colorado. Plaintiff maintains

a farm and farms corn in Kit Carson and Yuma Counties, Colorado.

1656. Box W Inc. is a Corporation with its principal place of business in Colorado. It farms corn in Kit Carson, and Yuma Counties, Colorado.

1657. Braden Schaal is a resident of Kit Carson County, Colorado. Plaintiff maintains a farm and farms corn in Kit Carson County, Colorado.

1658. Carolyn Staatz is a resident of Kit Carson County, Colorado. Plaintiff maintains a farm and farms corn in Kit Carson County, Colorado.

1659. Clyde Schaal is a resident of Kit Carson County, Colorado. Plaintiff maintains a farm and farms corn in Kit Carson County, Colorado.

1660. D&E Partnership is a Colorado Partnership which farms corn in Kit Carson County, Colorado.

1661. Dan & Kylee Mettenberger are residents of Kit Carson County, Colorado. Plaintiffs maintain a farm and farm corn in Kit Carson County, Colorado.

1662. Darren Dobler is a resident of Kit Carson County, Colorado. Plaintiff maintains a farm and farms corn in Kit Carson County, Colorado.

1663. Davis Brothers Farms, Inc. is a Corporation with its principal place of business in Colorado. It farms corn in Kit Carson County, Colorado.

1664. Donald Davis is a resident of Kit Carson County, Colorado. Plaintiff maintains a farm and farms corn in Kit Carson County, Colorado.

1665. Duell Family Farms GP is a Colorado General Partnership which farms corn in Wallace and Sherman Counties, Colorado.

1666. F and DD Farms GP is a Colorado General Partnership which farms corn in Kit

Carson County, Colorado.

1667.   Gregory James is a resident of Kit Carson County, Colorado. Plaintiff maintains a farm and farms corn in Kit Carson County, Colorado.

1668.   LaRae Dobler is a resident of Kit Carson County, Colorado. Plaintiff maintains a farm and farms corn in Kit Carson County, Colorado.

1669.   Logan Feldhousen is a resident of Kit Carson County, Colorado. Plaintiff maintains a farm and farms corn in Kit Carson County, Colorado.

1670.   Robert Staatz is a resident of Kit Carson County, Colorado. Plaintiff maintains a farm and farms corn in Kit Carson County, Colorado.

1671.   John Hardwick is a resident of Vernon County, Colorado. Plaintiff maintains a farm and farms corn in Yuma County, Colorado.

1672.   LMC Groves, LLC is a Corporation with its principal place of business in Florida. It farms corn in St. Lucie County, Florida.

1673.   LMC Groves, LMC is a Corporation with its principal place of business in Florida. It farms corn in St. Lucie County, Florida.

1674.   Danita Cooper is a resident of Brooks County, Georgia. Plaintiff maintains a farm and farms corn in Brooks County, Georgia.

1675.   Herbert T. Price Farms is a Corporation with its principal place of business in Georgia. It farms corn in Brooks County, Georgia.

1676.   Jackson & Wortman, LLC is an LLC Corporation with its principal place of business in Georgia. It farms corn in Brooks County, Georgia.

1677.   Roger T. Price Farms is a Corporation with its principal place of business in

Georgia. It farms corn in Brooks County, Georgia.

1678.   Calhoun Farm Partnership is a Georgia Partnership which farms corn in Calhoun County, Georgia.

1679.   Dry Creek Farms General Partnership is a Georgia Partnership which farms corn in Baker County, Georgia.

1680.   Harvey Jordan Farms Partnership is a Georgia Partnership which farms corn in Calhoun County, Georgia.

1681.   Johnny Brazel Farms is a Corporation with its principal place of business in Georgia. It farms corn in Early County, Georgia.

1682.   Leary Farm Partnership is a Georgia Partnership which farms corn in Early County, Georgia.

1683.   Leary Peanut Farms, LLC is an LLC Corporation with its principal place of business in Georgia. It farms corn in Calhoun County, Georgia.

1684.   James L. Griffin Farm is a Corporation with its principal place of business in Georgia. It farms corn in Clay County, Georgia.

1685.   Littleton Farm is a Corporation with its principal place of business in Georgia. It farms corn in Clay County, Georgia.

1686.   McClure and Gwines Farms is a Corporation with its principal place of business in Georgia. It farms corn in Worth, Dougherty and Colquitt Counties, Georgia.

1687.   McClure Farms is a Corporation with its principal place of business in Georgia. It farms corn in Worth, Dougherty and Colquitt Counties, Georgia.

1688.   Andrew J. Bell is a resident of Colquitt County, Georgia. Plaintiff maintains a farm

and farms corn in Colquitt County, Georgia.

1689.   Andrew T. Parker is a resident of Colquitt County, Georgia. Plaintiff maintains a farm and farms corn in Colquitt County, Georgia.

1690.   Andy Carroll is a resident of Colquitt County, Georgia. Plaintiff maintains a farm and farms corn in Colquitt County, Georgia.

1691.   Cam R. Strange is a resident of Colquitt County, Georgia. Plaintiff maintains a farm and farms corn in Colquitt County, Georgia.

1692.   David Norman Farms is a Corporation with its principal place of business in Georgia. It farms corn in Colquitt County, Georgia.

1693.   Dean Arnett is a resident of Colquitt County, Georgia. Plaintiff maintains a farm and farms corn in Colquitt County, Georgia.

1694.   Elton Baldy is a resident of Colquitt County, Georgia. Plaintiff maintains a farm and farms corn in Colquitt County, Georgia.

1695.   Gene Arnett is a resident of Colquitt County, Georgia. Plaintiff maintains a farm and farms corn in Colquitt County, Georgia.

1696.   J.A. Norman is a resident of Colquitt County, Georgia. Plaintiff maintains a farm and farms corn in Colquitt County, Georgia.

1697.   Jon Buckner is a resident of Colquitt County, Georgia. Plaintiff maintains a farm and farms corn in Colquitt County, Georgia.

1698.   Kenny Bennett is a resident of Colquitt County, Georgia. Plaintiff maintains a farm and farms corn in Colquitt County, Georgia.

1699.   Knox Farms Partnership is Georgia Partnership which farms corn in Colquitt

County, Georgia.

1700.   Mary S. Buckner is a resident of Colquitt County, Georgia. Plaintiff maintains a farm and farms corn in Colquitt County, Georgia.

1701.   of Colquitt County, Georgia. Plaintiff maintains a farm and farms corn in Colquitt County, Georgia.

1702.   Moss Family Farms is a Corporation with its principal place of business in Georgia. It farms corn in Colquitt County, Georgia.

1703.   Randall Carroll is a resident of Colquitt County, Georgia. Plaintiff maintains a farm and farms corn in Colquitt County, Georgia.

1704.   Randy Buckner is a resident of Colquitt County, Georgia. Plaintiff maintains a farm and farms corn in Colquitt County, Georgia.

1705.   Ronnie Norman is a resident of Colquitt County, Georgia. Plaintiff maintains a farm and farms corn in Colquitt County, Georgia.

1706.   Steve Bennett is a resident of Colquitt County, Georgia. Plaintiff maintains a farm and farms corn in Colquitt County, Georgia.

1707.   Thaggard Farms is a Corporation with its principal place of business in Georgia. It farms corn in Colquitt County, Georgia.

1708.   Fairgreene Farms, Inc. is a Corporation with its principal place of business in Georgia. It farms corn in Crisp and Turner Counties, Georgia.

1709.   Arabi Feed & Grain is a Corporation with its principal place of business in Georgia. It farms corn in Crisp, and Turner Counties, Georgia.

1710.   Fairgreene Farms Partnership is a Georgia Partnership which farms corn in Crisp

and Turner Counties, Georgia.

1711. Lime Creek Farms, Inc. is a Corporation with its principal place of business in Georgia. It farms corn in Crisp County, Georgia.

1712. Chambless Farms Inc. is a Corporation with its principal place of business in Georgia. It farms corn in Terrell County, Georgia.

1713. Goolsby Farms is a Corporation with its principal place of business in Georgia. It farms corn in Dawson County, Georgia.

1714. Consolidated Farming Company , LLC is an LLC Corporation with its principal place of business in Georgia. It farms corn in Mitchell County, Georgia.

1715. DW Farms, LLC is an LLC Corporation with its principal place of business in Georgia. It farms corn in Dougherty and Mitchell Counties, Georgia.

1716. Jones Farms of Warwick, Inc. is a Corporation with its principal place of business in Georgia. It farms corn in Worth County, Georgia.

1717. Kirk Jones is a resident of Dougherty County, Georgia. Plaintiff maintains a farm and farms corn in Worth and Dougherty Counties, Georgia.

1718. Wright Farms, LLC is an LLC Corporation with its principal place of business in Georgia. It farms corn in Dougherty and Mitchell Counties, Georgia.

1719. Sammie Wooten Farm Partners is a Georgia Partnership which farms corn in Jeff Davis and Coffee Counties, Georgia.

1720. Darsey Farms, FLP is a Corporation with its principal place of business in Georgia. It farms corn in Lanier County, Georgia.

1721. Grady T. Hatcher Farm, Inc is a Corporation with its principal place of business in

Georgia. It farms corn in Terrell and Lee Counties, Georgia.

1722. T & T Farms is a Corporation with its principal place of business in Georgia. It farms corn in Lee County, Georgia.

1723. Eddie Lamon is a resident of Lowndes County, Georgia. Plaintiff maintains a farm and farms corn in Brooks County, Georgia.

1724. Frances Lamon Farm is a Corporation with its principal place of business in Georgia. It farms corn in Lowndes County, Georgia.

1725. Randy Dowdy is a resident of Lowndes County, Georgia. Plaintiff maintains a farm and farms corn in Brooks, Lowndes, and Hamilton Counties, Georgia.

1726. Dowdy Farms is a Corporation with its principal place of business in Georgia. It farms corn in Brooks, Lowndes, and Hamilton Counties, Georgia.

1727. Notloh Farms Partnership is a Georgia Partnership which farms corn in Mitchell and Baker Counties, Georgia.

1728. Riverview Plantation, Inc. is a Corporation with its principal place of business in Georgia. It farms corn in Mitchell County, Georgia.

1729. Clay McDaniel Farms is a Corporation with its principal place of business in Georgia. It farms corn in Baker County, Georgia.

1730. Copps Farms is a Corporation with its principal place of business in Georgia. It farms corn in Thomas County, Georgia.

1731. Jerry Heard Jr., and Jeff Heard Farms is a Corporation with its principal place of business in Georgia. It farms corn in Miller and Balher Counties, Georgia.

1732. Jomes Thomas is a resident of Newton County, Georgia. Plaintiff maintains a farm

and farms corn in Brooks County, Georgia.

1733.   Geston Womack Farms is a Corporation with its principal place of business in Georgia. It farms corn in Polk and Haralson Counties, Georgia.

1734.   Michael Womack Farms is a Corporation with its principal place of business in Georgia. It farms corn in Polk and Haralson Counties, Georgia.

1735.   Larry and Sharon Lodge are resident of Quitman County, Georgia. Plaintiff maintains a farm and farms corn in Brooks County, Georgia.

1736.   Banister Brothers Farms is a Corporation with its principal place of business in Georgia. It farms corn in Thomas County, Georgia.

1737.   Bryan Bustle is a resident of Thomas County, Georgia. Plaintiff maintains a farm and farms corn in Thomas County, Georgia.

1738.   Calvin B. McCracken is a resident of Thomas County, Georgia. Plaintiff maintains a farm and farms corn in Thomas County, Georgia.

1739.   Calvin McCracken is a resident of Thomas County, Georgia. Plaintiff maintains a farm and farms corn in Thomas County, Georgia.

1740.   Clark Farms is a Corporation with its principal place of business in Georgia. It farms corn in Thomas County, Georgia.

1741.   Cleburn Banister, Jr. is a resident of Thomas County, Georgia. Plaintiff maintains a farm and farms corn in Thomas County, Georgia.

1742.   Michael York is a resident of Thomas County, Georgia. Plaintiff maintains a farm and farms corn in Thomas County, Georgia.

1743.   Renley Bustle is a resident of Thomas County, Georgia. Plaintiff maintains a farm

and farms corn in Thomas County, Georgia.

1744. Tab Bustle is a resident of Thomas County, Georgia. Plaintiff maintains a farm and farms corn in Thomas County, Georgia.

1745. Steven Barnes is a resident of Tift County, Georgia. Plaintiff maintains a farm and farms corn in Worth County, Georgia.

1746. W & C Farms, LLC is an LLC Corporation with its principal place of business in Georgia. It farms corn in Turner County, Georgia.

1747. Carter Farms is a Corporation with its principal place of business in Georgia. It farms corn in Worth County, Georgia.

1748. Keith D. White, LLC is a Corporation with its principal place of business in Georgia. It farms corn in Worth County, Georgia.

1749. Roberts Brothers Farms, Inc. is a Corporation with its principal place of business in Georgia. It farms corn in Lee, Turner and Worth Counties, Georgia.

1750. M & S Roberts Farms, LLC is a Corporation with its principal place of business in Georgia. It farms corn in Lee, Turner and Worth Counties, Georgia.

1751. Patterson Farms is a Corporation with its principal place of business in Georgia. It farms corn in Worth County, Georgia.

1752. Strenth & Ford Farms is a Corporation with its principal place of business in Georgia. It farms corn in Worth County, Georgia.

1753. Todd Sizemore is a resident of Worth County, Georgia. Plaintiff maintains a farm and farms corn in Worth County, Georgia.

1754. Wayne Bower, LLC is a Corporation with its principal place of business in Idaho.

It farms corn in Twin Falls County, Idaho.

1755.   Nidlinger Farms, Inc. is a Corporation with its principal place of business in Indiana. It farms corn in Adams and Allen counties in Indiana, and Van Wert County, Ohio

1756.   Jack Buck Farms is a Corporation with its principal place of business in Indiana. It farms corn in Tippecanoe County, Indiana.

1757.   Clint Orr is a resident of Clinton County, Indiana. Plaintiff maintains a farm and farms corn in Clinton, and Tippecanoe Counties, Indiana.

1758.   Clint Orr Farms is a Corporation with its principal place of business in Indiana. It farms corn in Clinton, and Tippecanoe Counties, Indiana.

1759.   Orr Farms is a Corporation with its principal place of business in Indiana. It farms corn in Clinton, and Tippecanoe Counties, Indiana.

1760.   Decker Farms is a Corporation with its principal place of business in Indiana. It farms corn in Daviess, and and Knox Counties, Indiana.

1761.   Berger Farms, Inc is a Corporation with its principal place of business in Indiana. It farms corn in Elkhart County, Indiana.

1762.   Blairand Frank Farms is a Corporation with its principal place of business in Indiana. It farms corn in Fayette County, Indiana.

1763.   Lyle Schultz is a resident of Fayette County, Indiana. Plaintiff maintains a farm and farms corn in Rush County, Indiana.

1764.   David Gunning is a resident of Grant County, Indiana. Plaintiff maintains a farm and farms corn in Grant, Madison, Tipton County, Indiana.

1765.   Harner Family Farms, Inc. is a Corporation with its principal place of business in

Indiana. It farms corn in Grant and Howard Counties, Indiana.

1766.   Michael D. Devore is a resident of Grant County, Indiana. Plaintiff maintains a farm and farms corn in Grant, Howard County, Indiana.

1767.   Phil Leisure Farm is a Corporation with its principal place of business in Indiana. It farms corn in Grant County, Indiana.

1768.   Phil Peterson is a resident of Grant County, Indiana. Plaintiff maintains a farm and farms corn in Grant and Howard County, Indiana.

1769.   Van DeWater Farms, Inc is a Corporation with its principal place of business in Indiana. It farms corn in Grant County, Indiana.

1770.   Victor L. Devore is a resident of Grant County, Indiana. Plaintiff maintains a farm and farms corn in Grant and Howard Counties, Indiana.

1771.   William David Devore is a resident of Grant County, Indiana. Plaintiff maintains a farm and farms corn in Grant and Howard Counties, Indiana.

1772.   George Miller is a resident of Jasper County, Indiana. Plaintiff maintains a farm and farms corn in Jasper, County, Indiana and Iroquois County, Illinois.

1773.   Carrie Ertel Farms, Inc is a Corporation with its principal place of business in Indiana. It farms corn in Madison County, Indiana.

1774.   Brent Floyd is a resident of Madison County, Indiana. Plaintiff maintains a farm and farms corn in Madison, Tipton and Grant Counties, Indiana.

1775.   Floyd Family Farms, LLC is a Corporation with its principal place of business in Indiana. It farms corn in Madison, Tipton and Grant Counties, Indiana.

1776.   RLB Floyd Farms, Inc. is a Corporation with its principal place of business in

Indiana. It farms corn in Madison, Tipton and Grant Counties, Indiana.

1777. Fredrick M. Jones is a resident of Madison County, Indiana. Plaintiff maintains a farm and farms corn in Madison, Delaware County, Indiana.

1778. Tillie Leisure Farms, Inc is a Corporation with its principal place of business in Indiana. It farms corn in Madison County, Indiana.

1779. Mark Pelko is a resident of Marion County, Indiana. Plaintiff maintains a farm and farms corn in Marion, Shelby County, Indiana.

1780. Marc Laudeman is a resident of Marshall County, Indiana. Plaintiff maintains a farm and farms corn in Marshall County, Indiana.

1781. Phillip Geise is a resident of Monroe County, Indiana. Plaintiff maintains a farm and farms corn in Rush County, Indiana.

1782. Robert D. Dawson is a resident of Newton County, Indiana. Plaintiff maintains a farm and farms corn in Newton County, Indiana.

1783. R J Adams Farms, Inc. is a Corporation with its principal place of business in Indiana. It farms corn in Pike County, Indiana.

1784. Stone Farms, Inc. is a Corporation with its principal place of business in Indiana. It farms corn in Pike County, Indiana.

1785. Sheets Farm is a Corporation with its principal place of business in Indiana. It farms corn in Tippecanoe County, Indiana.

1786. Kimbrough Farms , Inc. is a Corporation with its principal place of business in Indiana. It farms corn in Tipton, Howard, Grant County, Indiana.

1787. Larry Burnett is a resident of Vigo County, Indiana. Plaintiff maintains a farm and

farms corn in Vigo County, Indiana.

1788.   Michael Jacks is a resident of Vigo County, Indiana. Plaintiff maintains a farm and farms corn in Vigo County, Indiana.

1789.   Jacks Farms, Inc. is a Corporation with its principal place of business in Indiana. It farms corn in Vigo County, Indiana.

1790.   Robert Halt Farm is a Corporation with its principal place of business in Indiana. It farms corn in Vigo County, Indiana.

1791.   Robert P. Souther is a resident of Wayne County, Indiana. Plaintiff maintains a farm and farms corn in Wayne County, Indiana.

1792.   Vernon Brook Angus is a resident of Wayne County, Indiana. Plaintiff maintains a farm and farms corn in Wayne County, Indiana.

1793.   Mary Ticknor is a resident of Adair County, Iowa. Plaintiff maintains a farm and farms corn in Cass, Adair, Adams County, Iowa.

1794.   Robert Tickner, Sr. is a resident of Adair County, Iowa. Plaintiff maintains a farm and farms corn in Adair County, Iowa.

1795.   Robert Ticknor, Jr. is a resident of Adair County, Iowa. Plaintiff maintains a farm and farms corn in Cass, Adair, Adams, Taylor, Montgomery and Page Counties, Iowa.

1796.   Rodney Ticknor is a resident of Adair County, Iowa. Plaintiff maintains a farm and farms corn in Cass, and Adair Counties, Iowa.

1797.   Stephanie Ticknor is a resident of Adair County, Iowa. Plaintiff maintains a farm and farms corn in Cass, Adair, Adams, Taylor, Montgomery, and Page Counties, Iowa.

1798.   Hoakison Farms is a Corporation with its principal place of business in Iowa. It

farms corn in Adair, and Union Counties, Iowa.

1799.   Gary Stearns Farms is a Corporation with its principal place of business in Iowa. It farms corn in Audubon County, Iowa.

1800.   Melvin Noe is a resident of Benton County, Iowa. Plaintiff maintains a farm and farms corn in Benton County, Iowa.

1801.   Halverson Farms is a Corporation with its principal place of business in Iowa. It farms corn in Buena Vista County, Iowa.

1802.   Ricky Burdine is a resident of Carroll County, Iowa. Plaintiff maintains a farm and farms corn in Carroll County, Iowa.

1803.   Brad Chester is a resident of Cass County, Iowa. Plaintiff maintains a farm and farms corn in Cass County, Iowa.

1804.   Duane Hilyard is a resident of Cass County, Iowa. Plaintiff maintains a farm and farms corn in Cass County, Iowa.

1805.   Jack McKee is a resident of Cass County, Iowa. Plaintiff maintains a farm and farms corn in Cass and Adair Counties, Iowa.

1806.   Jake Tanner is a resident of Cass County, Iowa. Plaintiff maintains a farm and farms corn in Cass County, Iowa.

1807.   Larie Erickson is a resident of Cass County, Iowa. Plaintiff maintains a farm and farms corn in Cass County, Iowa.

1808.   Rex Erickson is a resident of Cass County, Iowa. Plaintiff maintains a farm and farms corn in Cass and Adams Counties, Iowa.

1809.   Richard Erickson is a resident of Cass County, Iowa. Plaintiff maintains a farm and

farms corn in Cass County, Iowa.

1810.   Son Tan Farms, LLC is a Corporation with its principal place of business in Iowa. It farms corn in Cass County, Iowa.

1811.   Tanner Farms, Inc. is a Corporation with its principal place of business in Iowa. It farms corn in Cass County, Iowa.

1812.   Todd Tanner is a resident of Cass County, Iowa. Plaintiff maintains a farm and farms corn in Cass and Pott Counties, Iowa.

1813.   Troy McKee is a resident of Cass County, Iowa. Plaintiff maintains a farm and farms corn in Cass and Adair Counties, Iowa.

1814.   Marjorie Naelieb is a resident of Cheorkee County, Iowa. Plaintiff maintains a farm and farms corn in Cherokee County, Iowa.

1815.   Parkay Family Farms, Inc. is a Corporation with its principal place of business in Iowa. It farms corn in Chickasaw County, Iowa.

1816.   Mateer Farms is a Corporation with its principal place of business in Iowa. It farms corn in Clarke County, Iowa.

1817.   Michael Blume is a resident of Clayton County, Iowa. Plaintiff maintains a farm and farms corn in Clayton County, Iowa.

1818.   Oliver Thiese Farm is a Corporation with its principal place of business in Iowa. It farms corn in Clayton County, Iowa.

1819.   Steve Martens is a resident of Dallas County, Iowa. Plaintiff maintains a farm and farms corn in Madison, Dallas County, Iowa.

1820.   Heebner Farms is a Corporation with its principal place of business in Iowa. It farms

corn in Dickinson County, Iowa.

1821.   Walker Farming is a Corporation with its principal place of business in Iowa. It farms corn in Dickinson County, Iowa.

1822.   Dennis Ellerbach is a resident of Dubuque County, Iowa. Plaintiff maintains a farm and farms corn in Dubuque County, Iowa.

1823.   Ellerbach Livestock Farm is a Corporation with its principal place of business in Iowa. It farms corn in Dubuque County, Iowa.

1824.   Donald Stecher is a resident of Dubuque County, Iowa. Plaintiff maintains a farm and farms corn in Dubuque County, Iowa.

1825.   Heebner Farms Partnership is an Iowa Partnership which farms corn in Emmet County, Iowa.

1826.   Paul Clausen is a resident of Emmet County, Iowa. Plaintiff maintains a farm and farms corn in Emmet County, Iowa.

1827.   L. C. Gray is a resident of Fayette County, Iowa. Plaintiff maintains a farm and farms corn in Fayette County, Iowa.

1828.   Leon French is a resident of Franklin County, Iowa. Plaintiff maintains a farm and farms corn in Franklin County, Iowa.

1829.   Tim Bredensteiner is a resident of Freemont County, Iowa. Plaintiff maintains a farm and farms corn in Page, Fremont, Atchison County, Iowa.

1830.   Dave Mincer is a resident of Fremont County, Iowa. Plaintiff maintains a farm and farms corn in Fremont and Atchison Counties, Iowa.

1831.   Kenneth Wurtele is a resident of Fremont County, Iowa. Plaintiff maintains a farm

and farms corn in Fremont County, Iowa.

1832.   Payne Valley Farms, LLC is an LLC Corporation with its principal place of business in Iowa. It farms corn in Fremont County, Iowa.

1833.   RBJ Finnell Farms is a Corporation with its principal place of business in Iowa. It farms corn in Fremont County, Iowa.

1834.   Steven Adkins is a resident of Fremont County, Iowa. Plaintiff maintains a farm and farms corn in Fremont County, Iowa.

1835.   Ned Johnston is a resident of Greene County, Iowa. Plaintiff maintains a farm and farms corn in Greene County, Iowa.

1836.   S C Farms is a Corporation with its principal place of business in Iowa. It farms corn in Greene and Boone County, Iowa.

1837.   Fredrickson Family Farm LLC is a Corporation with its principal place of business in Iowa. It farms corn in Winnebago County, Iowa.

1838.   Filoli Corporation is a Corporation with its principal place of business in Iowa. It farms corn in Harrison County, Iowa.

1839.   William Snyder is a resident of Harrison County, Iowa. Plaintiff maintains a farm and farms corn in Harrison County, Iowa.

1840.   Folker Farms, LLC is a Corporation with its principal place of business in Iowa. It farms corn in Lee, Van Buren County, Iowa.

1841.   Kassmeyer Farms is a Corporation with its principal place of business in Iowa. It farms corn in Lee County, Iowa.

1842.   Patrick Mahoney is a resident of Linn County, Iowa. Plaintiff maintains a farm and

farms corn in Buchanan County, Iowa.

1843.   Pork Park is a Corporation with its principal place of business in Iowa. It farms corn in Linn County, Iowa.

1844.   Scott Stick Farms is a Corporation with its principal place of business in Iowa. It farms corn in Linn County, Iowa.

1845.   Dennis DeWitt is a resident of Mahaska County, Iowa. Plaintiff maintains a farm and farms corn in Mahaska County, Iowa.

1846.   Don Ag LTD is a Corporation with its principal place of business in Iowa. It farms corn in Mahaska County, Iowa.

1847.   Hobbs Family Farms, Inc. is a Corporation with its principal place of business in Iowa. It farms corn in Woodbury and Monona Counties, Iowa.

1848.   Mike Barr is a resident of Montgomery County, Iowa. Plaintiff maintains a farm and farms corn in Page County, Iowa.

1849.   Danner Farms, Inc. is a Corporation with its principal place of business in Iowa. It farms corn in Muscatine, Cedar, Johnson, and Louisa Counties, Iowa.

1850.   Norman Andreas is a resident of Muscatine County, Iowa. Plaintiff maintains a farm and farms corn in Muscatine County, Iowa.

1851.   Virgil Crouch is a resident of O'Brien County, Iowa. Plaintiff maintains a farm and farms corn in O'Brien County, Iowa.

1852.   Robert Beach is a resident of Page County, Iowa. Plaintiff maintains a farm and farms corn in Page County, Iowa.

1853.   BW Farms is a Corporation with its principal place of business in Iowa. It farms

corn in Palo Alto County, Iowa.

1854.    Keith Arens is a resident of Plymouth County, Iowa. Plaintiff maintains a farm and farms corn in Plymouth County, Iowa.

1855.    Randy Galles is a resident of Plymouth County, Iowa. Plaintiff maintains a farm and farms corn in Plymouth, Sioux County, Iowa.

1856.    K & J Brabec Farm Co. is a Corporation with its principal place of business in Iowa. It farms corn in Pochontas County, Iowa.

1857.    David Wieslander is a resident of Polk County, Iowa. Plaintiff maintains a farm and farms corn in Polk County, Iowa.

1858.    Fowler Farms is a Corporation with its principal place of business in Iowa. It farms corn in Union County, Iowa.

1859.    The Pearson Corporation is a Corporation with its principal place of business in Iowa. It farms corn in Polk and Jasper Counties, Iowa.

1860.    Bane Farms is a Corporation with its principal place of business in Iowa. It farms corn in Pottawattamie County, Iowa.

1861.    Doug Leaders is a resident of Pottawattamie County, Iowa. Plaintiff maintains a farm and farms corn in Pottawattamie County, Iowa.

1862.    Hawkeye Farming, Inc. is a Corporation with its principal place of business in Iowa. It farms corn in Mills, West Pott, Crawford, and Audubon Counties, Iowa.

1863.    LeRoy W. Hansen is a resident of Pottawattamie County, Iowa. Plaintiff maintains a farm and farms corn in Pottawattamie County, Iowa.

1864.    Olsen-Fischer Farms is a Corporation with its principal place of business in Iowa.

It farms corn in Pottawattamie and Montgomery Counties, Iowa.

1865.   Joshua Berg is a resident of Sac County, Iowa. Plaintiff maintains a farm and farms corn in Sac County, Iowa.

1866.   Westphal Farms is a Corporation with its principal place of business in Iowa. It farms corn in Scott County, Iowa.

1867.   Chad Kooima is a resident of Sioux County, Iowa. Plaintiff maintains a farm and farms corn in Sioux County, Iowa.

1868.   Huysmit, Inc. is a Corporation with its principal place of business in Iowa. It farms corn in Sioux, and Union Counties, Iowa.

1869.   Merle Van Klompenburg is a resident of Sioux County, Iowa. Plaintiff maintains a farm and farms corn in Sioux County, Iowa.

1870.   Griggs Farms is a Corporation with its principal place of business in Iowa. It farms corn in Washington County, Iowa.

1871.   Steve Mann is a resident of Washington County, Iowa. Plaintiff maintains a farm and farms corn in Washington, Iowa, Johnson County, Iowa.

1872.   William R. Keel is a resident of Winnebago County, Iowa. Plaintiff maintains a farm and farms corn in Hancock, Winnebago County, Iowa.

1873.   Ronald F. Puffer is a resident of Winneshiek County, Iowa. Plaintiff maintains a farm and farms corn in Winnoshiek County, Iowa.

1874.   Jason Meins is a resident of Woodbury County, Iowa. Plaintiff maintains a farm and farms corn in Woodbury, Ida County, Iowa.

1875.   Eagle View, Inc. is a Corporation with its principal place of business in Iowa. It

farms corn in Wright and Hancock Counties, Iowa.

1876.   Gary Briggs is a resident of Anderson County, Kansas. Plaintiff maintains a farm and farms corn in Allen, Anderson County, Kansas.

1877.   Dean Harden is a resident of Brown County, Kansas. Plaintiff maintains a farm and farms corn in Atchison County, Kansas.

1878.   Benjamin Hubert Duell Revocable Trust farms corn in Wallace and Sherman Counties, Kansas.

1879.   Chris Bruna is a resident of Washington County, Kansas. Plaintiff maintains a farm and farms corn in Washington County, Kansas.

1880.   Philip Newton is a resident of Estill County, Kentucky. Plaintiff maintains a farm and farms corn in Estill County, Kentucky.

1881.   Larry Manning is a resident of Mason County, Kentucky. Plaintiff maintains a farm and farms corn in Mason County, Kentucky.

1882.   Jack Gant is a resident of Todd County, Kentucky. Plaintiff maintains a farm and farms corn in Todd, Christian, Muhlenberg County, Kentucky.

1883.   Bradford L. Hagedorn is a resident of Union County, Kentucky. Plaintiff maintains a farm and farms corn in Union and Henderson Counties, Kentucky.

1884.   Donald and Marietta Hagedorn are residents of Union County, Kentucky. Plaintiffs maintain a farm and farm corn in Union County, Kentucky.

1885.   Hagedorn 540 LLC is a Corporation with its principal place of business in Kentucky. It farms corn in Union County, Kentucky.

1886.   Hagedorn Land Company is a Corporation with its principal place of business in

Kentucky. It farms corn in Union County, Kentucky.

1887.   55-B, LLC is a Corporation with its principal place of business in Louisiana. It farms corn in Catahoula Parish, Louisiana.

1888.   Dell's Generation Farms, LLC is a Corporation with its principal place of business in Maryland. It farms corn in Carroll County, Maryland.

1889.   Rolling Hills Farm is a Corporation with its principal place of business in Michigan. It farms corn in Cass County, Michigan.

1890.   Kelley Farms is a Corporation with its principal place of business in Michigan. It farms corn in Clinton County, Michigan.

1891.   Smuts Farms is a Corporation with its principal place of business in Michigan. It farms corn in Easton County, Michigan.

1892.   Robert Reese is a resident of Ingham County, Michigan. Plaintiff maintains a farm and farms corn in Clinton, Shiawassee County, Michigan.

1893.   Joseph Vohwinkle is a resident of Iosco County, Michigan. Plaintiff maintains a farm and farms corn in Iosco County, Michigan.

1894.   Carman Farms is a Corporation with its principal place of business in Michigan. It farms corn in Montcalm County, Michigan.

1895.   Windy Ridge Farms is a Corporation with its principal place of business in Michigan. It farms corn in Montcalm County, Michigan.

1896.   Sprague Farms is a Corporation with its principal place of business in Michigan. It farms corn in Shiawassee County, Michigan.

1897.   Phillip C. Curtis, Jr. is a resident of Van Buren County, Michigan.  Plaintiff

maintains a farm and farms corn in Cass, Van Buren County, Michigan.

1898. Corby Graff is a resident of Brown County, Minnesota. Plaintiff maintains a farm and farms corn in Brown, Cottonwood County, Minnesota.

1899. Duane Roiger, Inc. is a Corporation with its principal place of business in Minnesota. It farms corn in Brown County, Minnesota.

1900. Tyler Graff is a resident of Brown County, Minnesota. Plaintiff maintains a farm and farms corn in Brown County, Minnesota.

1901. Hausladen Heifer Housing is a Corporation with its principal place of business in Minnesota. It farms corn in Carver, McLoed County, Minnesota.

1902. Jeff and Rodney Wayne are residents of Freeborn County, Minnesota. Plaintiffs maintain a farm and farms corn in Freebor and Steele Counties, Minnesota.

1903. Jeff Young is a resident of Grant County, Minnesota. Plaintiff maintains a farm and farms corn in Traverse County, Minnesota.

1904. Ronald Fruechte is a resident of Houston County, Minnesota. Plaintiff maintains a farm and farms corn in Houston County, Minnesota.

1905. Julian Stusynski is a resident of Marshall County, Minnesota. Plaintiff maintains a farm and farms corn in Marshall County, Minnesota.

1906. Jeffrey and Eunice Boerboom are residents of Murray County, Minnesota. Plaintiffs maintain a farm and farm corn in Murray County, Minnesota.

