UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

-----------------------------------------------------------

IN RE SYNGENTA MASS TORT ACTIONS

-----------------------------------------------------------   Judge David R. Herndon

**This Document Relates to:**

*Poletti et al. v. Syngenta AG et al.* No. 3:15-cv-01221-DRH

*Tweet et al. v. Syngenta AG et al.* No. 3:16-cv-00255-DRH

## ORDER REGARDING FILING PROCEDURES FOR PLAINTIFFS

**HERNDON, District Judge:**

This matter is before the Court for case management. Due to the number of plaintiffs (approximately 3 thousand) and associated counsel in *Poletti et al. v. Syngenta AG et al.* No. 3:15-cv-01221-DRH ("*Poletti*"), CM/ECF is overburdened and docketing is excessively slow. In an effort to resolve this issue, the Court has made revisions to the docket. The docket revisions require a corresponding change in docketing procedure as to attorneys filing on behalf of plaintiffs. There is no change in filing procedure for the defendants.

Additionally, 715 plaintiffs were recently added to *Tweet et al. v. Syngenta AG et al.* No. 3:16-cv-00255-DRH ("*Tweet*"). To avoid the same issues in this case, the Court is adopting identical docketing revisions and procedures in the *Tweet* action.

**Revisions to the Docket**

1. Plaintiffs' counsel will no longer be linked to each individual plaintiff in the docket.

2. In each case, the Court has added a new "plaintiff" to the docket:

    In *Poletti:* "--All Plaintiffs in Case 15-1221"

    In *Tweet:* "--All Plaintiffs in Case 16-255"

3. Plaintiffs' counsel will only be linked to the new "plaintiff" *i.e.* "--All Plaintiffs in Case 15-1221" (*Poletti)* or "--All Plaintiffs in Case 16-255" (*Tweet)*

**New Filing Procedure for Plaintiffs' Attorneys Filing on Behalf of All Plaintiffs in *Poletti* or *Tweet***

When filing a pleading in CM/ECF, the filing attorney will come to a screen directing him or her to "Select the filer." As of the date of this Order, when filing on behalf of All Plaintiffs in Case 15-1221, the filing attorney **MUST** follow the below directions:

1. Select the Party "--All Plaintiffs in Case 15-1221" (*Poletti*) or "--All Plaintiffs in Case 16-255" (*Tweet*)

2. Under "Select a Group," **the "No Group" option should be chosen** (this is the default).

3. Select "Next" and proceed with filing the document.

Please see the screenshot below for reference:[1]



---

[1] Example Screenshots are taken from *Poletti*.

**WARNING: The filing attorney should <u>NEVER</u> select the <u>Group "All Plaintiffs</u>." The Group selection should always be "No Group."** If the filing attorney accidentally makes this selection and hits "Next," the filing attorney will see the following screen:



**If the above prompt appears, the filing attorney has made a mistake and should not proceed**.[2]

The above described procedure is the only change to the filing process when filing on behalf of all plaintiffs in *Poletti* or *Tweet*.

---

[2] Proceeding to add the attorney as an attorney of record for all plaintiffs will re-link the filing attorney to every individual plaintiff in the docket. This will overburden CM/ECF and slow the docketing process. Additionally, Court staff will have to terminate the newly created links one plaintiff at a time.

**New Filing Procedure for Plaintiffs' Attorneys Filing on Behalf of Less Than All Plaintiffs in *Poletti* or *Tweet*__**

When filing on behalf of less than all plaintiffs in *Poletti* or *Tweet*, the filing attorney **MUST** follow the below directions with regard to selecting the filer:

1. Select the specific plaintiff. For instance, if filing on behalf of A J Farms, Inc., Select the Party "A J Farms, Inc."

2. Under "Select a Group" the "No Group" option should be chosen (this is the default).

3. Select "Next."

Please see the screenshot below for reference:



4. A prompt regarding "associations" will appear. At this screen, uncheck the box located to the left of the party name, so that an attorney party association is not created. The Lead box should also be unchecked (this is the default).

5. Select "Next" and proceed with filing the document.

Please see the screenshot below for reference:

**CM/ECF**     C̲ivil     Crimi̲nal     Q̲uery

**Notices**

3:15-cv-01221-DRH Poletti et al v. Syngenta AG et al

CJRA_D,DSW2,LMP

The following attorney/party associations do not exist for the above case(s).

Please check the box on the left of the screen for associations which should be created.

If the association should *not* be created, be sure the box is *unchecked*<

☐ A J Farms, Inc. (pty:pla) represented by John Doe (aty)    ☐ Lead

[Next]   [Clear]

6

The above described filing procedures are hereby adopted in the above captioned matters. Any questions regarding these filing procedures may be directed to Judge Herndon's chambers staff. Attorneys may also contact the Court's CM/ECF Help Line via email or phone.

### Chambers Staff

**Caitlin Fischer**
Courtroom Deputy
Caitlin_Fischer@ilsd.uscourts.gov (618) 482-9013

**Leigh M. Perica**
Co-Law Clerk Responsible for *Poletti* and *Tweet*
Leigh_Perica@ilsd.uscourts.gov (618) 482-9484

**Debra Ward**
Co-Law Clerk Responsible for *Poletti* and *Tweet*
Debra_Ward@ilsd.uscourts.gov (618) 482-9420

**For CM/ECF Assistance**: Email questions to ecfhelp@ilsd.uscourts.gov or contact the ECF help desk at (866) 867-3169. Clerk's office personnel are available from 9 a.m. to 4:30 p.m., Monday through Friday, except holidays.

**IT IS SO ORDERED.**

Signed this 16th day of May, 2016.

Digitally signed by Judge David R. Herndon
Date: 2016.05.16 10:33:46 -05'00'

**United States District Court**