## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

-------------------------------------------------------------

**IN RE SYNGENTA MASS TORT ACTIONS**

-------------------------------------------------------------  **Judge David R. Herndon**

**This Document Relates to:**

*Poletti et al. v. Syngenta AG et al.* No. 3:15-cv-01221-DRH

### ORDER

### Regarding Motion to Dismiss Plaintiffs with Incomplete Fact Sheets (Doc. 154) and Renewed Motion to Dismiss the Same (Doc. 185)

On August 3, 2016, Syngenta filed a Motion to Dismiss Plaintiffs with Incomplete Fact Sheets (Doc. 154). Pursuant to a request from the plaintiffs, the Court extended the plaintiffs' deadline to cure deficient PFSs and allowed for briefing on what constitutes an incomplete PFS (Doc. 158, 159). After reviewing the parties' briefing and as contemplated under the Court's Second Revised Scheduling and Discovery Order (Doc. 159), the Court entered a Deficiency Order (Doc. 166). In accord with the Deficiency Order and the Second Revised Scheduling and Discovery Order, a meet and confer process ensued, various updates were filed with the Court, and the plaintiffs' were allowed until October 19, 2016 to cure deficiencies. At the completion of this process, Syngenta filed its

Renewed Motion to Dismiss Plaintiffs who Produced Incomplete Plaintiff Fact Sheets (Doc. 185). The Renewed Motion identifies those plaintiffs who should be dismissed for failure to produce a complete PFS.

After reviewing the record, the Court hereby **ORDERS** as follows: The plaintiffs identified in Exhibits B and C of the Renewed Motion to Dismiss (Doc. 185-2 and Doc. 185-3) are **DISMISSED** without prejudice for failure to submit a complete PFS. T**he Court DIRECTS the Clerk of the Court to terminate these plaintiffs (those identified in Doc. 185-2 (625 plaintiffs in total) and 185-3 (23 plaintiffs in total)) from the docket**.

**IT IS SO ORDERED.**

Signed this 9th day of December, 2016

Digitally signed by Judge David R. Herndon
Date: 2016.12.09 15:36:09 -06'00'

**United States District Court**