UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

-----------------------------------------------------------

IN RE SYNGENTA MASS TORT ACTIONS

-----------------------------------------------------------   **Judge David R. Herndon**

**This Document Relates to:**

*Poletti et al. v. Syngenta AG et al.* No. 3:15-cv-01221-DRH

ORDER

**Regarding Motion to Dismiss Plaintiffs That Did Not Produce a Plaintiff Fact Sheet  (Doc. 155)**

On August 12, 2016, Syngenta filed a Motion to Dismiss Plaintiffs That Did Not Produce a Plaintiff Fact Sheet (Doc. 155). The Court issued an order regarding the same on October 5, 2016 (Doc. 170). That order dismissed certain plaintiffs without prejudice with leave to reinstate if the PFS was served on or before November 15, 2016 (Doc. 170 p. 3). Further, the Court directed the Clerk and the parties as follows:

> Although the claims of the plaintiffs identified in Doc. 167-1 are hereby dismissed without prejudice, the Court DIRECTS the Clerk of the Court to refrain from terminating these plaintiffs from the docket at this time. Instead, on November 16, 2016, the parties are DIRECTED to file an updated list with the Court ("November 16, 2016 List") identifying those plaintiffs who, as of November 15, 2016, have not served a PFS. At that time, the Court will direct the Clerk of the Court to terminate the plaintiffs identified in the November 16,

2016 List from the docket. Further, the order of dismissal for those plaintiffs not identified in the November 16, 2016 List (i.e. those plaintiffs who serve a PFS on or before November 15, 2016) will be vacated.

(Doc. 170 pp. 3-4).

The updated list contemplated by the Court was filed on November 16, 2016 (Doc. 186) and amended on November 17, 2016 (Doc. 187). After reviewing the docket, the Court **ORDERS** as follows:

The Court's prior order of dismissal (Doc. 170) stands as to those plaintiffs identified in Doc. 187. **The Court DIRECTS the Clerk of the Court to terminate the plaintiffs identified in Doc. 187 from the docket** (638 plaintiffs in total). As to those plaintiffs not identified in Doc. 187, the order of dismissal is **VACATED**.

**IT IS SO ORDERED.**

Signed this 9th day of December, 2016

Digitally signed by Judge David R. Herndon
Date: 2016.12.09 15:34:30 -06'00'

**United States District Court**