# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE SYNGENTA MASS TORT ACTIONS

**This Document Relates to:**

*Tweet et al. v. Syngenta AG et al.,* No. 3:16-cv-00255-NJR; and

*Poletti et al. v. Syngenta AG et al.,* No. 3:15-cv-01221-NJR

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that pursuant to the stipulations of dismissal (Doc. 318 of Case No. 16-255-NJR) (Doc. 406 of Case No. 15-1221-NJR) and the Orders dated September 27, 2019 (Doc. 321 of Case No. 16-255-NJR) (Doc. 412 of Case No. 15-1221-NJR), all claims between Defendants and Third-Party Plaintiffs Syngenta AG, Syngenta Crop Protection AG, Syngenta Corporation, Syngenta Crop Protection, LLC, Syngenta Biotechnology, Inc., and Syngenta Seeds, LLC and Third-Party Defendants Louis Dreyfus Company and Louis Dreyfus Company Grains Merchandising LLC were voluntarily **DISMISSED with prejudice** pursuant to Federal Rule of Civil Procedure 41.

DATED: September 27, 2019

MARGARET M. ROBERTIE,
Clerk of Court

By:   s/ *Deana Brinkley*
          Deputy Clerk

APPROVED:   s/ *Nancy J. Rosenstengel*
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**