1907. Richard A. Timm is a resident of Nicolett County, Minnesota. Plaintiff maintains a farm and farms corn in Nicollet County, Minnesota.

1908. Joe Pierce / JP Farms is a Corporation with its principal place of business in

Minnesota. It farms corn in Pine County, Minnesota.

1909.   Fey Farms, Inc. is a Corporation with its principal place of business in Minnesota. It farms corn in Pipestone County, Minnesota.

1910.   Michael Gilbert is a resident of Pope County, Minnesota. Plaintiff maintains a farm and farms corn in Pope County, Minnesota.

1911.   Jerry Raddatz is a resident of Redwood County, Minnesota. Plaintiff maintains a farm and farms corn in Redwood County, Minnesota.

1912.   Philip Graff is a resident of Redwood County, Minnesota. Plaintiff maintains a farm and farms corn in Cottonwood, Brown County, Minnesota.

1913.   Dennis Kirtz is a resident of Renville County, Minnesota. Plaintiff maintains a farm and farms corn in Renville County, Minnesota.

1914.   Diekevers Farms is a Corporation with its principal place of business in Minnesota. It farms corn in Rock and O'Brien County, Minnesota.

1915.   Luverne Farm Store is a Corporation with its principal place of business in Minnesota. It farms corn in Rock County, Minnesota.

1916.   David Dingmann Farm is a Corporation with its principal place of business in Minnesota. It farms corn in Stearns County, Minnesota.

1917.   Michael Theisen is a resident of Stearns County, Minnesota. Plaintiff maintains a farm and farms corn in Stearns County, Minnesota.

1918.   John W. Angell is a resident of Steele County, Minnesota. Plaintiff maintains a farm and farms corn in Freeborn County, Minnesota.

1919.   Joseph Dietz is a resident of Traverse County, Minnesota. Plaintiff maintains a farm

and farms corn in Traverse County, Minnesota.

1920.   Dietz Farms is a Corporation with its principal place of business in Minnesota. It farms corn in Traverse County, Minnesota.

1921.   JDA International is a Corporation with its principal place of business in Minnesota. It farms corn in Traverse County, Minnesota.

1922.   Dean Nuszloch is a resident of Winona County, Minnesota. Plaintiff maintains a farm and farms corn in Winona County, Minnesota.

1923.   Harold Laudenbach is a resident of Wright County, Minnesota. Plaintiff maintains a farm and farms corn in Stearns County, Minnesota.

1924.   Jerome E. Bruns is a resident of Yellow Medicine County, Minnesota. Plaintiff maintains a farm and farms corn in Yellow Medicine County, Minnesota.

1925.   Foxtrap Planting Company, LLC is an LLC Corporation with its principal place of business in Mississippi. It farms corn in Macon County, Mississippi.

1926.   Christopher Lee Skinner is a resident of Macon County, Mississippi. Plaintiff maintains a farm and farms corn in Macon County, Mississippi.

1927.   Connell Farms is a Corporation with its principal place of business in Mississippi. It farms corn in Coahoma County, Mississippi.

1928.   Ellendale Land Company is a Corporation with its principal place of business in Mississippi. It farms corn in Coahoma County, Mississippi.

1929.   Evans Planting Company is a Corporation with its principal place of business in Mississippi. It farms corn in Coahoma County, Mississippi.

1930.   K & T Planting is a Corporation with its principal place of business in Mississippi.

It farms corn in Coahoma County, Mississippi.

1931.   Triple H Planting Co. II is a Corporation with its principal place of business in Mississippi. It farms corn in Coahoma County, Mississippi.

1932.   Egypt Planting Company III is a Corporation with its principal place of business in Mississippi. It farms corn in Holmes County, Mississippi.

1933.   Avent Planting Company is a Corporation with its principal place of business in Mississippi. It farms corn in Leflore County, Mississippi.

1934.   Bariole Farms, Inc. is a Corporation with its principal place of business in Mississippi. It farms corn in Leflore County, Mississippi.

1935.   BC Farms is a Corporation with its principal place of business in Mississippi. It farms corn in Leflore County, Mississippi.

1936.   DDS Farms is a Corporation with its principal place of business in Mississippi. It farms corn in Leflore County, Mississippi.

1937.   Four Farms Partnership is a Mississippi Partnership which farms corn in Leflore County, Mississippi.

1938.   Fred Poindexter is a resident of Leflore County, Mississippi. Plaintiff maintains a farm and farms corn in Leflore County, Mississippi.

1939.   Fulgham Farms is a Corporation with its principal place of business in Mississippi. It farms corn in Leflore County, Mississippi.

1940.   Highlandale Plantation is a Corporation with its principal place of business in Mississippi. It farms corn in Leflore County, Mississippi.

1941.   Jerry Kent Farms is a Corporation with its principal place of business in

Mississippi. It farms corn in Leflore County, Mississippi.

1942.   Kevin Richardson Farms is a Corporation with its principal place of business in Mississippi. It farms corn in Leflore County, Mississippi.

1943.   Larry Jo Makamson Farms is a Corporation with its principal place of business in Mississippi. It farms corn in Leflore County, Mississippi.

1944.   Lochleven II is a Corporation with its principal place of business in Mississippi. It farms corn in Leflore County, Mississippi.

1945.   M&E Farms is a Corporation with its principal place of business in Mississippi. It farms corn in Leflore County, Mississippi.

1946.   Makamson Planting Co. is a Corporation with its principal place of business in Mississippi. It farms corn in Leflore County, Mississippi.

1947.   McMillan Acres is a Corporation with its principal place of business in Mississippi. It farms corn in Leflore County, Mississippi.

1948.   New Hope Farms is a Corporation with its principal place of business in Mississippi. It farms corn in Leflore County, Mississippi.

1949.   Prestidge Farms II is a Corporation with its principal place of business in Mississippi. It farms corn in Leflore County, Mississippi.

1950.   Random Shot Farms is a Corporation with its principal place of business in Mississippi. It farms corn in Leflore County, Mississippi.

1951.   Ray Makamson Farms is a Corporation with its principal place of business in Mississippi. It farms corn in Leflore County, Mississippi.

1952.   Ronnie Moss Farms is a Corporation with its principal place of business in

Mississippi. It farms corn in Leflore County, Mississippi.

1953. W.M. Jennings & Sons is a Corporation with its principal place of business in Mississippi. It farms corn in Leflore County, Mississippi.

1954. White Brothers is a Corporation with its principal place of business in Mississippi. It farms corn in Leflore County, Mississippi.

1955. Delta's Edge Planting Company is a Corporation with its principal place of business in Mississippi. It farms corn in Leflore County, Mississippi.

1956. Wildwood Farms is a Corporation with its principal place of business in Mississippi. It farms corn in Leflore County, Mississippi.

1957. Dixie Farms is a Corporation with its principal place of business in Mississippi. It farms corn in Quitman County, Mississippi.

1958. Carter Plantation, Ltd. is a Corporation with its principal place of business in Mississippi. It farms corn in Sharkey County, Mississippi.

1959. CCA Properties, LLC is an LLC Corporation with its principal place of business in Mississippi. It farms corn in Sharkey County, Mississippi.

1960. Two Jacks Farms is a Corporation with its principal place of business in Mississippi. It farms corn in Tallahatchie County, Mississippi.

1961. Swan Lake Farm is a Corporation with its principal place of business in Mississippi. It farms corn in Tallahatchie County, Mississippi.

1962. J.G. Flautt Farms is a Corporation with its principal place of business in Mississippi. It farms corn in Tallahatchie County, Mississippi.

1963. Webb Farms is a Corporation with its principal place of business in Mississippi. It

farms corn in Tallahatchie County, Mississippi.

1964.   Bowdre Place is a Corporation with its principal place of business in Mississippi. It farms corn in Tunica County, Mississippi.

1965.   Totelow Planting Company is a Corporation with its principal place of business in Mississippi. It farms corn in Tunica County, Mississippi.

1966.   Judy Hays is a resident of Adair County, Missouri. Plaintiff maintains a farm and farms corn in Adair County, Missouri.

1967.   E. Lemings Farms is a Corporation with its principal place of business in Missouri. It farms corn in New Madrid County, Missouri.

1968.   Carl Farms is a Corporation with its principal place of business in Missouri. It farms corn in Franklin County, Missouri.

1969.   Prussman Farms is a Corporation with its principal place of business in Missouri. It farms corn in Holt County, Missouri.

1970.   Robert Gruender is a resident of Moniteau County, Missouri. Plaintiff maintains a farm and farms corn in Moniteau, Cooper, Morgan County, Missouri.

1971.   Virgil Koechner Limited Family Partnership is a Missouri Partnership which farms corn in Moniteau County, Missouri.

1972.   Emmons Farm Partnership is a Missouri Partnership which farms corn in Pemiscot and Dunklin Counties, Missouri.

1973.   Keith Emmons Sr., Farms is a Corporation with its principal place of business in Missouri. It farms corn in Pemiscot County, Missouri.

1974.   Frazier Farms is a Corporation with its principal place of business in Missouri. It

farms corn in Clark, and Scotland Counties, Missouri.

1975.   Ringer Hill Farms, Inc. is a Corporation with its principal place of business in Missouri. It farms corn in Stoddard County, Missouri.

1976.   Ray & Gary Machens Farms, Inc. is a Corporation with its principal place of business in Missouri. It farms corn in St. Charles County, Missouri.

1977.   William Engel is a resident of Worth County, Missouri. Plaintiff maintains a farm and farms corn in Worth County, Missouri.

1978.   Brenneis Brothers is a Corporation with its principal place of business in Nebraska. It farms corn in Boone County, Nebraska.

1979.   Troy A. Schnell is a resident of Box Butte County, Nebraska. Plaintiff maintains a farm and farms corn in Box Butte County, Nebraska.

1980.   Jess Duncan is a resident of Buffalo County, Nebraska. Plaintiff maintains a farm and farms corn in Sherman County, Nebraska.

1981.   William Keep is a resident of Buffalo County, Nebraska. Plaintiff maintains a farm and farms corn in Buffalo County, Nebraska.

1982.   Russ Hilger is a resident of Butler County, Nebraska. Plaintiff maintains a farm and farms corn in Butler, Holt and Brown Counties, Nebraska.

1983.   Russ & Shirley Hilger JV is a Corporation with its principal place of business in Nebraska. It farms corn in Butler, Holt and Brown Counties, Nebraska.

1984.   Siffring Farms, Inc. is a Corporation with its principal place of business in Nebraska. It farms corn in Butler County, Nebraska.

1985.   Paul Rice is a resident of Cass County, Nebraska. Plaintiff maintains a farm and

farms corn in Cass County, Nebraska.

1986.   Charles Meirose is a resident of Cedar County, Nebraska. Plaintiff maintains a farm and farms corn in Cedar County, Nebraska.

1987.   Nejezchleb Farms is a Corporation with its principal place of business in Nebraska. It farms corn in Clay County, Nebraska.

1988.   Gary A. Belohrad is a resident of Colfax County, Nebraska. Plaintiff maintains a farm and farms corn in Colfax County, Nebraska.

1989.   Eric Geiger is a resident of Dawson County, Nebraska. Plaintiff maintains a farm and farms corn in Dawson County, Nebraska.

1990.   Otto, Inc. is a Corporation with its principal place of business in Nebraska. It farms corn in Dawson County, Nebraska.

1991.   Marlene J. Geiger Trust farms corn in Dawson, Gosper and Frontier Counties, Nebraska.

1992.   Otto Marlene J. Geiger Trust farms corn in Dawson, Gosper and Frontier Counties, Nebraska.

1993.   Doll Farms, Inc. is a Corporation with its principal place of business in Nebraska. It farms corn in Washington County, Nebraska.

1994.   Bruhn's Packing Company is a Corporation with its principal place of business in Nebraska. It farms corn in Douglas and Mills Counties, Nebraska.

1995.   Harold Moragec is a resident of Fillmore County, Nebraska. Plaintiff maintains a farm and farms corn in Fillmore County, Nebraska.

1996.   Clinton Schluntz is a resident of Furnas County, Nebraska. Plaintiff maintains a

farm and farms corn in Furnas County, Nebraska.

1997.   Ronald K. Nelson is a resident of Kearney County, Nebraska. Plaintiff maintains a farm and farms corn in Karney County, Nebraska.

1998.   Keith Pinkelman is a resident of Knox County, Nebraska. Plaintiff maintains a farm and farms corn in Knox County, Nebraska.

1999.   Daniel Spencer is a resident of Morrill County, Nebraska. Plaintiff maintains a farm and farms corn in Sioux County, Nebraska.

2000.   Brad Moyer Farms is a Corporation with its principal place of business in Nebraska. It farms corn in Fremont County, Nebraska.

2001.   Troy Reese is a resident of Perkins County, Nebraska. Plaintiff maintains a farm and farms corn in Keith County, Nebraska.

2002.   Hector Farms is a Corporation with its principal place of business in Nebraska. It farms corn in Nemaha County, Nebraska.

2003.   R & K Farms is a Corporation with its principal place of business in Nebraska. It farms corn in Rock County, Nebraska.

2004.   Mr. & Mrs. Orville Himmelberg are residents of Saline County, Nebraska. Plaintiffs maintain a farm and farm corn in Nuckolls County, Nebraska.

2005.   Robert F. Biel is a resident of Sarpy County, Nebraska. Plaintiff maintains a farm and farms corn in Sarpy County, Nebraska.

2006.   Chad Seefeldt Farm is a Corporation with its principal place of business in Nevada. It farms corn in LaMoure County, Nevada.

2007.   Allen S.Deen is a resident of Roosevelt County, New Mexico. Plaintiff maintains a

farm and farms corn in Roosevelt County, New Mexico.

2008.   Robert J. Podzemny Farms is a Corporation with its principal place of business in New Mexico. It farms corn in Union County, New Mexico and Dallam County, Texas.

2009.   Jorose Farm is a Corporation with its principal place of business in New York. It farms corn in Herkimer County, New York.

2010.   Wendell Rogers is a resident of Herkimer County, New York. Plaintiff maintains a farm and farms corn in Otsego County, New York.

2011.   Carl Stewart, Jr. is a resident of Ontario County, New York. Plaintiff maintains a farm and farms corn in Ontario County, New York.

2012.   Philip Jensen Farms is a Corporation with its principal place of business in New York. It farms corn in Seneca and Ontario Counties, New York.

2013.   Ronald Gore Farms is a Corporation with its principal place of business in North Carolina. It farms corn in Brunswick County, North Carolina.

2014.   Charles & Edward Caines PTR is a Corporation with its principal place of business in North Carolina. It farms corn in Columbus County, North Carolina.

2015.   Family Farm #3903 is a Corporation with its principal place of business in North Carolina. It farms corn in Duplin County, North Carolina.

2016.   Richard Lanier is a resident of Duplin County, North Carolina. Plaintiff maintains a farm and farms corn in Duplin, Lenoir County, North Carolina.

2017.   Richard Lanier, Jr. is a resident of Duplin County, North Carolina. Plaintiff maintains a farm and farms corn in Duplin County, North Carolina.

2018.   Whaleys Farms is a Corporation with its principal place of business in North

Carolina. It farms corn in Duplin County, North Carolina.

2019.   William Lanier is a resident of Duplin County, North Carolina. Plaintiff maintains a farm and farms corn in Duplin County, North Carolina.

2020.   James A. Greene is a resident of New Hanover County, North Carolina. Plaintiff maintains a farm and farms corn in Duplin County, North Carolina.

2021.   Charles Melza Rooks is a resident of Pender County, North Carolina. Plaintiff maintains a farm and farms corn in Pender County, North Carolina.

2022.   Jeffrey Charles Rooks is a resident of Pender County, North Carolina. Plaintiff maintains a farm and farms corn in Pender County, North Carolina.

2023.   Rooks Farm Service, Inc. is a Corporation with its principal place of business in North Carolina. It farms corn in Pender County, North Carolina.

2024.   Scrappy Hall Farming is a Corporation with its principal place of business in North Carolina. It farms corn in Pender County, North Carolina.

2025.   A&C Locklear Brothers Farm, LLC is an LLC Corporation with its principal place of business in North Carolina. It farms corn in Robeson County, North Carolina.

2026.   Bentley Harris is a resident of Robeson County, North Carolina. Plaintiff maintains a farm and farms corn in Robeson County, North Carolina.

2027.   Bobby Creech is a resident of Robeson County, North Carolina. Plaintiff maintains a farm and farms corn in Robeson County, North Carolina.

2028.   Brian Maynor is a resident of Robeson County, North Carolina. Plaintiff maintains a farm and farms corn in Robeson, Scotland, Hoke County, North Carolina.

2029.   Buie Family Farms Partnership is a North Carolina Partnership which farms corn

in Robeson and Hoke Counties, North Carolina.

2030.  Elliott Lloyd is a resident of Robeson County, North Carolina. Plaintiff maintains a farm and farms corn in Robeson County, North Carolina.

2031.  Grady Jr. Lowery is a resident of Robeson County, North Carolina. Plaintiff maintains a farm and farms corn in Robeson County, North Carolina.

2032.  Henry Locklear & Sons, Inc. is a Corporation with its principal place of business in North Carolina. It farms corn in Robeson County, North Carolina.

2033.  Jack Leggette Farms is a Corporation with its principal place of business in North Carolina. It farms corn in Robeson and Dillon Counties, North Carolina.

2034.  Jack Martin Oxendine is a resident of Robeson County, North Carolina. Plaintiff maintains a farm and farms corn in Robeson, Hoke County, North Carolina.

2035.  James Carey Brixey is a resident of Robeson County, North Carolina. Plaintiff maintains a farm and farms corn in Robeson County, North Carolina.

2036.  James Powers is a resident of Robeson County, North Carolina. Plaintiff maintains a farm and farms corn in Robeson, Bladen County, North Carolina.

2037.  L&R Moore Farms, Inc. is a Corporation with its principal place of business in North Carolina. It farms corn in Robeson County, North Carolina.

2038.  Lee Grady Lowery is a resident of Robeson County, North Carolina. Plaintiff maintains a farm and farms corn in Robeson County, North Carolina.

2039.  Locklear Brothers Farm LLC is an LLC Corporation with its principal place of business in North Carolina. It farms corn in Robeson County, North Carolina.

2040.  Maynor Farms, LLC is an LLC Corporation with its principal place of business in

North Carolina. It farms corn in Robeson County, North Carolina.

2041.   McDonald Bros. Farm's Partnership is a North Carolina Partnership which farms corn in Robeson and Hoke Counties, North Carolina.

2042.   Moore Brothers Ag, Inc. is a Corporation with its principal place of business in North Carolina. It farms corn in Robeson County, North Carolina.

2043.   Oxendine Farm is a Corporation with its principal place of business in North Carolina. It farms corn in Robeson County, North Carolina.

2044.   Ronald Lowery is a resident of Robeson County, North Carolina. Plaintiff maintains a farm and farms corn in Robeson County, North Carolina.

2045.   Shoeheel Farms, GP is a North Carolina Partnership. It farms corn in Robeson, Scotland, and Hoke Counties, North Carolina.

2046.   Talton Locklear & Big T Poultry is a Corporation with its principal place of business in North Carolina. It farms corn in Robeson County, North Carolina.

2047.   Thomas Powers, Jr. is a resident of Robeson County, North Carolina. Plaintiff maintains a farm and farms corn in Robeson, Bladen County, North Carolina.

2048.   Wakulla Farms, LLC is an LLC Corporation with its principal place of business in North Carolina. It farms corn in Robeson County, North Carolina.

2049.   William Locklear is a resident of Robeson County, North Carolina. Plaintiff maintains a farm and farms corn in Robeson County, North Carolina.

2050.   Wilton Britt is a resident of Robeson County, North Carolina. Plaintiff maintains a farm and farms corn in Robeson County, North Carolina.

2051.   Simmons Farm is a Corporation with its principal place of business in North

Carolina. It farms corn in Sampson County, North Carolina.

2052.  M & A Hooks Farms, LLC is an LLC Corporation with its principal place of business in North Carolina. It farms corn in Wayne County, North Carolina.

2053.  Robert Hansen is a resident of County, North Carolina. Plaintiff maintains a farm and farms corn in County, North Carolina.

2054.  Darren Ptacek Farms is a Corporation with its principal place of business in North Dakota. It farms corn in Sargent and McIntosh Counties, North Dakota.

2055.  Sandy Just is a resident of McIntosh County, North Dakota. Plaintiff maintains a farm and farms corn in McIntosh County, North Dakota.

2056.  7 South Ag, Inc. is a Corporation with its principal place of business in North Dakota. It farms corn in Pierce County, North Dakota.

2057.  Myers Pro Ag, Inc. is a Corporation with its principal place of business in North Dakota. It farms corn in Richland County, North Dakota.

2058.  Michael C. Wyum is a resident of Sargent County, North Dakota. Plaintiff maintains a farm and farms corn in Sargent, Dickey, Cass and Ransom Counties of North Dakota, and Marshall County of South Dakota.

2059.  Randy Ptacek Farms, Inc. is a Corporation with its principal place of business in North Dakota. It farms corn in Sargent County, North Dakota.

2060.  Steven R. Wyum is a resident of Sargent County, North Dakota. Plaintiff maintains a farm and farms corn in Sargent, Dickey, Ransom, and Cass Counties, North Dakota.

2061.  WWD Farm Partnership is North Dakota Partnership which farms corn in Sargent County, North Dakota.

2062.   Randy A. Wilson Farm is a Corporation with its principal place of business in North Dakota. It farms corn in Stutsman County, North Dakota.

2063.   Mark Kloster Farms Incorp. is a Corporation with its principal place of business in North Dakota. It farms corn in Steele County, North Dakota.

2064.   Jeff Moen is a resident of Ward County, North Dakota. Plaintiff maintains a farm and farms corn in Ward, Renville County, North Dakota.

2065.   Steve Larson is a resident of Ward County, North Dakota. Plaintiff maintains a farm and farms corn in Ward County, North Dakota.

2066.   Scott Sextro is a resident of Auglaize County, Ohio. Plaintiff maintains a farm and farms corn in Auglaize, Shelby, Miami, and Darke Counties, Ohio.

2067.   Alan Spracklen is a resident of Clark County, Ohio. Plaintiff maintains a farm and farms corn in Clark and Greene Counties, Ohio.

2068.   Josh Barclay is a resident of Clark County, Ohio. Plaintiff maintains a farm and farms corn in Clark and Madison Counties, Ohio.

2069.   Lonnie Barclay is a resident of Clark County, Ohio. Plaintiff maintains a farm and farms corn in Clark and Madison Counties, Ohio.

2070.   Sutter Bros. is a Corporation with its principal place of business in Ohio. It farms corn in Crawford and Richland Counties, Ohio.

2071.   Clyde Stump is a resident of Darke County, Ohio. Plaintiff maintains a farm and farms corn in Darke County, Ohio.

2072.   Marlin Stump is a resident of Darke County, Ohio. Plaintiff maintains a farm and farms corn in Darke County, Ohio.

2073.   Monty Stump is a resident of Darke County, Ohio. Plaintiff maintains a farm and farms corn in Darke County, Ohio.

2074.   Steve Longfellow is a resident of Darke County, Ohio. Plaintiff maintains a farm and farms corn in Darke County, Ohio.

2075.   Baudendistel Farms is a Corporation with its principal place of business in Ohio. It farms corn in Greene County, Ohio.

2076.   J. Herman Randall is a resident of Greene County, Ohio. Plaintiff maintains a farm and farms corn in Greene County, Ohio.

2077.   Kent Campbell is a resident of Greene County, Ohio. Plaintiff maintains a farm and farms corn in Greene County, Ohio.

2078.   Kent Clark Farms, Inc. is a Corporation with its principal place of business in Ohio. It farms corn in Greene County, Ohio.

2079.   Larry Mangan is a resident of Greene County, Ohio. Plaintiff maintains a farm and farms corn in Fayette, Greene County, Ohio.

2080.   Leta Thordsen Farm is a Corporation with its principal place of business in Ohio. It farms corn in Greene County, Ohio.

2081.   Mark Gordin is a resident of Greene County, Ohio. Plaintiff maintains a farm and farms corn in Greene County, Ohio.

2082.   Mark Thordsen Farm is a Corporation with its principal place of business in Ohio. It farms corn in Greene County, Ohi..

2083.   Mike Boude is a resident of Greene County, Ohio. Plaintiff maintains a farm and farms corn in Pickaway County, Ohio.

2084.   Thaddeus Haines is a resident of Greene County, Ohio. Plaintiff maintains a farm and farms corn in Greene County, Ohio.

2085.   Tim Mangan is a resident of Greene County, Ohio. Plaintiff maintains a farm and farms corn in Fayette, Greene County, Ohio.

2086.   LaRoche Family Farm is a Corporation with its principal place of business in Ohio. It farms corn in Hancock County, Ohio.

2087.   Adams Farms is a Corporation with its principal place of business in Ohio. It farms corn in Henry County, Ohio.

2088.   Gary Angles is a resident of Madison County, Ohio. Plaintiff maintains a farm and farms corn in Madison County, Ohio.

2089.   LeRoy Wilson is a resident of Nuckols County, Ohio. Plaintiff maintains a farm and farms corn in Nuckols County, Ohio.

2090.   David Angles is a resident of Pickaway County, Ohio. Plaintiff maintains a farm and farms corn in Pickaway County, Ohio.

2091.   Dan Warnecke Farms is a Corporation with its principal place of business in Ohio. It farms corn in Putnam and Allen Counties, Ohio.

2092.   L. Joe Angles is a resident of Ross County, Ohio. Plaintiff maintains a farm and farms corn in Ross County, Ohio.

2093.   Feichter Farms is a Corporation with its principal place of business in Ohio. It farms corn in Stark County, Ohio.

2094.   Kowalka Farms is a Corporation with its principal place of business in Ohio. It farms corn in Wood, Ottawa, and Lucas Counties, Ohio.

2095.   Guided-Path Farms is a Corporation with its principal place of business in Pennsylvania. It farms corn in Centre County, Pennsylvania.

2096.   Richard Pavolko is a resident of Ere County, Pennsylvania. Plaintiff maintains a farm and farms corn in Erie and Crawford County, Pennsylvania.

2097.   James Neuburger is a resident of Erie County, Pennsylvania. Plaintiff maintains a farm and farms corn in Erie County, Pennsylvania.

2098.   Blueberry Hills of Hanover, Inc is a Corporation with its principal place of business in Pennsylvania. It farms corn in Adams and Fredic Counties, Pennsylvania.

2099.   Samuel Faust is a resident of Bamberg County, South Carolina. Plaintiff maintains a farm and farms corn in Bamberg County, South Carolina.

2100.   Tyler Farm is a Corporation with its principal place of business in South Carolina. It farms corn in Bamberg County, South Carolina.

2101.   Jameson Farms, Inc. is a Corporation with its principal place of business in South Carolina. It farms corn in Orangeburg County, South Carolina.

2102.   William J. Bair Farms is a Corporation with its principal place of business in South Carolina. It farms corn in Orangeburg County, South Carolina.

2103.   Wayne Haines is a resident of Aurora County, South Dakota. Plaintiff maintains a farm and farms corn in Aurora County, South Dakota.

2104.   Zimbelman Farms is a Corporation with its principal place of business in South Dakota. It farms corn in Gregory County, South Dakota.

2105.   Golden West Farm/Hawks Herefords is a Corporation with its principal place of business in South Dakota. It farms corn in Meade County, South Dakota.

2106.   Armon Zens is a resident of Spink County, South Dakota. Plaintiff maintains a farm and farms corn in Spink and Faulk County, South Dakota.

2107.   Walker's Dairy Farm is a Corporation with its principal place of business in Tennessee. It farms corn in Carroll County, Tennessee.

2108.   Danny F. Sammons is a resident of Gibson County, Tennessee. Plaintiff maintains a farm and farms corn in Gibson County, Tennessee.

2109.   Thomas Kendall is a resident of Henry County, Tennessee. Plaintiff maintains a farm and farms corn in Henry County, Tennessee.

2110.   Fullen Ag Company is a Corporation with its principal place of business in Tennessee. It farms corn in Lauderdale County, Tennessee.

2111.   Central Planting Company is a Corporation with its principal place of business in Tennessee. It farms corn in Lauderdale County, Tennessee.

2112.   Henson Living Trust farms corn in Bell County, Texas.

2113.   Keerbs Farms LLC is an LLC Corporation with its principal place of business in Texas. It farms corn in Palo Alto County, Texas.

2114.   Jorden Rea is a resident of Henry County, Virginia. Plaintiff maintains a farm and farms corn in Henry County, Virginia.

2115.   Griffith Custom Meats is a Corporation with its principal place of business in Virginia. It farms corn in Page County, Virginia.

2116.   Baecker Oil Co - Russell Pronschinske Farm is a Corporation with its principal place of business in Wisconsin. It farms corn in Buffalo County, Wisconsin.

2117.  Leystra Vue Farms is a Corporation with its principal place of business in

Wisconsin. It farms corn in Columbia, Dodge County, Wisconsin.

2118.   Leaman Farms is a Corporation with its principal place of business in Wisconsin. It farms corn in Barron County, Wisconsin.

2119.   Donald Alcorn is a resident of Grant County, Wisconsin. Plaintiff maintains a farm and farms corn in Grant County, Wisconsin.

2120.   Peter Bonin is a resident of Grant County, Wisconsin. Plaintiff maintains a farm and farms corn in Grant County, Wisconsin.

2121.   Ridge Valley Acres, LLC is an LLC Corporation with its principal place of business in Wisconsin. It farms corn in Grant County, Wisconsin.

2122.   Vosberg Farms, Inc. is a Corporation with its principal place of business in Wisconsin. It farms corn in Grant County, Wisconsin.

2123.   Schadt Farms is a Corporation with its principal place of business in Wisconsin. It farms corn in Dodge, Jefferson County, Wisconsin.

2124.   Gitzlaff Farms, Inc. is a Corporation with its principal place of business in Wisconsin. It farms corn in Pleasant Prairie, Kenosha, and Racine Counties, Wisconsin.

2125.   Harry D. Dudkiewicz is a resident of Marinette County, Wisconsin. Plaintiff maintains a farm and farms corn in Marinette and Oconto Counties, Wisconsin.

2126.   Larry and Diane White are residents of Marinette County, Wisconsin. Plaintiffs maintain a farm and farm corn in Marinette County, Wisconsin.

2127.   Bruchs Farm, Inc is a Corporation with its principal place of business in Wisconsin. It farms corn in Marquette County, Wisconsin.

2128.   James A. Rieken is a resident of Pierce County, Wisconsin. Plaintiff maintains a

farm and farms corn in Pierce County, Wisconsin.

2129.   Kay Suiter is a resident of Rock County, Wisconsin. Plaintiff maintains a farm and farms corn in Fremont County, Wisconsin.

2130.   Ron Weisenbeck Farms is a Corporation with its principal place of business in Wisconsin. It farms corn in Dynn and Buffalo Counties, Wisconsin.

2131.   David R. Glisson is a resident of Appling County, Georgia. Plaintiff maintains a farm and farms corn in Appling County, Georgia.

2132.   Brooksco Farms, Inc. is a Corporation with its principal place of business in Georgia. It farms corn in Brooks County, Georgia.

2133.   David Price Farms, Inc is a Corporation with its principal place of business in Georgia. It farms corn in Brooks, Loundes and Cook Counties, Georgia.

2134.   Gary Nichols Jones is a resident of Brooks County, Georgia. Plaintiff maintains a farm and farms corn in Brooks County, Georgia.

2135.   Jerry Walls is a resident of Broooks County, Georgia. Plaintiff maintains a farm and farms corn in Worth County, Georgia.

2136.   Fowler Farms is a Corporation with its principal place of business in Georgia. It farms corn in Colquitt and Brooks Counties, Georgia.

2137.   Ladson Farms is a Corporation with its principal place of business in Georgia. It farms corn in Colquitt County, Georgia.

2138.   L J Farms is a Corporation with its principal place of business in Georgia. It farms corn in Lee County, Georgia.

2139.   Steve Perkins is a resident of Grady County, Georgia. Plaintiff maintains a farm and farms corn in Decatur, Grady and Thomas Counties, Georgia.

2140.   Delvin Williams is a resident of Jeff Davis County, Georgia. Plaintiff maintains a farm and farms corn in Jeff Davis County, Georgia.

2141.   Larry Brantley is a resident of Jeff Davis County, Georgia. Plaintiff maintains a farm and farms corn in Jeff Davis County, Georgia.

2142.   Ryan McLoon is a resident of Jeff Davis County, Georgia. Plaintiff maintains a farm and farms corn in Jeff Davis County, Georgia.

2143.   Williams Farms, LLC is a Corporation with its principal place of business in Georgia. It farms corn in Telfair County, Georgia.

2144.   Wen - Fre - Farms, Inc. is a Corporation with its principal place of business in Georgia. It farms corn in Lee County, Georgia.

2145.   Robert Moore, Jr. is a resident of Randolph County, Georgia. Plaintiff maintains a farm and farms corn in Randolph County, Georgia.

2146.   Brian K. Morris is a resident of Terrell County, Georgia. Plaintiff maintains a farm and farms corn in Terrell and Calhoun Counties, Georgia.

2147.   Boyles Farm is a Corporation with its principal place of business in Georgia. It farms corn in Thomas County, Georgia.

2148.   Bruce Farms, Inc is a Corporation with its principal place of business in Georgia. It farms corn in Thomas and Brooks Counties, Georgia.

2149.   Smith-Bros. Farm & Cattle is a Corporation with its principal place of business in Georgia. It farms corn in Thomas County, Georgia.

2150.   Jerry Young, LLC is a Corporation with its principal place of business in Georgia. It farms corn in Worth County, Georgia.

2151.   Windall Hobby is a resident of Turner County, Georgia. Plaintiff maintains a farm and farms corn in Turner County, Georgia.

2152.   Brandon Hartsfield is a resident of Worth County, Georgia. Plaintiff maintains a farm and farms corn in Worth County, Georgia.

2153.   Gunsmoke Farms Co-op is a Georgia Co-Operative with its principal place of business in Georgia. It farms corn in Worth and Turner Counties, Georgia.

2154.   Jeff Hartsfield is a resident of Worth County, Georgia. Plaintiff maintains a farm and farms corn in Worth, Colquitt and TIft Counties, Georgia.

2155.   M & J Farms Partnership is a Georgia Partnership which arms corn in Worth and Turner Counties, Georgia.

2156.   Morris Farms Partnership is a Georgia Partnership farms corn in Dougherty, Lee and Worth Counties, Georgia.

2157.   Shotsies Farm, Inc. is a Corporation with its principal place of business in Georgia. It farms corn in Worth County, Georgia.

2158.   Stuart B. Jones is a resident of Worth County, Georgia. Plaintiff maintains a farm and farms corn in Worth County, Georgia.

2159.   W. Stacy Jones is a resident of Worth County, Georgia. Plaintiff maintains a farm and farms corn in Worth County, Georgia.

2160.   James Fitzgerald is a resident of Moultrie County, Illinois. Plaintiff maintains a business in Moultrie County, Illinois.

2161.   Gillette Farms is a Corporation with its principal place of business in North Carolina. It farms corn in Onslow County, North Carolina.

2162.   James Milton GIllette is a resident of Carteret County, North Carolina. Plaintiff maintains a farm and farms corn in Carteret County, North Carolina.

2163.   Robert Morris Riggs is a resident of Carteret County, North Carolina. Plaintiff maintains a farm and farms corn in Carteret County, North Carolina.

2164.   Kelly Gragg is a resident of Cleveland County, North Carolina. Plaintiff maintains a farm and farms corn in Cleveland County, North Carolina.

2165.   Phillip Greene is a resident of Cleveland County, North Carolina. Plaintiff maintains a farm and farms corn in Cleveland County, North Carolina.

2166.   Randall W. Greene is a resident of Cleveland County, North Carolina. Plaintiff maintains a farm and farms corn in Cleveland County, North Carolina.

2167.   Scism Farm is a Corporation with its principal place of business in North Carolina. It farms corn in Cleveland and Gaston Counties, North Carolina.

2168.   Steve Greene is a resident of Cleveland County, North Carolina. Plaintiff maintains a farm and farms corn in Cleveland County, North Carolina.

2169.   Wilson Farms of Shelby, LLC is a Corporation with its principal place of business in North Carolina. It farms corn in Cleveland and Rutherford Counties, North Carolina.

2170.   Wilson Farms of Shelby, LLC is a Corporation with its principal place of business in North Carolina. It farms corn in Cleveland and Rutherford Counties, North Carolina.

2171.  Ethan C. Malpass is a resident of Columbus County, North Carolina. Plaintiff maintains a farm and farms corn in Columbus County, North Carolina.

2172.  Thurston Calvin Malpass is a resident of Columbus County, North Carolina. Plaintiff maintains a farm and farms corn in Columbus County, North Carolina.

2173.  David Walker is a resident of Cumberland County, North Carolina. Plaintiff maintains a farm and farms corn in Cumberland County, North Carolina.

2174.  John B. Smith is a resident of Cumberland County, North Carolina. Plaintiff maintains a farm and farms corn in Cumberland County, North Carolina.

2175.  Michael Bullard is a resident of Cumberland County, North Carolina. Plaintiff maintains a farm and farms corn in Cumberland County, North Carolina.

2176.  Sammy Warren is a resident of Cumberland County, North Carolina. Plaintiff maintains a farm and farms corn in Cumberland County, North Carolina.

2177.  Charles Hamilton is a resident of Lincoln County, North Carolina. Plaintiff maintains a farm and farms corn in Lincoln County, North Carolina.

2178.  Dennis Collins is a resident of Onslow County, North Carolina. Plaintiff maintains a farm and farms corn in Onslow County, North Carolina.

2179.  Barbara Rooks is a resident of Pender County, North Carolina. Plaintiff maintains a farm and farms corn in Pender County, North Carolina.

2180.  H. Allen Wooten d/b/a Wooton Farming & Sod is a Corporation with its principal place of business in North Carolina. It farms corn in Pender County, North Carolina.

2181.  M&J Farms is a Corporation with its principal place of business in North Carolina. It farms corn in Pender County, North Carolina.

2182.  Rawls Farm is a Corporation with its principal place of business in North Carolina. It farms corn in Pender County, North Carolina.

2183.   Robert A. Moore is a resident of Pender County, North Carolina. Plaintiff maintains a farm and farms corn in Pender and Bladen Counties, North Carolina.

2184.   Shady Lane Farms, Inc. is a Corporation with its principal place of business in North Carolina. It farms corn in Pender County, North Carolina.

2185.   Danny and Sybil Bullard are residents of Robeson County, North Carolina. Plaintiffs maintain a farm and farm corn in Robeson County, North Carolina.

2186.   Christopher Keith Mathis is a resident of Sampson County, North Carolina. Plaintiff maintains a farm and farms corn in Sampson County, North Carolina.

2187.   Ronnie Carter Farms, Inc. is a Corporation with its principal place of business in North Carolina. It farms corn in Sampson and Pender Counties, North Carolina.

2188.   Mayer Agri-Equipment is a Corporation with its principal place of business in North Carolina. It farms corn in Wilson County, North Carolina.

2189.   G & R Farms is a Corporation with its principal place of business in North Carolina. It farms corn in Sampson County, North Carolina.

2190.   GR Farms Partnership is a North Carolina Partnership which farms corn in Sampson County, North Carolina.

2191.   Lynn S. Carr is a resident of Sampson County, North Carolina. Plaintiff maintains a farm and farms corn in Sampson County, North Carolina.

2192.   WF Partnership is a North Carolina Partnership which farms corn in Sampson County, North Carolina.

2193.   Warren Farming Co., Inc. is a Corporation with its principal place of business in North Carolina. It farms corn in Sampson County, North Carolina.

2194.   Janie Catherine Smith is a resident of Cumberland County, North Carolina. Plaintiff maintains a farm and farms corn in Cumberland County, North Carolina.

2195.   Alex H. Culbreth is a resident of Cumberland County, North Carolina. Plaintiff maintains a farm and farms corn in Cumberland County, North Carolina.

2196.   Robert Boyer is a resident of Cumberland County, North Carolina. Plaintiff maintains a farm and farms corn in Cumberland County, North Carolina.

2197.   Sybil Bullard is a resident of Robeson County, North Carolina. Plaintiff maintains a farm and farms corn in Robeson County, North Carolina.

2198.   Heerten Bros is a Corporation with its principal place of business in Nebraska. It farms corn in Keya Paha County, Nebraska.

2199.   Leigh Heimann is a resident of Cuming County, Nebraska. Plaintiff maintains a farm and farms corn in Cuming County, Nebraska.

2200.   Matthew Heimann is a resident of Madison County, Nebraska. Plaintiff maintains a farm and farms corn in Madison County, Nebraska.

2201.   Paul Heimann is a resident of Douglas County, Nebraska. Plaintiff maintains a farm and farms corn in Douglas County, Nebraska.

2202.   Hein Co Farms Inc is a Corporation with its principal place of business in Nebraska. It farms corn in Fillmore County, Nebraska.

2203.   Rodney Heinen is a resident of Richardson County, Nebraska. Plaintiff maintains a farm and farms corn in Richardson County, Nebraska.

2204.   Frances Heinrichs is a resident of Fillmore County, Nebraska. Plaintiff maintains a farm and farms corn in Fillmore County, Nebraska.

2205.   Lyle Heinrichs is a resident of Fillmore County, Nebraska. Plaintiff maintains a farm and farms corn in Fillmore County, Nebraska.

2206.   Anton Hekrdle is a resident of Stanton County, Nebraska. Plaintiff maintains a farm and farms corn in Stanton County, Nebraska.

2207.   Dale Helms is a resident of Furnas County, Nebraska. Plaintiff maintains a farm and farms corn in Furnas County, Nebraska.

2208.   Dalton Helms is a resident of Furnas County, Nebraska. Plaintiff maintains a farm and farms corn in Furnas County, Nebraska.

2209.   Derek Helms is a resident of Furnas County, Nebraska. Plaintiff maintains a farm and farms corn in Furnas County, Nebraska.

2210.   Louis Herbert is a resident of Knox County, Nebraska. Plaintiff maintains a farm and farms corn in Knox County, Nebraska.

2211.   Marvin Herbert is a resident of Knox County, Nebraska. Plaintiff maintains a farm and farms corn in Knox County, Nebraska.

2212.   Jerry Herchenbach is a resident of Platte County, Nebraska. Plaintiff maintains a farm and farms corn in Platte County, Nebraska.

2213.   James Herian is a resident of Pierce County, Nebraska. Plaintiff maintains a farm and farms corn in Pierce County, Nebraska.

2214.   Devin Herrick is a resident of Merrick County, Nebraska. Plaintiff maintains a farm and farms corn in Merrick County, Nebraska.

2215.   Mark Heskett is a resident of Red Willow County, Nebraska. Plaintiff maintains a farm and farms corn in Red Willow County, Nebraska.

2216.   Higgins Ranch is a Corporation with its principal place of business in Nebraska. It farms corn in Boyd County, Nebraska.

2217.   High Point Cattle Co is a Corporation with its principal place of business in Nebraska. It farms corn in Platte County, Nebraska.

2218.   Dorothy Hillen is a resident of Platte County, Nebraska. Plaintiff maintains a farm and farms corn in Platte County, Nebraska.

2219.   Glen Hillen is a resident of Colfax County, Nebraska. Plaintiff maintains a farm and farms corn in Colfax County, Nebraska.

2220.   Cathy M Hill-Klein is a resident of Nance County, Nebraska. Plaintiff maintains a farm and farms corn in Nance County, Nebraska.

2221.   Hilltop Inc is a Corporation with its principal place of business in Nebraska. It farms corn in Holt County, Nebraska.

2222.   Donald Himmelberg is a resident of Nuckolls County, Nebraska. Plaintiff maintains a farm and farms corn in Nuckolls County, Nebraska.

2223.   Elvon and Paulette Hines area residents of Holt County, Nebraska. Plaintiffs maintain a farm and farm corn in Holt County, Nebraska.

2224.   Shane Hines is a resident of Holt County, Nebraska. Plaintiff maintains a farm and farms corn in Holt County, Nebraska.

2225.   Gaylen Hingst is a resident of Dakota County, Nebraska. Plaintiff maintains a farm and farms corn in Dakota County, Nebraska.

2226.   Jarrod P Hladky is a resident of Holt County, Nebraska. Plaintiff maintains a farm and farms corn in Holt County, Nebraska.

2227.   John Hladky is a resident of Holt County, Nebraska. Plaintiff maintains a farm and farms corn in Holt County, Nebraska.

2228.   Hoatson Land & Cattle Ltd is a Corporation with its principal place of business in Nebraska. It farms corn in Lincoln County, Nebraska.

2229.   Clayton Hoke is a resident of Holt County, Nebraska. Plaintiff maintains a farm and farms corn in Holt County, Nebraska.

2230.   James Holtgrewe is a resident of Otoe County, Nebraska. Plaintiff maintains a farm and farms corn in Otoe County, Nebraska.

2231.   Merlyn Holtgrewe is a resident of Otoe County, Nebraska. Plaintiff maintains a farm and farms corn in Otoe County, Nebraska.

2232.   Daniel Homan is a resident of Butler County, Nebraska. Plaintiff maintains a farm and farms corn in Butler County, Nebraska.

2233.   Paula and Roger Hood are residents of Dawson County, Nebraska. Plaintiffs maintain a farm and farm corn in Dawson County, Nebraska.

2234.   Howard Schindler Farm is a Corporation with its principal place of business in Nebraska. It farms corn in Dixon County, Nebraska.

2235.   Marc Hroch is a resident of Gage County, Nebraska. Plaintiff maintains a farm and farms corn in Gage County, Nebraska.

2236.   Ken Hubl is a resident of Nuckolls County, Nebraska. Plaintiff maintains a farm and farms corn in Nuckolls County, Nebraska.

2237.   Alan Huettner is a resident of Platte County, Nebraska. Plaintiff maintains a farm and farms corn in Platte County, Nebraska.

2238.  Ray Hula is a resident of Saunders County, Nebraska. Plaintiff maintains a farm and farms corn in Saunders County, Nebraska.

2239.  Ryan Huxoll is a resident of Furnas County, Nebraska. Plaintiff maintains a farm and farms corn in Furnas County, Nebraska.

2240.  Matthew Ickes is a resident of Holt County, Nebraska. Plaintiff maintains a farm and farms corn in Holt County, Nebraska.

2241.  J McGee Inc is a Corporation with its principal place of business in Nebraska. It farms corn in Douglas County, Nebraska.

2242.  Neil Jack is a resident of Frontier County, Nebraska. Plaintiff maintains a farm and farms corn in Frontier County, Nebraska.

2243.  Rod Jack is a resident of Frontier County, Nebraska. Plaintiff maintains a farm and farms corn in Frontier County, Nebraska.

2244.  Jackman Farms is a Corporation with its principal place of business in Nebraska. It farms corn in Brown County, Nebraska.

2245.  Aaron Jacobs is a resident of Valley County, Nebraska. Plaintiff maintains a farm and farms corn in Valley County, Nebraska.

2246.  Dennis Jacobs is a resident of Valley County, Nebraska. Plaintiff maintains a farm and farms corn in Valley County, Nebraska.

2247.  Harlan Jacobson is a resident of Madison County, Nebraska. Plaintiff maintains a farm and farms corn in Madison County, Nebraska.

2248.  Ronald A Janda is a resident of Nuckolls County, Nebraska. Plaintiff maintains a farm and farms corn in Nuckolls County, Nebraska.

2249.   Stephen Janda is a resident of Webster County, Nebraska. Plaintiff maintains a farm and farms corn in Webster County, Nebraska.

2250.   Thomas Janda is a resident of Nuckolls County, Nebraska. Plaintiff maintains a farm and farms corn in Nuckolls County, Nebraska.

2251.   Jano Farms is a Corporation with its principal place of business in Nebraska. It farms corn in Jefferson County, Nebraska.

2252.   Christopher W Jansen is a resident of Sarpy County, Nebraska. Plaintiff maintains a farm and farms corn in Sarpy County, Nebraska.

2253.   Wayne Janssen is a resident of Dawson County, Nebraska. Plaintiff maintains a farm and farms corn in Dawson County, Nebraska.

2254.   Jerry Jaspersen is a resident of Burt County, Nebraska. Plaintiff maintains a farm and farms corn in Burt County, Nebraska.

2255.   JB Enterprises is a Corporation with its principal place of business in Nebraska. It farms corn in Antelope County, Nebraska.

2256.   JBK Inc is a Corporation with its principal place of business in Nebraska. It farms corn in Madison County, Nebraska.

2257.   Jedo's LLC is a Corporation with its principal place of business in Nebraska. It farms corn in Antelope County, Nebraska.

2258.   Jeff Bartlett Inc is a resident of Dawson County, Nebraska. Plaintiff maintains a farm and farms corn in Dawson County, Nebraska.

2259.   Doug Jenkins is a resident of Wayne County, Nebraska. Plaintiff maintains a farm and farms corn in Wayne County, Nebraska.

2260.   JLCA Inc is a Corporation with its principal place of business in Nebraska. It farms corn in Boone County, Nebraska.

2261.   Joan Schuler Revocable Trust farms corn in Burt County, Nebraska.

2262.   John Bartlett Inc is a resident of Dawson County, Nebraska. Plaintiff maintains a farm and farms corn in Dawson County, Nebraska.

2263.   John H. Albrecht Trust farms corn in Holt County, Nebraska.

2264.   Alan Johnson is a resident of Webster County, Nebraska. Plaintiff maintains a farm and farms corn in Webster County, Nebraska.

2265.   Darcy Johnson is a resident of Furnas County, Nebraska. Plaintiff maintains a farm and farms corn in Furnas County, Nebraska.

2266.   David Johnson is a resident of Furnas County, Nebraska. Plaintiff maintains a farm and farms corn in Furnas County, Nebraska.

2267.   Debra Johnson is a resident of Wayne County, Nebraska. Plaintiff maintains a farm and farms corn in Wayne County, Nebraska.

2268.   Gary L Johnson is a resident of Holt County, Nebraska. Plaintiff maintains a farm and farms corn in Holt County, Nebraska.

2269.   Gayle D Johnson is a resident of Knox County, Nebraska. Plaintiff maintains a farm and farms corn in Knox County, Nebraska.

2270.   Greg A Johnson is a resident of Knox County, Nebraska. Plaintiff maintains a farm and farms corn in Knox County, Nebraska.

2271.   Jay V Johnson is a resident of Hall County, Nebraska. Plaintiff maintains a farm and farms corn in Hall County, Nebraska.

2272.   Jay W Johnson is a resident of Burt County, Nebraska. Plaintiff maintains a farm and farms corn in Burt County, Nebraska.

2273.   Stanley Johnson is a resident of Otoe County, Nebraska. Plaintiff maintains a farm and farms corn in Otoe County, Nebraska.

2274.   Wade Johnson is a resident of Phelps County, Nebraska. Plaintiff maintains a farm and farms corn in Phelps County, Nebraska.

2275.   Johnson Canyon View LLC is a Corporation with its principal place of business in Nebraska. It farms corn in Phelps County, Nebraska.

2276.   Jolyn Farms Inc is a Corporation with its principal place of business in Nebraska. It farms corn in Buffalo County, Nebraska.

2277.   Perry Jones is a resident of Wayne County, Nebraska. Plaintiff maintains a farm and farms corn in Wayne County, Nebraska.

2278.   Dwain Jordan is a resident of Washington County, Nebraska. Plaintiff maintains a farm and farms corn in Washington County, Nebraska.

2279.   Jordan Farms Inc is a Corporation with its principal place of business in Nebraska. It farms corn in Washington County, Nebraska.

2280.   Kevin Jorgensen is a resident of Howard County, Nebraska. Plaintiff maintains a farm and farms corn in Howard County, Nebraska.

2281.   Marlin Jorgensen is a resident of Howard County, Nebraska. Plaintiff maintains a farm and farms corn in Howard County, Nebraska.

2282.   Royce Jueger is a resident of York County, Nebraska. Plaintiff maintains a farm and farms corn in York County, Nebraska.

2283.   Dennis Junck is a resident of Wayne County, Nebraska. Plaintiff maintains a farm and farms corn in Wayne County, Nebraska.

2284.   Brian Kaczor is a resident of Holt County, Nebraska. Plaintiff maintains a farm and farms corn in Holt County, Nebraska.

2285.   David and Carleen Kallhoff are residents of Antelope County, Nebraska. Plaintiffs maintain a farm and farm corn in Antelope County, Nebraska.

2286.   Michael R Kallhoff is a resident of Madison County, Nebraska. Plaintiff maintains a farm and farms corn in Madison County, Nebraska.

2287.   Gene Kaup is a resident of Burt County, Nebraska. Plaintiff maintains a farm and farms corn in Burt County, Nebraska.

2288.   Kauth Farms is a Corporation with its principal place of business in Nebraska. It farms corn in Knox County, Nebraska.

2289.   Brent M Kelly is a resident of Holt County, Nebraska. Plaintiff maintains a farm and farms corn in Holt County, Nebraska.

2290.   Gary Kelly is a resident of Brown County, Nebraska. Plaintiff maintains a farm and farms corn in Brown County, Nebraska.

2291.   Mike and Deb Kelly are residents of Holt County, Nebraska. Plaintiffs maintain a farm and farm corn in Holt County, Nebraska.

2292.   Ryan and Brianne Kelly are residents of Holt County, Nebraska. Plaintiffs maintain a farm and farm corn in Holt County, Nebraska.

2293.   Kenneth M Prososki & Karen L Prosoki Trust farms corn in Nance County, Nebraska.

2294.   Henry Ketteler is a resident of Boone County, Nebraska. Plaintiff maintains a farm and farms corn in Boone County, Nebraska.

2295.   James Kilpatrick is a resident of Antelope County, Nebraska. Plaintiff maintains a farm and farms corn in Antelope County, Nebraska.

2296.   Elton King is a resident of Merrick County, Nebraska. Plaintiff maintains a farm and farms corn in Merrick County, Nebraska.

2297.   Kings Acres LLC is a Corporation with its principal place of business in Nebraska. It farms corn in Merrick County, Nebraska.

2298.   Scott Kinkaid is a resident of Merrick County, Nebraska. Plaintiff maintains a farm and farms corn in Merrick County, Nebraska.

2299.   Kinnan Ag Inc is a Corporation with its principal place of business in Nebraska. It farms corn in Dawson County, Nebraska.

2300.   Kennan and Tina Kitt are residents of Chase County, Nebraska. Plaintiffs maintain a farm and farm corn in Chase County, Nebraska.

2301.   Randy Klawitter is a resident of Knox County, Nebraska. Plaintiff maintains a farm and farms corn in Knox County, Nebraska.

2302.   Kurt Kline is a resident of Dawson County, Nebraska. Plaintiff maintains a farm and farms corn in Dawson County, Nebraska.

2303.   John Klitz is a resident of Cuming County, Nebraska. Plaintiff maintains a farm and farms corn in Cuming County, Nebraska.

2304.   Nicholas Klosen is a resident of Logan County, Nebraska. Plaintiff maintains a farm and farms corn in Logan County, Nebraska.

2305.   Klosen Land & Cattle Co is a Corporation with its principal place of business in Nebraska. It farms corn in Logan County, Nebraska.

2306.   Andrew Klug is a resident of Platte County, Nebraska. Plaintiff maintains a farm and farms corn in Platte County, Nebraska.

2307.   Knaub Inc is a Corporation with its principal place of business in Nebraska. It farms corn in Scotts Bluff County, Nebraska.

2308.   Alan Kneifl is a resident of Dixon County, Nebraska. Plaintiff maintains a farm and farms corn in Dixon County, Nebraska.

2309.   Leland Kneifl is a resident of Dixon County, Nebraska. Plaintiff maintains a farm and farms corn in Dixon County, Nebraska.

2310.   Frederick J. are John L Knievel are residents of Antelope County, Nebraska. Plaintiffs maintain a farm and farm corn in Antelope County, Nebraska.

2311.   Knievel Farms Inc is a Corporation with its principal place of business in Nebraska. It farms corn in Antelope County, Nebraska.

2312.   Kerry Knuth is a resident of Saunders County, Nebraska. Plaintiff maintains a farm and farms corn in Saunders County, Nebraska.

2313.   Kurt Knutson is a resident of Furnas County, Nebraska. Plaintiff maintains a farm and farms corn in Furnas County, Nebraska.

2314.   Victor and Nancy Knutson are residents of Furnas County, Nebraska. Plaintiffs maintain a farm and farm corn in Furnas County, Nebraska.

2315.   Knutson Farms LLC is a Corporation with its principal place of business in Nebraska. It farms corn in Furnas County, Nebraska.

2316.   Knutson Land & Cattle, Inc is a Corporation with its principal place of business in Nebraska. It farms corn in Furnas County, Nebraska.

2317.   LaVonne Koehler is a resident of Knox County, Nebraska. Plaintiff maintains a farm and farms corn in Knox County, Nebraska.

2318.   Kenneth Koenig is a resident of Holt County, Nebraska. Plaintiff maintains a farm and farms corn in Holt County, Nebraska.

2319.   Kevin J Koenig is a resident of Holt County, Nebraska. Plaintiff maintains a farm and farms corn in Holt County, Nebraska.

2320.   Greg Koetter is a resident of Boone County, Nebraska. Plaintiff maintains a farm and farms corn in Boone County, Nebraska.

2321.   Twila Koetter is a resident of Boone County, Nebraska. Plaintiff maintains a farm and farms corn in Boone County, Nebraska.

2322.   Randy Koperski is a resident of Howard County, Nebraska. Plaintiff maintains a farm and farms corn in Howard County, Nebraska.

2323.   Emily Korinek is a resident of Saline County, Nebraska. Plaintiff maintains a farm and farms corn in Saline County, Nebraska.

2324.   David Korte is a resident of Colfax County, Nebraska. Plaintiff maintains a farm and farms corn in Colfax County, Nebraska.

2325.   Harry Korte is a resident of Colfax County, Nebraska. Plaintiff maintains a farm and farms corn in Colfax County, Nebraska.

2326.   Gene Korth is a resident of Cedar County, Nebraska. Plaintiff maintains a farm and farms corn in Cedar County, Nebraska.

2327.   Larry Korth is a resident of Cedar County, Nebraska. Plaintiff maintains a farm and farms corn in Cedar County, Nebraska.

2328.   Mike Korth is a resident of Cedar County, Nebraska. Plaintiff maintains a farm and farms corn in Cedar County, Nebraska.

2329.   Robert Kraenow is a resident of Johnson County, Nebraska. Plaintiff maintains a farm and farms corn in Johnson County, Nebraska.

2330.   Clifford Kramer is a resident of Logan County, Nebraska. Plaintiff maintains a farm and farms corn in Logan County, Nebraska.

2331.   Deb Kramer is a resident of Logan County, Nebraska. Plaintiff maintains a farm and farms corn in Logan County, Nebraska.

2332.   Jerome Kramer is a resident of Logan County, Nebraska. Plaintiff maintains a farm and farms corn in Logan County, Nebraska.

2333.   John Kreuscher is a resident of Dawson County, Nebraska. Plaintiff maintains a farm and farms corn in Dawson County, Nebraska.

2334.   Jason Krebs is a resident of Antelope County, Nebraska. Plaintiff maintains a farm and farms corn in Antelope County, Nebraska.

2335.   Ima Jean Kruse is a resident of Hall County, Nebraska. Plaintiff maintains a farm and farms corn in Hall County, Nebraska.

2336.   Robert Ksionzek is a resident of Sherman County, Nebraska. Plaintiff maintains a farm and farms corn in Sherman County, Nebraska.

2337.   Phillip Kucera is a resident of Nuckolls County, Nebraska. Plaintiff maintains a farm and farms corn in Nuckolls County, Nebraska.

2338.   Robert Kucera is a resident of Nuckolls County, Nebraska. Plaintiff maintains a farm and farms corn in Nuckolls County, Nebraska.

2339.   Dale Kuhlman is a resident of Knox County, Nebraska. Plaintiff maintains a farm and farms corn in Knox County, Nebraska.

2340.   Kuhlman Farms Inc is a Corporation with its principal place of business in Nebraska. It farms corn in Dawson County, Nebraska.

2341.   Gerald Kumm is a resident of Pierce County, Nebraska. Plaintiff maintains a farm and farms corn in Pierce County, Nebraska.

2342.   Steven Kumm is a resident of Knox County, Nebraska. Plaintiff maintains a farm and farms corn in Knox County, Nebraska.

2343.   John Kunzman is a resident of Boone County, Nebraska. Plaintiff maintains a farm and farms corn in Boone County, Nebraska.

2344.   Kevin R Kurpgeweit is a resident of Holt County, Nebraska. Plaintiff maintains a farm and farms corn in Holt County, Nebraska.

2345.   Dale Kurtenbach is a resident of Boone County, Nebraska. Plaintiff maintains a farm and farms corn in Boone County, Nebraska.

2346.   James Kurtenbach is a resident of Boone County, Nebraska. Plaintiff maintains a farm and farms corn in Boone County, Nebraska.

2347.   Jeff Kurtenbach is a resident of Boone County, Nebraska. Plaintiff maintains a farm and farms corn in Boone County, Nebraska.

2348.   L & J Rogers Farms Inc is a Corporation with its principal place of business in Nebraska. It farms corn in Washington County, Nebraska.

2349.   L & L Farms is a Corporation with its principal place of business in Nebraska. It farms corn in Gage County, Nebraska.

2350.   L & M Farms is a Corporation with its principal place of business in Nebraska. It farms corn in County, Nebraska.

2351.   L Z Farms Inc is a Corporation with its principal place of business in Nebraska. It farms corn in Otoe County, Nebraska.

2352.   Anthony Labenz is a resident of Madison County, Nebraska. Plaintiff maintains a farm and farms corn in Madison County, Nebraska.

2353.   Gary Labenz is a resident of Madison County, Nebraska. Plaintiff maintains a farm and farms corn in Madison County, Nebraska.

2354.   Douglas Lage is a resident of Stanton County, Nebraska. Plaintiff maintains a farm and farms corn in Stanton County, Nebraska.

2355.   Orville Lage is a resident of Stanton County, Nebraska. Plaintiff maintains a farm and farms corn in Stanton County, Nebraska.

2356.   Darrell Lammers is a resident of Cedar County, Nebraska. Plaintiff maintains a farm and farms corn in Cedar County, Nebraska.

2357.   Roger Larsen is a resident of Washington County, Nebraska. Plaintiff maintains a farm and farms corn in Washington County, Nebraska.

2358.   Brian Larson is a resident of Washington County, Nebraska. Plaintiff maintains a farm and farms corn in Washington County, Nebraska.

2359.   Gale Lassen is a resident of Howard County, Nebraska. Plaintiff maintains a farm and farms corn in Howard County, Nebraska.

2360.   Laubner Brothers is a Corporation with its principal place of business in Nebraska. It farms corn in Lincoln County, Nebraska.

2361.   Lawrence & Gloria Hansen Revocable Trust farms corn in Lincoln County, Nebraska.

2362.   Lazy HX Bar Inc is a Corporation with its principal place of business in Nebraska. It farms corn in Frontier County, Nebraska.

2363.   Lazy K Feed Yard Inc is a Corporation with its principal place of business in Nebraska. It farms corn in Platte County, Nebraska.

2364.   Bill and Michel Leapley are residents of Cedar County, Nebraska. Plaintiffs maintain a farm and farm corn in Cedar County, Nebraska.

2365.   Jim and John Leapley are residents of Cedar County, Nebraska. Plaintiffs maintain a farm and farm corn in Cedar County, Nebraska.

2366.   Lee Valley Inc is a Corporation with its principal place of business in Nebraska. It farms corn in Johnson County, Nebraska.

2367.   Arlan Leising is a resident of Furnas County, Nebraska. Plaintiff maintains a farm and farms corn in Furnas County, Nebraska.

2368.   Lemmer Ranch is a Corporation with its principal place of business in Nebraska. It farms corn in Dawson County, Nebraska.

2369.   Rob Lenzen is a resident of Cedar County, Nebraska. Plaintiff maintains a farm and farms corn in Cedar County, Nebraska.

2370.   LeRoy Busboom Revocable Trust farms corn in Lancaster County, Nebraska.

2371.   Dale Lesiak is a resident of Nance County, Nebraska. Plaintiff maintains a farm

and farms corn in Nance County, Nebraska.

2372.   Kenneth Lesiak is a resident of Nance County, Nebraska. Plaintiff maintains a farm and farms corn in Nance County, Nebraska.

2373.   Kevin Lesiak is a resident of Merrick County, Nebraska. Plaintiff maintains a farm and farms corn in Merrick County, Nebraska.

2374.   Tim Lesiak is a resident of Merrick County, Nebraska. Plaintiff maintains a farm and farms corn in Merrick County, Nebraska.

2375.   Tom Lesiak is a resident of Merrick County, Nebraska. Plaintiff maintains a farm and farms corn in Merrick County, Nebraska.

2376.   LGN Farms Inc is a Corporation with its principal place of business in Nebraska. It farms corn in Burt County, Nebraska.

2377.   Lincoln Valley Farms Inc is a Corporation with its principal place of business in Nebraska. It farms corn in Hamilton County, Nebraska.

2378.   Jack Lindley is a resident of Douglas County, Nebraska. Plaintiff maintains a farm and farms corn in Douglas County, Nebraska.

2379.   Lintner Farms is a Corporation with its principal place of business in Nebraska. It farms corn in Madison County, Nebraska.

2380.   Lismar Farms Inc is a Corporation with its principal place of business in Nebraska. It farms corn in Dodge County, Nebraska.

2381.   LJ Beckman Inc is a Corporation with its principal place of business in Nebraska. It farms corn in Antelope County, Nebraska.

2382.   Logan Reed Farms is a Corporation with its principal place of business in Nebraska.

It farms corn in Buffalo County, Nebraska.

2383. Long View Farms Inc is a Corporation with its principal place of business in Nebraska. It farms corn in Furnas County, Nebraska.

2384. Jack Loomis II is a resident of Hayes County, Nebraska. Plaintiff maintains a farm and farms corn in Hayes County, Nebraska.

2385. Anthony Loomis is a resident of Frontier County, Nebraska. Plaintiff maintains a farm and farms corn in Frontier County, Nebraska.

2386. Lorene Jewell Revocable Trust farms corn in Douglas County, Nebraska.

2387. Jeff Loshonkohl is a resident of Frontier County, Nebraska. Plaintiff maintains a farm and farms corn in Frontier County, Nebraska.

2388. LP Farms Inc is a Corporation with its principal place of business in Nebraska. It farms corn in York County, Nebraska.

2389. LS Damme Farms, Inc. is a Corporation with its principal place of business in Nebraska. It farms corn in Otoe County, Nebraska.

2390. Lucetta E Andrews Trust farms corn in Furnas County, Nebraska.

2391. LeRoy Luebbert is a resident of Cuming County, Nebraska. Plaintiff maintains a farm and farms corn in Cuming County, Nebraska.

2392. Oliva Luebbert is a resident of Cuming County, Nebraska. Plaintiff maintains a farm and farms corn in Cuming County, Nebraska.

2393. Ralph Luebbert is a resident of Cuming County, Nebraska. Plaintiff maintains a farm and farms corn in Cuming County, Nebraska.

2394. Ed Luetkenhaus is a resident of Platte County, Nebraska. Plaintiff maintains a farm

and farms corn in Platte County, Nebraska.

2395.   Dan Lutjesn is a resident of Platte County, Nebraska. Plaintiff maintains a farm and farms corn in Platte County, Nebraska.

2396.   Leon Lutkemeier is a resident of Webster County, Nebraska. Plaintiff maintains a farm and farms corn in Webster County, Nebraska.

2397.   Lydick Family Farms LLC is a Corporation with its principal place of business in Nebraska. It farms corn in Johnson County, Nebraska.

2398.   Galen Lyons is a resident of Butler County, Nebraska. Plaintiff maintains a farm and farms corn in Butler County, Nebraska.

2399.   M & D Inc is a Corporation with its principal place of business in Nebraska. It farms corn in Douglas County, Nebraska.

2400.   Robert A Mager is a resident of Saline County, Nebraska. Plaintiff maintains a farm and farms corn in Saline County, Nebraska.

2401.   Steve Makovicka is a resident of Butler County, Nebraska. Plaintiff maintains a farm and farms corn in Butler County, Nebraska.

2402.   Maple Leaf Dairy is a Corporation with its principal place of business in Nebraska. It farms corn in Nance County, Nebraska.

2403.   Dwain Marcellus is a resident of Holt County, Nebraska. Plaintiff maintains a farm and farms corn in Holt County, Nebraska.

2404.   Mark Oberg LLC is a Corporation with its principal place of business in Nebraska. It farms corn in Dawson County, Nebraska.

2405.   Mark Sunneberg Farms is a Corporation with its principal place of business in

Nebraska. It farms corn in Pawnee County, Nebraska.

2406.   Jason Marschman is a resident of Jefferson County, Nebraska. Plaintiff maintains a farm and farms corn in Jefferson County, Nebraska.

2407.   Christopher Marsh is a resident of Cedar County, Nebraska. Plaintiff maintains a farm and farms corn in Cedar County, Nebraska.

2408.   Charles Martin is a resident of Kearney County, Nebraska. Plaintiff maintains a farm and farms corn in Kearney County, Nebraska.

2409.   Martin Farms LLC is a Corporation with its principal place of business in Nebraska. It farms corn in Buffalo County, Nebraska.

2410.   Mary Ann Peterson Jansen Farms Inc is a Corporation with its principal place of business in Nebraska. It farms corn in Sarpy County, Nebraska.

2411.   Mashed "O" LLC is a Corporation with its principal place of business in Nebraska. It farms corn in Boone County, Nebraska.

2412.   Mason Grove Land & Cattle is a Corporation with its principal place of business in Nebraska. It farms corn in Knox County, Nebraska.

2413.   James P Mayfield is a resident of Cass County, Nebraska. Plaintiff maintains a farm and farms corn in Cass County, Nebraska.

2414.   Craig Mazour is a resident of Nuckolls County, Nebraska. Plaintiff maintains a farm and farms corn in Nuckolls County, Nebraska.

2415.   Don Mazour is a resident of Nuckolls County, Nebraska. Plaintiff maintains a farm and farms corn in Nuckolls County, Nebraska.

2416.   Jeff McBride is a resident of Keith County, Nebraska. Plaintiff maintains a farm

and farms corn in Keith County, Nebraska.

2417.   Joe McBride is a resident of Keith County, Nebraska. Plaintiff maintains a farm and farms corn in Keith County, Nebraska.

2418.   Larry A McClellan is a resident of Merrick County, Nebraska. Plaintiff maintains a farm and farms corn in Merrick County, Nebraska.

2419.   Roger McClellan is a resident of Merrick County, Nebraska. Plaintiff maintains a farm and farms corn in Merrick County, Nebraska.

2420.   McClellan Farms is a Corporation with its principal place of business in Nebraska. It farms corn in Merrick County, Nebraska.

2421.   Christopher J McKillip is a resident of Antelope County, Nebraska. Plaintiff maintains a farm and farms corn in Antelope County, Nebraska.

2422.   Dennis McKillip is a resident of Antelope County, Nebraska. Plaintiff maintains a farm and farms corn in Antelope County, Nebraska.

2423.   MCL Farms is a Corporation with its principal place of business in Nebraska. It farms corn in Burt County, Nebraska.

2424.   Meis & Sons LLC is a Corporation with its principal place of business in Nebraska. It farms corn in Antelope County, Nebraska.

2425.   Floyd Melcher is a resident of Madison County, Nebraska. Plaintiff maintains a farm and farms corn in Madison County, Nebraska.

2426.   Randy Melcher is a resident of Platte County, Nebraska. Plaintiff maintains a farm and farms corn in Platte County, Nebraska.

2427.   Richard Melcher is a resident of Knox County, Nebraska. Plaintiff maintains a farm

and farms corn in Knox County, Nebraska.

2428.   Jeff Meradith is a resident of York County, Nebraska. Plaintiff maintains a farm and farms corn in York County, Nebraska.

2429.   Andrew and Derek Method are residents of Burt County, Nebraska. Plaintiffs maintain a farm and farm corn in Burt County, Nebraska.

2430.   Bill Method is a resident of Burt County, Nebraska. Plaintiff maintains a farm and farms corn in Burt County, Nebraska.

2431.   Fred Meyer is a resident of Howard County, Nebraska. Plaintiff maintains a farm and farms corn in Howard County, Nebraska.

2432.   Kelly Meyer is a resident of Wayne County, Nebraska. Plaintiff maintains a farm and farms corn in Wayne County, Nebraska.

2433.   MHG Farms Inc is a Corporation with its principal place of business in Nebraska. It farms corn in Hall County, Nebraska.

2434.   MHG Inc is a Corporation with its principal place of business in Nebraska. It farms corn in Hall County, Nebraska

2435.   Delvin Micek is a resident of Platte County, Nebraska. Plaintiff maintains a farm and farms corn in Platte County, Nebraska.

2436.   Gerald F Micek is a resident of Platte County, Nebraska. Plaintiff maintains a farm and farms corn in Platte County, Nebraska.

2437.   Glen A Micek is a resident of Platte County, Nebraska. Plaintiff maintains a farm and farms corn in Platte County, Nebraska.

2438.   Michael Farms is a Corporation with its principal place of business in Nebraska. It

farms corn in Boone County, Nebraska.

2439.   Mikita Farms Inc is a Corporation with its principal place of business in Nebraska. It farms corn in Adams County, Nebraska.

2440.   Mikita LLC is a Corporation with its principal place of business in Nebraska. It farms corn in Adams County, Nebraska.

2441.   MJS Farms Inc is a Corporation with its principal place of business in Nebraska. It farms corn in Cass County, Nebraska.

2442.   Brian Moes is a resident of Knox County, Nebraska. Plaintiff maintains a farm and farms corn in Knox County, Nebraska.

2443.   David Mohlman is a resident of Webster County, Nebraska. Plaintiff maintains a farm and farms corn in Webster County, Nebraska.

2444.   Ed Moser is a resident of Knox County, Nebraska. Plaintiff maintains a farm and farms corn in Knox County, Nebraska.

2445.   Gerald Moser is a resident of Antelope County, Nebraska. Plaintiff maintains a farm and farms corn in Antelope County, Nebraska.

2446.   Doran Moss is a resident of Hall County, Nebraska. Plaintiff maintains a farm and farms corn in Hall County, Nebraska.

2447.   Larry Mudloff is a resident of Holt County, Nebraska. Plaintiff maintains a farm and farms corn in Holt County, Nebraska.

2448.   Lori Mudloff is a resident of Holt County, Nebraska. Plaintiff maintains a farm and farms corn in Holt County, Nebraska.

2449.   James Mueller is a resident of Thurston County, Nebraska. Plaintiff maintains a

farm and farms corn in Thurston County, Nebraska.

2450.   Murdoch Partnership is Nebraska Partnership which farms corn in Furnas County, Nebraska.

2451.   Mustion Farms is a Corporation with its principal place of business in Nebraska. It farms corn in Hitchcock County, Nebraska.

2452.   Bryce Naber is a resident of Boone County, Nebraska. Plaintiff maintains a farm and farms corn in Boone County, Nebraska.

2453.   Nacora Ltd is a Corporation with its principal place of business in Nebraska. It farms corn in Dakota County, Nebraska.

2454.   Ben Nelson is a resident of Platte County, Nebraska. Plaintiff maintains a farm and farms corn in Platte County, Nebraska.

2455.   Roger Nelson is a resident of Thurston County, Nebraska. Plaintiff maintains a farm and farms corn in Thurston County, Nebraska.

2456.   Michael Nickman is a resident of Buffalo County, Nebraska. Plaintiff maintains a farm and farms corn in Buffalo County, Nebraska.

2457.   Dale Nicolaus is a resident of Boyd County, Nebraska. Plaintiff maintains a farm and farms corn in Boyd County, Nebraska.

2458.   Niobrara Farms is a Corporation with its principal place of business in Nebraska. It farms corn in Holt County, Nebraska.

2459.   Art Nitzsche is a resident of Cuming County, Nebraska. Plaintiff maintains a farm and farms corn in Cuming County, Nebraska.

2460.   Noonan Equipment is a Corporation with its principal place of business in

Nebraska. It farms corn in Platte County, Nebraska.

2461.   Norman Ruskamp Farm is a Corporation with its principal place of business in Nebraska. It farms corn in Dodge County, Nebraska.

2462.   North Poole Farms Inc is a Corporation with its principal place of business in Nebraska. It farms corn in Buffalo County, Nebraska.

2463.   North Star Farms is a Corporation with its principal place of business in Nebraska. It farms corn in Cedar County, Nebraska.

2464.   Stewart Nuesch is a resident of Pierce County, Nebraska. Plaintiff maintains a farm and farms corn in Pierce County, Nebraska.

2465.   Joseph Oberbrockling is a resident of Antelope County, Nebraska. Plaintiff maintains a farm and farms corn in Antelope County, Nebraska.

2466.   Mark Oberg is a resident of Dawson County, Nebraska. Plaintiff maintains a farm and farms corn in Dawson County, Nebraska.

2467.   Anton Oeltjen is a resident of Howard County, Nebraska. Plaintiff maintains a farm and farms corn in Howard County, Nebraska.

2468.   Anders Olson is a resident of Johnson County, Nebraska. Plaintiff maintains a farm and farms corn in Johnson County, Nebraska.

2469.   Dan Olson is a resident of Antelope County, Nebraska. Plaintiff maintains a farm and farms corn in Antelope County, Nebraska.

2470.   Lowell Olson is a resident of Wayne County, Nebraska. Plaintiff maintains a farm and farms corn in Wayne County, Nebraska.

2471.   Randy L Olson is a resident of Johnson County, Nebraska. Plaintiff maintains a

farm and farms corn in Johnson County, Nebraska.

2472.   Scott L Olson is a resident of Johnson County, Nebraska. Plaintiff maintains a farm and farms corn in Johnson County, Nebraska.

2473.   Steve Olson is a resident of Antelope County, Nebraska. Plaintiff maintains a farm and farms corn in Antelope County, Nebraska.

2474.   Omaha Nation Farms LLC is a Corporation with its principal place of business in Nebraska. It farms corn in Dakota County, Nebraska.

2475.   Arlyn and Kay Osborn are residents of Dawson County, Nebraska. Plaintiffs maintain a farm and farm corn in Dawson County, Nebraska.

2476.   Osborn Farms is a Corporation with its principal place of business in Nebraska. It farms corn in Dawson County, Nebraska.

2477.   Arthur Ostermeier is a resident of Hall County, Nebraska. Plaintiff maintains a farm and farms corn in Hall County, Nebraska.

2478.   Ostermeier Limited Partnership is a Nebraska Partnership which farms corn in Hall County, Nebraska.

2479.   Doug Ott is a resident of York County, Nebraska. Plaintiff maintains a farm and farms corn in York County, Nebraska.

2480.   Glen Ott is a resident of York County, Nebraska. Plaintiff maintains a farm and farms corn in York County, Nebraska.

2481.   Randy Owens is a resident of Wayne County, Nebraska. Plaintiff maintains a farm and farms corn in Wayne County, Nebraska.

2482.   Tanner Parde is a resident of Gage County, Nebraska. Plaintiff maintains a farm

and farms corn in Gage County, Nebraska.

2483.   Pavelka Ranch is a Corporation with its principal place of business in Nebraska. It farms corn in Holt County, Nebraska.

2484.   Peterson Farms is a Corporation with its principal place of business in Nebraska. It farms corn in Holt County, Nebraska.

2485.   Peterson Livestock Inc is a Corporation with its principal place of business in Nebraska. It farms corn in Harlan County, Nebraska.

2486.   Pettett-Florell Land & Cattle is a Corporation with its principal place of business in Nebraska. It farms corn in Kearney County, Nebraska.

2487.   Marvin Pfeifer is a resident of Madison County, Nebraska. Plaintiff maintains a farm and farms corn in Madison County, Nebraska.

2488.   Thomas Pfeifer is a resident of Madison County, Nebraska. Plaintiff maintains a farm and farms corn in Madison County, Nebraska.

2489.   Wade Pfeifer is a resident of Platte County, Nebraska. Plaintiff maintains a farm and farms corn in Platte County, Nebraska.

2490.   Phyllis Hagerbaumer Estate is a resident of Kearney County, Nebraska. It farms corn in Kearney County, Nebraska.

2491.   Pine Canyon Ag is a Corporation with its principal place of business in Nebraska. It farms corn in Custer County, Nebraska.

2492.   Christopher Pohl is a resident of York County, Nebraska. Plaintiff maintains a farm and farms corn in York County, Nebraska.

2493.   Pohl Farms Inc is a Corporation with its principal place of business in Nebraska. It

farms corn in York County, Nebraska.

2494.   Lowell Poppe is a resident of Dodge County, Nebraska. Plaintiff maintains a farm and farms corn in Dodge County, Nebraska.

2495.   Paul Poppe is a resident of Dodge County, Nebraska. Plaintiff maintains a farm and farms corn in Dodge County, Nebraska.

2496.   Troy Poppe is a resident of Knox County, Nebraska. Plaintiff maintains a farm and farms corn in Knox County, Nebraska.

2497.   Porkview Farm Inc is a Corporation with its principal place of business in Nebraska. It farms corn in Dodge County, Nebraska.

2498.   Brock Pospichal is a resident of Rock County, Nebraska. Plaintiff maintains a farm and farms corn in Rock County, Nebraska.

2499.   Randy Post is a resident of Otoe County, Nebraska. Plaintiff maintains a farm and farms corn in Otoe County, Nebraska.

2500.   Gary Powell is a resident of Burt County, Nebraska. Plaintiff maintains a farm and farms corn in Burt County, Nebraska.

2501.   Powell Canyon Ranch is a Corporation with its principal place of business in Nebraska. It farms corn in Custer County, Nebraska.

2502.   Allan Preston is a resident of Thurston County, Nebraska. Plaintiff maintains a farm and farms corn in Thurston County, Nebraska.

2503.   Mark Pribil is a resident of Holt County, Nebraska. Plaintiff maintains a farm and farms corn in Holt County, Nebraska.

2504.   Prime Time Farms is a Corporation with its principal place of business in Nebraska.

It farms corn in Dawson County, Nebraska.

2505.   Lyle Probst is a resident of Gage County, Nebraska. Plaintiff maintains a farm and farms corn in Gage County, Nebraska.

2506.   Michael Prososki is a resident of Polk County, Nebraska. Plaintiff maintains a farm and farms corn in Polk County, Nebraska.

2507.   Myron Prososki is a resident of Polk County, Nebraska. Plaintiff maintains a farm and farms corn in Polk County, Nebraska.

2508.   Mike Puhalla is a resident of Pawnee County, Nebraska. Plaintiff maintains a farm and farms corn in Pawnee County, Nebraska.

2509.   PVT Land & Cattle LLC is a Corporation with its principal place of business in Nebraska. It farms corn in Furnas County, Nebraska.

2510.   R & G Partnership is a Nebraska Partnership which farms corn in Frontier County, Nebraska.

2511.   R & J Wahlgren General Partnership is a Nebraska Partnership which farms corn in Lincoln County, Nebraska.

2512.   R G Lindstrom Farms Inc is a Corporation with its principal place of business in Nebraska. It farms corn in Burt County, Nebraska.

2513.   Rae-Valley Farms is a Corporation with its principal place of business in Nebraska. It farms corn in Boone County, Nebraska.

2514.   Ralph & Laura DeLong Trust farms corn in Cedar County, Nebraska.

2515.   Michael Ramaekers is a resident of Platte County, Nebraska. Plaintiff maintains a farm and farms corn in Platte County, Nebraska.

2516.   Rancin Inc is a Corporation with its principal place of business in Nebraska. It farms corn in Dawson County, Nebraska.

2517.   Heath Rasmussen is a resident of Saline County, Nebraska. Plaintiff maintains a farm and farms corn in Saline County, Nebraska.

2518.   Wayne Rasmussen is a resident of Boone County, Nebraska. Plaintiff maintains a farm and farms corn in Boone County, Nebraska.

2519.   Raun Farms Inc is a Corporation with its principal place of business in Nebraska. It farms corn in Kearney County, Nebraska.

2520.   Ray J Farms Inc is a Corporation with its principal place of business in Nebraska. It farms corn in Otoe County, Nebraska.

2521.   Jim Realph is a resident of Washington County, Nebraska. Plaintiff maintains a farm and farms corn in Washington County, Nebraska.

2522.   Earl Reeves is a resident of Madison County, Nebraska. Plaintiff maintains a farm and farms corn in Madison County, Nebraska.

2523.   James E Reeves is a resident of Madison County, Nebraska. Plaintiff maintains a farm and farms corn in Madison County, Nebraska.

2524.   John Reeves is a resident of Madison County, Nebraska. Plaintiff maintains a farm and farms corn in Madison County, Nebraska.

2525.   Matthew Reeves is a resident of Madison County, Nebraska. Plaintiff maintains a farm and farms corn in Madison County, Nebraska.

2526.   Reeves Farms LLC is a Corporation with its principal place of business in Nebraska. It farms corn in Madison County, Nebraska.

2527.  Bruce Regier is a resident of York County, Nebraska. Plaintiff maintains a farm and farms corn in York County, Nebraska.

2528.  Gayland Regier is a resident of Gage County, Nebraska. Plaintiff maintains a farm and farms corn in Gage County, Nebraska.

2529.  Kim Regier is a resident of York County, Nebraska. Plaintiff maintains a farm and farms corn in York County, Nebraska.

2530.  Maxine Regier is a resident of York County, Nebraska. Plaintiff maintains a farm and farms corn in York County, Nebraska.

2531.  John Reichmuth is a resident of Platte County, Nebraska. Plaintiff maintains a farm and farms corn in Platte County, Nebraska.

2532.  Richard Reikofski is a resident of Madison County, Nebraska. Plaintiff maintains a farm and farms corn in Madison County, Nebraska.

2533.  REMD LLC is a Corporation with its principal place of business in Nebraska. It farms corn in Butler County, Nebraska.

2534.  Rodney Renken is a resident of Phelps County, Nebraska. Plaintiff maintains a farm and farms corn in Phelps County, Nebraska.

2535.  Mike and Cheryl Rentschler are residents of Holt County, Nebraska. Plaintiffs maintain a farm and farm corn in Holt County, Nebraska.

2536.  Richland Acres Trust farms corn in Jefferson County, Nebraska.

2537.  James D and Sharon J Riley are residents of Hall County, Nebraska. Plaintiffs maintain a farm and farm corn in Hall County, Nebraska.

2538.  Rinne Farm LLC is a Corporation with its principal place of business in Nebraska.

It farms corn in Lancaster County, Nebraska.

2539.   River Rock Farms is a Corporation with its principal place of business in Nebraska. It farms corn in Dawson County, Nebraska.

2540.   Robert E and Katherine R Brummels Trust farms corn in Cedar County, Nebraska.

2541.   Tim Rodehorst is a resident of Platte County, Nebraska. Plaintiff maintains a farm and farms corn in Platte County, Nebraska.

2542.   Larry Roeber is a resident of Saunders County, Nebraska. Plaintiff maintains a farm and farms corn in Saunders County, Nebraska.

2543.   Wendell Rohrer is a resident of Knox County, Nebraska. Plaintiff maintains a farm and farms corn in Knox County, Nebraska.

2544.   Donld J Rolf is a resident of Nance County, Nebraska. Plaintiff maintains a farm and farms corn in Nance County, Nebraska.

2545.   Michael D Rolf is a resident of Nance County, Nebraska. Plaintiff maintains a farm and farms corn in Nance County, Nebraska.

2546.   Dustin Rowe is a resident of Dawson County, Nebraska. Plaintiff maintains a farm and farms corn in Dawson County, Nebraska.

2547.   Henry Rudolph is a resident of Greeley County, Nebraska. Plaintiff maintains a farm and farms corn in Greeley County, Nebraska.

2548.   Jamie Rudolph is a resident of Greeley County, Nebraska. Plaintiff maintains a farm and farms corn in Greeley County, Nebraska.

2549.   John Rudolph is a resident of Otoe County, Nebraska. Plaintiff maintains a farm and farms corn in Otoe County, Nebraska.

2550.   Mike Rudolph is a resident of Otoe County, Nebraska. Plaintiff maintains a farm and farms corn in Otoe County, Nebraska.

2551.   Arlynn Runge is a resident of Platte County, Nebraska. Plaintiff maintains a farm and farms corn in Platte County, Nebraska.

2552.   August and Carolyn Runge are residents of Platte County, Nebraska. Plaintiffs maintain a farm and farm corn in Platte County, Nebraska.

2553.   August Runge III is a resident of Platte County, Nebraska. Plaintiff maintains a farm and farms corn in Platte County, Nebraska.

2554.   James M Rush is a resident of Johnson County, Nebraska. Plaintiff maintains a farm and farms corn in Johnson County, Nebraska.

2555.   Charles Rutenbeck is a resident of Wayne County, Nebraska. Plaintiff maintains a farm and farms corn in Wayne County, Nebraska.

2556.   Ryan Ruzicka is a resident of Antelope County, Nebraska. Plaintiff maintains a farm and farms corn in Antelope County, Nebraska.

2557.   Leonard Salda is a resident of Saline County, Nebraska. Plaintiff maintains a farm and farms corn in Saline County, Nebraska.

2558.   Marvin Schaneman is a resident of Scotts Bluff County, Nebraska. Plaintiff maintains a farm and farms corn in Scotts Bluff County, Nebraska.

2559.   Jay Schilling is a resident of Red Willow County, Nebraska. Plaintiff maintains a farm and farms corn in Red Willow County, Nebraska.

2560.   Schmidt Farms Inc is a Corporation with its principal place of business in Nebraska. It farms corn in Phelps County, Nebraska.

2561.   Jason Schneider is a resident of Dawson County, Nebraska. Plaintiff maintains a farm and farms corn in Dawson County, Nebraska.

2562.   Ryan Schneider is a resident of Dawson County, Nebraska. Plaintiff maintains a farm and farms corn in Dawson County, Nebraska.

2563.   Brian Schnoor is a resident of Dodge County, Nebraska. Plaintiff maintains a farm and farms corn in Dodge County, Nebraska.

2564.   Schoen Farms Inc is a Corporation with its principal place of business in Nebraska. It farms corn in Furnas County, Nebraska.

2565.   David Schold is a resident of Burt County, Nebraska. Plaintiff maintains a farm and farms corn in Burt County, Nebraska.

2566.   Jesse Schold is a resident of Burt County, Nebraska. Plaintiff maintains a farm and farms corn in Burt County, Nebraska.

2567.   Ron Scholl is a resident of Antelope County, Nebraska. Plaintiff maintains a farm and farms corn in Antelope County, Nebraska.

2568.   Dean Schoneweis is a resident of Gage County, Nebraska. Plaintiff maintains a farm and farms corn in Gage County, Nebraska.

2569.   Doug Schoneweis is a resident of Gage County, Nebraska. Plaintiff maintains a farm and farms corn in Gage County, Nebraska.

2570.   Matt Schramm is a resident of Gage County, Nebraska. Plaintiff maintains a farm and farms corn in Gage County, Nebraska.

2571.   Don Schuller is a resident of Gage County, Nebraska. Plaintiff maintains a farm and farms corn in Gage County, Nebraska.

2572.   Ken Schumacher is a resident of Antelope County, Nebraska. Plaintiff maintains a farm and farms corn in Antelope County, Nebraska.

2573.   Schumacher Bros is a Corporation with its principal place of business in Nebraska. It farms corn in Boone County, Nebraska.

2574.   Rick and Brent Sebade are residents of Dakota County, Nebraska. Plaintiffs maintain a farm and farm corn in Dakota County, Nebraska.

2575.   Donald Seier is a resident of Boone County, Nebraska. Plaintiff maintains a farm and farms corn in Boone County, Nebraska.

2576.   Myron Seier is a resident of Boone County, Nebraska. Plaintiff maintains a farm and farms corn in Boone County, Nebraska.

2577.   Kirk and Barb Shane are residents of Holt County, Nebraska. Plaintiffs maintain a farm and farm corn in Holt County, Nebraska.

2578.   Perry Shane is a resident of Holt County, Nebraska. Plaintiff maintains a farm and farms corn in Holt County, Nebraska.

2579.   Scott L Shane is a resident of Holt County, Nebraska. Plaintiff maintains a farm and farms corn in Holt County, Nebraska.

2580.   Todd and Amy Shane are residents of Holt County, Nebraska. Plaintiffs maintain a farm and farm corn in Holt County, Nebraska.

2581.   Shirley A Johannes Revocable Trust farms in Colfax County, Nebraska.

2582.   Bill Shotkoski is a resident of Dawson County, Nebraska. Plaintiff maintains a farm and farms corn in Dawson County, Nebraska.

2583.   Simpson Farms is a Corporation with its principal place of business in Nebraska. It

farms corn in Burt County, Nebraska.

2584.   James Sisson is a resident of Burt County, Nebraska. Plaintiff maintains a farm and farms corn in Burt County, Nebraska.

2585.   Ronald Slobaszewski is a resident of Howard County, Nebraska. Plaintiff maintains a farm and farms corn in Howard County, Nebraska.

2586.   Alan Smith is a resident of Frontier County, Nebraska. Plaintiff maintains a farm and farms corn in Frontier County, Nebraska.

2587.   Gerald Smith is a resident of Greeley County, Nebraska. Plaintiff maintains a farm and farms corn in Greeley County, Nebraska.

2588.   Soll Farms is a Corporation with its principal place of business in Nebraska. It farms corn in Cuming County, Nebraska.

2589.   Helen Solt is a resident of Merrick County, Nebraska. Plaintiff maintains a farm and farms corn in Merrick County, Nebraska.

2590.   Jerry Soukup is a resident of Saunders County, Nebraska. Plaintiff maintains a farm and farms corn in Saunders County, Nebraska.

2591.   Mattthew Soukup is a resident of Douglas County, Nebraska. Plaintiff maintains a farm and farms corn in Douglas County, Nebraska.

2592.   Elaine Spanjer is a resident of Dawson County, Nebraska. Plaintiff maintains a farm and farms corn in Dawson County, Nebraska.

2593.   Leland Spanjer is a resident of Dawson County, Nebraska. Plaintiff maintains a farm and farms corn in Dawson County, Nebraska.

2594.   Daniel Sprunk is a resident of Platte County, Nebraska. Plaintiff maintains a farm

and farms corn in Platte County, Nebraska.

2595.   David Sprunk is a resident of Platte County, Nebraska. Plaintiff maintains a farm and farms corn in Platte County, Nebraska.

2596.   LeRoy Sprunk Jr is a resident of Platte County, Nebraska. Plaintiff maintains a farm and farms corn in Platte County, Nebraska.

2597.   LeRoy Sprunk Sr is a resident of Platte County, Nebraska. Plaintiff maintains a farm and farms corn in Platte County, Nebraska.

2598.   Bryan Stanczyk is a resident of Sherman County, Nebraska. Plaintiff maintains a farm and farms corn in Sherman County, Nebraska.

2599.   James Stanczyk is a resident of Sherman County, Nebraska. Plaintiff maintains a farm and farms corn in Sherman County, Nebraska.

2600.   Brett Stanek is a resident of Thurston County, Nebraska. Plaintiff maintains a farm and farms corn in Thurston County, Nebraska.

2601.   Val Stanek is a resident of Thurston County, Nebraska. Plaintiff maintains a farm and farms corn in Thurston County, Nebraska.

2602.   Dean Stara is a resident of Butler County, Nebraska. Plaintiff maintains a farm and farms corn in Butler County, Nebraska.

2603.   Donald Stara is a resident of Seward County, Nebraska. Plaintiff maintains a farm and farms corn in Seward County, Nebraska.

2604.   Eric Stara is a resident of Butler County, Nebraska. Plaintiff maintains a farm and farms corn in Butler County, Nebraska.

2605.   Gary Stara is a resident of Seward County, Nebraska. Plaintiff maintains a farm and

farms corn in Seward County, Nebraska.

2606.   Jim Stara is a resident of Butler County, Nebraska. Plaintiff maintains a farm and farms corn in Butler County, Nebraska.

2607.   Keith Stara is a resident of Butler County, Nebraska. Plaintiff maintains a farm and farms corn in Butler County, Nebraska.

2608.   Kenneth Stara is a resident of Butler County, Nebraska. Plaintiff maintains a farm and farms corn in Butler County, Nebraska.

2609.   Philip Starman is a resident of Antelope County, Nebraska. Plaintiff maintains a farm and farms corn in Antelope County, Nebraska.

2610.   Gerald Stech is a resident of Pierce County, Nebraska. Plaintiff maintains a farm and farms corn in Pierce County, Nebraska.

2611.   Marvin Stech is a resident of Pierce County, Nebraska. Plaintiff maintains a farm and farms corn in Pierce County, Nebraska.

2612.   Ronald Stech is a resident of Pierce County, Nebraska. Plaintiff maintains a farm and farms corn in Pierce County, Nebraska.

2613.   Adam Steffen is a resident of Cuming County, Nebraska. Plaintiff maintains a farm and farms corn in Cuming County, Nebraska.

2614.   Bart Steffen is a resident of Cuming County, Nebraska. Plaintiff maintains a farm and farms corn in Cuming County, Nebraska.

2615.   Gene Steffen is a resident of Cedar County, Nebraska. Plaintiff maintains a farm and farms corn in Cedar County, Nebraska.

2616.   Matt Steffen is a resident of Cuming County, Nebraska. Plaintiff maintains a farm

and farms corn in Cuming County, Nebraska.

2617.   Steffen Bros Partnership is a Nebraska Partnership which farms in Cuming County, Nebraska.

2618.   Steffen Properties LLC is a Corporation with its principal place of business in Nebraska. It farms corn in Cuming County, Nebraska.

2619.   Brian Stehno is a resident of Hitchcock County, Nebraska. Plaintiff maintains a farm and farms corn in Hitchcock County, Nebraska.

2620.   Frank Stehno is a resident of Hitchcock County, Nebraska. Plaintiff maintains a farm and farms corn in Hitchcock County, Nebraska.

2621.   Stehno Land Co is a Corporation with its principal place of business in Nebraska. It farms corn in Hitchcock County, Nebraska.

2622.   Eric Stelk is a resident of Hall County, Nebraska. Plaintiff maintains a farm and farms corn in Hall County, Nebraska.

2623.   Monte Stelk is a resident of Hall County, Nebraska. Plaintiff maintains a farm and farms corn in Hall County, Nebraska.

2624.   Stelling Farms Inc is a Corporation with its principal place of business in Nebraska. It farms corn in Knox County, Nebraska.

2625.   Roy Stoltenberg is a resident of Hall County, Nebraska. Plaintiff maintains a farm and farms corn in Hall County, Nebraska.

2626.   Charles F Stone is a resident of Madison County, Nebraska. Plaintiff maintains a farm and farms corn in Madison County, Nebraska.

2627.   Stone Farms is a Corporation with its principal place of business in Nebraska. It

farms corn in Platte County, Nebraska.

2628.   Storm Farms is a Corporation with its principal place of business in Nebraska. It farms corn in Thurston County, Nebraska.

2629.   Stracke Cattle Co is a Corporation with its principal place of business in Nebraska. It farms corn in Holt County, Nebraska.

2630.   Orrin Strand is a resident of Boone County, Nebraska. Plaintiff maintains a farm and farms corn in Boone County, Nebraska.

2631.   Stroh Acres Inc is a Corporation with its principal place of business in Nebraska. It farms corn in Adams County, Nebraska.

2632.   Pat Struckman is a resident of Keith County, Nebraska. Plaintiff maintains a farm and farms corn in Keith County, Nebraska.

2633.   Verdel Stuhr is a resident of Antelope County, Nebraska. Plaintiff maintains a farm and farms corn in Antelope County, Nebraska.

2634.   Stumpff Farms LLC is a Corporation with its principal place of business in Nebraska. It farms corn in Cass County, Nebraska.

2635.   Brad Stutzman is a resident of Hall County, Nebraska. Plaintiff maintains a farm and farms corn in Hall County, Nebraska.

2636.   Ronald K Sudbeck is a resident of Cedar County, Nebraska. Plaintiff maintains a farm and farms corn in Cedar County, Nebraska.

2637.   Mel Sueper is a resident of Platte County, Nebraska. Plaintiff maintains a farm and farms corn in Platte County, Nebraska.

2638.   Raymond Sueper is a resident of Platte County, Nebraska. Plaintiff maintains a

farm and farms corn in Platte County, Nebraska.

2639.   Sueper Farms is a Corporation with its principal place of business in Nebraska. It farms corn in Platte County, Nebraska.

2640.   Suhr Farms is a Corporation with its principal place of business in Nebraska. It farms corn in Dodge County, Nebraska.

2641.   R Mark Sullivan is a resident of Hall County, Nebraska. Plaintiff maintains a farm and farms corn in Hall County, Nebraska.

2642.   Sunny Heights LLC is a Corporation with its principal place of business in Nebraska. It farms corn in Red Willow County, Nebraska.

2643.   Jason Swertzic is a resident of Nance County, Nebraska. Plaintiff maintains a farm and farms corn in Nance County, Nebraska.

2644.   John Swertzic is a resident of Hall County, Nebraska. Plaintiff maintains a farm and farms corn in Hall County, Nebraska.

2645.   Art Tanderup is a resident of Antelope County, Nebraska. Plaintiff maintains a farm and farms corn in Antelope County, Nebraska.

2646.   Tarnick Farms is a Corporation with its principal place of business in Nebraska. It farms corn in Nance County, Nebraska.

2647.   Craig Alan Tegeler is a resident of Madison County, Nebraska. Plaintiff maintains a farm and farms corn in Madison County, Nebraska.

2648.   Larry Tegeler is a resident of Madison County, Nebraska. Plaintiff maintains a farm and farms corn in Madison County, Nebraska.

2649.   G Bonnie Tessendorf is a resident of Platte County, Nebraska. Plaintiff maintains

a farm and farms corn in Platte County, Nebraska.

2650.   Gale Tessendorf is a resident of Platte County, Nebraska. Plaintiff maintains a farm and farms corn in Platte County, Nebraska.

2651.   Ryan Tessendorf is a resident of Platte County, Nebraska. Plaintiff maintains a farm and farms corn in Platte County, Nebraska.

2652.   Vaeria Theisen is a resident of Douglas County, Nebraska. Plaintiff maintains a farm and farms corn in Douglas County, Nebraska.

2653.   Curt Thiele is a resident of Antelope County, Nebraska. Plaintiff maintains a farm and farms corn in Antelope County, Nebraska.

2654.   Fred Thiele is a resident of Antelope County, Nebraska. Plaintiff maintains a farm and farms corn in Antelope County, Nebraska.

2655.   John J Thiele is a resident of Antelope County, Nebraska. Plaintiff maintains a farm and farms corn in Antelope County, Nebraska.

2656.   Thiele Dairy is a Corporation with its principal place of business in Nebraska. It farms corn in Antelope County, Nebraska.

2657.   Benjamin Thieman is a resident of Boone County, Nebraska. Plaintiff maintains a farm and farms corn in Boone County, Nebraska.

2658.   Lola Thomas is a resident of Keith County, Nebraska. Plaintiff maintains a farm and farms corn in Keith County, Nebraska.

2659.   Thomas Farms is a Corporation with its principal place of business in Nebraska. It farms corn in Burt County, Nebraska.

2660.   Thomas Land Company is a Corporation with its principal place of business in

Nebraska. It farms corn in Keith County, Nebraska.

2661.   Glenn Tidyman is a resident of Lincoln County, Nebraska. Plaintiff maintains a farm and farms corn in Lincoln County, Nebraska.

2662.   Fred Tiedgen is a resident of Madison County, Nebraska. Plaintiff maintains a farm and farms corn in Madison County, Nebraska.

2663.   William J Tielke is a resident of Holt County, Nebraska. Plaintiff maintains a farm and farms corn in Holt County, Nebraska.

2664.   Norma Jean Tillotson is a resident of Knox County, Nebraska. Plaintiff maintains a farm and farms corn in Knox County, Nebraska.

2665.   Harold Timmons is a resident of Greeley County, Nebraska. Plaintiff maintains a farm and farms corn in Greeley County, Nebraska.

2666.   Michael Timmons is a resident of Greeley County, Nebraska. Plaintiff maintains a farm and farms corn in Greeley County, Nebraska.

2667.   Tisthammer Farms is a Corporation with its principal place of business in Nebraska. It farms corn in Boone County, Nebraska.

2668.   TLS Farms is a Corporation with its principal place of business in Nebraska. It farms corn in Pierce County, Nebraska.

2669.   Dennis Tomka is a resident of Colfax County, Nebraska. Plaintiff maintains a farm and farms corn in Colfax County, Nebraska.

2670.   Tri R Farms Inc is a Corporation with its principal place of business in Nebraska. It farms corn in Keya Paha County, Nebraska.

2671.   Triphibian Inc is a Corporation with its principal place of business in Nebraska. It

farms corn in Dawson County, Nebraska.

2672.   Turek Land & Cattle Inc is a Corporation with its principal place of business in Nebraska. It farms corn in Buffalo County, Nebraska.

2673.   Richard Turner is a resident of Phelps County, Nebraska. Plaintiff maintains a farm and farms corn in Phelps County, Nebraska.

2674.   Tim Twibell is a resident of Antelope County, Nebraska. Plaintiff maintains a farm and farms corn in Antelope County, Nebraska.

2675.   Clarence Uhing is a resident of Cuming County, Nebraska. Plaintiff maintains a farm and farms corn in Cuming County, Nebraska.

2676.   Unger Farms LLC is a Corporation with its principal place of business in Nebraska. It farms corn in Red Willow County, Nebraska.

2677.   Allan Urkoski is a resident of Merrick County, Nebraska. Plaintiff maintains a farm and farms corn in Merrick County, Nebraska.

2678.   Kraig Urkoski is a resident of Merrick County, Nebraska. Plaintiff maintains a farm and farms corn in Merrick County, Nebraska.

2679.   V Knutson Inc is a Corporation with its principal place of business in Nebraska. It farms corn in Furnas County, Nebraska.

2680.   Dennis Valentine is a resident of Adams County, Nebraska. Plaintiff maintains a farm and farms corn in Adams County, Nebraska.

2681.   Robert Vales is a resident of Saline County, Nebraska. Plaintiff maintains a farm and farms corn in Saline County, Nebraska.

2682.   Randal Vana is a resident of Saline County, Nebraska. Plaintiff maintains a farm

and farms corn in Saline County, Nebraska.

2683.   Katie Vculek is a resident of Saline County, Nebraska. Plaintiff maintains a farm and farms corn in Saline County, Nebraska.

2684.   Villwok Farms is a Corporation with its principal place of business in Nebraska. It farms corn in Cedar County, Nebraska.

2685.   Randy E Virka is a resident of Saunders County, Nebraska. Plaintiff maintains a farm and farms corn in Saunders County, Nebraska.

2686.   VL Corman Farms is a Corporation with its principal place of business in Nebraska. It farms corn in Clay County, Nebraska.

2687.   Leonard Vlasak is a resident of Saline County, Nebraska. Plaintiff maintains a farm and farms corn in Saline County, Nebraska.

2688.   Betty J Vogler is a resident of Johnson County, Nebraska. Plaintiff maintains a farm and farms corn in Johnson County, Nebraska.

2689.   Valley Farms LLC is a Corporation with its principal place of business in Nebraska. It farms corn in Cass County, Nebraska.

2690.   Duane L Vorderstasse is a resident of Thayer County, Nebraska. Plaintiff maintains a farm and farms corn in Thayer County, Nebraska.

2691.   Larry L Walla is a resident of Butler County, Nebraska. Plaintiff maintains a farm and farms corn in Butler County, Nebraska.

2692.   Bart Wallin is a resident of Madison County, Nebraska. Plaintiff maintains a farm and farms corn in Madison County, Nebraska.

2693.   Brad Wallin is a resident of Madison County, Nebraska. Plaintiff maintains a farm

and farms corn in Madison County, Nebraska.

2694.   Thomas Walz is a resident of Logan County, Nebraska. Plaintiff maintains a farm and farms corn in Logan County, Nebraska.

2695.   Walz Farms LLC is a Corporation with its principal place of business in Nebraska. It farms corn in Logan County, Nebraska.

2696.   Warren Supply Co is a Corporation with its principal place of business in Nebraska. It farms corn in Holt County, Nebraska.

2697.   Dennis L Washburn is a resident of Clay County, Nebraska. Plaintiff maintains a farm and farms corn in Clay County, Nebraska.

2698.   Bill Weaver is a resident of Furnas County, Nebraska. Plaintiff maintains a farm and farms corn in Furnas County, Nebraska.

2699.   Webster Brothers is a Corporation with its principal place of business in Nebraska. It farms corn in Burt County, Nebraska.

2700.   Steven Weeder is a resident of Nance County, Nebraska. Plaintiff maintains a farm and farms corn in Nance County, Nebraska.

2701.   Weems Land & Livestock Inc is a Corporation with its principal place of business in Nebraska. It farms corn in Logan County, Nebraska.

2702.   Gerald Wegener is a resident of Platte County, Nebraska. Plaintiff maintains a farm and farms corn in Platte County, Nebraska.

2703.   Ross Wegener is a resident of Platte County, Nebraska. Plaintiff maintains a farm and farms corn in Platte County, Nebraska.

2704.   Lonnie Weichel is a resident of Jefferson County, Nebraska. Plaintiff maintains a

farm and farms corn in Jefferson County, Nebraska.

2705.   Glen Weidner is a resident of Platte County, Nebraska. Plaintiff maintains a farm and farms corn in Platte County, Nebraska.

2706.   Wells Family Farms LLC is a Corporation with its principal place of business in Nebraska. It farms corn in Antelope County, Nebraska.

2707.   Luke Werkmeister is a resident of Frontier County, Nebraska. Plaintiff maintains a farm and farms corn in Frontier County, Nebraska.

2708.   Marc Werkmeister is a resident of Lincoln County, Nebraska. Plaintiff maintains a farm and farms corn in Lincoln County, Nebraska.

2709.   Werkmeister Farms LLC is a Corporation with its principal place of business in Nebraska. It farms corn in Frontier County, Nebraska.

2710.   Larry A Werner is a resident of Madison County, Nebraska. Plaintiff maintains a farm and farms corn in Madison County, Nebraska.

2711.   Werner Farms is a Corporation with its principal place of business in Nebraska. It farms corn in Madison County, Nebraska.

2712.   Ernest Whiting is a resident of Holt County, Nebraska. Plaintiff maintains a farm and farms corn in Holt County, Nebraska.

2713.   Daniel Wiedenfeld is a resident of Cedar County, Nebraska. Plaintiff maintains a farm and farms corn in Cedar County, Nebraska.

2714.   Gerald Wiedenfeld is a resident of Cedar County, Nebraska. Plaintiff maintains a farm and farms corn in Cedar County, Nebraska.

2715.   Wiegland Farms LLC is a Corporation with its principal place of business in

Nebraska. It farms corn in Boone County, Nebraska.

2716.   Bernie Wiese is a resident of Douglas County, Nebraska. Plaintiff maintains a farm and farms corn in Douglas County, Nebraska.

2717.   Eugene Wiese is a resident of Platte County, Nebraska. Plaintiff maintains a farm and farms corn in Platte County, Nebraska.

2718.   James W Wiese is a resident of Platte County, Nebraska. Plaintiff maintains a farm and farms corn in Platte County, Nebraska.

2719.   Kenneth B Wiese is a resident of Madison County, Nebraska. Plaintiff maintains a farm and farms corn in Madison County, Nebraska.

2720.   Larry D Wiese is a resident of Madison County, Nebraska. Plaintiff maintains a farm and farms corn in Madison County, Nebraska.

2721.   Wallace Wild is a resident of Saline County, Nebraska. Plaintiff maintains a farm and farms corn in Saline County, Nebraska.

2722.   Barry Wilke is a resident of Platte County, Nebraska. Plaintiff maintains a farm and farms corn in Platte County, Nebraska.

2723.   Julian Wilke is a resident of Platte County, Nebraska. Plaintiff maintains a farm and farms corn in Platte County, Nebraska.

2724.   Mark Wilke is a resident of Lancaster County, Nebraska. Plaintiff maintains a farm and farms corn in Lancaster County, Nebraska.

2725.   William A Hobbs is a resident of Holt County, Nebraska. Plaintiff maintains a farm and farms corn in Holt County, Nebraska.

2726.   Ken Wilson is a resident of Lincoln County, Nebraska. Plaintiff maintains a farm

and farms corn in Lincoln County, Nebraska.

2727.   Witte Enterprises is a Corporation with its principal place of business in Nebraska. It farms corn in Harlan County, Nebraska.

2728.   Larry Woitaszewski is a resident of Hall County, Nebraska. Plaintiff maintains a farm and farms corn in Hall County, Nebraska.

2729.   LaVern Woitaszewski is a resident of Hall County, Nebraska. Plaintiff maintains a farm and farms corn in Hall County, Nebraska.

2730.   Cole Wojtalewicz is a resident of Howard County, Nebraska. Plaintiff maintains a farm and farms corn in Howard County, Nebraska.

2731.   Gerald Wojtalewicz is a resident of Douglas County, Nebraska. Plaintiff maintains a farm and farms corn in Douglas County, Nebraska.

2732.   Todd Wojtalewicz is a resident of Howard County, Nebraska. Plaintiff maintains a farm and farms corn in Howard County, Nebraska.

2733.   Trey Wojtalewicz is a resident of Howard County, Nebraska. Plaintiff maintains a farm and farms corn in Howard County, Nebraska.

2734.   Linda Woodring is a resident of Washington County, Nebraska. Plaintiff maintains a farm and farms corn in Washington County, Nebraska.

2735.   Cameron Woody is a resident of Hall County, Nebraska. Plaintiff maintains a farm and farms corn in Hall County, Nebraska.

2736.   Worrell Farms Inc (Gruber) is a Corporation with its principal place of business in Nebraska. It farms corn in Dawson County, Nebraska.

2737.   Worrell Farms Inc (Hecox P) is a Corporation with its principal place of business

in Nebraska. It farms corn in Dawson County, Nebraska.

2738.   Worrell Farms Inc (Hecox P) is a Corporation with its principal place of business in Nebraska. It farms corn in Dawson County, Nebraska.

2739.   Worrell Farms Inc (Hecox T is a Corporation with its principal place of business in Nebraska. It farms corn in Dawson County, Nebraska.

2740.   Larry Wulf is a resident of Dodge County, Nebraska. Plaintiff maintains a farm and farms corn in Dodge County, Nebraska.

2741.   Scott Wulf is a resident of Dodge County, Nebraska. Plaintiff maintains a farm and farms corn in Dodge County, Nebraska.

2742.   Harold Dean Yoble is a resident of Pawnee County, Nebraska. Plaintiff maintains a farm and farms corn in Pawnee County, Nebraska.

2743.   Roy Yoble is a resident of Pawnee County, Nebraska. Plaintiff maintains a farm and farms corn in Pawnee County, Nebraska.

2744.   Marvin Yost is a resident of Jefferson County, Nebraska. Plaintiff maintains a farm and farms corn in Jefferson County, Nebraska.

2745.   Z Aero Farms LLC is a Corporation with its principal place of business in Nebraska. It farms corn in Dawson County, Nebraska.

2746.   Sally Zavadil is a resident of Wayne County, Nebraska. Plaintiff maintains a farm and farms corn in Wayne County, Nebraska.

2747.   Craig Zeisler is a resident of Boyd County, Nebraska. Plaintiff maintains a farm and farms corn in Boyd County, Nebraska.

2748.   Phillip Grothen is a resident of Adams County, Nebraska. Plaintiff maintains a farm

and farms corn in Adams County, Nebraska.

2749.   Chris Johnson is a resident of Knox County, Nebraska. Plaintiff maintains a farm and farms corn in Knox County, Nebraska.

2750.   Wayne Johnson is a resident of Clay County, Nebraska. Plaintiff maintains a farm and farms corn in Clay County, Nebraska.

2751.   Magnusson Farms Inc is a Corporation with its principal place of business in Nebraska. It farms corn in Burt County, Nebraska.

2752.   Alvin Olson is a resident of Antelope County, Nebraska. Plaintiff maintains a farm and farms corn in Antelope County, Nebraska.

2753.   Joe Thiele is a resident of Antelope County, Nebraska. Plaintiff maintains a farm and farms corn in Antelope County, Nebraska.

2754.   Weichel Farms Inc is a Corporation with its principal place of business in Nebraska. It farms corn in Jefferson County, Nebraska.

2755.   James Wilke is a resident of Platte County, Nebraska. Plaintiff maintains a farm and farms corn in Platte County, Nebraska.

2756.   Elwin Dean Cobb is a resident of Merrick County, Nebraska. Plaintiff maintains a farm and farms corn in Merrick County, Nebraska.

2757.   McKivergan Farms LLC is a Corporation with its principal place of business in South Carolina. It farms corn in NE Property County, South Carolina.

2758.   Aaron Sudbeck Farms is a Corporation with its principal place of business in South Dakota. It farms corn in Clay County, South Dakota.

2759.   Michael Bacon is a resident of Union County, South Dakota. Plaintiff maintains a

farm and farms corn in Union County, South Dakota.

2760.   Jay Cutts is a resident of Yankton County, South Dakota. Plaintiff maintains a farm and farms corn in Yankton County, South Dakota.

2761.   Elmer Denker is a resident of Union County, South Dakota. Plaintiff maintains a farm and farms corn in Union County, South Dakota.

2762.   Norbert Fuhrmann is a resident of Brown County, South Dakota. Plaintiff maintains a farm and farms corn in Brown County, South Dakota.

2763.   Gary Hofer Farms is a Corporation with its principal place of business in South Dakota. It farms corn in Beadle County, South Dakota.

2764.   John Gunderson is a resident of Yankton County, South Dakota. Plaintiff maintains a farm and farms corn in Yankton County, South Dakota.

2765.   H & G Pharis Partnership is a South Dakota Partnership farms in Brown County, South Dakota.

2766.   K & K Pharis Partnership is a South Dakota Partnership which farms in Brown County, South Dakota.

2767.   Kopfmann Partnership is a South Dakota Partnership which farms in Jerauld County, South Dakota.

2768.   M & N Farms is a Corporation with its principal place of business in South Dakota. It farms corn in Beadle County, South Dakota.

2769.   Pharis Farms Inc is a Corporation with its principal place of business in South Dakota. It farms corn in Brown County, South Dakota.

2770.   Putney Grain Inc is a Corporation with its principal place of business in South

Dakota. It farms corn in Brown County, South Dakota.

2771.   Karl Schenk is a resident of Yanktol County, South Dakota. Plaintiff maintains a farm and farms corn in Yanktol County, South Dakota.

2772.   Stanley C Kopfmann Living farms in Jerauld County, South Dakota.

2773.   Rod Waiter is a resident of Beadle County, South Dakota. Plaintiff maintains a farm and farms corn in Beadle County, South Dakota.

2774.   Wallman Farms is a Corporation with its principal place of business in South Dakota. It farms corn in Beadle County, South Dakota.

2775.   Tamara Wheeler is a resident of Davison County, South Dakota. Plaintiff maintains a farm and farms corn in Nebraska.

2776.   Todd Ochsner is a resident of Brown County, South Dakota. Plaintiff maintains a farm and farms corn in Brown County, South Dakota.

2777.   Riley Brothers Farms LLC is a Corporation with its principal place of business in Tennessee. It farms corn in Robertson County, Tennessee.

2778.   Riley Brothers Land LLC is a Corporation with its principal place of business in Tennessee. It farms corn in Robertson County, Tennessee.

2779.   Renick Martin is a resident of Wiliamson County, Texas. Plaintiff maintains a farm and farms corn in Wiliamson County, Texas.

2780.   Alan H. Jernigan is a resident of Wayne County, North Carolina. Plaintiff maintains a farm and farms corn in Wayne County, North Carolina.

2781.   Jernigan Farms is a Corporation with its principal place of business in North Carolina. It farms corn in Wayne County, North Carolina.

2782.   Bruce Smidt is a resident of Hancock County, Iowa.  Plaintiff maintains a farm and farms corn in Hancock County, Iowa.

2783.   Jerr Farms, Inc. is an Arkansas corporation with its principal place of business in Arkansas.  It farms corn in Lincoln, Arkansas and Desha Counties, Arkansas.

2784.   Juillerat Farms, Inc. is an Indiana corporation with its principal place of business in Indiana.  It farms corn in Whitley County, Indiana.

2785.   Scheiderer Farms, Inc. is a Missouri corporation with its principal place of business in Missouri.  It farms corn in Chariton County, Missouri.

2786.   Harvey E. Coe is a resident of Marion County, Illinois. Plaintiff maintains a farm and farms corn in Washington and Clinton Counties, Illinois.

2787.   Coe Family Testamentary Trust farms corn in Clinton and Washington Counties, Illinois.

2788.   The Esther Coe Estate farms corn in Clinton and Washington Counties, Illinois.

2789.   Robert Shane Croslin is a resident of Franklin County, Illinois.  Plaintiff maintains a farm and farms corn in Franklin and Williamson Counties, Illinois.

2790.   Dixie L. Skiles Revocable Trust farms corn in Schuyler County, Illinois.

2791.   Harbin Family Trust farms corn in Schuyler and Fulton Counties, Illinois.

2792.   David Truman Gale is a resident of Fulton County, Illinois.  Plaintiff maintains a farm and farms corn in Fulton, McDonough and Schuyler Counties, Illinois.

2793.   Bernard George Schmitz is a resident of Buchanan County, Iowa.  Plaintiff maintains a farm and farms corn in Blackhawk County, Iowa.

2794.   Ronald Eugene Simonton is a resident of Clark County, Illinois.  Plaintiff maintains

a farm and farms corn in Clark County, Illinois.

2795.   Brent Reese Collins is a resident of Delaware County, Indiana.  Plaintiff maintains a farm and farms corn in Delaware County, Indiana.

2796.   Don Rex Collins is a resident of Delaware County, Indiana.  Plaintiff maintains a farm and farms corn in Delaware County, Indiana.

2797.   Michael Petro is a resident of Delaware County, Indiana.  Plaintiff maintains a farm and farms corn in Delaware County, Indiana.

2798.   Alvin Louis Landrey is a resident of Sangamon County, Illinois.  Plaintiff maintains a farm and farms corn in Sangamon, Montgomery and Macoupin Counties, Illinois.

2799.   Scott Louis Landrey is a resident of Sangamon County, Illinois.  Plaintiff maintains a farm and farms corn in Sangamon, Christian, Montgomery and Macoupin Counties, Illinois.

2800.   William H. Tomky is a resident of Chase County, Nebraska.  Plaintiff maintains a farm and farms corn in Chase County, Nebraska.

2801.   Robert Lowell Parker is a resident of Delaware County, Indiana.  Plaintiff maintains a farm and farms corn in Delaware County, Indiana.

2802.   Dustin Charles Parker is a resident of Delaware County, Indiana.  Plaintiff maintains a farm and farms corn in Delaware County, Indiana.

2803.   Diane K. Kleczewski Trust farms corn in Bureau County, Illinois.

2804.   Kenneth Funfsinn Revocable Trust farms corn in Bureau County, Illinois.

2805.   Ven-Oka Farms, Inc. is an Illinois corporation with its principal place of business in Illinois.  It farms corn in Washington County, Illinois.

2806.   Ronald Ebken Trust farms corn in Mason County, Illinois.

2807.   Diane Ebken Trust farms corn in Mason County, Illinois.

2808.   Greg Ronald Ebken is a resident of Mason County, Illinois.  Plaintiff maintains a farm and farms corn in Mason County, Illinois.

2809.   Justin Rindel is a resident of Divide County, North Dakota.  Plaintiff maintains a farm and farms corn in Divide County, North Dakota.

2810.   Ashley Rindel is a resident of Divide County, North Dakota.  Plaintiff maintains a farm and farms corn in Divide County, North Dakota.

2811.   Lyon Farms, Inc. is an Indiana corporation with its principal place of business in Indiana. It farms corn in Clay County, Indiana.

2812.   Robert Lyon is a resident of Clay County, Indiana.  Plaintiff maintains a farm and farms corn in Clay County, Indiana.

2813.   John William Sanders is a resident of Pemiscot County, Missouri.  Plaintiff maintains a farm and farms corn in Pemiscot County, Missouri.

2814.   J.W. Sanders Farms LLC is a Missouri corporation with its principal place of business in Missouri.  It farms corn in Pemiscot County, Missouri.

2815.   John William Sanders III is a resident of Pemiscot County, Missouri.  Plaintiff maintains a farm and farms corn in Pemiscot County, Missouri.

2816.   Darrel Dean Janssen is a resident of Livingston County, Illinois.  Plaintiff maintains a farm and farms corn in Livingston County, Illinois.

2817.   Robert L. De Jong is a resident of Obrien County, Iowa.  Plaintiff maintains a farm and farms corn in Iowa.

2818.   Jason Raymond Bohnenstiehl is a resident of Madison County, Illinois.  Plaintiff

maintains a farm and farms corn in Macoupin, Montgomery and Madison Counties, Illinois.

2819.   Harvey E. Coe is a resident of Marion County, Illinois.  Plaintiff maintains a farm and farms corn in Clinton and Washington Counties, Illinois.

2820.   Marci Burke-Mayall is a resident of Knox County, Indiana.  Plaintiff maintains a farm and farms corn in Pike County, Indiana.

2821.   Jesse Thomas Loveless is a resident of Pike County, Indiana.  Plaintiff maintains a farm and farms corn in Pike County, Indiana.

2822.   Gerald Bradford Burke is a resident of Knox County, Indiana.  Plaintiff maintains a farm and farms corn in Knox County, Indiana.

2823.   Burke Construction Services, Inc. is an Indiana Corporation with its principal place of business in Indiana.  It farms corn in Knox and Pike Counties, Indiana.

2824.   Kevin Byrer is a resident of Daviess County, Indiana.  Plaintiff maintains a farm and farms corn in Pike County, Indiana.

2825.   Richard Byrer is a resident of Spencer County, Indiana.  Plaintiff maintains a farm and farms corn in Pike County, Indiana.

2826.   Jerra Callison is a resident of Daviess County, Indiana.  Plaintiff maintains a farm and farms corn in Pike County, Indiana.

2827.   Lisa Ritter is a resident of Daviess County, Indiana.  Plaintiff maintains a farm and farms corn in Pike County, Indiana.

2828.   Kimberly Hill is a resident of Daviess County, Indiana.  Plaintiff maintains a farm and farms corn in Pike County, Indiana.

2829.   Wilma Stafford Flory is a resident of Decatur County, Indiana.  Plaintiff maintains

a farm and farms corn in Knox County, Indiana.

2830.   Betty Stafford Adams is a resident of Knox County, Indiana.  Plaintiff maintains a farm and farms corn in Knox County, Indiana.

2831.   Lois Stafford Myers is a resident of Vermillion County, Indiana.  Plaintiff maintains a farm and farms corn in Knox County, Indiana.

2832.   Robertine Hatton is a resident of Knox County, Indiana.  Plaintiff maintains a farm and farms corn in Knox County, Indiana.

2833.   Donald Pieper is a resident of Knox County, Indiana.  Plaintiff maintains a farm and farms corn in Knox County, Indiana.

2834.   Gerald Rex Stroud is a resident of Knox County, Indiana.  Plaintiff maintains a farm and farms corn in Knox County, Indiana.

2835.   Schuckman Farms, Inc. is an Indiana corporation with its principal place of business in Indiana.   It farms corn in Knox County, Indiana.

2836.   Charles Cummings is a resident of Pike County, Indiana.  Plaintiff maintains a farm and farms corn in Pike County, Indiana.

2837.   Mark Austin is a resident of Hamilton County, Indiana.  Plaintiff maintains a farm and farms corn in Pike County, Indiana.

2838.   Rodney Schlomer is a resident of Pike County, Indiana.  Plaintiff maintains a farm and farms corn in Pike County, Indiana.

2839.   Doyle Stafford is a resident of Knox County, Indiana.  Plaintiff maintains a farm and farms corn in Knox County, Indiana.

2840.   Andy Fricks is a resident of DeKalb County, Alabama. Plaintiff maintains a farm

and farms corn in DeKalb County, Alabama.

2841.   Henderson Farms is a Corporation with its principal place of business in Alabama. It farms corn in Limestone, Madison County, Alabama.

2842.   Steven Leslie is a resident of Jackson County, Alabama. Plaintiff maintains a farm and farms corn in Jackson County, Alabama.

2843.   Juston Billingsley is a resident of Lee County, Arkansas. Plaintiff maintains a farm and farms corn in Lee County, Arkansas.

2844.   Creek Joint Ventures, LLC is a Corporation with its principal place of business in Colorado. It farms corn in Kit Carson, Kiowa and Cheyenne County, Colorado.

2845.   Clark Dickey & Sons, Inc. is a Corporation with its principal place of business in Colorado. It farms corn in Kiowa, Kit Carson and Cheyenne County, Colorado.

2846.   Danny Dickey is a resident of Cheyenne County, Colorado. Plaintiff maintains a farm and farms corn in Kiowa, Kit Carson, Cheyenne County, Colorado.

2847.   Brian Dickey is a resident of Cheyenne County, Colorado. Plaintiff maintains a farm and farms corn in Kiowa, Kit Carson, Cheyenne County, Colorado.

2848.   Devin Dickey is a resident of Cheyenne County, Colorado. Plaintiff maintains a farm and farms corn in Kiowa, Kit Carson, Cheyenne County, Colorado.

2849.   Dickey Joint Venture, LLC is a Corporation with its principal place of business in Colorado. It farms corn in Kiowa, Kit Carson and Cheyenne County, Colorado.

2850.   Matt Newman is a resident of Phillips County, Colorado. Plaintiff maintains a farm and farms corn in Phillips County, Colorado.

2851.   Dickey Joint Ventures, LLC is a Corporation with its principal place of business in

Colorado. It farms corn in Kiowa, Kit Carson and Cheyenne County, Colorado.

2852.   Brett Worden is a resident of Kit Carson County, Colorado. Plaintiff maintains a farm and farms corn in Kit Carson, Yuma County, Colorado.

2853.   GP Farms is a Corporation with its principal place of business in Colorado. It farms corn in Kit Carson and Yuma County, Colorado.

2854.   Legacy Farms is a Corporation with its principal place of business in Colorado. It farms corn in Kit Carson County, Colorado.

2855.   Sean Brenner is a resident of Kit Carson County, Colorado. Plaintiff maintains a farm and farms corn in Kit Carson, Yuma, Adams and Sherman County, Colorado.

2856.   Jerry Brenner is a resident of Kit Carson County, Colorado. Plaintiff maintains a farm and farms corn in Kit Carson, Yuma, Sherman and Adams County, Colorado.

2857.   Danyel Brenner is a resident of Kit Carson County, Colorado. Plaintiff maintains a farm and farms corn in Kit Carson County, Colorado.

2858.   Loahna Brenner is a resident of Kit Carson County, Colorado. Plaintiff maintains a farm and farms corn in Kit Carson Yuma, Sherman and Adams County, Colorado.

2859.   RBS Farms is a Corporation with its principal place of business in Colorado. It farms corn in Yuma and Kit Carson County, Colorado.

2860.   Darin Dickey is a resident of Cheyenne County, Colorado. Plaintiff maintains a farm and farms corn in Cheyenne County, Colorado.

2861.   Border Farms is a Corporation with its principal place of business in Colorado. It farms corn in Yuma County, Colorado.

2862.   Spencer Cure is a resident of Kit Carson County, Colorado. Plaintiff maintains a

farm and farms corn in Kit Carson County, Colorado.

2863.   Jarret Cure is a resident of Kit Carson County, Colorado. Plaintiff maintains a farm and farms corn in Kit Carson, Yuma County, Colorado.

2864.   Jeffrey Cure is a resident of Kit Carson County, Colorado. Plaintiff maintains a farm and farms corn in Kit Carson and Sherman County, Colorado.

2865.   Donald Graham is a resident of Union County, Florida. Plaintiff maintains a farm and farms corn in Columbia, Union County, Florida.

2866.   Gary Conklin is a resident of Sarasota County, Florida. Plaintiff maintains a farm and farms corn in Sarasota County, Florida.

2867.   Showtime Farms-GP is a Corporation with its principal place of business in Georgia. It farms corn in Terrell County, Georgia.

2868.   Clenney Farms is a Corporation with its principal place of business in Georgia. It farms corn in Miller, Baker County, Georgia.

2869.   Tim Bowers is a resident of Page County, Iowa. Plaintiff maintains a farm and farms corn in Page County, Iowa.

2870.   Kevin Briggs is a resident of Lucas County, Iowa. Plaintiff maintains a farm and farms corn in Russell County, Iowa.

2871.   Douglas Steele is a resident of Cass County, Iowa. Plaintiff maintains a farm and farms corn in Anita County, Iowa.

2872.   Roger Arends is a resident of Grundy County, Iowa. Plaintiff maintains a farm and farms corn in Grundy County, Iowa.

2873.   Rebecca Bohde is a resident of Cedar County, Iowa. Plaintiff maintains a farm and

farms corn in Cedar County, Iowa.

2874.   Robert Peterson is a resident of Greene County, Iowa. Plaintiff maintains a farm and farms corn in Greene County, Iowa.

2875.   Jason Reed is a resident of Marion County, Iowa. Plaintiff maintains a farm and farms corn in Marion County, Iowa.

2876.   Bill Rottinghaus is a resident of Black Hawk County, Iowa. Plaintiff maintains a farm and farms corn in Black Hawk County, Iowa.

2877.   Gene Olbending is a resident of Palo Alto County, Iowa. Plaintiff maintains a farm and farms corn in Palo Alto County, Iowa.

2878.   William Zubrod is a resident of Chickasaw County, Iowa. Plaintiff maintains a farm and farms corn in Chickasaw County, Iowa.

2879.   Kevin Barz is a resident of Franklin County, Iowa. Plaintiff maintains a farm and farms corn in Franklin County, Iowa.

2880.   Donald Beeck is a resident of Jackson County, Iowa. Plaintiff maintains a farm and farms corn in Jackson County, Iowa.

2881.   Dwight Franzen is a resident of Champaign County, Illinois. Plaintiff maintains a farm and farms corn in Champaign County, Illinois.

2882.   Pool Farms, Inc. is a Corporation with its principal place of business in Illinois. It farms corn in Iroquois, Ford County, Illinois.

2883.   Caton & Ruppel Farms is a Corporation with its principal place of business in Illinois. It farms corn in Vigo and Sullivan County, Illinois.

2884.   Richard J. Ruppel FLP is a Corporation with its principal place of business in

Illinois. It farms corn in Tippecanoe, Montgomery and Knox County, Indiana and in Lawrence County, Illinois.

2885.   Hillcrest Farm is a Corporation with its principal place of business in Illinois. It farms corn in Coles County, Illinois.

2886.   Am Shar of Ashton, Inc. and Ma RyKa of Ashton, Inc. are Corporations with principal place of business in Illinois. They farm corn in Lee and Ogle County, Illinois.

2887.   Phillip Vock is a resident of Whiteside County, Illinois. Plaintiff maintains a farm and farms corn in Whiteside County, Illinois.

2888.   Kenneth Mills is a resident of Whiteside County, Illinois. Plaintiff maintains a farm and farms corn in Whiteside County, Illinois.

2889.   Merle Grau is a resident of Whiteside County, Illinois. Plaintiff maintains a farm and farms corn in Whiteside County, Illinois.

2890.   R & S Farms is a Corporation with its principal place of business in Illinois. It farms corn in Knox, Lawrence and Tippecanoe County, Illinois.

2891.   Michael Kenady is a resident of Pike County, Illinois. Plaintiff maintains a farm and farms corn in Pike County, Illinois.

2892.   Patricia Christensen is a resident of Grundy County, Illinois. Plaintiff maintains a farm and farms corn in Grundy County, Illinois.

2893.   Steven and Alice Musselman are residents of McLean County, Illinois. Plaintiffs maintain a farm and farm corn in McLean County, Illinois.

2894.   James Edward Wisslead is a resident of McDonough County, Illinois. Plaintiff maintains a farm and farms corn in McDonough County, Illinois.

2895.   Joseph Simpson is a resident of Warren County, Illinois. Plaintiff maintains a farm and farms corn in Warren County, Illinois.

2896.   Josh Adkins is a resident of Morgan County, Illinois. Plaintiff maintains a farm and farms corn in Morgan County, Illinois.

2897.   William Hanley is a resident of Will County, Illinois. Plaintiff maintains a farm and farms corn in Will County, Illinois.

2898.   Douglas Smith is a resident of Livingston County, Illinois. Plaintiff maintains a farm and farms corn in Livingston County, Illinois.

2899.   Jason Coon is a resident of Montgomery County, Indiana. Plaintiff maintains a farm and farms corn in Montgomery County, Indiana.

2900.   Mark Martin is a resident of Posey County, Indiana. Plaintiff maintains a farm and farms corn in Posey County, Indiana.

2901.   Gary Meyer Farms is a Corporation with its principal place of business in Indiana. It farms corn in Columbus County, Indiana.

2902.   James Benham is a resident of Ripley County, Indiana. Plaintiff maintains a farm and farms corn in Ripley County, Indiana.

2903.   Ryan Clark is a resident of Shelby County, Indiana. Plaintiff maintains a farm and farms corn in Shelby County, Indiana.

2904.   Brian Evans is a resident of Ripley County, Indiana. Plaintiff maintains a farm and farms corn in Ripley County, Indiana.

2905.   Chad E. Lauer is a resident of Wabash County, Indiana. Plaintiff maintains a farm and farms corn in North Manchester County, Indiana.

2906.   Ethan Meyer is a resident of Bartholomew County, Indiana. Plaintiff maintains a farm and farms corn in Bartholomew County, Indiana.

2907.   Kevin Kuhn is a resident of Rush County, Indiana. Plaintiff maintains a farm and farms corn in Rush County, Indiana.

2908.   McNeal-Allison Associates, Inc. is a Corporation with its principal place of business in Indiana. It farms corn in Buena Vista County, Indiana.

2909.   Poore Farms is a Corporation with its principal place of business in Indiana. It farms corn in Henry County, Indiana.

2910.   Kember Kuhn is a resident of Rush County, Indiana. Plaintiff maintains a farm and farms corn in Rush County, Indiana.

2911.   Curt Porter is a resident of Anderson County, Kansas. Plaintiff maintains a farm and farms corn in Anderson County, Kansas.

2912.   Jeff Clark is a resident of Cherokee County, Kansas. Plaintiff maintains a farm and farms corn in Cherokee County, Kansas.

2913.   Mike McDaniel is a resident of Thomas County, Kansas. Plaintiff maintains a farm and farms corn in Thomas County, Kansas.

2914.   Robert Blaser is a resident of Marshall County, Kansas. Plaintiff maintains a farm and farms corn in Marshall County, Kansas.

2915.   Darwin Heard is a resident of Butler County, Kentucky. Plaintiff maintains a farm and farms corn in Butler County, Kentucky.

2916.   Brandon Kemper is a resident of Owen County, Kentucky. Plaintiff maintains a farm and farms corn in Owen County, Kentucky.

2917.   Delbert Rutter is a resident of Grayson County, Kentucky. Plaintiff maintains a farm and farms corn in Leitchfield County, Kentucky.

2918.   Larry Duncan is a resident of Webster County, Kentucky. Plaintiff maintains a farm and farms corn in Webster, Hopkins County, Kentucky.

2919.   Kevin Banks is a resident of Franklin County, Louisiana. Plaintiff maintains a farm and farms corn in Franklin County, Louisiana.

2920.   Gruber Farms, LLC is a Corporation with its principal place of business in Michigan. It farms corn in Tuscola and Saginaw County, Michigan.

2921.   Sorensen Farms is a Corporation with its principal place of business in Minnesota. It farms corn in Mower County, Minnesota.

2922.   Perry Loewe is a resident of Sibley County, Minnesota. Plaintiff maintains a farm and farms corn in Sibley County, Minnesota.

2923.   Mark Motl is a resident of Steele County, Minnesota. Plaintiff maintains a farm and farms corn in Steele County, Minnesota.

2924.   Jay Stanger is a resident of Stearns County, Minnesota. Plaintiff maintains a farm and farms corn in Stearns County, Minnesota.

2925.   Jeffrey L. Jessen is a resident of Lac Qui Parle County, Minnesota. Plaintiff maintains a farm and farms corn in Lac Qui Parle County, Minnesota.

2926.   Roesch Farms is a Corporation with its principal place of business in Minnesota. It farms corn in Norman County, Minnesota.

2927.   Adam Blaue is a resident of Montgomery County, Missouri. Plaintiff maintains a farm and farms corn in Montgomery County, Missouri.

2928.   John Cantrell is a resident of Cass County, Missouri. Plaintiff maintains a farm and farms corn in Cass County, Missouri.

2929.   Kirby Clark is a resident of Lewis County, Missouri. Plaintiff maintains a farm and farms corn in Lewis County, Missouri.

2930.   Pittman Farms, Inc. is a Corporation with its principal place of business in Mississippi. It farms corn in Webster, Calhoun and Montgomery County, Mississippi.

2931.   Idlewood Plantation is a Corporation with its principal place of business in Mississippi. It farms corn in Leflore County, Mississippi.

2932.   John Poe is a resident of Leflore County, Mississippi. Plaintiff maintains a farm and farms corn in Leflore County, Mississippi.

2933.   Riggs Pork Farm, Inc. is a Corporation with its principal place of business in North Carolina. It farms corn in Onslow County, North Carolina.

2934.   Jerry Wyant is a resident of Lincoln County, North Carolina. Plaintiff maintains a farm and farms corn in Lincoln County, North Carolina.

2935.   Adrian Locklear is a resident of Robeson County, North Carolina. Plaintiff maintains a farm and farms corn in Robeson County, North Carolina.

2936.   Henry D. Locklear is a resident of Robeson County, North Carolina. Plaintiff maintains a farm and farms corn in Robeson County, North Carolina.

2937.   Kallam Farms is a Corporation with its principal place of business in North Carolina. It farms corn in Guilford County, North Carolina.

2938.   Allen Brothers Plantation is a Corporation with its principal place of business in North Carolina. It farms corn in Bladen County, North Carolina.

2939.   Pineland Farms, Inc. is a Corporation with its principal place of business in North Carolina. It farms corn in Robeson County, North Carolina.

2940.   Wilkins & Son Farm is a Corporation with its principal place of business in North Carolina. It farms corn in Robeson County, North Carolina.

2941.   Fennell Farms, Inc. is a Corporation with its principal place of business in North Carolina. It farms corn in Pender County, North Carolina.

2942.   Lucas Richard is a resident of Lincoln County, North Carolina. Plaintiff maintains a farm and farms corn in Catawba, Lincoln and Burke County, North Carolina.

2943.   Micky Doll is a resident of Morton County, North Dakota. Plaintiff maintains a farm and farms corn in Morton County, North Dakota.

2944.   Gary Tiegs is a resident of Brown County, North Dakota. Plaintiff maintains a farm and farms corn in Brown County, North Dakota.

2945.   Todd Fritz is a resident of Knox County, Nebraska. Plaintiff maintains a farm and farms corn in Knox County, Nebraska.

2946.   Ryan Johnson is a resident of Holt County, Nebraska. Plaintiff maintains a farm and farms corn in Holt County, Nebraska.

2947.   Wayne Stoltenberg is a resident of Hall County, Nebraska. Plaintiff maintains a farm and farms corn in Hall County, Nebraska.

2948.   Kendall Kratochvil is a resident of Stanton County, Nebraska. Plaintiff maintains a farm and farms corn in Stanton County, Nebraska.

2949.   Cummings Farm is a Corporation with its principal place of business in Nebraska. It farms corn in Robeson County, Nebraska.

2950.   Brad Stake is a resident of Pawnee County, Nebraska. Plaintiff maintains a farm and farms corn in Pawnee County, Nebraska.

2951.   Douglas Kloepping is a resident of Dawson County, Nebraska. Plaintiff maintains a farm and farms corn in Dawson County, Nebraska.

2952.   Aaron Lemaster is a resident of Jackson County, Ohio. Plaintiff maintains a farm and farms corn in Jackson County, Ohio.

2953.   James Berger is a resident of Brown County, Ohio. Plaintiff maintains a farm and farms corn in Brown County, Ohio.

2954.   David Holden is a resident of Brown County, Ohio. Plaintiff maintains a farm and farms corn in Brown County, Ohio.

2955.   Lindsay Sprang is a resident of Holmes County, Ohio. Plaintiff maintains a farm and farms corn in Holmes County, Ohio.

2956.   David L. Prentiss is a resident of Fulton County, Ohio. Plaintiff maintains a farm and farms corn in Fulton County, Ohio.

2957.   Lamar Spracklen Partners, Ltd. is a Corporation with its principal place of business in Ohio. It farms corn in Greene County, Ohio.

2958.   Hasty Properties, LLC is a Corporation with its principal place of business in Oregon. It farms corn in Hood River County, Oregon.

2959.   Larry Bowar is a resident of Faulk County, South Dakota. Plaintiff maintains a farm and farms corn in Faulk County, South Dakota.

2960.   Terry Roth is a resident of Hutchinson County, South Dakota. Plaintiff maintains a farm and farms corn in Hutchinson County, South Dakota.

2961.   Scott and Randy Pederson, Partnership is a Partnership with its principal place of business in South Dakota. It farms corn in Deuel County, South Dakota.

2962.   Rolfe Ludtke is a resident of Day County, South Dakota. Plaintiff maintains a farm and farms corn in Day County, South Dakota.

2963.   Gamble Farm is a Corporation with its principal place of business in Tennessee. It farms corn in Lawrence County, Tennessee.

2964.   Aaron Looney is a resident of Grayson County, Texas. Plaintiff maintains a farm and farms corn in Grayson County, Texas.

2965.   H.D.S. Farms, LLC is a Corporation with its principal place of business in Wisconsin. It farms corn in Washington County, Wisconsin.

2966.   Fischer Farms is a Corporation with its principal place of business in Wisconsin. It farms corn in Barron County, Wisconsin.

2967.   Kurt Afdahl is a resident of Saint Croix County, Wisconsin. Plaintiff maintains a farm and farms corn in St. Croix County, Wisconsin.

2968.  Larry C. Marquardt is a resident of Chippewa County, Wisconsin. Plaintiff maintains a farm and farms corn in Chippewa County, Wisconsin.

2969.   Bahl Farms is a Corporation with its principal place of business in Wisconsin. It farms corn in Grant County, Wisconsin.

2970.   Royce Wallenhorst is a resident of Clark County, Wisconsin. Plaintiff maintains a farm and farms corn in Clark County, Wisconsin.

2971.   Robert Hazlett is a resident of Deuel County, Nebraska.  Plaintiff maintains a farm and farms corn in Deuel County, Nebraska.

2972.   1944 Farms LLC is a Corporation with its principal place of business in Nebraska. It farms corn in Dawson County, Nebraska.

2973.   Richard Chimel is a resident of Nance County, Nebraska. Plaintiff maintains a farm and farms corn in Nance County, Nebraska.

2974.   James Dubas is a resident of Nance County, Nebraska. Plaintiff maintains a farm and farms corn in Nance County, Nebraska.

2975.   Melvin Gehring is a resident of Platte County, Nebraska. Plaintiff maintains a farm and farms corn in Platte County, Nebraska.

2976.   Steven Gehring is a resident of Platte County, Nebraska. Plaintiff maintains a farm and farms corn in Platte County, Nebraska.

2977.   Grosch Brothers Partnership is a Nebraska Partnership. It farms corn in Holt County, Nebraska.

2978.   H Corporation is a Corporation with its principal place of business in Nebraska. It farms corn in Holt County, Nebraska.

2979.   H & W Heins Inc is a Corporation with its principal place of business in Nebraska. It farms corn in Dawson County, Nebraska.

2980.   Steve Ham is a resident of Mitchell County, Iowa. Plaintiff maintains a farm and farms corn in Mitchell County, Iowa.

2981.   Rob Heins is a resident of Dawson County, Nebraska. Plaintiff maintains a farm and farms corn in Dawson County, Nebraska.

2982.   Jeremy Zac Farms Inc is a Corporation with its principal place of business in Nebraska. It farms corn in Holt County, Nebraska.

2983.   Gary and Cheryl Kaczor are residents of Holt County, Nebraska. Plaintiffs maintain a farm and farm corn in Holt County, Nebraska.

2984.   William Kaczor is a resident of Holt County, Nebraska. Plaintiff maintains a farm and farms corn in Holt County, Nebraska.

2985.   Gerald and Alma Krejci are residents of Colfax County, Nebraska. Plaintiffs maintain a farm and farm corn in Colfax County, Nebraska.

2986.   Lowell Krieger is a resident of Holt County, Nebraska. Plaintiff maintains a farm and farms corn in Holt County, Nebraska.

2987.   Steven Liewer is a resident of Boyd County, Nebraska. Plaintiff maintains a farm and farms corn in Boyd County, Nebraska.

2988.   M&D Inc. is a Corporation with its principal place of business in Nebraska. It farms corn in Pierce County, Nebraska.

2989.   Panowicz Family Farms is a Corporation with its principal place of business in Nebraska. It farms corn in Hall County, Nebraska.

2990.   Panowicz Land Company LLC is a Corporation with its principal place of business in Nebraska. It farms corn in Hall County, Nebraska.

2991.   Matt Panowicz is a resident of Hall County, Nebraska. Plaintiff maintains a farm and farms corn in Hall County, Nebraska.

2992.   Michael Panowicz is a resident of Hall County, Nebraska. Plaintiff maintains a farm and farms corn in Hall County, Nebraska.

2993.   Robert Panowicz is a resident of Hall County, Nebraska. Plaintiff maintains a farm and farms corn in Hall County, Nebraska.

2994.   Jason Stark is a resident of Buffalo County, Nebraska. Plaintiff maintains a farm and farms corn in Buffalo County, Nebraska.

2995.   Terry Stark is a resident of Sherman County, Nebraska. Plaintiff maintains a farm and farms corn in Sherman County, Nebraska.

2996.   Thomas M. Struckman is a resident of Keith County, Nebraska. Plaintiff maintains a farm and farms corn in Keith County, Nebraska.

2997.   Dale L. Sukup is a resident of Knox County, Nebraska. Plaintiff maintains a farm and farms corn in Knox County, Nebraska.

2998.   Roger Vavricek is a resident of Colfax County, Nebraska. Plaintiff maintains a farm and farms corn in Colfax County, Nebraska.

2999.   David Wendt is a resident of Cass County, Nebraska. Plaintiff maintains a farm and farms corn in Cass County, Nebraska.

3000.   Scott Graf is a resident of Jasper County, Indiana. Plaintiff maintains a farm and farms corn in Jasper County, Indiana.

3001.   Michael Langan is a resident of Red WIllow County, Nebraska. Plaintiff maintains a farm and farms corn in Red WIllow County, Nebraska.

3002.   David Jolly is a resident of Ripley County, Indiana. Plaintiff maintains a farm and farms corn in Ripley County, Indiana.

3003.   Joe Miller is a resident of Walsh County, North Dakota. Plaintiff maintains a farm and farms corn in Walsh County, North Dakota.

3004.   James McNally is a resident of Winona County, Minnesota. Plaintiff maintains a farm and farms corn in Winona County, Minnesota.

3005.   John Schieck is a resident of Mower County, Minnesota. Plaintiff maintains a farm and farms corn in Mower County, Minnesota.

3006.   Each Plaintiff claims actual damages exceeding $75,000, exclusive of interest and costs.

## DEFENDANTS

3007.   Defendant Syngenta AG is a corporation organized and existing under the laws of Switzerland with its principal place of business at Schwarzwaldallee 215, 4058 Basel-Stadt, Switzerland.  Syngenta AG is a publicly traded company on the Swiss stock exchange.  American Depositary Receipts for Syngenta AG are traded on the New York Stock Exchange.  Syngenta AG was formed in 2000 as a result of the merger of Novartis Agribusiness and Zeneca Agrochemicals and is the only publicly traded company among the various Syngenta entities named as defendants in this case.  Service of Syngenta AG with process under Fed. R. Civ. P. 4(h)(2) and 4(f)(1), and in accordance with the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, has been initiated.

3008.   Defendant Syngenta Crop Protection AG is a corporation organized and existing under the laws of Switzerland with its principle place of business at Schwarzwaldallee 215, 4058 Basel-Stadt, Switzerland.   Upon information and belief, Crop Protection AG is a subsidiary of Syngenta AG.  Service of Syngenta Crop Protection AG with process under Fed. R. Civ. P. 4(h)(2) and 4(f)(1), and in accordance with the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, has been initiated.

3009.  Defendant Syngenta Corporation ("Syngenta Corp.") is a corporation organized and existing under the laws of the State of Delaware with its principal place of business located at

3411 Silverside Road # 100, Wilmington, Delaware 19810-4812. Syngenta Corp is a subsidiary of Syngenta AG.  Syngenta Corp has been served in the consolidated actions, and is represented by counsel who have made appearances on its behalf.  Accordingly, Syngenta Corp may be served with this Consolidated and Amended Complaint through its attorneys of record.Defendant Syngenta Biotechnology, Inc. ("Syngenta Biotech") is a Delaware corporation with a principal place of business at 3054 Cornwallis Road, Durham, North Carolina 27709.  Prior to January 9, 2015, and at times material, Syngenta Biotech was registered as a foreign corporation with the Illinois Secretary of State.  It has been served in this case and has appeared in the case in response to the summons.  If necessary, it may be served through either through its registered agent, CT Corporation System, 150 Fayetteville St., Box 1011, Raleigh, North Carolina 37601, or through the Illinois Secretary of State pursuant to 805 ILS § 5/13.45(a)(3).

3010.   Upon information and belief, Syngenta Biotech, acting in concert with the other Defendants, and as commanded by Defendant Syngenta AG, was significantly involved in the development and commercialization of the genetically modified corn trait MIR162.  In 2005 and 2006, while it was registered as a foreign corporation with the Illinois Secretary of State, it performed multiple specific acts in Illinois which the Defendants, acting in concert, decided were necessary to commercialize the corn trait.  The commercialization occurred across the U.S. and was undertaken by the Defendants acting in concert as commanded by Defendant Syngenta AG.

3011.   Specifically, in 2005 and 2006, Syngenta Biotech field tested in Illinois genetically modified corn trait MIR162 which is used in both Agrisure VIPTERA® ("VIPTERA") corn and Agrisure DURACADE™ ("DURACADE") corn.  Syngenta Biotech performed far more of these field tests in Illinois than in any other state -- three times as many than in other state.  It did so

under permits issued by or notifications to, and made application for deregulation by, the United States Department of Agriculture ("USDA"). The field tests, as decided by the Defendants in concert, and as commanded by Defendant Syngenta AG, were necessary to commercialize the corn trait across the U.S., including in the states where the Plaintiffs were harmed. Accordingly, the field tests specifically relate to all the claims made in this case.

3012. Syngenta Biotechnology, Inc. has merged with Syngenta Crop Protection, LLC, and the named surviving entity from that merger is Syngenta Crop Protection, LLC.

3013. Defendant Syngenta Crop Protection, LLC is a limited liability company organized and operating under the laws of the State of Delaware with its principle place of business at 410 South Swing Road, Greensboro, North Carolina 27409-2012. Syngenta Crop Protection, LLC has been served in the consolidated actions, and is represented by counsel who have made appearances on its behalf. Accordingly, Syngenta Crop Protection LLC may be served with this Consolidated and Amended Complaint through its attorneys of record. Upon information and belief, Syngenta Crop Protection, LLC was involved with the development and testing of the genetically modified corn trait MIR162 which is used in both VIPTERA corn and DURACADE corn.

3014. Defendant Syngenta Seeds, Inc. ("Syngenta Seeds") is a Delaware corporation with its principal place of business in Minnetonka, Minnesota. Syngenta develops and produces agricultural seeds, including, but not limited to, corn and soybean seeds, and in particular Viptera and Duracade. Syngenta Seeds conducts business throughout the United States, including Minnesota and Illinois. Specifically, Syngenta Seeds sells its agricultural seeds to growers either directly or through a network of dealers and distributors. Syngenta Seeds has been served in the consolidated actions, and is represented by counsel who have made appearances on its behalf.

Accordingly, Syngenta Seeds may be served with this Consolidated and Amended Complaint through its attorneys of record.

3015.   Syngenta Crop Protection, LLC and Syngenta Seeds, LLC have approximately 197 employees in Illinois.   Syngenta Crop Protection, LLC and Syngenta Seeds, Inc. are each registered to do business in Illinois. Syngenta Crop Protection, LLC and Syngenta Seeds, LLC maintain 4 offices in Illinois.

3016.   Syngenta AG wholly owns, directly or indirectly, each of Crop Protection AG, Syngenta Corp., Crop Protection LLC, Syngenta Biotech and Syngenta Seeds.

3017.   Syngenta AG represents itself as a global company.  According to Syngenta's own website, Syngenta AG's Board of Directors "has full and effective control of the company and holds ultimate responsibility for the company strategy." https://www.syngenta.com/global/corporate/en/investor-relations/questions-about-syngenta/Pages/governance.aspx#1 (last visited Mar. 3, 2016).

3018.   One or more members of Syngenta AG's Board of Directors or the Executive Committee established by the Board of Directors also serve as member(s) of the Board of Directors of Crop Protection AG, Syngenta Corp., Crop Protection LLC, Syngenta Biotech and/or Syngenta Seeds.

3019.   Furthermore, Syngenta AG's Executive Committee formulates and coordinates the global strategy for Syngenta businesses, and maintains central corporate policies requiring Syngenta subsidiaries, including those named as Defendants herein, under the general guidance of the Syngenta group control.

3020.   Syngenta AG exercised at all times material an unusually high degree of control

over each Syngenta subsidiary named as a defendant here, particularly with respect to the commercialization of VIPTERA and DURACADE corn.

3021.   Employees of the Syngenta group as a whole maintain reporting relationships that are not defined by legal, corporate relationships, but in fact cross those corporate lines. For example, Crop Protection AG maintains two separate product lines – Seeds and Crop Protection– that cross the Defendants' separate legal, corporate existences.

3022.   The Defendant subsidiaries are subject to additional oversight that requires them to seek approval for certain decisions from higher levels within the functional reporting structure– including in some instances Syngenta AG. Appointments of senior management personnel for the Defendant subsidiaries also may require, in certain instances, approval from individuals or governing bodies that are higher than each subsidiary's respective board of directors.

3023.   Moreover, Syngenta AG and Syngenta Crop Protection AG management were intimately involved in, and in some instances directed, decisions concerning the commercialization of Viptera® without Chinese approval.

3024.   Also, Syngenta AG maintains a central global finance function that governs all Defendants. Thus, the Defendant subsidiaries do not function independently but under the Syngenta AG umbrella.

3025.   In addition, Defendants regularly refer to themselves as "Syngenta," with no further description.

3026.   Thus, the respective jurisdictional contacts of Crop Protection AG, Syngenta Corp., Crop Protection LLC, Syngenta Biotech and Syngenta Seeds in the forum state(s) are attributable to Syngenta AG because of the unusually high degree of control Syngenta AG exercises over these

subsidiaries. *See, e.g., City of Greenville v. Syngenta Crop Protection, Inc. et al.*, 830 F. Supp. 2d 550 (S.D. Ill. 2011).

3027.   Upon information and belief, Defendants' acts were conducted in concert pursuant to an agreement amongst themselves to act in a collective manner.  Therefore, and for the other reasons alleged, all Defendants are jointly and severally liable for the acts complained herein.

## JOINDER OF PLAINTIFFS

3028.   Plaintiffs incorporate by reference all preceding Paragraphs as though fully set forth herein.

3029.   Joinder of the Plaintiffs in this matter is proper because the claims of all Plaintiffs arise out of closely related transactions, and there are significant questions of law or fact that are common to all the parties.   All claims involve common questions regarding, inter alia, (a) Syngenta's decision to commercialize the MIR162 genetically modified corn trait in the absence of Chinese approval to import corn with that trait, (b) the Defendants' misrepresentations concerning Chinese approval, and (c) damages suffered by the Plaintiffs.

3030.   These significant questions of law and fact are common to all Plaintiffs, and on that ground, all the Plaintiffs propose to try their claims together and jointly.

3031.   Other than those Plaintiffs who are resident citizens of the State of Illinois, whose cause of action and injuries arose in Illinois, the causes of action of the Plaintiffs arose in the states where they reside, and the Plaintiffs suffered their injuries in the states where they reside.

## NATURE OF THE CASE

3032.   Syngenta's conduct and fault is more fully described in exacting detail below, and as a consequence of the Defendants' actions Plaintiffs have suffered substantial damages, and their

ability to profitably grow, cultivate, harvest and market corn is at great risk.  By way of background, beginning in 2009, Syngenta released, prematurely, a genetically modified corn trait, MIR162, under the trade name Agrisure VIPTERA™ into the U.S. market.  Syngenta's actions thereafter and as more specifically described herein caused the contamination of the entire U.S. corn supply with a genetic trait called MIR162.  During all times relevant to this complaint, MIR162 was prohibited from sale in countries such as China where it was not approved for either purchase or consumption.

3033.  A substantial amount of the total U.S. corn crop, specifically including Illinois' corn production, is exported.  The U.S. exports of corn amount to billions of dollars annually. Further, the U.S. corn marketing system is commodity-based, meaning the corn grown by farmers such as the Plaintiffs in Illinois and throughout the U.S. is harvested, gathered, commingled, consolidated, and otherwise shipped from thousands of farms from which it is cultivated, harvested and passed through local, regional, and terminal distribution centers.  In order to maintain the stability of the corn marketing system and its integrity, it is essential that the U.S. corn supply and U.S. corn exports maintain the highest standards of purity and integrity.  Prior to the incidents giving rise to this lawsuit, the U.S. corn market maintained a reputation for such purity and integrity.  Due to Syngenta's premature release of VIPTERA corn, sale of U.S. corn previously exported to China ceased.  During times relevant to this complaint, China refused to import U.S. corn grown, harvested and marketed by farmers and landowners such as the Plaintiffs.

3034.  Plaintiffs have incurred losses arising from the rejection of U.S. grown corn by export markets.  They have sustained damage to their farmland and entire farming operations.  And because the substantial portion of the U.S. corn crop is exported annually, the United States ability

and limitations of corn exports deeply impacts corn price levels, including domestic prices in the corn market.  Due solely to Syngenta's release of VIPTERA, Plaintiffs have incurred, and will continue to incur, substantial losses arising from the loss of export markets in amounts that have yet to be fully determined, but are far in excess of this Court's jurisdictional amounts for diversity jurisdiction.

3035.   Syngenta is, among other things, in the business of developing and selling in this district, in Illinois and throughout the U.S., corn seed with certain genetically modified traits.  After development, Syngenta then licenses corn seed with multiple genetically enhanced features, called "trait stacks," to seed manufacturers, including Syngenta subsidiaries.

3036.   The primary focus of this case is Syngenta's corn containing the MIR162 trait, utilized in the VIPTERA and Agrisure DURACADE™ trait stacks.  DURACADE is Syngenta's second generation of MIR162 corn and was released, sold and distributed for planting in 2014. Over seventy (70) varieties of corn utilize the MIR162 trait to produce a protein that results in insect resistance.  These corn varieties are commonly referred to as VIPTERA corn and DURACADE corn, representing the particular traits the corn will express.

3037.   Defendants, at the time they acted as alleged, knew of and foresaw the risk to the Plaintiffs from the acts taken, and that by acting as alleged, the Defendants breached the duty in tort that they owed the Plaintiffs to prevent precisely the harm that occurred.

3038.   Plaintiffs' harm and consequent damages arise from Syngenta's intentional and reckless release of VIPTERA and DURACADE into the U.S. market prior to Syngenta obtaining approval for MIR162 import into China and other countries.

3039.   VIPTERA corn has been grown, licensed, marketed, sold, and/or otherwise

disseminated in the United States since early 2009.  During times relevant to this complaint, crops or products containing MIR162 lacked approval for import into China (among other countries), and China refused to accept corn containing MIR162.

3040.   Although Syngenta, during times relevant to this complaint, lacked approval to import corn or other products containing MIR162 into China, it nevertheless misinformed farmers such as the Plaintiffs about that fact, as it similarly misinformed grain elevators, grain exporters, landowners, Syngenta's own investors, the farming community, and the general public -- leading all to believe, including these Plaintiffs, that approval from China was imminent.  For example, during Syngenta's first quarter 2012 earnings conference call, Syngenta CEO Michael Mack stated "[t]here isn't outstanding approval for China, *which we expect to have quite frankly within the matter of a couple day*s . . . we know of no issue with that whatsoever . . . ."

3041.   Contrary to Syngenta's affirmative misstatements, MIR162 was not approved for import by China in 2012 and remained unapproved until December 2014.

3042.   Despite knowing MIR162 had not yet been approved for import into China, Syngenta created and distributed forms and documents that imply MIR162 is accepted in China. Syngenta's "Request Form for Biosafety Certificate Issued by the Chinese Ministry of Agriculture" states, "Biosafety Certificates for the following transgenic event(s) were issued to Syngenta Seeds AG . . . by the Ministry of Agriculture (MOA) of the People's Republic of China (PRC)." Syngenta's request form includes MIR162 among approved genetically modified traits, even though MIR162 was not at that time approved for import into China.

3043.   Syngenta's "Request Form for Biosafety Certificate Issued by the Chinese Ministry of Agriculture", further states: "The requested Biosafety Certificates will be provided to Recipient

to assist Recipient in obtaining required authorization for shipments containing the above marked Corn Product(s) into China."  Syngenta's statement was flagrantly deceptive, and it deceived the Plaintiffs, because MIR162 had not yet been approved during the relevant time for import into China.

3044.   Plaintiffs, when the above statement was made, relied upon the statement and did not know it was untrue.  This statement was not part of the product's packaging or labeling.  It did not involve a warning concerning the product, but rather involved Syngenta's claims concerning the markets available to consumers choosing to plant Syngenta's product.  Accordingly, Syngenta deceived the Plaintiffs by misleading them to believe that MIR162 had been approved for import into China, which was set to be one of the largest, if not the largest, importers of corn in the world.

3045.   In November 2013, shipments of corn containing MIR162 arrived in China.  These shipments were rejected because MIR162 was present and not approved for import.  Since this initial rejection and through, at least, December of 2014, China continued to reject shipments of corn due to the MIR162 contamination caused by Syngenta.  In fact, the widespread nature of MIR162 contamination shut down, for all intents and purposes, the 2014 U.S. corn export market to China, causing billions of dollars of damages to U.S. exporters, including farmers, farm landowners and farming entities.

3046.   Upon information and belief, Syngenta knew the potential for catastrophic damage when unapproved traits are released prematurely.  The NGFA and NAEGA advised:

> U.S. farmers, as well as the commercial grain handling and export industry, depend heavily upon biotechnology providers voluntarily exercising corporate responsibility in the timing of product launch as part of their product stewardship obligation.  Technology providers must provide for two critical elements: First maintaining access to key export markets like China, or for that matter any market like China that has a functional, predictable biotech-approval process in place; for

restricted marketability of their products based upon approval status in major markets. The negative consequences of overly aggressive commercialization of biotech-enhanced events by technology providers are numerous, and include exposing exporting companies to financial losses because of cargo rejection, reducing access to some export markets, and diminishing the United States' reputation as a reliable, often-preferred supplier of grains, oilseeds and grain products. Premature commercialization can reduce significantly U.S. agriculture's contribution to global food security and economic growth. Putting the Chinese and other markets at risk with such aggressive commercialization of biotech-enhanced events is not in the best interest of U.S. agriculture or the U.S. economy.

3047. According to the National Grain and Feed Association, Syngenta's premature release of VIPTERA corn cost the U.S. corn market a minimum of $1 Billion - and up to $3 Billion - due to the rejection and resulting seizures of U.S. containers and cargo ships transporting U.S. corn to China.

3048. Syngenta's motivation in prematurely releasing VIPTERA corn is purely profit driven, placing Syngenta's profits first and foremost ahead of the U.S. Corn interests, including but not necessarily limited to the Plaintiffs. Upon information and belief, VIPTERA corn is presently approximately 25% of Syngenta's corn portfolio. In 2013, Syngenta's corn sales were over $3.5 billion.

3049. Syngenta nevertheless continued its irreparable damage to U.S. exports of corn to China, even though it either knew or should have known, or actually knew, that VIPTERA corn would and had crippled exports of corn to China. Syngenta likewise knew or should have known of the devastating effect of its release of MIR162 because, as Syngenta stated in its Bio Product Launch Policy, "We will conduct market and trade assessments to identify key import markets for all of our biotech products prior to product commercialization." *See*, www.syngentabiotech.com/biopolicy.aspx (as of Sept. 11, 2014). Nevertheless, with such knowledge, Syngenta released its MIR162 in reckless disregard of the consequences from which

malice may be inferred, and punitive damages should be assessed to punish Syngenta and deter others from such outrageous, selfish conduct in utter disregard of the damage to those such as the Plaintiffs.

3050.   Despite the above, Syngenta continued its conduct by releasing a second version of MIR162 corn, DURACADE, once again without import approval from China.

3051.   Concerned about another premature release and given the damage Syngenta singlehandedly caused to the corn export market with its premature release of VIPTERA corn, the National Grain and Feed Association ("NGFA") and North American Export Grain Association ("NAEGA") released a joint statement to Syngenta requesting that Syngenta stop the release of DURACADE corn, so that it would stop the cycle of rejection and damage.

3052.   In that statement, the two organizations stated:

> NAEGA and NGFA are gravely concerned about the serious economic harm to exporters, grain handlers and, ultimately, agricultural producers - as well as the United States' reputation to meet its customers' needs - that has resulted from Syngenta's current approach to stewardship of VIPTERA.  Further, the same concerns now transcend to Syngenta's intended product launch plans for DURACADE, which risk repeating and extending the damage.  Immediate action is required by Syngenta to halt such damage.

3053.   Yet, despite the joint petitions and pleas from the NGFA and NAEGA, Syngenta released DURACADE.  This second premature release further jeopardized the Chinese import market, as DURACADE contains not only MIR162 which was still unapproved at that time, but also other traits unapproved at that time.  Contamination of corn with these additional genetically modified ("GM") traits, as set forth more fully below, continued the Defendants' harm to U.S. corn shipments to China.

3054.   Plaintiffs are corn farmers in the business of owning and cultivation of farmland,

planting, growing, and harvesting corn with the expectation of ultimately selling the corn they grow. Plaintiffs have been damaged, at least, by: 1) Syngenta's premature release of VIPTERA corn into the U.S. corn and corn seed supply which has destroyed the export of U.S. corn to China; 2) Syngenta's premature release of DURACADE corn into the U.S. corn and corn seed supply which, again, has effectively foreclosed U.S. exports of corn to China; 3) Syngenta's materially misleading statements relating to the approval status of MIR162 in China upon which Plaintiff relied or upon which Syngenta failed to disclose material facts that MIR162 was not approved in China; 4) and upon information and belief, Syngenta's widespread contamination of the U.S. corn and corn seed supply with MIR162 which will continue to result in the destruction of the U.S. corn export market to China for years to come.

3055.   Defendants, at the time they acted as alleged, knew of and foresaw the risk to the Plaintiffs from the acts taken, and that by acting as alleged, the Defendants breached the duty in tort that they owed the Plaintiffs to prevent precisely the harm that occurred.

3056.   Plaintiffs seek relief for compensatory, consequential, and punitive damages, and injunctive relief arising from, inter alia:

> a.   Syngenta's harm to Plaintiffs caused by contamination of the general U.S. corn and corn seed supply in the form of, inter alia, (i) inability to export corn to China, (ii) diminished corn and corn product prices resulting from the loss of the entire Chinese corn import market.

> b.   Syngenta's premature release of VIPTERA corn into the U.S. corn supply, knowing that once VIPTERA corn was released, it would be commingled with and would contaminate the U.S. corn supply resulting in the inability to export to markets that had not approved products containing MIR162 (such as China);

> c.   Syngenta's encouragement of farmers to plant VIPTERA corn in such a manner that it would contaminate the U.S. corn supply, so that U.S. corn could not be sold to markets that had not approved products containing MIR162;

      d.     Syngenta's testing, growing, storing, transporting, selling, disposing, or otherwise disseminating VIPTERA corn in light of knowledge that it was essentially impossible to prevent contamination of other non-VIPTERA corn via cross-pollination;

      e.     Syngenta's testing, growing, storing, transporting, selling, disposing, or otherwise disseminating DURACADE corn in light of knowledge that it was essentially impossible to prevent contamination of other non- DURACADE corn via crosspollination;

      f.     Syngenta's selling or otherwise disseminating VIPTERA corn in light of knowledge that it was essentially impossible to prevent contamination of other non-VIPTERA corn via cultivation, harvesting, handling, storage, and transportation, resulting in damages from loss of sales and to equipment;

      g.     Syngenta's selling or otherwise disseminating DURACADE corn in light of knowledge that it was essentially impossible to prevent contamination of other non-DURACADE corn via cultivation, harvesting, handling, storage, and transportation; and

      j.  Syngenta's materially false statements and representations made regarding the regulatory-approval status of MIR162 and VIPTERA corn or, in the alternative, Syngenta used deception, fraud or false pretense, or through failure disclose material facts, through concealment or suppression of material facts, omission, deception, fraud or false pretense of material facts in connection with the regulatory-approval status of MIR162 and VIPTERA corn with the intent that the Plaintiffs rely upon their concealment, suppression or omission of material facts, all of which was a proximate cause of the Plaintiffs damages.

3057.   Syngenta made the conscious decision in reckless disregard of the consequences from which malice may be inferred that it was more profitable to speed VIPTERA to the market, maximize and extract a huge profit, and recoup its research costs, even though it knew the premature release of VIPTERA corn would prevent U.S. corn from being sold to markets such as China. By doing this, Syngenta crippled the 2013 and 2014 corn export markets to China. Further, on top of devastating the entire corn market and inflicting at least $1 billion in economic damage, Syngenta prematurely released another MIR162 corn hybrid, further devastating and inflicting widespread harm to the U.S. corn market, and all causing lost sales and income to the Plaintiffs.

## FACTUAL ALLEGATIONS

### *The United States Corn Export Market*

3058.   Corn is the most widely-cultivated grain crop in the U.S. The United States is a major player in the world corn trade market, and is the world's largest producer and exporter of corn.  Approximately 80 million acres of farmland is devoted to growing corn.  Nearly 20% of U.S. corn is exported to other countries.

3059.   The premature release of VIPTERA corn has hurt the U.S. corn market in many ways.

3060.   The NGFA estimated that the premature release of VIPTERA corn caused corn prices to decline by $0.11 per bushel.

3061.   The U.S. corn marketing system, generally, is commodity-based and gathers, commingles, and ships corn from hundreds of thousands of farmers, including Plaintiffs, through local, regional, and terminal grain elevators.  Grain elevators and other corn storage and transportation facilities are generally not equipped to test and segregate corn varieties, and to undertake testing and segregation at these facilities causes disruption and expense.

3062.   After rejections of U.S. corn by China started in late 2013, Plaintiffs corn prices plunged and continued downward.

3063.   VIPTERA corn was developed by Syngenta by using modern biotechnology techniques.  Syngenta modified the corn by inserting genetic material from a bacterium, *Bacillus thuringiensis ("Bt")*.  Within the corn-biotechnology industry, corn manipulated in this fashion is commonly referred to as "*Bt corn*."

3064.   The specific genetic material inserted into the genome of VIPTERA corn allows

the genetically altered corn to produce certain proteins including Cry1Ab, mCry3A, and Vip3A.

3065.   These proteins have insecticidal properties which, according to Syngenta, "controls more insects than any other trait stack on the market" including Black Cut Worm, Corn Earworm, European Corn Borer, Fall Armyworm, Western Bean Cutworm, and Stalk Borer.

3066.   VIPTERA's insecticidal protection comes from the Vip3A protein, a "vegetative insecticidal protein," which binds to the insect's midgut epithelium and forms pores, killing the insect before further crop damage may be done.

3067.   Syngenta invested approximately $200 million and five to seven years developing VIPTERA corn.

3068.   Notably, VIPTERA corn is protected by Syngenta patent(s) giving Syngenta the right to exclude others from selling products with the VIPTERA corn traits.  This is part of its motivation in pushing this product prior to approval from China (i.e., Syngenta is attempting to maximize its period of exclusivity when no others can sell VIPTERA corn).

3069.   As a bio-engineered product, VIPTERA corn was subject to U.S. and foreign regulatory approval prior to cultivation or import.

3070.   Syngenta had registered VIPTERA corn as a pesticide with the Environmental Protection Agency.

3071.   VIPTERA was deregulated by the U.S. Department of Agriculture in April 2010.

3072.   In the spring of 2010, Syngenta made the decision to release VIPTERA corn commercially for the 2010/11 growing season.  This release came at a time when VIPTERA corn lacked approval by import markets such as China, Japan, and the European Union.

3073.   At the time of release, Syngenta believed and reassured the public that approval in

Japan and the European Union was imminent.  Syngenta, however, was silent regarding China.

3074.    Japan and the European Union have since approved the importation of VIPTERA corn.

3075.    On December 22, 2014, Syngenta announced that it had "received the safety certificate for its Agrisure Viptera® trait (event MIR162) from China's regulatory authorities, formally granting import approval."    See, http://www.syngenta.com/global/corporate/SiteCollectionDocuments/pdf/media-releases/en/20141222-en-Viptera-China-approval.pdf (last visited Mar. 3, 2016).    Despite knowing that it lacked approval to import its VIPTERA corn to China prior to December 2014, Syngenta at all relevant times prior to December 2014 encouraged farmers to grow VIPTERA corn.

### Contamination of the United States Corn Supply

3076.    Commingling different varieties of corn is always a risk during planting, harvesting, drying, storage, and transportation of corn.  Thus, once released, a corn variety will, without adequate protections, contaminate the broader corn supply.

3077.    Despite contamination risks, Syngenta offered farmers a "side-by-side program" which encouraged farmers to plant VIPTERA corn side-by-side with other corn seed.

3078.    Syngenta knew or should have known that encouragement of side-by-side planting of VIPTERA and non-VIPTERA corn would inevitably lead to commingling.

3079.    Syngenta knew or should have known that this commingling would result in rejected shipments of U.S. corn by Chinese regulatory officials.

3080.    In short, Syngenta knew or should have known of the high risk and consequences

of commingling VIPTERA corn with the broader corn supply.  Syngenta encouraged farmers to disregard practices designed to prevent commingling and encouraged side-by-side planting of VIPTERA and non-VIPTERA corn, essentially ensuring the contamination by commingling.

3081.   Corn replicates by cross-pollination from one plant to another.  Pollen from corn has been shown to "drift" over considerable distances and cross-breed with corn from other plants.

3082.   The corn resulting from cross-pollination can express traits from the pollen-donating plant.

3083.   Those knowledgeable in the field suggest that, at a minimum, pollen can travel 200 feet.  Some studies have found that cross-pollination cannot be eliminated, even at a distance of one third of a mile.  See Peter Thomison, Managing "Pollen Drift" to Minimize Contamination of Non-GMO Corn, The Ohio State University Extension Fact Sheet, available at http://ohioline.osu.edu/agf-fact/0153.html (last visited Sept. 16, 2015).

3084.   Without adequate precautions, neighboring com fields will exchange pollen.

3085.   The Thomison article states "[e]ach corn plant is capable of producing 4 to 5 million pollen grains." *Id.*

3086.   Further, the Thomison article states "even if only a small percentage of the total pollen shed by a field of corn drifts into a neighboring field, there is considerable potential for contamination through cross pollination." *Id.*

3087.   Syngenta, as a leader in the field of corn biotechnology, understood or should have understood the effects of contamination by cross-pollination at the time of the release of VIPTERA corn.

3088.   Syngenta recognized in its "Agrisure™ Traits Stewardship Guide" that "[a] normal

occurrence in corn production is cross-pollination ...  " and "[i]t is not possible to achieve 100% purity of seed or grain in any corn production system and a certain amount of adventitious pollen movement will occur."

3089.   Other seed producers agree.  DuPont Pioneer published a fact sheet stating "Remember that achieving 100% purity is virtually impossible in seed or grain production."  See DuPont Pioneer Maximizing Genetic Purity of Corn in the Field, available at https://www.pioneer.com/home/site/us/agronomy/corn-specialty-markets/#genetics (last visited Mar.  3, 2016).

3090.   Upon information and belief, Syngenta encouraged cross-pollinating of VIPTERA corn with non-VIPTERA corn and its "side-by-side program" because it knew that cross-pollination was certain to occur.  Unfortunately, this led to additional contamination of the U.S. corn supply with the MIR162 trait.

3091.   To summarize, Syngenta knew that pollen drift was certain to occur and encouraged farmers to plant VIPTERA corn in a way that promoted cross-pollination and thus contamination of the U.S. corn supply.

### VIPTERA – A Continuing Controversy

3092.   After the 2011 planting season, but before the 2011 harvest season, Bunge North America, Inc.  ("Bunge"), a grain elevator and handler based in St.  Louis, Missouri, posted signs and distributed materials stating that VIPTERA corn would not be accepted during the harvest season.

3093.   Bunge cited the lack of Chinese import approval as its reason for not accepting VIPTERA corn.

3094.   In response, Syngenta sued Bunge in the Northern District of Iowa, seeking, inter alia, preliminary and permanent injunctions requiring Bunge to stop posting materials regarding its refusal to accept VIPTERA corn, and, more importantly, requiring Bunge to accept VIPTERA corn at its facilities.  Complaint, Syngenta Seeds, Inc., v.  Bunge North America, Inc., No.  5: 11-cv-04074-MWB, (N.D.  Iowa Aug.  22, 2011) ECF No.  1.

3095.   Bunge responded to the lawsuit stating" ...  we are surprised and disappointed that Syngenta has taken an action which could put at risk a major export market for U.S. corn producers [-] China."  Further, in the same statement, Bunge made clear:

> Bunge's decision not to accept Agrisure VIPTERA is consistent with the North American Export Grain Association's (NAEGA) policy to advocate that technology providers receive all major international approvals for a trait prior to seed sales.  The grain export industry, which includes Bunge, notified Syngenta more than a year ago that China is considered a major export market.

See  Statement  of  Soren  Schroder,  President  and  CEO  of  Bunge  North  America, https://www.bungenorthamerica.com/news/28-bunge-responds-to-syngenta-suit (last visited Mar. 3, 2016).

3096.   Syngenta's request for a preliminary injunction was denied.  Memorandum Opinion and Order: Denying Motion for Preliminary Injunction, *Syngenta Seeds, Inc., v. Bunge North America, Inc.*, No.  5:11-cv-04074-MWB, (N.D.  Iowa Sept.  26, 2011) ECF No.  42.

3097.   Major grain handlers including Bunge, Archer Daniels Midland, Cargill, and Consolidated Grain and Barge refused to accept VIPTERA corn, because preventing commingling is essentially impossible.

### *The Chinese Imports Market*

3098.   In the past, Japan and Canada were considered the major corn import markets.

Accordingly, many biotech-trait commercialization decisions were made based on approval obtained from these two countries.

3099.   However, in recent years, China has become a major importer of corn and corn products.  A recent study by the USDA shows that during the 2012/13 import year China imported five times more corn than Canada.  http://www.usda.gov/oce/commodity/wasde/latest.pdf (last visited Mar. 3, 2016).

**Table 1**
**Corn Imports by Country by Trade Year**
**(Thousand Metric Tons)**

|  | 2009/10 | 2010/11 | 2011/12 | 2012/13 | 2013/14 (estimated) |
|---|---|---|---|---|---|
| **Japan** | 15,971 | 15,648 | 14,892 | 14,412 | 15,500 |
| **China** | 1,296 | 979 | 5,231 | 2,702 | 3,500 |
| **Canada** | 2,100 | 950 | 870 | 480 | 400 |

Data compiled from USDA World Agricultural Supply and Demand Estimates available at http://www.usda.gov/oce/commodity/wasde/

3100.   China, having not approved the importation of VIPTERA corn during the relevant time period, maintained a strict zero tolerance policy regarding contamination of corn imports with corn containing MIR162.

3101.   This means that any detection of MIR162 in a shipment to China could result in rejection of that shipment.

3102.   Syngenta had knowledge of China's zero-tolerance policy prior to the commercialization of VIPTERA corn.

3103.   Further, Syngenta had knowledge that there was no means of detecting a "zero" level of MIR162 in a given sample.  At least, Charles Lee - Syngenta's North American Head of Corn - stated, when asked about potential detection methods, "Yeah, nothing can detect to zero."

In other words, there is always a risk that if a corn shipment is tested in the U.S. and is negative for MIR162, a second test at port could result in a positive for MIR162.

3104.   Even further, when questioned about the decision-making process to commercialize VIPTERA corn, Mr. Lee stated that commercialization was premised on U.S. deregulation and Japanese and Canadian approval.

3105.   Mr. Lee stated in his deposition "we operate on the principle that we need U.S., Japan and Canada.  And so once we have those approvals, we do commercialization of the product . . . ."

3106.   Therefore, Syngenta recognized that it is improper to rush a product to market without first receiving approvals from certain other countries to which U.S. corn is exported. Despite this knowledge, it did not wait for Chinese approval.

3107.   There was no requirement that Syngenta commercialize VIPTERA corn at this time.  However, as stated by Mr. Lee, Syngenta was "trying to recoup [its] costs as an organization." Further, Syngenta "[l]ike anybody, [wanted] to derive some income from [its] products." *Id.* At 70:22-71:13.

3108.   Syngenta also commercialized VIPTERA corn before major market approval for another reason: "[y]ou have to operate in the nongeneric period [of Syngenta's patent covering VIPTERA corn].  You like to optimize that period." *Id*. at 72:3-6.

3109.   On or about November 2013, cargo shipments of U.S. corn were rejected by Chinese regulatory officials after testing positive for VIPTERA corn.

3110.   On December 24, 2013, the General Administration of Quality Supervision, Inspection and Quarantine of China issued a warning notification strengthening the inspection and

supervision for the import of GMO feed materials.  This notification stated the impetus was that the Shanghai Chinese Inspection and Quarantine Service ("CIQ") had detected MIR162.  The December 24 notification indicated that all batches of corn would now be tested at the Chinese ports for MIR162, and that any cargo which tested positive for MIR162 would be returned or destroyed.

3111.   After this notification, corn transactions were at increased risk.

3112.   Also, since China initially only required certification from the seller/exporter that the shipped corn did not contain MIR162, a negative test result from the seller/exporter was sufficient.  This allowed predictability in that customers in China would know from the beginning of a contract that the corn products would clear Chinese customs.

3113.   Now that testing occurred at Chinese ports, an increased risk was placed on export contracts, because, as Syngenta testified, there was no way to detect a "zero" level of MIR162 (i.e., a negative test of a container in the U.S. could still result in a positive test in China).  This caused an initial amount of Chinese customers to walk away from their contracts, placed great deal of uncertainty on the market, and dramatically hurt corn prices.

3114.   An increased frequency of corn shipments were testing positive, and in July 2014, China again strengthened its policy regarding MIR162.

3115.   Since November of 2013 (i.e., the positive tests for MIR162 in China), Chinese imports for U.S. corn have fallen by an estimated 85%.

3116.   This market shift came at a time when China was expected to import a record high 7 million tons of U.S. corn, according to estimations made by the U.S. Department of Agriculture.

3117.   The rejection of U.S. corn imports has and continues to negatively impact the

global corn market.

3118.   Syngenta knew or should have known that disruption to the Chinese import market would influence the global corn market.

3119.   Syngenta knew or should have known that contracts between grain exporters and Chinese corn buyers would be negatively affected if MIR162 was found in grain exports to China.

### Syngenta's Admissions Regarding MIR162

3120.   Syngenta knew or should have known of the damage that the rejection of corn by China would cost.  For example, the unrebutted evidence at the hearing on Syngenta's Motion for Preliminary Injunction indicated that the redirection costs for a rejected shipment of contaminated corn could be anywhere from $4 million to $20 million for a single shipment.  Memorandum Opinion and Order Regarding Plaintiff Motion for Preliminary Injunction, *Syngenta Seeds, Inc., v. Bunge North America, Inc.*, No.  5:11-cv-04074-MWB, (N.D.  Iowa Sept.  26, 2011) ECF No. 42, at 12 (emphasis added).

3121.   Syngenta also knew or should have known that releasing MIR162 prior to Chinese approval would affect corn prices.

3122.   In Syngenta's 2010 Full Year Results, CEO Michael Mack ("Mr. Mack") stated that Chinese "import requirements alone influence global commodity prices."

3123.   During Syngenta's 2011 Half Year Earnings Report, Mr. Mack again commented on the importance of the Chinese market, stating that China "continues to have the greatest impact on world markets, with increasing imports not just of soybeans but also now of corn."

3124.   In response to a question during the first quarter 2012 earnings conference call regarding the status of Chinese approval of VIPTERA, Mr. Mack stated "[t]here isn't outstanding

approval for China, which we expect to have quite frankly within the matter of a couple days . . . we know of no issue with that whatsoever . . . ."

3125.   Yet as set forth in the preceding paragraphs: the CEO of Syngenta publicly stated in 2012 that approval of VIPTERA was days away.

3126.   Mr. Mack's statement was made as an advertisement for VIPTERA corn.

3127.   Mr. Mack referred specifically to VIPTERA corn.

3128.   Mr. Mack had an economic motivation for making this statement—continued sales of VIPTERA corn.

3129.   Mr. Mack's statement was disseminated sufficiently to constitute promotion within the grain industry.  His statement, and others like it, dangerously impacted the corn market by, for example, encouraging 1) farmers to plant MIR162, 2) grain elevators to accept and comingle MIR162 with other grains, and 3) exporters to purchase and ship products containing MIR162.

3130.   Obviously, Syngenta was incorrect with its prediction that Chinese approval would come in just a "matter of a couple days."

3131.   In 2014, Syngenta knew or should have known that China would not approve MIR162 in time for 2014 planting.  For example, Mr. Mack stated during Syngenta's first quarter 2014 conference call "I think it is fair to say at this point in time that we don't have—that we will not have any approval before the start of the season.  That's for sure."

3132.   During Syngenta's 2014 second quarter earnings conference call Mr. Mack made the following statements regarding Chinese approval of VIPTERA corn:

> You ask about VIPTERA and our regulatory issues.  Actually, I think this is a regulatory matter in China as opposed to any regulatory matter with Syngenta. The delays coming out of China are such that people just aren't really understanding right now even what the process is.

We don't have it in hand and I wouldn't want to say any more about when we might have it in hand, beyond to say that there is no question; there is no technical question right now waiting from the Chinese about it, and it's been approved already in virtually every other market. So, we'll see what happens over the coming weeks, months, quarters.

3133.   This statement confirms that Syngenta recognized that there was no end in sight for problems with exports to China due to its MIR162 products. Despite this, Syngenta continued to sell MIR162 products, as well as launch new GMO products, none of which were approved by China during the relevant time period. In doing so, Syngenta knew or should have known that its MIR162 products would continue to destroy U.S. exports of corn to China.

3134.   Further, and despite its 2014 statements as to uncertainty in China, Syngenta misled exporters into believing products containing MIR162 would be accepted in China.

3135.   Syngenta, currently and during much of the relevant time period, published on its website a form entitled "Request Form for Biosafety Certificate Issued by the Chinese Ministry of Agriculture."    *See*,    e.g.,    http://www3.syngenta.com/country/us/en/agriculture/ Stewardship/Documents/Biosafety-Certificate-Request-Form.pdf (last visited Sept. 16, 2015).

3136.   This form states, "Biosafety Certificates for the following transgenic event(s) were issued to Syngenta Seeds AG . . . by the Ministry of Agriculture (MOA) of the People's Republic of China (PRC)." One of the "transgenic event(s)" listed on this Syngenta form is MIR162.

3137.   The Syngenta form continues, "The requested Biosafety Certificates will be provided to Recipient to assist Recipient in obtaining required authorization for shipments containing the above marked Corn Product(s) into China," and additionally states, "The Biosafety Certificate(s) provided allows importation of the above marked Corn Product(s) as raw materials for processing for food and feed use only, not for any research purpose or cultivation purpose."

3138.   The implication of this form is clear: if completed (by, for example, an exporter), Syngenta will issue Biosafety Certificates, which will ensure the cargo can enter into China.

3139.   Syngenta's request form was released as an advertisement for VIPTERA corn, as it indicates that products containing MIR162 may be imported into China.

3140.   Syngenta's request form refers specifically to MIR162, the key trait in VIPTERA corn.

3141.   Syngenta had an economic motivation to include MIR162 on its request form, even though Syngenta knew MIR162 was not approved for import into China at the time: to maximize the length of time it could exclusively sell corn containing MIR162 under its various patents.

3142.   Syngenta's form was disseminated sufficiently to constitute promotion within the seed sales industry.

3143.   The statements made by Syngenta officials above show Syngenta knew that while the other Corn Products/transgenic events identified on this form were approved in China, MIR162 was not.

## PLAINTIFFS' CLAIMS FOR RELIEF

### COUNT I
### PUBLIC NUISANCE
### (As to all Plaintiffs)

3144.   Plaintiffs incorporate by reference all preceding Paragraphs as though fully set forth herein.

3145.   Through the conduct alleged above, Syngenta has created a public nuisance by causing widespread contamination of the U.S. corn supply with the MIR162 trait.

3146.   This unreasonable interference is imposed on the community at large and on a

considerable diverse number of persons and entities.  It arises from Syngenta's testing, growing, storing, transporting, selling, disposing, or otherwise disseminating VIPTERA corn: (a) without adequate precautions to prevent contamination of the U.S. corn and corn seed supplies; (b) with the knowledge that VIPTERA corn would contaminate other corn; (c) with the knowledge that this contamination would likely affect the U.S. corn and corn seed supplies; or (d) with the knowledge that there was a substantial risk of contamination of corn and corn seed supplies earmarked for export.

3147.   Syngenta has unreasonably interfered with the public's right to expect compliance with the federal laws governing the testing, growing, storing, transporting, selling, disposing, or otherwise disseminating VIPTERA corn.  Syngenta has further unreasonably interfered with the public's right to expect that the corn sold to the general public is free from contamination with VIPTERA corn as well as the public's right to be notified of whether the corn sold to the public is contaminated with genetically-modified organisms—including corn containing MIR162—so that the public has the freedom to choose to purchase and consume non-contaminated corn.

3148.   This interference is unreasonable in that it involves a significant interference with the public health, the public safety, the public peace, the public comfort, or the public convenience. It is also unreasonable in that it is proscribed by law, is of a continuing nature, and has produced a permanent or long-lasting effect.

3149.   Plaintiffs  have suffered harm caused by Syngenta's public nuisance distinct from and different than that suffered by the general public in that, as described above, they have suffered business losses in the form of, among other things, the rejection of the crops by certain export markets, namely China.

3150.   This constitutes an unreasonable and substantial interference with rights common to the general public, restricted demand for their products and services in certain markets; and reduced prices for their corn in all markets.

3151.   In light of the surrounding circumstances, Syngenta knew or should have known that their conduct would naturally or probably result in injuries and damages to the Plaintiffs. Nevertheless, Syngenta continued such conduct in reckless disregard of or conscious indifference to those consequences from which malice may be inferred and, consequently, punitive damages should be assessed to punish and deter.

### COUNT II
### PRIVATE NUISANCE
### (As to all Plaintiffs)

3152.   Plaintiffs incorporate by reference all preceding Paragraphs as though fully set forth herein.

3153.   Syngenta has created a private nuisance through the sale and distribution of Viptera corn. Syngenta licensed, sold, and distributed Viptera corn negligently and/or intentionally, without regard for the cross-pollination that results when Viptera corn pollen drifts to neighboring, non-Viptera fields. As a result, the entire U.S. corn farming and production chain, including, but not limited to, farmland, farming equipment, storage facilities, harvesting equipment, and transportation facilities and equipment of Plaintiffs are contaminated with Viptera.   The interference caused by the pollen drift has been material, substantial and unreasonable such to cause a nuisance to exist.

3154.   Syngenta's acts or omissions interfered with the use and enjoyment of Plaintiffs' rights, comfort, and convenience.

3155.   The interference with the use and enjoyment of the property caused by Syngenta is substantial, unreasonable, and ongoing and is imposed not just on Plaintiffs but on a considerable number of individuals and entities. Plaintiffs, though, have suffered injuries distinct from the general public in that Plaintiffs have suffered and continue to suffer business losses in the form of reduced or restricted demand for Plaintiffs' crops, reduced prices for Plaintiffs' crops, and diminution in value of Plaintiffs' corn harvesting.

3156.   Syngenta's acts and omissions are the direct and proximate cause of the damages suffered by Plaintiffs.

**COUNT III**
**COMMON LAW NEGLIGENCE**
**(As to all Plaintiffs)**

3157.   Plaintiffs incorporate by reference all preceding Paragraphs as though fully set forth herein.

3158.   With respect to its testing, growing, storing, transporting, selling, disposing, or otherwise disseminating VIPTERA corn, Syngenta had a duty to utilize its professional expertise and exercise that degree of skill and learning ordinarily used under the same or similar circumstances by a person or entity in Syngenta's business.

3159.   Syngenta breached its duty by acts and omissions including but not limited to:

    a.  Prematurely commercializing VIPTERA and DURACADE on a widespread basis without reasonable or adequate safeguards;

    b.  Instituting a careless and ineffective "stewardship" program, which ensured contamination of the U.S. corn supply;

    c.  Failing to enforce or effectively monitor its stewardship program;

    d.  Selling VIPTERA and/or DURACADE to thousands of corn farmers with knowledge that they lacked the mechanisms, experience, ability and/or

competence to effectively isolate or "channel" those products;

e. Distributing misleading information about the importance of the Chinese market; and

f. Distributing misleading information regarding the timing of China's approval of VIPTERA and/or DURACADE.

3160.   Upon information and belief, Syngenta further breached their duty by failing to notify the appropriate regulatory bodies and the public in a timely fashion after it first learned of the contamination of the U.S. corn supply with MIR162.

3161.   The damages incurred by Plaintiffs were or should have been foreseen by Syngenta as Syngenta understood the risks of releasing VIPTERA corn, including but not limited to, the near certainty of cross-pollination, risks of intentional or unintentional commingling of VIPTERA corn with non-VIPTERA corn, China's zero-tolerance policy for MIR162, and China's large, and growing, U.S. corn import market.

3162.   Syngenta breached its duties, as alleged above and breached the requisite standard of care owed to Plaintiffs, and was therefore negligent.

3163.   Syngenta's breaches are a direct and proximate cause of the injuries and damages sustained by the Plaintiffs in amounts not yet fully determined but far in excess of any amounts necessary for diversity jurisdiction.

3164.   Syngenta's conduct was willful, wanton and in reckless disregard for the rights of others, including the Plaintiffs.

### COUNT IV
### PRODUCTS LIABILITY
### (As to all Plaintiffs)

3165.   Plaintiffs incorporate by reference all preceding Paragraphs as though fully set forth

herein.

3166.   Syngenta was and continues to be a supplier of VIPTERA and/or DURACADE corn.

3167.   Syngenta has in the past and continues to manufacture, sell, or otherwise distribute VIPTERA and/or DURACADE corn.

3168.   VIPTERA and/or DURACDE corn was used in a manner reasonably anticipated.

3169.   As a direct and proximate result of the defective and unreasonably dangerous condition of VIPTERA and/or DURACADE corn as it existed when it left Syngenta's control, the Plaintiffs have sustained injuries and damages as alleged above.

3170.   In light of the surrounding circumstances, Syngenta knew or should have known that their conduct would naturally or probably result in injuries and damages to the Plaintiffs, yet continued such conduct in reckless disregard for the consequences from which malice may be inferred and, accordingly, punitive damages should be imposed to both punish and deter.

3171.   Syngenta's VIPTERA and/or DURACDE corn is the direct and proximate cause of the injuries and damages sustained by the Plaintiffs.

## COUNT V
## TORTIOUS INTERFERENCE WITH BUSINESS ACTION
### (As to all Plaintiffs)

3172.   Plaintiffs incorporate by reference all preceding Paragraphs as though fully set forth herein.

3173.   Plaintiffs had business relationships whereby Plaintiffs would sell their corn to grain purchasers.  These business relationships were memorialized by invoices, receipts, and other documents showing a consistent course of sales.

3174.   Plaintiffs had a reasonable expectation of economic gain resulting from the relationships with their grain purchasers.  Plaintiffs reasonably expected to continue to sell corn from their farms to such companies, and that the price at which they would be able to do so would be based on marketplace conditions and would not be adversely affected by the contamination of the U.S. corn supply with corn seed products that were not approved in all major export markets. Plaintiffs rightfully maintained the expectation that such business relationships would continue in the future.

3175.   Syngenta knew that Plaintiffs and other farmers had business relationships with such grain elevators and supply companies in the normal chain of crop export and sales, and Syngenta was fully aware that Plaintiffs and other farmers expected these business relationships to continue in the future.

3176.   Despite this knowledge, Syngenta made representations that deceived farmers and other consumers as to whether grain elevators and other supply companies would accept MIR162 corn, and deceived farmers and other consumers regarding the negative impact of MIR162 on U.S. corn prices.   These misrepresentations stated that MIR162 corn is or would imminently be approved for import into China.

3177.   Syngenta interfered with these prospective future business relationships through its conscious decision to bring MIR162 corn to the market.  Syngenta knew, or should have known, that releasing MIR162 corn would lead to the contamination of all U.S. corn shipments and prevent U.S. corn from being sold in China, which had not granted import approval.

3178.   Syngenta's release of MIRl62 corn destroyed the export of U.S. corn to China and caused depressed prices for all domestic corn producers.  Thus, Plaintiffs have been unable to sell

their corn to grain elevators and supply companies at the price they reasonably expected to receive.

3179.   Syngenta intentionally interfered with Plaintiffs' prospective business relationships; and Syngenta knew the interference was certain or substantially certain to occur as a result of its conduct in releasing MIR162 corn into the U.S. market.

3180.   Plaintiffs have been proximately damaged and continue to be damaged as a result of Syngenta's interference.

3181.   Syngenta's tortious conduct serves as a direct and proximate cause of the injuries and damages sustained by Plaintiffs.

## COUNT VI
## STRICT LIABILITY
**(As to Plaintiffs from Alabama, Arizona, Arkansas, California, Colorado, Florida, Idaho, Illinois, Indiana, Iowa, Kansas, Kentucky, Minnesota, Mississippi, Missouri, Nebraska, Nevada New York, North Dakota, Ohio, Oklahoma, Oregon, Pennsylvania, South Carolina, South Dakota, Tennessee, Texas and Wisconsin)**

3182.   Plaintiffs incorporate by reference all preceding Paragraphs as though fully set forth herein.

3183.   Syngenta developed and distributed Viptera corn seed, a defective and unreasonably dangerous product that, when used as anticipated, produced corn that has not been approved for human consumption by China and the European Union.

3184.   The sale and distribution of Viptera corn resulted in the contamination of the U.S. grain production and handling system, causing export markets to restrict, or ban altogether, importation of U.S. corn. Exercise of reasonable care could not have eliminated the risk of such contamination and resulting injuries.

3185.   Given the structure and operation of the U.S. grain production and handling system, Syngenta's sale and distribution of Viptera corn was improper.

3186.   Any benefit derived from the cultivation of Viptera corn is greatly outweighed by the harm resulting from Viptera contamination of the U.S. corn supply.

3187.   Plaintiff seeks compensatory damages and all costs and fees as allowed by law.

## COUNT VII
## VIOLATIONS OF THE ARKANSAS DECEPTIVE TRADE PRACTICES ACT
### (As to all Arkansas Plaintiffs)

3188.   Plaintiffs incorporate by reference all preceding Paragraphs as though fully set forth herein.

3189.   Arkansas Plaintiffs bring this claim under the Arkansas Deceptive Trade Practice Act ("Arkansas DTPA"), Ark Code Ann. § 4-88-101, *et seq.*

3190.   Syngenta and the Arkansas Plaintiffs are "persons" within the meaning of the Arkansas DTPA, Ark. Code Ann. § 4-88-102(5).

3191.   Syngenta's VIPTERA AND DURACADE corn are "goods" within the meaning of Ark. Code Ann. § 4-88-102(4).

3192.   The Arkansas DTPA prohibits "[d]eceptive and unconscionable trade practices," which include, but are not limited to, a list of enumerated items, including "[e]ngaging in any other unconscionable, false, or deceptive act or practice in business, commerce, or trade[.]"  Ark. Code Ann. § 4-88-107(a)(10).   The Arkansas DTPA also prohibits the following when utilized in connection with the sale of any goods: "(1) The act, use, or employment by any person of any deception, fraud, or false pretense; or (2) The concealment, suppression, or omission of any material fact with intent that others rely upon the concealment, suppression, or omission."  Ark. Code Ann. § 4-88-108.

3193.   Syngenta has committed willful, wanton, unfair and/or deceptive trade practices

by a number of acts and omissions taken to inequitably assert its power and position including but not limited to:

    a.   Prematurely commercializing VIPTERA AND DURACADE on a widespread basis without reasonable or adequate safeguards;

    b.   Instituting a careless and ineffective "stewardship" program;

    c.   Failing to enforce or effectively monitor its "stewardship" program;

    d.   Selling VIPTERA and/or DURACADE to thousands of corn farmers with knowledge that they lacked the mechanisms, experience, ability and/or competence to effectively isolate or "channel" those products.

    e.   Distributing misleading information about the importance of the Chinese market; and

    f.   Distributing misleading information regarding the timing of China's approval of VIPTERA and/or DURACADE.

3194.   Syngenta's actions offend public policy, were immoral, unethical, oppressive, unscrupulous, or substantially injurious to all Arkansas Plaintiffs.

3195.   Syngenta's acts took place in or effected commerce in Arkansas.

3196.   Syngenta's actions and omissions proximately caused the injuries and damages sustained by the Arkansas Plaintiffs.

3197.   Syngenta willfully, wantonly and in bad faith engaged in the unfair and deceptive acts and practices set forth herein.

3198.   Arkansas Plaintiffs seek monetary relief against Syngenta in an amount to be determined at trial. Arkansas Plaintiffs also seek punitive damages because Syngenta acted wantonly in causing the injury or with such a conscious indifference to the consequences that malice may be inferred.

3199.   Arkansas Plaintiffs also seek an order enjoining Syngenta's unfair, unlawful, and/or

deceptive practices, attorneys' fees, and any other just and proper relief available under the Arkansas DTPA.

## COUNT VIII
## VIOLATION OF THE CALIFORNIA UNFAIR COMPETITON LAW
### (As to All California Plaintiffs)

3200.   Plaintiffs incorporate by reference all preceding Paragraphs as though fully set forth herein.

3201.   California's Unfair Competition Law ("UCL"), CAL. BUS. & PROF. CODE §§ 17200, *et seq*., proscribes acts of unfair competition, including "any unlawful, unfair or fraudulent business act or practice . . . ."

3202.   Syngenta's conduct, as described herein, was and is in violation of the UCL. Syngenta's conduct violates the UCL in at least the following ways, including but not limited to:

a.   Prematurely commercializing VIPTERA AND DURACADE on a widespread basis without reasonable or adequate safeguards;

b.   Instituting a careless and ineffective "stewardship" program;

c.   Failing to enforce or effectively monitor its "stewardship" program;

d.   Selling VIPTERA and/or DURACADE to thousands of corn farmers with knowledge that they lacked the mechanisms, experience, ability and/or competence to effectively isolate or "channel" those products.

e.   Distributing misleading information about the importance of the Chinese market; and

f.   Distributing misleading information regarding the timing of China's approval of VIPTERA and/or DURACADE.

3203.   Accordingly, California Plaintiffs have suffered injury in fact including lost money or property as a result of Syngenta's misrepresentations and omissions.

3204.   California Plaintiffs seek to enjoin further unlawful, unfair, and/or fraudulent acts or practices by Syngenta under CAL. BUS. & PROF. CODE § 17200.

3205.   California Plaintiffs request that this Court enter such orders or judgments as may be necessary to enjoin Syngenta from continuing its unfair, unlawful, and/or deceptive practices and to restore to Plaintiffs any money it acquired by unfair competition, including restitution and/or restitutionary disgorgement, as provided in CAL. BUS. & PROF. CODE § 17203 and CAL. BUS. & PROF. CODE § 3345; and for such other relief set forth below.

## COUNT IX
## VIOLATIONS OF THE COLORADO CONSUMER PROTECTION ACT
### (As to all Colorado Plaintiffs)

3206.   Plaintiffs incorporate by reference all preceding Paragraphs as though fully set forth herein.

3207.   Syngenta is liable to the Colorado Plaintiffs pursuant to the Colorado Consumer Protection Act ("Colorado CPA"), Col. Rev. Stat. § 6-1-101, *et seq.*

3208.   Syngenta is a "person" under § 6-1-102(6) of the Colorado CPA.

3209.   Colorado Plaintiffs are "consumers or potential consumers" for purposes of Col. Rev. Stat. § 6-1-113(1)(a).

3210.   The Colorado CPA prohibits deceptive trade practices in the course of a person's business.

3211.   Syngenta has committed willful, unfair and/or deceptive trade practices by a number of acts and omissions taken to inequitably assert its power and position including but not limited to:

   a.   Prematurely commercializing VIPTERA AND DURACADE on a widespread basis without reasonable or adequate safeguards;

313 of 335

b.  Instituting a careless and ineffective "stewardship" program;

c.  Failing to enforce or effectively monitor its "stewardship" program;

d.  Selling VIPTERA and/or DURACADE to thousands of corn farmers with knowledge that they lacked the mechanisms, experience, ability and/or competence to effectively isolate or "channel" those products.

e.  Distributing misleading information about the importance of the Chinese market; and

f.  Distributing misleading information regarding the timing of China's approval of VIPTERA and/or DURACADE.

3212.  Syngenta's actions offend public policy, were immoral, unethical, oppressive, unscrupulous, or substantially injurious to all Colorado Plaintiffs.

3213.  Syngenta's acts took place in or effected commerce in Colorado.

3214.  Syngenta's actions and omissions proximately caused the injuries and damages sustained by the Colorado Plaintiffs.

3215.  Syngenta willfully and in bad faith engaged in the unfair and deceptive acts and practices set forth herein.

3216.  Because Syngenta's bad actions were executed willfully and in bad faith, the Colorado Plaintiffs are thus entitled to an award of compensatory damages and, as well as treble or other exemplary damages, attorneys' fees and costs pursuant to Col. Rev. Stat. § 6-1-113(2).

## COUNT X
## FLORIDA DECEPTIVE AND UNFAIR TRADE PRACTICES ACT
### (As to all Florida Plaintiffs)

3217.  Plaintiffs incorporate by reference all preceding Paragraphs as though fully set forth herein.

3218.  Syngenta is liable to the Florida Plaintiffs pursuant to the Florida Deceptive and

Unfair Trade Practices Act ("FDUTPA"), § 501.201 Fla. Stat. *et seq*.

3219.  Syngenta has committed willful unfair trade practices by a number of acts and omissions taken to inequitably assert its power and position including but not limited to:

    a.  Prematurely commercializing VIPTERA AND DURACADE on a widespread basis without reasonable or adequate safeguards;

    b.  Instituting a careless and ineffective "stewardship" program;

    c.  Failing to enforce or effectively monitor its "stewardship" program;

    d.  Selling VIPTERA and/or DURACADE to thousands of corn farmers with knowledge that they lacked the mechanisms, experience, ability and/or competence to effectively isolate or "channel" those products.

    e.  Distributing misleading information about the importance of the Chinese market; and

    f.  Distributing misleading information regarding the timing of China's approval of VIPTERA and/or DURACADE.

3220.  Syngenta's actions offend public policy, were immoral, unethical, oppressive, unscrupulous, or substantially injurious to all Florida Plaintiffs.

3221.  Syngenta's acts took place in or effected commerce in Florida.

3222.  Syngenta's actions and omissions proximately caused the injuries and damages sustained by the Florida Plaintiffs.

3223.  Syngenta willfully engaged in the unfair and deceptive acts and practices set forth herein.

3224.  The Florida Plaintiffs hereby request that this court issue a declaratory judgment that Syngenta's actions as described herein did, in fact, violate the FDUTPA.

3225.  Further, as a result of Syngenta's actions as described herein, the Florida Plaintiffs suffered substantial losses and harms and are entitled to recover actual damages, obtain equitable

and injunctive relief, attorneys' fees, litigation expenses and punitive damages under FDUTPA.

**COUNT XI**
**VIOLATION OF GEORGIA'S UNIFORM DECEPTIVE TRADE PRACTICES ACT**
**(As to all Georgia Plaintiffs)**

3226.   Plaintiffs incorporate by reference all preceding Paragraphs as though fully set forth herein.

3227.   Syngenta is liable to the Georgia Plaintiffs pursuant to the Georgia Uniform Deceptive Trade Practices Act ("Georgia UDTPA"), GA. CODE ANN. § 10-1-370, *et seq*.

3228.   Syngenta and the Georgia Plaintiffs are "persons' within the meaning of the Georgia UDTPA, GA. CODE ANN. § 10-1- 371(5).

3229.   The Georgia UDTPA prohibits "deceptive trade practices," which include the "misrepresentation of standard or quality of goods or services," and "engaging in any other conduct which similarly creates a likelihood of confusion or of misunderstanding." GA. CODE ANN. § 10-1-372(a).

3230.   Syngenta has committed willful unfair trade practices in violation of the Georgia UDTPA by a number of acts and omissions taken to inequitably assert its power and position including but not limited to:

   a.   Prematurely commercializing VIPTERA AND DURACADE on a widespread basis without reasonable or adequate safeguards;

   b.   Instituting a careless and ineffective "stewardship" program;

   c.   Failing to enforce or effectively monitor its "stewardship" program;

   d.   Selling VIPTERA and/or DURACADE to thousands of corn farmers with knowledge that they lacked the mechanisms, experience, ability and/or competence to effectively isolate or "channel" those products.

   e.   Distributing misleading information about the importance of the Chinese market; and

316 of 335

    f.   Distributing misleading information regarding the timing of China's approval of VIPTERA and/or DURACADE.

3231.   Syngenta's unfair or deceptive acts or practices were likely to and did in fact deceive reasonable consumers, including Plaintiffs, about the true nature and quality of the VIPTERA and DURACADE corn.

3232.   Syngenta intentionally and knowingly misrepresented material facts regarding the VIPTERA and DURACADE corn with intent to mislead Georgia Plaintiffs.

3233.   Syngenta knew or should have known that its conduct violated the Georgia UDTPA.

3234.   As alleged above, Syngenta made material statements about the quality and nature of the VIPTERA and DURACDE corn that were either false or misleading.

3235.   Syngenta owed the Georgia Plaintiffs a duty to disclose the quality and nature of the VIPTERA and DURACADE corn, and Syngenta's statements, misrepresentations, and omissions concerning the same were material to the Georgia Plaintiffs.

3236.   Georgia Plaintiffs suffered ascertainable loss caused by Syngenta's statements, misrepresentations, and omissions.  As a direct and proximate result of Syngenta's violations of the Georgia UDTPA, Georgia Plaintiffs have suffered injury-in-fact and/or actual damages.

3237.   Georgia Plaintiffs seek an order enjoining Syngenta's unfair, unlawful and/or deceptive practices, attorneys' fees, and any other just and proper relief available under the Georgia UDTPA per GA. CODE ANN. § 10-1-373.

## COUNT XII
## VIOLATION OF THE IDAHO CONSUMER PROTECTION ACT
### (As to all Idaho Plaintiffs)

3238.   Plaintiffs incorporate by reference all preceding Paragraphs as though fully set forth herein.

3239.   Syngenta is liable to the Idaho Plaintiffs pursuant to the Idaho Consumer Protection Act ("Idaho CPA"), IDAHO CIV. CODE § 48-601, *et seq*.

3240.   Defendants are each a "person" under the Idaho CPA, IDAHO CIV. CODE § 48-602(2).

3241.   Syngenta participated in misleading, false or deceptive business practices prohibited by the Idaho CPA, including: (1) representing that VIPTERA and DURACADE corn has characteristics, uses and benefits which it does not have; (2) representing that VIPTERA and DURACADE corn is of a particular standard, quality, and grade when it is not; (3) engaging in acts or practices which are otherwise misleading, false, or deceptive to the consumer; and (4) engaging in any unconscionable method, act, or practice in the conduct or trade or commerce. *See* IDAHO CIV. CODE § 48-603.

3242.   Syngenta engaged in numerous unfair acts or practices in the timing, scope and terms under which it commercialized VIPTERA and DURACADE, including, but not limited to:

    a.   Prematurely commercializing VIPTERA AND DURACADE on a widespread basis without reasonable or adequate safeguards;

    b.   Instituting a careless and ineffective "stewardship" program;

    c.   Failing to enforce or effectively monitor its "stewardship" program;

    d.   Selling VIPTERA and/or DURACADE to thousands of corn farmers with knowledge that they lacked the mechanisms, experience, ability and/or competence to effectively isolate or "channel" those products.

    e.   Distributing misleading information about the importance of the Chinese market; and

      f.  Distributing misleading information regarding the timing of China's approval of VIPTERA and/or DURACADE.

3243.  Syngenta's practices, as set forth above, were unfair in that:

      a.  The practices offend public policy in that they were done negligently, were done in a manner that brought VIPTERA and/or DURACADE in contact with the Idaho Plaintiffs' corn thereby resulting in a trespass to chattels, and/or violated industry recognized stewardship obligations;

      b.  The practices were immoral, oppressive and unscrupulous in that they imposed no meaningful choice on corn farmers, imposed an unreasonable burden on the corn farming industry and was so oppressive as to leave corn farmers with little alternative but to submit to the practices. Idaho corn farmers had no control over the closure of the Chinese market due to the commercialization of VIPTERA and/or DURACADE; had no reasonable ability to prevent VIPTERA and/or DURACADE from entering onto their land, into their corn or into the corn market, and had no reasonable ability to separately channel their corn and VIPTERA and/or DURACADE; and

      c.  The practices caused substantial injury to corn farmers in that it caused the loss of the Chinese export market and reduced corn prices. Corn farmers cannot reasonable avoid the injury caused by Syngenta's actions because the actions have caused a drop in the price for all U.S. corn.

3244.  Syngenta's unfair practices and conduct was directed toward consumers of VIPTERA and DURACADE as well as other corn producers.  Syngenta intended consumers of VIPTERA and DURACADE as well as other corn producers to rely on its acts and practices in commercializing and selling VIPTERA and DURACADE as being done in a manner that would avoid negatively impacting corn export markets.

3245.  Syngenta's unfair practices occurred during the course of conduct involving trade or commerce, specifically the commercialization and sale of VIPTERA and DURACADE.

3246.  Idaho corn producers incurred damages due to the loss of the Chinese import market and resulting drop in the price of corn due to Syngenta's unfair acts and practices.

3247.   The loss of the Chinese import market and resulting drop in corn prices was directly and proximately caused by Syngenta's unfair acts and practices.

3248.   Pursuant to IDAHO CIV. CODE § 48-608, Idaho Plaintiffs seek monetary relief against Syngenta measured as the greater of (a) actual damages in an amount to be determined at trial and (b) statutory damages in the amount of $1,000 for each Idaho Plaintiff.

3249.   Idaho Plaintiffs also seek an order enjoining Syngenta's unfair, unlawful and/or deceptive practices, attorneys' fees, and any other just and proper relief available under the Idaho CPA.

3250.   Syngenta's conduct was flagrant, willful, intentional, done with evil motive or reckless indifference to the rights of others, and evidences an extreme deviation from reasonable standards.  Punitive damages are thus warranted.

## COUNT XIII
## VIOLATIONS OF THE ILLINOIS CONSUMER FRAUD AND
## DECEPTIVE BUSINESS PRACTICES ACT
### (As to all Illinois Plaintiffs)

3251.   Plaintiffs incorporate by reference all preceding Paragraphs as though fully set forth herein.

3252.   Corn seed such as VIPTERA and DURACADE is an object, good, and/or commodity constituting merchandise pursuant to 815 Ill. Comp. Stat. 505/1.

3253.   Syngenta engaged in numerous unfair acts or practices in the timing, scope and terms under which it commercialized VIPTERA and DURACADE, including, but not limited to:

    a.   Prematurely commercializing VIPTERA AND DURACADE on a widespread basis without reasonable or adequate safeguards;

    b.   Instituting a careless and ineffective "stewardship" program;

c.   Failing to enforce or effectively monitor its "stewardship" program;

d.   Selling VIPTERA and/or DURACADE to thousands of corn farmers with knowledge that they lacked the mechanisms, experience, ability and/or competence to effectively isolate or "channel" those products.

e.   Distributing misleading information about the importance of the Chinese market; and

f.   Distributing misleading information regarding the timing of China's approval of VIPTERA and/or DURACADE.

3254.   Syngenta's practices, as set forth above, were unfair in that:

i.   The practices offend public policy in that they were done negligently, were done in a manner that brought VIPTERA and/or DURACADE in contact with the Illinois Plaintiffs' corn, thereby resulting in a trespass to chattels, and/or violated industry recognized stewardship obligations;

ii.   The practices were immoral, oppressive and unscrupulous in that they imposed no meaningful choice on corn farmers, imposed an unreasonable burden on the corn farming industry and was so oppressive as to leave corn farmers with little alternative but to submit to the practices.  Corn farmers had no control over the closure of the Chinese market due to the commercialization of VIPTERA and/or DURACADE; had no reasonable ability to prevent VIPTERA and/or DURACADE from entering onto their land, into their corn or into the corn market, and had no reasonable ability to separately channel their corn and VIPTERA and/or DURACADE; and

iii.   The practices caused substantial injury to corn farmers in that it caused the loss of the Chinese export market and reduced corn prices. Corn farmers cannot reasonable avoid the injury caused by Syngenta's actions because the actions have caused a drop in the price for all U.S. corn.

3255.   Syngenta's unfair practices and conduct was directed toward consumers of VIPTERA and DURACADE as well as other corn producers.  Syngenta intended consumers of VIPTERA and DURACADE as well as other corn producers to rely on its acts and practices in commercializing and selling VIPTERA and DURACADE as being done in a manner that would avoid negatively impacting corn export markets.

3256.   Syngenta's unfair practices occurred during the course of conduct involving trade or commerce, specifically the commercialization and sale of VIPTERA and DURACADE.

3257.   Illinois corn producers incurred damages due to the loss of the Chinese import market and resulting drop in the price of corn due to Syngenta's unfair acts and practices.

3258.   The loss of the Chinese import market and resulting drop in corn prices was directly and proximately caused by Syngenta's unfair acts and practices.

3259.   Syngenta's conduct was addressed to the market generally and otherwise implicates consumer protection concerns and, therefore, a consumer nexus exists in that:

    a.   Syngenta's acts and practices in commercializing and selling VIPTERA and DURACADE corn were directed to all corn farmers  generally; and

    b.   Syngenta's acts and practices otherwise implicate consumer protection concerns including, but not limited to, not unreasonably risking the availability and welfare of corn export markets or minimizing the potential for unwanted comingling of crops.

3260.  Illinois Plaintiffs are authorized to bring a private action under the Illinois Consumer Fraud and Deceptive Businesses Practices Act pursuant to 815 Ill. Comp. Stat. 505/10(a).

3261.   Syngenta's conduct was willful and intentional and done with evil motive or reckless indifference to the rights of others.  Punitive damages are thus warranted.

3262.   Reasonable attorneys' fees and costs should be awarded pursuant to 815 Ill. Comp. Stat. 505/10a.

## COUNT XIV
## VIOLATIONS OF THE KENTUCKY CONSUMER PROTECTION ACT
### (As to all Kentucky Plaintiffs)

3263.  Kentucky Plaintiffs incorporate by reference all preceding Paragraphs as though

fully set forth herein.

3264.   This claim is brought pursuant to the Kentucky Consumer Protection Act ("Kentucky CPA"), § Ky. Rev. Stat. 367.110, *et seq*.

3265.   Syngenta and the Kentucky Plaintiffs are "persons" within the meaning of Ky. Rev. Stat. § 367.110(1).

3266.   Syngenta is engaged in "trade" or "commerce" within the meaning of Ky. Rev. Stat. § 367.110(2).

3267.   The Kentucky CPA makes unlawful "[u]nfair, false, misleading, or deceptive acts in the conduct of any trade or commerce . . . ." Ky. Rev. Stat. § 367.170(1).  Syngenta committed misleading, false, or deceptive acts that violated the Kentucky CPA.  These acts include but are not limited to:

     a.   Prematurely commercializing VIPTERA AND DURACADE on a widespread basis without reasonable or adequate safeguards;

     b.   Instituting a careless and ineffective "stewardship" program;

     c.   Failing to enforce or effectively monitor its "stewardship" program;

     d.   Selling VIPTERA and/or DURACADE to thousands of corn farmers with knowledge that they lacked the mechanisms, experience, ability and/or competence to effectively isolate or "channel" those products.

     e.   Distributing misleading information about the importance of the Chinese market; and

     f.   Distributing misleading information regarding the timing of China's approval of VIPTERA and/or DURACADE.

3268.  Syngenta's practices, as set forth above, were unfair in that:

     a.   The practices were immoral, oppressive and unscrupulous in that they imposed no meaningful choice on corn farmers, imposed an unreasonable burden on the corn farming industry and was so oppressive as to leave corn farmers with little

alternative but to submit to the practices. Corn farmers had no control over the closure of the Chinese market due to the commercialization of VIPTERA and/or DURACADE; had no reasonable ability to prevent VIPTERA and/or DURACADE from entering onto their land, into their corn or into the corn market, and had no reasonable ability to separately channel their corn and VIPTERA and/or DURACADE; and

b.   The practices caused substantial injury to corn farmers in that it caused the loss of the Chinese export market and reduced corn prices. Corn farmers cannot reasonable avoid the injury caused by Syngenta's actions because the actions have caused a drop in the price for all U.S. corn.

3269.   Syngenta's unfair practices and conduct was directed toward consumers of VIPTERA and DURACADE as well as other corn producers. Syngenta intended consumers of VIPTERA and DURACADE as well as other corn producers to rely on its acts and practices in commercializing and selling VIPTERA and DURACADE as being done in a manner that would avoid negatively impacting corn export markets.

3270.   Syngenta's unfair practices occurred during the course of conduct involving trade or commerce, specifically the commercialization and sale of VIPTERA and DURACADE.

3271.   Syngenta knew or should have known that its conduct violated the Kentucky CPA.

3272.   As a direct and proximate result of Syngenta's violations of the Kentucky CPA, Kentucky Plaintiffs have suffered injury-in-fact, and/or actual damage.

3273.   Pursuant to Ky. Rev. Stat. Ann. § 367.220, Kentucky Plaintiffs seek to recover actual damages in an amount to be determined at trial; an order enjoining Syngenta's unfair, unlawful, and/or deceptive practices; declaratory relief; attorneys' fees; and any other just and proper relief available under Ky. Rev. Stat. Ann. § 367.220.

**COUNT XV**
**VIOLATION OF MINNESOTA DECEPTIVE TRADE PRACTICES ACT**
**(As to all MINNESOTA Plaintiffs)**

3274.   Plaintiffs incorporate by reference all preceding Paragraphs as though fully set forth herein.

3275.   The Minnesota Uniform Deceptive Trade Practices Act, Minn. Stat. § 325D.43, *et. seq.*, provides in relevant part:

> **Subdivision 1. Acts constituting** A person engages in a deceptive trade practice when, in the course of business, vocation, or occupation, the person:
>
> (1) passes off goods or services as those of another;
>
> (2) causes likelihood of confusion or of misunderstanding as to the source, sponsorship, approval, or certification of goods or services;
>
> (3) causes likelihood of confusion or of misunderstanding as to affiliation, connection, or association with, or certification by, another;
> \*\*\*
>
> (5) represents that goods or services have sponsorship, approval, characteristics, ingredients, uses, benefits, or quantities that they do not have or that a person has a sponsorship, approval, status, affiliation, or connection that the person does not have;

Minn. Stat. § 325D.44.

3276.   The Minnesota Plaintiffs are authorized to bring this claim under Minn. Stat. § 8.31, subd. 3a.

3277.   Syngenta has used in commerce false or misleading descriptions of fact and/or false or misleading representations of fact, which were likely and/or did cause confusion or mistake.  These misleading descriptions and/or representations related to VIPTERA's approval or imminent approval for import to China.  These deceptions originated in pertinent part in Minnesota, at the principal place of business of Defendant Syngenta Seeds.  These deceptions and/or misrepresentations did not involve the product's labeling and packaging.

3278.   Syngenta's false or misleading descriptions of fact and/or false or misleading representations of fact, caused, and/or were likely to cause costumer confusion about the approval

of the products from foreign regulatory authorities, including the Chinese government.

3279.   Plaintiffs have and continue to be damaged by Syngenta's conduct.

3280.   Plaintiffs' damages were proximately caused by Syngenta's conduct.

3281.   As a direct result and proximate result of the foregoing, Plaintiffs have been injured and suffered financial loss in excess of $75,000 for which damages and other relief as may be available at law or equity is warranted.

3282.   Because Syngenta's actions have been committed willfully, maliciously, and intentionally, Plaintiffs are entitled to recover costs and reasonable attorneys' fees under Minn. Stat. § 325D.45.

**COUNT XVI**
**VIOLATIONS OF NEW YORK GENERAL BUSINESS LAW § 349**
**(As to all New York Plaintiffs)**

3283.   Plaintiffs incorporate by reference all preceding Paragraphs as though fully set forth herein.

3284.   The New York Plaintiffs bring this claim pursuant to N.Y. GEN. BUS. LAW § 349.

3285.   New York's General Business Law § 349 makes unlawful "[d]eceptive acts or practices in the conduct of any business, trade or commerce."

3286.   In the Course of Syngenta's business, it willfully failed to disclose and actively concealed the fact that VIPTERA and DURACADE Corn had not yet been approved for import into the Chinese Market.

3287.   Syngenta's actions as set forth above occurred in the conduct of trade or commerce.

3288.   Because Syngenta's deception affects the ability of New York corn farmers to compete in the open marketplace, its deception affects the public interest.  Further, Syngenta's unlawful conduct constitutes unfair acts or practices that have the capacity to deceive consumers, and that have a broad impact on consumers at large.

3289.   Syngenta's conduct proximately caused injuries to the New York Plaintiffs.

3290.   New York Plaintiffs were injured as a result of Syngenta's conduct in that the value of the New York Plaintiffs' corn was drastically reduced by their inability to ship corn to the Chinese Market.   These injuries are the direct and natural consequence of Syngenta's misrepresentations and omissions.

### COUNT XVII
### VIOLATION OF NORTH CAROLINA UNFAIR AND DECEPTIVE TRADE PRACTICES ACT
### (As to all North Carolina Plaintiffs)

3291.   Plaintiffs incorporate by reference all preceding Paragraphs as though fully set forth herein.

3292.   N.C. Gen Stat. § 75-1.1 declares that unfair or deceptive acts or practices in or affecting commerce are declared unlawful.

3293.   A practice is unfair if it offends established public policy, immoral, unethical, oppressive, unscrupulous, or substantially injurious.

3294.   N.C. Gen. Stat. § 75-16 provides that if any person or the business of any person is injured by reason of any act or thing done by another in violation of the North Carolina Unfair and Deceptive Trade Practices Act, the injured person or entity may bring a claim for damages.

3295.   Syngenta has committed willful unfair trade practices by a number of acts and omissions taken to inequitably assert its power and position including but not limited to:

a. Prematurely commercializing VIPTERA AND DURACADE on a widespread basis without reasonable or adequate safeguards;

b. Instituting a careless and ineffective "stewardship" program;

c. Failing to enforce or effectively monitor its "stewardship" program;

d. Selling VIPTERA and/or DURACADE to thousands of corn farmers with knowledge that they lacked the mechanisms, experience, ability and/or competence to effectively isolate or "channel" those products.

3296.   Syngenta's actions offend public policy, were immoral, unethical, oppressive, unscrupulous, or substantially injurious to all North Carolina Plaintiffs.

3297.   Syngenta's acts took place in or effected commerce in North Carolina.

3298.   Syngenta's actions and omissions proximately caused the injuries and damages sustained by the North Carolina Plaintiffs.

3299.   Syngenta willfully engaged in the unfair and deceptive acts and practices set forth herein.

3300.   The North Carolina Plaintiffs are thus entitled to an award of compensatory damages and prejudgment and post-judgment interest, as well as treble or other exemplary damages, attorneys' fees and costs pursuant to N.C. Gen. Stat §§ 75-16 and 75-16.1.

**COUNT XVIII**
**VIOLATIONS OF THE OREGON UNLAWFUL TRADE PRACTICES ACT**
**(As to all Oregon Plaintiffs)**

3301.   Plaintiffs incorporate by reference all preceding Paragraphs as though fully set forth herein.

3302.   This claim is brought pursuant to the Oregon Unlawful Trade Practices Act ("OUTPA"), ORS § 646.608, by and through ORS § 646.638(1) which authorizes private citizens to bring actions under the OUTPA.

3303.   ORS § 646.608(1)(e),(g) makes it unlawful to represent that a good has a particular standard, quality or grade if it is not, in fact, of that particular standard, quality or grade.

3304.   Syngenta unlawfully misrepresented the standard, quality or grade of its VIPTERA and DURACADE Corn when it willfully failed to disclose and actively concealed the fact that VIPTERA and DURACADE Corn had not yet been approved for import into the Chinese Market.

3305.   The Oregon Plaintiffs are entitled to an award of compensatory damages, interest, as well as attorneys' fees and costs.

## COUNT XIX
## VIOLATIONS OF THE SOUTH CAROLINA UNFAIR TRADE PRACTICES ACT
### (As to all South Carolina Plaintiffs)

3306.   Plaintiffs incorporate by reference all preceding Paragraphs as though fully set forth herein.

3307.   This claim is brought pursuant to the South Carolina Unfair Trade Practices Act ("South Carolina UTPA"), S.C. CODE ANN. § 39-5-10, *et seq*.

3308.   Defendants are each a "person" under the South Carolina UTPA.

3309.   The South Carolina UTPA prohibits "unfair or deceptive acts or practices in the conduct of any trade or commerce . . . ."  S.C. CODE ANN. § 39-5-20(a).

3310.   Syngenta has committed willful unfair trade practices by a number of acts and omissions taken to inequitably assert its power and position including but not limited to:

    a.   Prematurely commercializing VIPTERA AND DURACADE on a widespread basis without reasonable or adequate safeguards;

    b.   Instituting a careless and ineffective "stewardship" program;

    c.   Failing to enforce or effectively monitor its "stewardship" program;

    d.   Selling VIPTERA and/or DURACADE to thousands of corn farmers with knowledge that they lacked the mechanisms, experience, ability and/or competence to effectively isolate or "channel" those products.

    e.   Distributing misleading information about the importance of the Chinese market; and

    f.   Distributing misleading information regarding the timing of China's approval of VIPTERA and/or DURACADE.

3311.   Syngenta's actions offend public policy, were immoral, unethical, oppressive, unscrupulous, or substantially injurious to all South Carolina Plaintiffs.

3312.   Syngenta's acts took place in or effected commerce in South Carolina.

3313.   Syngenta's actions and omissions proximately caused the injuries and damages sustained by the South Carolina Plaintiffs.

3314.   Syngenta willfully engaged in the unfair and deceptive acts and practices set forth herein.

3315.   Pursuant to S.C. CODE ANN. § 39-5-140(a), South Carolina Plaintiffs seek monetary relief against Syngenta to recover for their economic losses.  Because Syngenta's actions were willful and knowing, Syngenta's damages should be trebled.  *Id.*

3316.   Plaintiff further alleges that Syngenta's malicious and deliberate conduct warrants an assessment of punitive damages, because Syngenta carried out its despicable conduct with willful and conscious disregard of the rights of others, subjecting South Carolina plaintiffs to cruel and unjust hardships as a result.

3317.   South Carolina Plaintiffs further seek an order enjoining Syngenta's unfair or deceptive acts or practices.

## PRAYER FOR RELIEF

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray they have of and recover from the Defendants, jointly and severally, compensatory and punitive damages, together with appropriate equitable relief, as follows:

A.    Entry of judgment ordering Syngenta to take affirmative steps to remediate the contamination that it has already caused;

B.    Entry of judgment finding:

1.    Syngenta's release of VIPTERA and DURACADE corn constituted a public nuisance;

2.    Syngenta's release of VIPTERA and DURACADE corn constituted a private nuisance;

3.    Syngenta's release of VIPTERA and DURACADE corn was negligent;

4.    Syngenta is liable for damages done by the release of VIPTERA and DURACADE corn;

5.    Syngenta is strictly liable for damages done by the release of VIPTERA and DURACADE corn and the resulting injuries to the Plaintiffs in Alabama, Arizona, Arkansas, California, Colorado, Florida, Idaho, Illinois, Indiana, Iowa, Kansas, Kentucky, Minnesota, Mississippi, Missouri, Nebraska, Nevada New York, North Dakota, Ohio, Oklahoma, Oregon, Pennsylvania, South Carolina, South Dakota, Tennessee, Texas and Wisconsin;

6.    Syngenta's release of VIPTERA and DURACADE corn constitutes tortious interference;

7.      Syngenta's activities surrounding its release of VIPTERA and DURACADE corn violated the Arkansas Deceptive Trade Practice Act; and

8.      Syngenta's activities surrounding its release of VIPTERA and DURACADE corn violated the California Unfair Competition Law; and

9.      Syngenta's activities surrounding its release of VIPTERA and DURACADE corn violated the Colorado Consumer Protection Act; and

10.     Syngenta's activities surrounding its release of VIPTERA and DURACADE corn violated the Florida Deceptive and Unfair Trade Practices Act.

11.     Syngenta's activities surrounding its release of VIPTERA and DURACADE corn violated the Georgia Uniform Deceptive Trade Practices Act; and

12.     Syngenta's activities surrounding its release of VIPTERA and DURACADE corn violated the Idaho Consumer Protection Act; and

13.     Syngenta's activities surrounding its release of VIPTERA and DURACADE corn violated the Illinois Consumer Fraud and Deceptive Business Practices Act;

14.     Syngenta's activities surrounding its release of VIPTERA and DURACADE corn violated the Kentucky Consumer Protection Act; and

15.     Syngenta's activities surrounding its release of VIPTERA and DURACADE corn violated the Minnesota Deceptive Trade Practices Act; and

16.     Syngenta's activities surrounding its release of VIPTERA and DURACADE corn violated the New York's General Business Law § 349; and

17.     Syngenta's activities surrounding its release of VIPTERA and DURACADE corn violated the North Carolina Unfair and Deceptive Trade Practices Act; and

18.     Syngenta's activities surrounding its release of VIPTERA and DURACADE corn violated the Oregon Unlawful Trade Practices Act; and

19.     Syngenta's activities surrounding its release of VIPTERA and DURACADE corn violated the South Carolina Unfair Trade Practices Act.

C.     Monetary damages including compensatory relief to which Plaintiffs are entitled and will be entitled at the time of trial;

D.     Prejudgment interest;

E.     The costs of this action;

F.     Attorneys' fees; and

G.     Such other and legal and proper relief.

## DEMAND FOR JURY TRIAL

Plaintiffs demand a trial by jury on all issues.

Respectfully submitted,

*/s/ W. Wylie Blair*
W. Wylie Blair, 58196MO
James G. Onder, 38049MO
Michael J. Quillin, 61877MO
Onder, Shelton, O'Leary & Peterson, LLC
100 E. Lockwood Ave.
2nd Floor
St. Louis, MO 63119
(314) 963-9000
blair@onderlaw.com
onder@onderlaw.com
quillin@onderlaw.com

333 of 335

OF COUNSEL:
*/s/ W. Lewis Garrison, Jr.*
W. Lewis Garrison, Jr.
William L. Bross
Taylor C. Bartlett
Mark R. Ekonen
Chris Hood
Heninger Garrison Davis, LLC
2224 1st Avenue North
Birmingham, AL 35203
(205) 326-3336
wlgarrison@hgdlawfirm.com
william@hgdlawfirm.com
taylor@hgdlawfirm.com
mark@hgdlawfirm.com
chood@hgdlawfirm.com

*/s/ Brian L. Kinsley*
Brian L. Kinsley
Crumley Roberts
2400 Freeman Mill Road, Ste. 200
Greensboro, NC 27406
Tel.: (336) 333-9899
blkinsley@crumleyroberts.com

*/s/ Todd Harvey*
Peter H. Burke, Esq.
Todd Harvey, Esq.
BURKE HARVEY, LLC
3535 Grandview Parkway
Suite 100
Birmingham, Alabama 35243
Phone: 205-930-9091
Fax:     205-930-9054
pburke@burkeharvey.com
tharvey@burkeharvey.com

*/s/ David A. Domina*
David A. Domina
Brian E. Jorde
Domina Law Group pc llo
2425 S. 144th Street, Omaha, NE 68144
(402) 493-4100
ddomina@dominalaw.com

334 of 335

bjorde@dominalaw.com

*/s/ Francois M. Blaudeau*
Francois M. Blaudeau
2224 1st Avenue North
Birmingham, Alabama 35203
(205) 326-3336
francois@southernmedlaw.com

## CERTIFICATE OF SERVICE

I, W. Wylie Blair, Esquire, as one of the attorneys for the Plaintiffs, hereby certify that on this 4th day of March, 2016, the foregoing was filed via the Court's ECF system, which will send notice of such filings to all counsel of record.

*/s/ W. Wylie Blair*
*W. Wylie Blair*